1  **Ronald J. Logar --State Bar No. 303**
   **Eric Pulver--State Bar No.** 7874
2  LAW OFFICE OF LOGAR & PULVER, PC
   225 S. Arlington Ave., Ste. A
3  Reno , NV  89501
   Tel:    (775) 786-5040
4  Fax:    (775) 786-7544

5  **Michael J. Flynn, Mass. State Bar No.**
   **Philip H. Stillman, California State Bar No. 152861**
6  FLYNN & STILLMAN
   224 Birmingham Drive, Suite 1A4
7  Cardiff, CA 92007
   Tel:    (888) 235-4279
8  Fax:    (888) 235-4279

9  *Admitted Pro Hac Vice*

10 Attorneys for Plaintiffs DENNIS MONTGOMERY and MONTGOMERY FAMILY TRUST, a California Trust.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>eTREPPID TECHNOLOGIES, INC., a California corporation, aka eTreppid Technologies, LLC, a Nevada LLC; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA; and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO.:   3:06-cv-00056-BES-VPC<br><br>PLAINTIFFS' OPPOSITION TO EX PARTE MOTION BY ETREPPID TECHNOLOGIES AND WARREN TREPP FOR LEAVE TO AMEND MOTION TO DISMISS FIRST AMENDED COMPLAINT OF DENNIS MONTGOMERY AND THE MONTGOMERY FAMILY TRUST |

Although Plaintiffs do not in theory oppose the Defendants' motion for leave to "amend" their earlier-filed Motion to Dismiss, Plaintiffs hereby oppose the defendants' motion only on the narrow procedural ground that an "amended" motion is not the proper or appropriate vehicle by which to accomplish what the Defendants seek to do, which is to respond to the First Amended Complaint, not the Complaint. Instead, the more appropriate method would be to simply withdraw the originally-filed motion to dismiss – to which the Plaintiffs stipulate – and file whatever Motion to Dismiss the First Amended Complaint that the Defendants choose to file.

In that way, there is no potential ambiguity in the record regarding what complaint is being responded to, what arguments are being raised, and on what grounds dismissal is being sought. Under the Defendants' current plan, their recast motion is simply some type of "surreply" to the Plaintiffs' opposition.

WHEREFORE, Plaintiffs respectfully request that eTreppids' Motion for Leave to Amend Motion to Dismiss First Amended Complaint of Dennis Montgomery and the Montgomery Family Trust be denied.

Respectfully submitted this ___11th___ day of April, 2006.

        /S/EAP
ERIC A. PULVER, ESQ.
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, Lezlie M. Lucas, declare:   I am an employee in the City of Reno, County of Washoe, State of Nevada, employed by the Law Office of Logar & Pulver, PC, located at 225 S. Arlington Avenue, Suite A, Reno, NV 89501.  I am over the age of 18 years and not a party to this action.

I am readily familiar with the Law Office of Logar & Pulver's practice for the collection of mail, delivery of its hand-deliveries, their process of facsimile's and the practice of mailing.

On 11TH day of April, 2006, I caused the foregoing document to be delivered to the following persons and/or entities:

| | |
|---|---|
| Sent Via US Regular Mail: | Mr. Jerry M. Snyder, Esq.<br>Hale Lane Peek Dennison and Howard<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511 |
| Sent Via US Regular Mail: | Stephen J. Peek, Esq.<br>Hale Lane Peek Dennison and Howard<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511 |
| Sent Via US Regular Mail: | David A. Jakopin, Esq.<br>Pillsbury Winthrop Shaw Pittman, L.L.P.<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| Sent Via US Regular Mail: | Jonathan D. Butler, Esq.<br>Pillsbury Winthrop Shaw Pittman, L.L.P.<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| Sent Via US Regular Mail: | Daniel G. Bogden<br>United States Attorney<br>100 West Liberty Street, Suite 600<br>Reno, NV 89501 |
| Sent Via US Regular Mail: | Greg Addington<br>Assistant United States Attorney<br>100 W. Liberty Street, Suite 600<br>Reno, NV 89501 |
| Sent Via US Regular Mail: | Civil Process Clerk, US Attorney for the District of Nevada;<br>100 W. Liberty Street, Suite 600<br>Reno, NV 89501 |
| Sent Via US Regular Mail: | Carlotta P. Wells<br>U.S. Department of Justice |

|   |   |
|---|---|
| | Civil Division, Room 6126 |
| | 20 Massachusetts Avenue, N.W. |
| | Washington DC 20530 |

Sent Via US Regular Mail:        Donald H. Rumsfield
                                 Department of Defense of the U. S. of America
                                 1000 Defense Pentagon
                                 Washington, DC 20301-1000


　　　　　　　　　　　　　　　　 ___/S/LML_____
　　　　　　　　　　　　　　　　 Lezlie M. Lucas, Notary Public
　　　　　　　　　　　　　　　　 Legal Assistant to the Law Office of Logar & Pulver, PC