UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


DENNIS MONTGOMERY, an individual;          Case No.:  3:06-CV-56-BES-VPC
and MONTGOMERY FAMILY TRUST, a
California Trust,

                    Plaintiffs,                          MINUTE ORDER

                                                        September 1, 2006
v.

eTREPPID TECHNOLOGIES, INC., a
California corporation, aka eTreppid
technologies, LLC, a Nevada LLC;
WARREN TREPP, an individual;
DEPARTMENT OF DEFENSE of the
UNITED STATES OF AMERICA,

                    Defendants.
_____/


PRESENT:  HONORABLE BRIAN E. SANDOVAL, U.S. DISTRICT JUDGE

Deputy Clerk:  :  NONE APPEARING_____   Reporter:  NONE APPEARING

Counsel for Plaintiff(s):  _____NONE APPEARING_____

Counsel for Defendant(s):  _____NONE APPEARING_____

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Defendants eTrippid Technologies and Warren Trepp's

("Defendants") Motion for Leave to Amend Motion to Dismiss or to Respond to First

Amended Complaint (# 35) filed on March 24, 2006.  Plaintiffs Dennis Montgomery and

Montgomery Family Trust ("Plaintiffs") filed an Opposition (# 43) on April 11, 2006, and

Defendants filed their Reply (#46) on April 20, 2006.  Upon review,

IT IS HEREBY ORDERED that Defendants' Motion for Leave to Amend Motion to Dismiss or to Respond to First Amended Complaint (# 35) is GRANTED with leave to file a response to the First Amended Complaint.

IT IS HEREBY FURTHER ORDERED THAT Defendants' Motion to Dismiss (#13) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED this 1st day of September, 2006.

_____
BRIAN SANDOVAL
United States District Judge