1  **Ronald J. Logar --State Bar No. 303**
   **Eric Pulver--State Bar No.** 7874
2  LAW OFFICE OF LOGAR & PULVER, PC
   225 S. Arlington Ave., Ste. A
3  Reno , NV  89501
   Tel:    (775) 786-5040
4  Fax:    (775) 786-7544

5  **Michael J. Flynn, Mass. State Bar No.**
   **Philip H. Stillman, California State Bar No. 152861**
6  FLYNN & STILLMAN
   224 Birmingham Drive, Suite 1A4
7  Cardiff, CA 92007
   Tel:    (888) 235-4279
8  Fax:    (888) 235-4279

9  *Admitted Pro Hac Vice*

10 Attorneys for Plaintiffs DENNIS MONTGOMERY and MONTGOMERY FAMILY TRUST, a California Trust.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>eTREPPID TECHNOLOGIES, INC., a California corporation, aka eTreppid Technologies, LLC, a Nevada LLC; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA; and DOES 1 through 10,<br>　　　　　　　Defendants. | CASE NO.:   3:06-cv-00056-BES-VPC<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO MOTION TO DISMISS COMPLAINT AND IN THE ALTERNATIVE TO STRIKE EACH AND EVERY CAUSE OF ACTION |

Plaintiffs hereby request that this Court take judicial notice of the following documents in the Court's file in this case:

1. The Declaration of Dennis Montgomery and exhibits thereto, filed in this case on March 13, 2006, Docket No. 32.

2. The Declaration of Philip H. Stillman and exhibits thereto, filed in this case on March 13, 2006, Docket No. 32.

In addition, the Court is requested to take judicial notice of the Recordation of Assignment of Copyrights, dated May 30, 2006 from the U.S. Copyright office, true and correct copies of which are attached hereto as Exhibit 1.

Respectfully Submitted,

FLYNN & STILLMAN

Dated: October 10, 2006

By: _____
Philip H. Stillman, Esq.
Attorneys for Defendants DENNIS MONTGOMERY and MONTGOMERY FAMILY TRUST

-1-