# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., INC., | 3:06-CV-0056-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | November 6, 2006 |
| ETREPPID TECHNOLOGIES, LLC, et al., | |
| Defendants. | |

**PRESENT:** THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN       **REPORTER:** NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On the afternoon of Friday, November 3, 2006, the court received the Nevada State Democratic Party's emergency motion to intervene and to unseal court records (#98). Although the motion is styled as an "emergency," the moving party failed to seek an order shortening time pursuant to Local Rule 6-2. Nevertheless, the court will set a briefing schedule on shortened time as follows:

1. Oppositions to the emergency motion to intervene and to unseal court records shall be due on or before **Friday, November 10, 2006**; and
2. Replies shall be due on or before **Wednesday, November 15, 2006**.

Upon review of the parties' papers, the court will decide whether to set a hearing or to deem the motion submitted for decision.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk