UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | |
| | ) | 3:06-cv-00056-LRH-VPC |
| Plaintiffs, | ) | |
| vs. | ) | MINUTES OF THE COURT |
| | ) | |
| ETREPPID TECHNOLOGIES, et al., | ) | February 21, 2007 |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Due to a number of considerations applicable to this and related cases, the Honorable Larry R. Hicks recuses himself in this action.  It is recommended that this action and the related cases upon which this judge recuses be reassigned to a single judge in the interests of judicial economy and consistency.  IT IS ORDERED that this action is referred to Chief Judge Hunt for reassignment.

                    LANCE S. WILSON, CLERK

                    By:         /s/
                            Deputy Clerk