UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D E R |

On September 25, 2006, Defendant, United States Department of Defense "(DoD)" filed a Motion for Protective Order (Doc.#83, 3:06-CV-00056-PMP-VPC) and (Doc.#51, 3:06-CV-00145-PMP-VPV) to prevent disclosure of information that could harm the national security interests of the United States.

DoD's motion for protective order asserts a claim of military and state secrets privilege and is supported by the September 19, 2006, unclassified Declaration of John D. Negroponte, formerly Director of National Intelligence of the United States, and a classified declaration reviewed by the Court in camera on March 15, 2007. Defendant DoD's motion, however, has not been fully briefed by the parties to this action.

On September 26, 2006, a status conference was conducted before The Honorable Valerie Cooke, United States Magistrate Judge, at which Magistrate Judge

Cooke ordered discovery stayed and directed the parties to complete briefing on Defendant DoD's motion for protective order, as well as a separate motion for protective order, (Doc.#74) filed September 19, 2006, on behalf of Defendant eTreppid, Technologies, LLC ("eTreppid").

Defendant, eTreppid has not filed a response to DoD's motion for protective order. On October 31, 2006, Montgomery filed a request to file an oversized brief, request for judicial notice in support of opposition to DoD's motion for protective order, and a notice of lodging of in camera ex parte material. On November 2, 2006, Magistrate Judge Cooke entered an Order (Doc.#59) directing that Montgomery file his opposition to DoD's motion for protective order, (as well as his opposition to eTreppid's motion for protective order)[1] under seal by hand delivering the opposition to the Clerk of Court for submission to the Court for in camera review to determine whether it could be electronically imaged and/or unsealed. Magistrate Judge Cooke's order further provided that no other parties to this action shall be provided copies of the documents submitted for in camera review by Montgomery.

On November 6, 2006, Montgomery filed under seal a response to DoD's motion for protective order; a Sealed Declaration of Dennis Montgomery filed in camera, exparte; and request for denial of the motion; or alternatively, dismissal of both cases under the states secrets privilege. On November 28, 2006, Ronald Logar, counsel for Montgomery submitted for the Court's in camera review his cover letter and accompanying Declaration of Dennis Montgomery in support of Montgomery's oppositions to DoD's and eTreppid's motions for protective orders. As Judge Cooke ordered, Montgomery filed the materials

---

[1] At the status conference conducted jointly by Magistrate Judge Cooke and the undersigned on March 15, 2007, the parties were advised that the undersigned would address Defendant DoD's motion for protective order based upon military and state secrets and that Magistrate Judge Cooke would address eTreppid's motion for protective order based upon privileged trade secrets.

under seal, and submitted them for in camera review and did not serve them on DoD or eTreppid.  As a result, DoD has not had the opportunity to complete briefing on its motion for protective order by filing a reply memorandum.  This needs to be rectified to enable the Court to resolve Defendant DoD's pending motion for protective order on the ground of military and state secrets privilege.

IT IS THEREFORE ORDERED that Montgomery shall not later than March 30, 2007, serve on DoD copies of the sealed filings and in camera submissions tendered to the Court by Montgomery on October 31, 2006, November 3, 2006, and November 28, 2006.  Said documents shall remain under seal pending response by DoD and further Order of this Court.

IT IS FURTHER ORDERED that to the extent eTreppid intends to file a response in opposition to DoD's Motion for Protective Order, it shall do so on or before April 3, 2007.

IT IS FURTHER ORDERED that DoD shall file a reply memorandum in support of its Motion for Protective Order on or before April 23, 2007.

DATED:  March 21, 2007.

_____
PHILIP M. PRO
United States District Judge

3