1

2

3

4 UNITED STATES DISTRICT COURT

5 DISTRICT OF NEVADA

6 * * *

7 DENNIS MONTGOMERY and the
MONTGOMERY FAMILY TRUST,

8
Plaintiffs,

9 3:06-CV-00056-PMP-VPC
v. **BASE FILE**

10 ETREPPID TECHNOLOGIES, LLC; 3:06-CV-00145-PMP-VPC

11 WARREN TREPP; and the UNITED
STATES DEPARTMENT OF DEFENSE,

12 O R D E R
Defendants.

13

14 AND ALL RELATED MATTERS.

15

16        Presently before the Court is eTreppid Technologies, LLC's Application for a

17 Temporary Restraining Order (3:06-CV-00145-PMP-VPC, Doc. #73, 74), filed on March 1,

18 2007.  Dennis Montgomery and the Montgomery Family Trust filed an Opposition (Doc.

19 #126) and Evidentiary Objections (Doc. #127) on March 19, 2007.

20        Given the Court's March 19, 2007 Order in "IN THE MATTER OF THE

21 SEARCH OF: THE RESIDENCE LOCATED AT 12720 BUCKTHORNE LANE, RENO,

22 NEVADA, AND STORAGE UNITS 136, 140, 141, 142, AND 143, DOUBLE R

23 STORAGE, 888 MAESTRO DRIVE, RENO, NEVADA, 3:06-CV-0263-PMP-VPC, 3:06-

24 MJ-00023-VPC" (Doc. #125), which ordered the return of seized property to Dennis

25 Montgomery, the Court will deny eTreppid Technologies, LLC's motion for a temporary

26 restraining order.  As the Court stated in the March 19 Order, Montgomery is subject to the

1  Preliminary Injunction entered in these civil actions by the Nevada state court unless and

2  until the Court orders otherwise.  Consequently, return of the seized property to him under

3  the Preliminary Injunction's conditions will suffice to protect eTreppid Technologies,

4  LLC's asserted interests in the seized items until the Court rules on the parties' motions

5  regarding modifying or vacating the Preliminary Injunction.  The Court also will deny as

6  moot Dennis Montgomery and the Montgomery Family Trust's evidentiary objections.

7            IT IS THEREFORE ORDERED that eTreppid Technologies, LLC's Application

8  for a Temporary Restraining Order (3:06-CV-00145-PMP-VPC, Doc. #73, 74) is hereby

9  DENIED.

10           IT IS FURTHER ORDERED that the Evidentiary Objections of the

11  Montgomerys to the Declarations of Warren Trepp, Sloan Venables and Attorney Jerry

12  Snyder Which Were Filed in Support of Trepp's Motion for a TRO (Doc. #127) is hereby

13  DENIED.

14

15  DATED:  March 21, 2007.

16

17  _____

18           PHILIP M. PRO
         United States District Judge

19

20

21

22

23

24

25

26