PETER D. KEISLER
Assistant Attorney General
STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501
VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA WELLS
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Avenue, N.W. /P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-4522
Facsimile: (202) 616-8470

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | |
| Plaintiffs, | 3:06-CV-0056-PMP-VPC |
| | **BASE FILE** |
| vs. | |
| | 3:06-CV-0145-PMP-VPC |
| ETREPPID TECHNOLOGIES, LLC, et al., | (Consolidated action) |
| Defendants. | |
| | DEPARTMENT OF DEFENSE'S RESPONSE |
| AND RELATED MATTERS. | TO MONTGOMERY'S REQUEST/MOTION |
| | FOR DISCLOSURES, etc. (#118) |

Comes now defendant Department of Defense (DoD), through its undersigned counsel, and responds as follows to the ""request/motion for disclosures regarding conduct of former Nevada U.S. Attorney, Trepp's attorneys, and others that may be the subject of a complaint filed with the Department of Justice" (#118) filed by Montgomery.  The "motion" should be denied.

Montgomery's motion, apart from its extravagant and baseless accusations, can only be characterized as an effort to obtain discovery in these consolidated actions.  Montgomery, in the

guise of seeking "full disclosure," requests copies of documents and further "requests leave to obtain discovery" including various depositions. See Motion (#118), pp. 2-3.

DoD filed its motion (#56) to dismiss the claims against it in June 2006. The briefing on that motion has been interrupted by concerns regarding the sealing of filings, including Montgomery's opposition to the motion. DoD also filed its motion for protective order (#83) in September 2006, which motion has likewise been deferred on account of an interrupted briefing schedule.

All parties have acknowledged, on multiple occasions, that this Court has stayed discovery in these actions (in September 2006) and this Court has recently ordered that the stay of discovery will extend through the disposition of the pending motions for protective orders. See Minutes (#88), March 15, 2007.

Given the stay of discovery, recently affirmed by this Court as appropriate, Montgomery's "motion" should be denied. In addition to running afoul of the stay of discovery, Montgomery's motion is wholly incompatible with the ordinary discovery mechanisms described in the Federal Rules of Civil Procedure and likewise in violation of this Court's Local Rules concerning discovery motions. See Local Rule LR 26-7.

Respectfully submitted,

PETER KEISLER
Assistant Attorney General

STEVEN W. MYHRE
Acting United States Attorney

 /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice-Civil Division

PROOF OF SERVICE

    I hereby certify that service of the foregoing DEPARTMENT OF DEFENSE'S RESPONSE TO MONTGOMERY'S REQUEST/MOTION FOR DISCLOSURES, etc. (#118) was made through the Court's electronic notification system or, as appropriate, by sending same through first class mail from Reno, Nevada, to the addressees below on March 21, 2007.

Ronald Logar, Esq.
Eric Pulver, Esq.
225 S. Arlington Avenue, Suite A
Reno, NV 89501

Michael Flynn, Esq.
Philip Stillman, Esq.
224 Birmingham Drive, Suite 1A4
Cardiff, CA 92007

J. Stephen Peek, Esq.
Jerry Snyder, Esq.
5441 Kietzke Lane, Second Floor
Reno, NV 89511

Jeffrey Ross, Esq,
David Jakopin, Esq.
Jonathan Butler, Esq.
50 Fremont Street, Post Office Box 7880
San Francisco, CA 94120-7880

                                        /s/ Greg Addington
                                        GREG ADDINGTON