**Ronald J. Logar, Nev. State Bar No. 303**
**Eric Pulver, Nev. State Bar No. 7874**
LAW OFFICE OF LOGAR & PULVER, PC
225 S. Arlington Ave., Ste. A
Reno, NV  89501
Tel:   (775) 786-5040;Fax:  (775) 786-7544
**Michael J. Flynn, Mass. State Bar No.172780**
P.O. Box 690, 6125 El Tordo
Rancho Santa Fe, CA 92067
Tel:   (858) 775-7624;Fax:  (858) 759-0711
*Admitted Pro Hac Vice*
**Carla A. DiMare, Mass. State Bar No. 553432;**
LAW OFFICE OF CARLA DIMARE
P.O. Box 1668
Rancho Santa Fe, CA 92067
Tel:   (858)775-0707; Fax:  (858)786-2859
*Admitted Pro Hac Vice*
Attorneys for Plaintiff DENNIS MONTGOMERY, THE MONTGOMERY FAMILY TRUST, AND THE TRUSTEES OF THE MONTGOMERY FAMILY TRUST.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST, ) ) ) | |
| Plaintiffs, ) ) | 3:06-CV-00056-PMP-VPC **BASE FILE** |
| v. ) ) | 3:06-CV-00145-PMP-VPC |
| ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, ) ) ) ) | |
| Defendants. ) _____) | |
| AND ALL RELATED MATTERS. ) _____) | |

**MONTGOMERY'S UNSEALED NOTICE AND MOTION RE: INSTRUCTIONS ON HOW TO TREAT / FILE SENSITIVE MATERIAL**

1  COMES NOW, Plaintiff's, DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST (hereinafter Montgomery) and notices and moves this Court for instructions regarding the treatment and filing of Dennis Montgomery's Opposition to Trepp's "Emergency Motion" under F.R.Crim.P. 41g and to Modify a State Court Preliminary Injunction under F.R.Civ.P. 65; andDennis Montgomery's Declaration in Support Thereof.

Pursuant to this Court's Order of April 2, 2007, the parties were ordered not to file any further Motions or other papers with the Court for thirty (30) days from the date of this Order without leave of the Court through Magistrate Judge Cooke or United States District Judge Pro except for any filing this Court previously has ordered the parties to file or otherwise are required by the Federal Rules of Civil or Appellate Procedure. (Order 7:1-5).

Dennis Montgomery's above referenced Opposition is required to be filed in response to Defendant's motion in accordance with the Federal Rules of Civil Procedure.  Additionally, undersigned counsel contacted Magistrate Cook's office and was instructed to file the Opposition. Said Opposition and Declaration in Support thereof has been filed under seal.

However, Montgomery is mindful of the Court's admonition not to file classified or sensitive material where it may inadvertently be disclosed to the public.   In order for Montgomery to adequately address the allegations and arguments set forth in Defendant's "Emergency Motion" under F.R.Crim.P. 41g and to Modify a State Court Preliminary Injunction under  F.R.Civ.P. 65, Montgomery must reference  certain sensitive information in his Opposition and Declaration in support thereof.

Thus, Montgomery requests the Courts instructions in the treatment and filing of his Opposition to Trepp's "Emergency Motion" under F.R.Crim.P. 41g and to Modify a State Court Preliminary Injunction under  F.R.Civ.P. 65; and Dennis Montgomery's Declaration in Support Thereof.

Further, Montgomery is mindful of the Court's admonition not disclose the very information he seeks to bring to the Court's attention to with this notice.  Therefor, an Exparte Sealed Notice and Motion Re: How to Treat/File Dennis Montgomery's Opposition and Declaration of Montgomery is being filed under seal and not served on any party in this matter until further

1  instruction of this court.  Further, the underlying Dennis Montgomery's Opposition to Trepp's
2  "Emergency Motion" under F.R.Crim.P. 41g and to Modify a State Court Preliminary Injunction
3  under F.R.Civ.P. 65; and Dennis Montgomery's Declaration in Support Thereof will be filed under
4  seal and not served on the parties to this matter pending further instruction of the Court.

Respectfully submitted,

/s/
Michael J. Flynn, Esq.

April 6, 2007                    Attorney for Montgomery

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the LAW OFFICE OF LOGAR & PULVER, PC, and that on the 9th day of April 2007, I

✓ deposited for mailing in the U.S. Mail, with sufficient postage affixed thereto.

☐ sent via Federal Express or other overnight delivery service.

☐ delivered via facsimile to:

☐ personally delivered.

☐ caused to be delivered via Reno-Carson Messenger Service.

the foregoing document addressed to:

    Jerry M. Snyder, Esq.
    Hale Lane Peek Dennison and Howard
    5441 Kietzke Lane, Second Floor
    Reno, NV 89511

and

    Carlotta P. Wells, Esq.
    U.S. Department of Justice
    P.O. Box 883
    Washington, DC 20044

/s/
ZACHARY DRAPER
for the Law Office of Logar & Pulver, PC