PETER D. KEISLER
Assistant Attorney General
STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501
VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA WELLS
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Avenue, N.W. /P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4522
Facsimile: (202) 616-8470

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | ) |
| Plaintiffs, | ) 3:06-CV-0056-PMP-VPC |
| | ) **BASE FILE** |
| vs. | ) |
| | ) 3:06-CV-0145-PMP-VPC |
| ETREPPID TECHNOLOGIES, LLC, et al., | ) (Consolidated action) |
| Defendants. | ) |
| | ) DEPARTMENT OF DEFENSE'S |
| AND RELATED MATTERS. | ) STATUS REPORT REGARDING |
| | ) <u>STATE COURT MATERIALS</u> |

Comes now defendant Department of Defense (DoD), through its undersigned counsel, and submits the following status report concerning the procurement of materials filed in the State Court (Washoe County, Nevada).

1. One of these consolidated actions (3:06-cv-0145) began as a State court proceeding which was removed to this Court by Department of Defense (DoD) pursuant to 28 U.S.C., § 1442.

2. At a hearing conducted on March 15, 2007, this Court enquired of DoD counsel

concerning the status of the records and filings of the State court proceedings which had preceded the removal of the action.

3. Section 1447(b), title 18, U.S.C., provides that the district court "may require the removing party to file with its clerk copies of all records and proceedings in such State court or may cause the same to be brought before it by writ of certiorari issued to such State court."

4. Following this court's enquiry at the March 15, 2007, hearing, DoD counsel contacted the clerk of the State court and requested certified copies of all filings and records regarding the pre-removal State court proceedings. DoD counsel was informed that all such materials were sealed by order of the State court and would not be released to DoD counsel without an appropriate of this Court or an appropriate order of the State court.

5. It is respectfully suggested that this Court issue its order authorizing and directing the release of the records and proceedings of the State court to DoD counsel and that all such materials thereafter be reviewed by each party in accordance with the protocol which was followed for review of materials associated with the related case (3:06-cv-0263). See Minutes of proceedings (#243). Upon issuance of such an order, DoD counsel will promptly initiate such a protocol.

Respectfully submitted,

PETER KEISLER
Assistant Attorney General

STEVEN W. MYHRE
Acting United States Attorney

 /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice-Civil Division

PROOF OF SERVICE

    I hereby certify that service of the foregoing DEPARTMENT OF DEFENSE'S STATUS REPORT REGARDING STATE COURT MATERIALS was made through the Court's electronic notification system or, as appropriate, by sending same through first class mail from Reno, Nevada, to the addressees below on April 17, 2007.

Ronald Logar, Esq.
Eric Pulver, Esq.
225 S. Arlington Avenue, Suite A
Reno, NV 89501

Michael Flynn, Esq.
Philip Stillman, Esq.
224 Birmingham Drive, Suite 1A4
Cardiff, CA 92007

J. Stephen Peek, Esq.
Jerry Snyder, Esq.
5441 Kietzke Lane, Second Floor
Reno, NV 89511

Jeffrey Ross, Esq,
David Jakopin, Esq.
Jonathan Butler, Esq.
50 Fremont Street, Post Office Box 7880
San Francisco, CA 94120-7880

                                                  /s/ Greg Addington
                                                  GREG ADDINGTON