UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D E R |

IT IS ORDERED that Defendant United States Department of Defense shall explain in writing within fourteen (14) days from the date of this Order why it has not complied with this Court's March 19, 2007 Order (Doc. #129) requiring Defendant to file redacted copies of certain exhibits containing a social security number by April 3, 2007. Filing the redacted exhibits within this time frame shall satisfy this requirement.

DATED: April 18, 2007.

_____
PHILIP M. PRO
United States District Judge