UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D E R |

The Court having been advised that counsel for the parties to these related actions require additional time to comply with certain deadlines imposed by this Court's Order (Doc. #147) entered April 2, 2007, and having stipulated thereto, in good cause appearing,

IT IS ORDERED that the deadlines previously set in this Court's Order (Doc. #147) are hereby modified as follows:

1. The objections and responses, if any, of the Montgomery and eTreppid parties to the Government's redactions shall be due on May 11, 2007;

2. The Government's response to objections/responses filed by Montgomery and eTreppid parties shall be due on May 16, 2007;

/ / /

/ / /

3. The Court's Order of April 2, 2007, precluding the filing of motions, unless otherwise required under the rules or separate Order of this Court, shall be extended until May 23, 2007;

4. The Government shall provide counsel for eTreppid with a redacted copy of Montgomery's opposition to the Government's Motion for Protective Order on or before April 27, 2007.

DATED: April 27, 2007.

                                              PHILIP M. PRO
                                              United States District Court Judge