UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DENNIS MONTGOMERY and the
MONTGOMERY FAMILY TRUST,

          Plaintiffs,

v.

ETREPPID TECHNOLOGIES, LLC;
WARREN TREPP; and the UNITED
STATES DEPARTMENT OF DEFENSE,

          Defendants.

AND ALL RELATED MATTERS.

3:06-CV-00056-PMP-VPC
BASE FILE

3:06-CV-00145-PMP-VPC

O R D E R

        Presently before the Court is Dennis Montgomery and the Montgomery Family Trust's Request/Motion for Disclosures Regarding Conduct of Former Nevada U.S. Attorney, Trepp's Attorneys, and Others That May be the Subject of a Complaint Filed With the Department of Justice (3:06-CV-00056-PMP-VPC, Doc. #118; 3:06-CV-00145-PMP-VPC, Doc. #81), filed on March 5, 2007. eTreppid Technologies, LLC and Warren Trepp filed an Opposition (Doc. #144) on March 26, 2007. The Department of Defense filed an Opposition (Doc. #145) on March 27, 2007. Montgomery filed a Reply (Doc. #157) on April 9, 2007.

        In his motion, Montgomery requests production of any complaints alleging improper conduct by the former Nevada United States Attorney, Daniel Bogden, and Assistant United States Attorney Paul Pugliese, with respect to the case In the Matter of the

1  Search of 12720 Buckthorn Lane, 3:06-CV-00263-PMP-VPC.  However, Magistrate Judge
2  Valerie P. Cooke stayed discovery in these consolidated proceedings on September 26,
3  2006.  (Mins. of Proceedings [Doc. #84].)  On March 15, 2007, this Court discussed with
4  the parties whether to continue the stay on discovery and the Court left the stay in place
5  until the Court issues a decision on the pending motions for protective orders.  (Mins. of
6  Proceedings [Doc. #123].)  No reason exists to lift the stay at this time as to the particular
7  matters raised in Montgomery's motion and the Court therefore will deny the motion.

8       IT IS THEREFORE ORDERED that Dennis Montgomery and the Montgomery
9  Family Trust's Request/Motion for Disclosures Regarding Conduct of Former Nevada U.S.
10 Attorney, Trepp's Attorneys, and Others That May be the Subject of a Complaint Filed
11 With the Department of Justice (3:06-CV-00056-PMP-VPC, Doc. #118; 3:06-CV-00145-
12 PMP-VPC, Doc. #81) is hereby DENIED.

14 DATED: May 22, 2007.

_____
PHILIP M. PRO
United States District Judge

2