UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DENNIS MONTGOMERY and the
MONTGOMERY FAMILY TRUST,

Plaintiffs,

v.

ETREPPID TECHNOLOGIES, LLC;
WARREN TREPP; and the UNITED
STATES DEPARTMENT OF DEFENSE,

Defendants.

AND ALL RELATED MATTERS.

3:06-CV-00056-PMP-VPC
**BASE FILE**

3:06-CV-00145-PMP-VPC

ORDER

On May 29, 2007, the Court received the attached letter from Jerry M. Snyder, Esq., counsel for eTreppid dated May 25, 2007. Although the Court generally does not treat correspondence received as a motion, given the issue raised in Mr. Snyder's letter, the Court deems it appropriate to treat his letter of May 25, 2007, as a Letter Motion to Compel the Government to produce copies of photographs reflecting the inventory of items seized during the Search of 12720 Buckthorn Lane at issue in the related search case 3:06-CV-0263-PMP-VPC.

IT IS THEREFORE ORDERED that the enclosed letter and attachments thereto shall be filed with the Clerk of Court and docketed as eTreppid's Letter Motion to Compel Production of Photographs.

///

IT IS FURTHER ORDERED that all parties shall file a Response to the above Letter Motion on or before June 10, 2007.

Dated: May 31, 2007.

*signature*

PHILIP M. PRO
United States District Judge