# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-PMP (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 28, 2007 |
| | ) | |
| ETREPPID TECHNOLOGIES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On or about June 18, 2007, the Official Court Reporter for the June 12, 2007 hearing in this proceeding sent the completed transcript of the June 12, 2007 hearing to the United States Justice Department counsel, Raphael Gomez, Esq.  Mr. Gomez was to redact those items from the transcript which he believed were subject to the state secrets privilege.

**IT IS ORDERED** that no later than Tuesday, July 3, 2007 at 5:00 p.m. P.D.T., Mr. Gomez shall notify the Official Court Reporter of the proposed redactions.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
          Deputy Clerk