**Michael J. Flynn, Mass. State Bar No.172780**
P.O. Box 690, 6125 El Tordo
Rancho Santa Fe, CA 92067
Tel:   (858) 775-7624; Fax:   (858) 759-0711
*Admitted Pro Hac Vice*
**Carla A. DiMare, Mass. State Bar No. 553432**
LAW OFFICE OF CARLA DIMARE
P.O. Box 1668
Rancho Santa Fe, CA 92067
Tel:   (858)775-0707; Fax:   (858)756-2859
*Admitted Pro Hac Vice*
Attorneys for Plaintiff DENNIS MONTGOMERY, THE MONTGOMERY FAMILY TRUST, AND THE TRUSTEES OF THE MONTGOMERY FAMILY TRUST.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br><br>3:06-CV-00145-PMP-VPC<br><br>**<u>DECLARATION OF ATTORNEY IN SUPPORT OF EX PARTE MOTION TO WITHDRAW AS COUNSEL FOR MONTGOMERY.</u>** |

**DECLARATION OF MICHAEL J. FLYNN**

I, Michael J. Flynn, declare:

1.  I am an attorney licensed to practice in the state of Massachusetts. I have appeared pro hac vice as counsel for Dennis Montgomery, individually and as Trustee of the Montgomery Family Trust, Brenda Montgomery, as Trustee of the Montgomery Family Trust, and the Montgomery Family Trust, (hereinafter "Montgomery"), in the above captioned related cases, 3:06-cv-0056 and 3:06-cv-00145, and 3:06-cv-0263.  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to them.

2.  I respectfully request that I be allowed to withdraw forthwith because Mr. Montgomery and his family Trust have "breached an obligation for the payment of fees," and Mr.

1  Montgomery has "engaged in conduct that has made continued representation unreasonably difficult."

3. A copy of these moving papers regarding withdrawal have been e-mailed to Mr. Montgomery at his current e-mail address, and mailed to Mr. Montgomery and his Family Trust at Opspring, LLC.

I declare under penalty of perjury under the laws of the United States and the State of Nevada that the foregoing is true and correct. Signed this 9th day of July 2007 in Boston, Massachusetts.

                                                Michael J. Flynn, Esq.

## CERTIFICATE OF SERVICE

I, Carla A. DiMare, declare: I am an attorney admitted pro hac vice in the United States District Court of Reno in the related civil cases, U.S.D. Reno, No. 3:06-CV-00056 and 3:06-CV-000145. I am over the age of 18 years and not a party to this action.

I am familiar with the practice for the collection of mail, delivery of hand-deliveries, process of facsimile, and the practice of mailing.

On July ____, 2007, I caused the foregoing document (Declaration and this Certificate of Service), to be mailed to the following persons and/or entities:

>   Attorneys Stephen Peek & Jerry Snyder
>   HALE LANE
>   5441 Kietzke Lane, 2nd Fl.
>   Reno, NV 89511
>
>   Attorney Carlotta P. Wells,
>   U.S. DEPT. OF JUSTICE
>   P.O. Box 883
>   Washington, D.C.  20044
>
>   Dennis Montgomery
>   Montgomery Family Trust
>   Opspring, LLC
>   600 106TH Ave. N.E., No. 210
>   Bellevue, WA 98004-5043
>   (Also sent via e-mail)
>
>   Ronald J. Logar, Esq.
>   Eric Pulver, Esq.\
>   LAW OFFICE OF LOGAR & PULVER, PC
>   225 S. Arlington Ave., Ste. A
>   Reno, NV  89501
>   (Also sent via e-mail)

   ___/S/_____
   Attorney Carla DiMare