

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | July 31, 2007 |
| ) | |
| ETREPPID TECHNOLOGIES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

eTreppid Technologies, LLC ("eTreppid") filed a motion for protective order (#74) on September 19, 2006. The United States Department of Defense ("DoD") filed its motion for protective order (#83) on September 25, 2006, and invoked the state secrets privilege, which eTreppid opposed (#149). However, Montgomery submitted his opposition to eTreppid's motion, but did not file it with the Clerk of the Court, since it contained references to matters contained in the case *In the Matter of the Search of 12720 Buckthorn Lane*, 3:06-CV-0263-PMP (VPC).

Thereafter, the District Court ordered that because Montgomery's opposition had not been filed and served on eTreppid, the Department of Defense was to review Montgomery's opposition, and to the extent the DoD had concerns about the contents of the opposition, they were to address them with Judge Pro (#143). Having received no objection from the DoD concerning the unsealing and service of Montgomery's opposition to eTreppid's motion for protective order, it is ordered that the Clerk shall unseal and file the opposition memorandum and the accompanying documents received on November 6, 2006. Montgomery shall serve the documents on eTreppid no later than August 3, 2007. eTreppid shall have until August 17, 2007 to file its reply.

On or before August 10, 2007, counsel shall contact Judge Cooke's courtroom administrator, Lisa Mann (775-686-5856), to set a hearing on this matter.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/ _____
    Deputy Clerk