Ronald J. Logar --State Bar No. 303
Eric Pulver--State Bar No. 7874
LAW OFFICE OF LOGAR & PULVER, PC
225 S. Arlington Ave., Ste. A
Reno, NV 89501
Tel:  (775) 786-5040; Fax:  (775) 786-7544
**Michael J. Flynn, Mass. State Bar No. 172780**
FLYNN & STILLMAN
224 Birmingham Drive, Suite 1A4
Cardiff, CA 92007
Tel:  (888) 235-4279;Fax:  (888) 235-4279
*Admitted Pro Hac Vice*
Attorneys for DENNIS MONTGOMERY and MONTGOMERY FAMILY TRUST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

DENNIS MONTGOMERY, an individual; )
and MONTGOMERY FAMILY TRUST, )
a California Trust, )
        Plaintiffs, )
    vs. )
eTREPPID TECHNOLOGIES, INC., a )
California Corporation, aka eTreppid )
Technologies, LLC, a Nevada LLC; )
WARREN TREPP, an individual; )
DEPARTMENT OF DEFENSE of the )
U.S., and DOES 1 through 10, )
        Defendants. )
)
eTreppid Technologies, Inc., a Nevada )
Limited Liability Company )
        Plaintiffs )
vs. )
Dennis Montgomery, et al )
        Defendants )

CASE NO.: 3:06-cv-00056-BES-VPC;
3:06-cv-00145-BES-VPC

**THE MONTGOMERYS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DOD'S MOTION FOR A PROTECTIVE ORDER**

**Filed under seal.**

Dennis Montgomery and the Montgomery Family Trust, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

    1. 1. Evidence in the proceedings on Montgomery's Motion under F.R.Cr.P. 41(g) in *In the Matter of the Search of 12720 Buckthorn Lane, Reno, NV*, U.S.D.Ct., Reno, NV, No. 3:06-MJ-1123-VPC, including but not limited to exhibits 4, 12, 14, 9, 8, 37, and the testimony of Agent West, Vol. I, 84:20-85:8, 87:3-21,131:22-132:7; Vol. II, 77:3-19, 192:1-4; Vol. I, 154:14-19. The aforementioned case is also before this Court. Copies of the evidence, <u>cannot</u> be attached as that case is sealed.

Respectfully submitted,

Oct. 31, 2006

By:_____
Michael J. Flynn, Attorney for the Montgomerys

## CERTIFICATE OF SERVICE

I, Zachary Draper, declare: I am an employee in the City of Reno, County of Washoe, State of Nevada, employed by the Law Office of Logar & Pulver, PC, located at 225 S. Arlington Avenue, Suite A, Reno, NV 89501. I am over the age of 18 years and not a party to this action.

I am readily familiar with the Law Office of Logar & Pulver's practice for the collection of mail, delivery of its hand-deliveries, their process of facsimile's and the practice of mailing.

On November 3rd, 2006 I caused the Montgomerys' Request for Judicial Notice in Support of Their Opposition to DOD's Motion for a Protective Order to be delivered to the following persons and/or entities:

Sent Via Hand Delivery:             Civil Process Clerk
                                    Thompson U.S. Courthouse and Federal Building
                                    400 S. Virginia St.,
                                    Reno, NV 89501

**THE ABOVE DOCUMENTS, WHICH INCLUDE SEALED MATERIALS, WILL NOT BE SERVED ON DEPT. OF DEFENSE, (Atty. Wells), or ETREPPID'S COUNSEL, (Hale Lane and Pillsbury Winthrop), UNTIL THE COURT RULES ON MONTGOMERYS' REQUEST FOR INSTRUCTIONS ON HOW TO HANDLE SEALED MATERIALS FILED SEPT. 15, 2006.**

Carlotta P. Wells
Chief Trial Counsel
Federal Programs Branch
20 Massachusetts Avenue, NW, P.O. Box 883
Washington, DC 20044

Jerry M. Snyder, Esq.                          David A. Jakopin, Esq.
Stephen J. Peek, Esq.                          Jonathan D. Butler, Esq.
Hale Lane Peek Dennison and Howard             Pillsbury Winthrop Shaw Pittman, L.L.P.
5441 Kietzke Lane, Second Floor                2475 Hanover Street
Reno, NV 89511                                 Palo Alto, CA 94304-1114

*/s/ Zachary Draper*
Zachary Draper
For the Law Office of Logar & Pulver