UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>**ORDER** |

The Court having read and considered Attorney Michael Flynn and Attorney Carla DiMare counsel for Plaintiff Dennis Montgomery and Montgomery Family Trust's Ex Parte Motion for an Order to Shorten Time to File An Ex Parte Motion to Withdraw as Counsel for Montgomery (Doc. #203) filed July 9, 2007, and good cause appearing,

IT IS ORDERED: Attorney Michael Flynn and Attorney Carla DiMare counsel for Plaintiff Dennis Montgomery and Montgomery Family Trust's Ex Parte Motion for an Order to Shorten Time to File An Ex Parte Motion to Withdraw as Counsel for Montgomery (Doc. #203) is hereby GRANTED.

DATED: July 31, 2007.

_____
PHILIP M. PRO
United States District Judge