UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST | ) ) ) | 3:06-CV-00056-PMP-VPC BASE FILE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 3:06-CV-00145-PMP-VPC |
| ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |
| AND ALL RELATED MATTERS. | ) ) ) | |

   Before the Court for consideration is the Motion of the United States to Require Service of Montgomery's Oppositions to Government's Motions to Dismiss (Doc. #181). The Government's motion is puzzling to the Court because Montgomery's Opposition to the Government's Motion to Dismiss (Doc. #71) indicates that the response was served on the Government. Nonetheless, it appears that Defendant Department of Defense has had difficulty accessing Montgomery's response.

   IT IS THEREFORE ORDERED that Plaintiff Dennis Montgomery shall on or before August 28, 2007, serve upon Defendant United States Department of Defense a copy of Plaintiff's opposition to Defendant's motion to dismiss.

///

IT IS FURTHER ORDERED that to the extent counsel for Defendant United States Department of Defense continues to have difficulty accessing materials contained on the Court's electronic case filing system, counsel should immediately contact Chief Deputy Clerk Cynthia Jensen at (702) 464-5477.

DATED: July 31, 2007.

PHILIP M. PRO
United States District Judge