Ronald S. Logar, Esq. (SBN: 00303)
Eric A. Pulver, Esq. (SBN: 07874)
LAW OFFICE OF LOGAR & PULVER, PC
225 S. Arlington Avenue
Suite A
Reno, Nevada 89501
Telephone: (775) 786-5040
Facsimile: (775) 786-7544

Deborah A. Klar, Esq. (SBN: 124750)
Teri T. Pham, Esq. (SBN: 193383)
Ryan M. Lapine, Esq. (SBN: 239316)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiffs
Dennis Montgomery and the Montgomery Family Trust

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>eTREPPID TECHNOLOGIES, LLC, a Nevada Limited Company; WARREN TREPP, an individual; and DOES 1 through 10,<br><br>    Defendants.<br><br>AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC<br><br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>**RESPONSE TO MICHAEL J. FLYNN'S UNAUTHORIZED SUR-REPLY AND SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO WITHDRAW** |

Dennis Montgomery, Brenda Montgomery and the Montgomery Family Trust ("the Montgomerys") respectfully submit this brief response for the purpose of objecting to the unauthorized sur-reply and supplemental declaration filed by Michael J. Flynn in these

0039641/001/ 359919v01

consolidated matters. Mr. Flynn has been terminated as counsel of record in this matter and new counsel for the Montgomerys have appeared. To the extent there are any orders and rulings in place governing the conduct of counsel or the parties in these actions, new counsel will continue to be bound by those orders and rulings. Mr. Flynn accordingly lacks standing to assert any claims or issues in these matters. As Mr. Flynn acknowledges in his recent supplemental declaration, there is presently an action pending in the United States District Court for the Central District of California addressing any issues concerning the attorney-client relationship between Mr. Flynn and the Montgomerys. There is no pending case or controversy between Mr. Flynn and the Montgomerys before this Court, and the Montgomerys respectfully request that the Court confirm Mr. Flynn's termination and disregard any extraneous issues not properly before this Court.

Dated: August 16, 2007

Respectfully submitted,

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Deborah A. Klar
Teri T. Pham
Attorneys for Plaintiffs
Dennis Montgomery and the Montgomery Family Trust

0039641/001/ 359919v01

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the LAW OFFICE OF LOGAR & PULVER, PC, and that on the 17th day of August 2007, I

✓ deposited for mailing in the U.S. Mail, with sufficient postage affixed thereto

☐ sent via Federal Express or other overnight delivery service

☐ delivered via facsimile machine to fax number:

☐ personally delivered

☐ caused to be delivered via Reno-Carson Messenger Service

the foregoing document addressed to:

> Jerry M. Snyder, Esq.
> Hale Lane Peek Dennison and Howard
> 5441 Kietzke Lane, Second Floor
> Reno, NV 89511

and

> Carlotta P. Wells, Esq.
> U.S. Department of Justice
> P.O. Box 883
> Washington, DC 20044

/s/
ZACHARY DRAPER
for the Law Office of Logar & Pulver, PC