PETER D. KEISLER
Assistant Attorney General
STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501
VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW/P.O. Box 883
Washington, D.C. 20044
Telephone: (202)514-4522
Facsimile: (202) 616-8470

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DENNIS MONTGOMERY, et al.,    )
                              )
          Plaintiffs,         )
                              )    3:06-CV-00056-PMP-VPC
v.                            )    BASE FILE
                              )
ETREPPID TECHNOLOGIES, INC.,  )    3:06-CV-00145-PMP-VPC
et al.,                       )
                              )
          Defendants.         )
_____)

THE CLERK WILL PLEASE ENTER THE APPEARANCE of Raphael O. Gomez, as co-counsel for third-party defendant, United States Department of Defense, in the above-captioned action. All files, papers, and correspondence should be addressed to Carlotta P. Wells and to:

        Raphael O. Gomez
        Senior Trial Counsel
        Federal Programs Branch
        Civil Division - Room 6144
        U.S. Department of Justice
        20 Massachusetts Ave., NW
        P.O. Box 883
        Washington, D.C. 20044

```
                        phone: (202) 514-1318
                        fax: (202) 616-8470
                        email: raphael.gomez@usdoj.gov
```

                                    Respectfully submitted,

                                    PETER D. KEISLER
                                    Assistant Attorney General

STEVEN W. MYRHE
Acting United States Attorney
District of Nevada

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501

VINCENT M. GARVEY
Deputy Branch Director

CARLOTTA P. WELLS
Senior Trial Counsel


/s/ Raphael O. Gomez
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 6144
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
DATE: September 7, 2007    Washington, D.C.  20044

-2-

**PROOF OF SERVICE**

I hereby certify that I am an employee in the office of the United States Department of Justice, Civil Division in Washington DC and I am of such age and discretion as to be competent to serve papers. On September 7, 2007, I served a copies of a NOTICE OF APPEARANCE by placing said copies in postpaid envelopes addressed to the persons named below at the places and addresses stated below and by depositing said envelopes and contents in the United States mail at the United States Department of Justice, 20 Massachusetts Aveune, Washington D. C. 20001.

Deborah A Klar  
Teri T Pham  
Liner Yankelevitz Sunshine & Regenstreif, LLP  
1100 Glendon Ave  
14th Floor  
Los Angeles, CA 90024  

Ronald J. Logar, Esq.  
Eric A. Pulver, Esq.  
LAW OFFICES OF LOGAR & PULVER, PC  
255 S. Arlington Avenue, Suite A  
Reno, NV 89501  

Stephen J. Peek, Esq.  
Jerry M. Snyder, Esq.  
HALE LANE PEEK DENNISON AND HOWARD  
5441 Kietzke Lane, Second Floor  
Reno, NV 89511  

Brian M. Heberlig  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036  

/s/ Raphael O. Gomez  
Raphael O. Gomez  
Senior Trial Counsel  
Federal Programs Branch, Civil Division  
United States Department of Justice