# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | September 12, 2007 |
| ETREPPID TECHNOLOGIES, LLC, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

A hearing is set for September 14, 2007 at 1:30 p.m. before the United States Magistrate Judge Valerie P. Cooke, Courtroom One, 400 South Virginia Street, Reno, Nevada. Counsel have been telephonically notified.

At the hearing, the parties will discuss the unsealing of materials in the Buckthorne Lane proceeding, case no. 3:06-CV-0263-PMP (VPC). Specifically, the parties will discuss documents that contain personal information and confidential corporate information as outlined in the objections of eTreppid Technologies, LLC to unsealing of materials in Buckthorne Lane proceeding , case no. 3:06-CV-0263-PMP (VPC) (#166).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk