UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE: SEARCH WARRANT OF THE RESIDENCE LOCATED AT 12720 BUCKTHORNE LANE, RENO, NEVADA, AND STORAGE UNITS 136, 140, 141, 142, AND 143, DOUBLE R STORAGE, 888 MAESTRO DRIVE, RENO, NEVADA | 3:06-CV-263-PMP-VPC 3:06-MJ-00023-VPC |
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, Plaintiffs, v. ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE, Defendants. AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC **BASE FILE** 3:06-CV-00145-PMP-VPC **ORDER** |

On March 19, 2007, this Court entered an Order (Doc. #122) which overruled objections by respondent United States to an Order entered November 28, 2006, by the Honorable Valerie P. Cooke, United States Magistrate Judge (Doc. #86) granting the motion of Dennis Montgomery, Brenda Montgomery, and the Montgomery

Family Trust ("Montgomery") to unseal search warrant affidavits and return seized property. The United States since has complied with that portion of the Order which required respondent United States to return to Montgomery property seized pursuant to the search warrants.

  In an attempt to accommodate concerns raised by the parties in this action and in related civil actions (3:06-CV-00056-PMP-VPC and 3:06-CV-00145-PMP-VPC), the Court stayed the unsealing of the search warrant case file to allow counsel in the related civil actions to review the search warrant case file and determine whether the unsealing of any portion thereof potentially would violate assertions of the military and state secrets privilege on behalf the United States and the trade secrets privilege on behalf of eTreppid Technologies Inc. Since the entry of this Court's March 19, 2007 Order counsel for the parties to the related civil actions have had the opportunity to review in detail the contents of the search warrant case file. Following <u>in camera</u> proceedings before the undersigned, and where deemed appropriate, the assertion of the military and states secrets privilege by the United States has resulted in redaction of small portions of some documents contained in the search warrant case file. Additionally, other objections and claims of trade secrets privilege raised by the parties to the release of the search warrant case file have been resolved in proceedings before Magistrate Judge Cooke.

///
///
///
///
///
///
///

1   IT IS THEREFORE ORDERED that search warrant case file in 3:06-CV-0263-
2  PMP-VPC which previously has been redacted to remove material subject to the United
3  States' claim of military and states secrets privilege is hereby unsealed with the exception of
4  Document #70 and Exhibit #30 which shall remain sealed in accord with the prior Orders of
5  the Court.

7  DATED:  September 17, 2007.

*[signature]*

PHILIP M. PRO
United States District Judge

3