UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, | 3:06-CV-00056-PMP-VPC **BASE FILE** |
| Plaintiffs, | 3:06-CV-00145-PMP-VPC |
| v. | |
| ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE, | **ORDER** |
| Defendants. | |
| AND ALL RELATED MATTERS. | |
| IN RE: SEARCH WARRANT OF THE RESIDENCE LOCATED AT 12720 BUCKTHORNE LANE, RENO, NEVADA, AND STORAGE UNITS 136, 140, 141, 142, AND 143, DOUBLE R STORAGE, 888 MAESTRO DRIVE, RENO, NEVADA | 3:06-CV-263-PMP-VPC |

The Court having this date entered an Order in case number 3:06-CV-0263-PMP-VPC unsealing the Search Warrant case file in the matter of the search of: The residence located at 12720 Buckthorne Lane, Reno, Nevada, and Storage Units 136, 140, 141, 142, and 143, Double R Storage, 888 Maestro Drive, Reno, Nevada, and it appearing that said

Order renders moot to motions by proposed interveners filed previously in this action, and good cause appearing,

IT IS ORDERED that the Emergency Motion to Intervene and To Unseal Court Records (Doc. #98) filed by Proposed Intervenor Nevada State Democratic Party filed November 3, 2006, and the Motion to Intervene (Doc. #120) filed by Proposed Intervenor Reno Newspapers, Inc., a Nevada Corporation doing business as the Reno Gazette-Journal filed March 13, 2007, are DENIED as moot.

DATED: September 17, 2007.

_____
PHILIP M. PRO
United States District Judge