UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | 3:06-CV-0056-PMP-VPC |
| Plaintiff(s), | **AMENDED MINUTES OF PROCEEDINGS** |
| vs. | |
| | DATED:   September 14, 2007 |
| ETREPPID TECHNOLOGIES, LLC., et al., | |
| Defendant(s). | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE
Deputy Clerk:      Lisa Mann          Court Reporter:      FTR
Counsel for Plaintiff(s):       Deborah Klar and Terri Pham (Telephonically)
Counsel for Defendant(s):      Jerry Snyder and (Telephonically) Gregory Addington, Carlotta Wells, and Raphael Gomez

PROCEEDINGS: HEARING

1:37 p.m.  Court convenes.

　　　The Court addresses the parties regarding the purpose of having this hearing on shortened notice.

　　　The defendants filed their objections to unsealing of materials in the Buckthorne Lane proceeding (#166), the plaintiff filed his opposition to eTreppid's request to redact investor information (#169), and defendants filed their reply (#170).

　　　The Court and the parties discuss the issue of unsealing materials in the Buckthorne Lane proceedings.

　　　Having heard from the parties and good cause appearing, the Court finds as follows:

1)   The Clerk of the Court is directed to redact from the filing titled, "Government's Compliance with Court Order of August 17, 2006," docket (#70) in the *Buckthorne Lane* proceeding, any social security numbers, addresses, or telephone numbers as represented at pages two and three of defendants' objections to unsealing of materials (#166).

Dennis Montgomery, et al., v. eTreppid Techonologies, LLC, et al.
3:06-CV-0056-PMP-VPC
September 14, 2007
Page 2

    2)    Plaintiffs' local counsel is directed to contact the Clerk's Office and make arrangements to personally appear and obtain a copy of the unredacted version of docket (#70) from the *Buckthorne Lane* proceeding.

    3)    With respect to the Amended and Restated Operating Agreement of eTreppid, dated November 1, 2001, Exhibit 30 in the *Buckthorne Lane* proceeding, the parties agree that this document shall be deemed "confidential" pursuant to this Court's recently issued protective order (#264).

    4)    The Clerk of the Court is directed to redact from Exhibit 30, any printed names, signatures, or any other identifying investor information.

    5)    Defendants' counsel offers to provide plaintiffs' counsel with an unredacted copy of the Amended and Restated Operating Agreement dated November 1, 2001, in accordance with the protective order (#264).

Counsel for the plaintiffs advises the Court of their concern regarding compliance with this Court's order (#266), as they are not in possession of the files from previous counsel. The Court hears from the parties regarding this issue.

Notwithstanding counsel for the plaintiffs not being in possession of the files from previous counsel, the Court believes that plaintiffs' counsel can refer to the documents on file with the Court and directs that the parties shall meet and confer and make a good faith effort to comply with its order (#266). The parties shall submit a status report on joint case management report no later than **Friday, September 28, 2007**.

**IT IS SO ORDERED.**

2:07 p.m. Court adjourns.

THEREAFTER, pursuant to this Court's order (#266), counsel for the parties contacted deputy court clerk Lisa Mann and scheduled a case management conference for **Thursday, October 11, 2007** at **10:00 a.m.**

                                                  LANCE S. WILSON, CLERK

                                                  By:_____/s/_____
                                                    Lisa Mann, Deputy Clerk