**Michael J. Flynn, Mass. State Bar No.172780**
P.O. Box 690, 6125 El Tordo
Rancho Santa Fe, CA 92067
Tel:   (858) 775-7624
Fax:   (858) 759-0711
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br>_____<br><br>AND ALL RELATED MATTERS.<br>_____ | Case Nos.   3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br><br>3:06-CV-00145-PMP-VPC<br><br>**DECLARATION OF ATTORNEY ALFRED G. RAVA IN SUPPORT OF MOTION FOR ATTORNEY FEES** |

I, Alfred G. Rava, declare:

1. I am an attorney licensed to practice in the states of Texas and California. I am a sole practitioner. At all times relevant to the March 2006 meeting discussed below, and at all times subsequent to that meeting, I was not a partner or associate of Michael Flynn or of any law firm he has been involved in. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to them.

2. On or about Sunday, March 5, 2006, I traveled to Rancho Mirage, California with Michael Flynn and met with Dennis Montgomery, Edra Blixseth and Michael Sandoval. The meeting was held at Ms. Blixseth's mansion, called "Porcupine Creek."

3. During the meeting, I heard Michael Flynn explain to Mr. Montgomery, Ms. Blixseth and Mr. Sandoval that Mr. Flynn was a Massachusetts attorney from Boston, that he had litigated many complex cases in different areas of the United States, that he was representing Dennis Montgomery in the Nevada courts under a procedure called *"pro hac vice,"* and that he was not a Nevada attorney but was sponsored by Nevada lawyers. I, on the other hand, introduced myself as a licensed California attorney with my own firm.

4. Ms. Blixseth and Mr. Flynn talked about mutual acquaintances in New England including Bill Cohen from Maine, the former Secretary of Defense. Ms. Blixseth commented on Mr. Flynn's Boston accent.

5. Mr. Flynn said he had a "California partner" who was also working on the cases for Mr. Montgomery. Mr. Flynn said that while he had a home in Rancho Santa Fe, California, as well as a home in Massachusetts, he was not a California lawyer.

6. During the meeting, Mr. Flynn explained to Ms. Blixseth and Mr. Sandoval that Mr. Montgomery's home had been raided by the FBI, that the Nevada state court had issued a preliminary injunction relating to certain software technology allegedly taken by Mr. Montgomery from eTreppid, his former company, and that Mr. Montgomery's position was his software technology had never been located at eTreppid. Dennis Montgomery injected himself into the discussion several times, calling the preliminary injunction a "TRO."

7. Mr. Montgomery also explained in detail how the technology was used in the war on terror in "top secret" military applications, how the U.S. government was willing to pay $100 million dollars for it, how it was derived from his copyrights that had never been conveyed to eTreppid, and how Warren Trepp was trying to "steal" it from him by using the FBI and Trepp's political influence with Jim Gibbons who was running for Nevada Governor.

8. Ms. Blixseth stated she did not want to hear about the FBI raid or the civil cases, Warren Trepp was of "no concern" to her, and she wanted to use the technology for unspecified "commercial purposes." Mr. Sandoval essentially expressed the same sentiments.

9. Ms. Blixseth said she had full confidence and trust in Mr. Sandoval, who was her "partner" in a software company in the State of Washington, and she wanted "to get a deal done"

1 | between all of them - or words to that effect.

10. I understand Mr. Montgomery is claiming under oath that Mr. Flynn held himself out to Mr. Montgomery as being licensed to practice law in California. This is ridiculous.

11. I have known Mr. Flynn since 2001, and from Day One he has been up front about not being a licensed California attorney. When I met Mr. Flynn for the first time, in his office in 2001, I pointed out several BAR/BRI California bar exam preparation books on a bookshelf. Mr. Flynn was quick to tell me he was considering taking the California bar exam because he was only licensed to practice law in Massachusetts.

12. I have seen many examples of Mr. Flynn's correspondence stating "Only Admitted in Massachusetts," or words to that effect. Several times I have heard him tell people he is not a California lawyer. I heard him say that to those in attendance at the above March 2006 meeting at Porcupine Creek, as has been his custom when introducing himself as a lawyer to prospective clients.

I declare under penalty of perjury under the laws of the United States and the State of Nevada the foregoing is true and correct. Signed this 20th day of September 2007 in San Diego, California.

Alfred G. Rava, Esq.

2