```
 1 | MARK H. GUNDERSON, LTD.
   | Mark H. Gunderson, Esq.
 2 | Nevada State Bar No. 2134
   | Elaine S. Guenaga, Esq.
 3 | Nevada State Bar No. 5008
   | 5345 Kietzke Lane, Suite 200
 4 | Reno, Nevada 89511
   | Telephone: 775.829.1222
 5 | Facsimile: 775.829.1226

 6 | Deborah A. Klar, Esq. (SBN: 124750)
   | Teri T. Pham, Esq. (SBN: 193383)
 7 | Ryan M. Lapine, Esq. (SBN: 239316)
 8 | LINER YANKELEVITZ
   | SUNSHINE & REGENSTREIF LLP
 9 | 1100 Glendon Avenue, 14th Floor
   | Los Angeles, California 90024-3503
10 | Telephone: (310) 500-3500
   | Facsimile: (310) 500-3501
11 | (ADMITTED PRO HAC VICE)

12 | Attorneys for Plaintiffs Dennis Montgomery
13 | and the Montgomery Family Trust
```

FILED / ENTERED ___ RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 27

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST | |
| Plaintiffs, | Case No. 3:06-CV-00056-PMP-VPC |
| vs. | |
| ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, | **SUBSTITUTION OF COUNSEL WITH CONSENT OF CLIENT AND NOTICE OF APPEARANCE** |
| Defendants. | |
| AND RELATED CASES. | |

COMES NOW, MARK H. GUNDERSON, ESQ., and files this Substitution of Counsel and Notice of Appearance substituting in as local counsel of record for Plaintiffs Dennis Montgomery

-1-

and the Montgomery Family Trust, in this matter, in the place and stead of Ronald J. Logar, Esq. and Eric A. Pulver, Esq., of the Law Office of LOGAR & PULVER, PC, and demands that all copies of notices, pleadings and documents be served upon him at 5345 Kietzke Lane, Suite 200, Reno, Nevada 89511.

DATED this 19 day of September, 2007.

_____
Dennis Montgomery

MONTGOMERY FAMILY TRUST

By: _____
Dennis Montgomery, Trustee

By: _____
Brenda Montgomery, Trustee

The undersigned consent to the substitution of MARK H. GUNDERSON, ESQ., as counsel for the above named Plaintiffs in the place and stead of Ronald J. Logar, Esq., and Eric A. Pulver, Esq., of the Law Office of LOGAR & PULVER, PC.

DATED this 18th day of September, 2007.

LAW OFFICE OF LOGAR & PULVER, PC

By: _____
Ronald J. Logar, Esq.
Nevada State Bar No. 303

By: _____
Eric A. Pulver, Esq.
Nevada State Bar No. 7874

The undersigned agrees and consents to be substituted in the place and stead of Ronald J. Logar, Esq., and Eric A. Pulver, Esq., of the Law Office of LOGAR & PULVER, PC, in the above

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-2-

captioned matter, as the local counsel of record for Plaintiffs Dennis Montgomery and the Montgomery Family Trust.

DATED this ___ day of September, 2007.

MARK H. GUNDERSON, LTD.

By: _____
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134

IT IS...
_____
U.S. MAGISTRATE JUDGE
DATED: September 27, 2007

-3-