Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
MARK H. GUNDERSON, LTD.
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 829-1222
Facsimile: (775) 829-1226

Deborah A. Klar, Esq. (SBN: CA 124750)
Teri T. Pham, Esq. (SBN: CA 193383)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
ADMITTED PRO HAC VICE

Attorneys for DENNIS MONTGOMERY, BRENDA MONTGOMERY and the MONTGOMERY FAMILY TRUST

J. Stephen Peek, Esq. (SBN: 1758)
Jerry M. Snyder, Esq. (SBN: 6830)
HALE LANE PEEK DENNISON AND HOWARD
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

Attorneys for ETREPPID TECHNOLOGIES, LLC and WARREN TREPP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br><br>(3:06-CV-00145-PMP-VPC)<br><br>**JOINT STATUS REPORT RE CASE MANAGEMENT CONFERENCE**<br><br>Date:   October 11, 2007<br>Time:  10:00 a.m. |

0039641/001/ 365103v01

Dennis Montgomery, Brenda Montgomery, and the Montgomery Family Trust ("Montgomery parties"), on the one hand, and eTreppid Technologies, LLC and Warren Trepp ("Trepp parties"), on the other hand, respectfully submit this Joint Status report pursuant to the Court's September 14, 2007 Minute Order.

As discussed at the September 14, 2007 hearing, the Montgomery parties report that their client files, including original documents and materials, are presently still in the possession of their former counsel, Michael J. Flynn. There is presently pending in the Superior Court for the State of California ("the California Court") a motion by the Montgomery parties for return of their client files, and the hearing on that motion is set for October 18, 2007. As suggested by this Court at the September 14, 2007 hearing, the Montgomery parties have also filed an emergency *ex parte* application with the Court for clarification of the Court's September 4, 2007 order regarding Mr. Flynn's motion to withdraw and disposition of the Montgomery parties' client files. That application is also pending. In addition, there is also now pending before the Massachusetts State Bar an investigation against Mr. Flynn for failure to return his client files pursuant to Massachusetts Rules of Professional Conduct. In light of this situation, the Montgomery parties respectfully reiterate their concern that they are unable to fully comply with the Court's September 11, 2007 Minute Order concerning preparation of a comprehensive Case Management Conference Report.

Notwithstanding the foregoing, on September 27, 2007, counsel for these parties did meet and confer telephonically in an attempt to address and discuss the issues and information requested by the Court in furtherance of the Case Management Conference. The parties did discuss each and every item as required by the Court, including status of pleadings, anticipated motions, discovery, and mediation, and counsel are preparing a joint case management conference report addressing those items to be submitted to the Court in advance of the Case Management Conference on October 11, 2007. However, the parties anticipate that there will be a number of items of disagreement which will need to be addressed at the Case Management Conference, including

///

///

3    Case No. 3:06-CV-00056-PMP-VPC    BASE FILE

0039641/001/ 365103v01

1 issues relating to document production in light of the current status of the Montgomery parties'
2 client files.

3 Dated: September 28, 2007

Respectfully submitted,

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Deborah A. Klar
Teri T. Pham
Attorneys for Dennis Montgomery, Brenda
Montgomery and the Montgomery Family
Trust

Dated: September 28, 2007

HALE LANE PEEK DENNISON & HOWARD

By: _____
J. Stephen Peek, Esq.
Jerry M. Snyder, Esq.
Attorneys for eTreppid Technologies, LLC
and Warren Trepp

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the LAW OFFICES OF LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP, and that on the **28th day of September, 2007**, I caused to be served the within document described as **JOINT STATUS REPORT RE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as stated below:

J. Stephen Peek, Esq.
Jerry M. Snyder, Esq.
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane
SecondFloor
Reno, Nevada 89511
(775) 327-3000; 786-6179 - FAX
E-mail: speek@halelane.com
E-mail: jsnyder@halelane.com
Attorneys for Etreppid Technologies, LLC and Warren Trepp

Carlotta P. Wells, Esq.,
Sr. Trial Counsel
U.S. Department of Justice
Federal Programs Branch
Civil Division, Room 7150
20 Massachusetts Avenue, NW
Post Office Box 883
Washington, D.C. 20044
(202) 514-4522; 616-8470 - FAX
E-mail: Carlotta.wells@usdoj.gov
Attorneys for Department of Defense

Ralph O. Gomez, Esq., Sr. Trial Counsel
U.S. Dept. of Justice, Fed. Programs Branch
Civil Division, Room 6144
20 Massachusetts Avenue, NW
Post Office Box 883
Washington, D.C. 20044
(202) 514-1318; 616-8470 - FAX
E-mail: raphael.gomez@usdoj.gov
Attorneys for Department of Defense

Greg Addington, AUSA
U.S. DEPARTMENT OF JUSTICE
100 W. Liberty Street. Suite 600
Reno, Nevada 89501
E-mail: Greg.addington@usdoj.gov
(775) 784-5181 - FAX
Attorneys for Department of Defense

Mark H. Gunderson, Esq.
Catherine A. Reichenberg, Esq.
MARK H. GUNDERSON, Ltd., APC
5345 Kietzke Lane
Suite 200
Reno, Nevada 89511
(775) 829-1222; 829-1226 - FAX
e-Mail: mgunderson@gundersonlaw.com
e-Mail: creichenberg@gundersonlaw.com
and poneill@gundersonlaw.com

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on 9/28/2007, at Los Angeles, California.

_____
NANCY TORRECILLAS

PROOF OF SERVICE

0039641/001/ 359652v01