PETER D. KEISLER
Assistant Attorney General
STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501
VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW/P.O. Box 883
Washington, D.C. 20044
Telephone: (202)514-4522
Facsimile: (202) 616-8470

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DENNIS MONTGOMERY, et al., )
)
Plaintiffs, )
) 3:06-CV-00056-PMP-VPC
v. ) **BASE FILE**
)
ETREPPID TECHNOLOGIES, INC., ) 3:06-CV-00145-PMP-VPC
et al., )
)
Defendants. )
)

## STIPULATION OF DISMISSAL

By Order dated May 24, 2007, the Court dismissed certain claims against the United States Department of Defense in these consolidated actions, as set forth in the Complaint in 3:06-CV-00056-PMP-VPC (docket # 1) and the Counter-Claim filed in 3:06-CV-00145-PMP-VPC (Exhibit 1 to docket # 1). The parties hereby stipulate that no other claims run against the United States in these consolidated action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate to the dismissal of this action, without prejudice, as to the United States.

**IT IS SO STIPULATED.**

Date: October 11, 2007

　　　　　　　　　　　　　　　　/s/ Carlotta Wells
　　　　　　　　　　　　　　　　CARLOTTA P. WELLS
　　　　　　　　　　　　　　　　RAPHAEL O. GOMEZ
　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　Civil Division - Room 7150
　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　20 Massachusetts Ave., NW
　　　　　　　　　　　　　　　　P.O. Box 883
　　　　　　　　　　　　　　　　Washington, D.C. 20044

　　　　　　　　　　　　　　　　Counsel for United States
　　　　　　　　　　　　　　　　Department of Defense

Date: October 11, 2007

　　　　　　　　　　　　　　　　/s/ Deborah A. Klar
　　　　　　　　　　　　　　　　DEBORAH A. KLAR
　　　　　　　　　　　　　　　　TERI T. PHAM
　　　　　　　　　　　　　　　　Liner Yankelevitz Sunshine &
　　　　　　　　　　　　　　　　　Regenstreif LLP
　　　　　　　　　　　　　　　　1100 Glenolden Ave, 14th Floor
　　　　　　　　　　　　　　　　Los Angeles, CA 90024-3500

　　　　　　　　　　　　　　　　RONALD J. LOGAR, ESQ.
　　　　　　　　　　　　　　　　Law Office of Logar & Pulver, PC
　　　　　　　　　　　　　　　　255 S. Arlington Ave., Ste A
　　　　　　　　　　　　　　　　Reno, NV 89501

　　　　　　　　　　　　　　　　Attorneys for Dennis Montgomery, et al.

Date: October 11, 2007

　　　　　　　　　　　　　　　　/s/ Stephen Peek
　　　　　　　　　　　　　　　　STEPHEN J. PEEK, ESQ.
　　　　　　　　　　　　　　　　Hale Lane Peek Dennison and Howard
　　　　　　　　　　　　　　　　5441 Kietzke Lane, Second Floor
　　　　　　　　　　　　　　　　Reno, NV 89511

　　　　　　　　　　　　　　　　Attorneys for eTreppid Technologies, LLC, et al.

IT IS SO ORDERED

Date: October 11, 2007.

　　　　　　　　　　　　　　　　/s/ Philip M. Pro
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-2-