UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP-VPC |
| ) | |
| Plaintiff(s), ) | **MINUTES OF PROCEEDINGS** |
| ) | |
| vs. ) | |
| ) | DATED:  October 11, 2007 |
| ETREPPID TECHNOLOGIES, ) | |
| et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:      Lisa Mann          Court Reporter:      FTR

Counsel for Plaintiff(s):    Mark Gunderson, Deborah Klar, and Tuneen Chisolm

Counsel for Defendant(s):    Stephen Peek, Jerry Snyder, Carlotta Wells, and Raphael Gomez

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

10:12 a.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing and recites the chronology of events in this action regarding this Court's hearing on September 14, 2007 (#272) and its minute order dated October 3, 2007 (#290).

The Court and the parties discuss the parties' proposed discovery plan and scheduling order (#292).

Having heard from the parties and good cause appearing the Court finds as follows:

   **1.**     **Fed.R.Civ.P. 26(a):**

       The parties shall have until no later than **Friday, November 2, 2007**, to comply with Fed.R.Civ.P. 26(a).

Dennis Montgomery, et al., v. eTreppid Technologies, LLC., et al.
3:06-CV-0056-PMP-VPC
October 11, 2007
Page 2

2. **Anticipated motions:**

   If eTreppid intends to file any of the following motions it shall do so as follows:

   a) Motion for leave to amend shall be due no later than **Tuesday, October 23, 2007**,

   b) Motion for remand regarding case 3:06-CV-0145-PMP-VPC shall be due no later than **Tuesday, November 13, 2007**, and

   c) Motion for realignment of the parties regarding case 3:06-CV-0145-PMP-VPC shall be due no later than **December 10, 2007**.

3. **Staging discovery in this action:**

   The parties shall meet and confer regarding how discovery shall be staged in this action and shall file with the Court a case management plan and report on their proposal for written discovery and depositions no later than **Friday, November 9, 2007**. To the extent disputes arise, the parties shall include a discussion of the parties' respective positions.

4. **Protocol regarding the exchange of discovery:**

   The parties shall meet and confer with counsel for the United States regarding a protocol that shall govern this action concerning the exchange of discovery between the parties. Counsel for the United States shall file a stipulation or report regarding such protocol no later than **Friday, November 9, 2007**.

5. **Discovery plan and scheduling order deadlines:**

   The following dates shall govern this action:

   | | |
   |---|---|
   | **Fact discovery deadline:** | July 11, 2008 |
   | **Expert witness disclosure:** | October 10, 2008 |
   | **Dispositive motions deadline:** | November 11, 2008 |
   | **Joint pretrial order deadline:** | December 15, 2008 |

Dennis Montgomery, et al., v. eTreppid Technologies, LLC., et al.
3:06-CV-0056-PMP-VPC
October 11, 2007
Page 3

6. **Plaintiff's anticipated motions:**

   The following are the deadlines set for the contemplated motions by the plaintiff:

   a)   Motion to amend pleadings or add parites shall be due no later than **December 18, 2007**, and

   b)   Motion for judgment on the pleadings shall be due no later than **Tuesday, November 13, 2007**.

7. **Monthly case management conferences:**

   The Court shall conduct monthly case management conferences regarding discovery in this action. The next discovery status conference is set for **Thursday, November 15, 2007** at **10:00 a.m.** The deputy court clerk shall contact the parties to schedule these monthly discovery status conferences for December 2007 through October 2008. In the event disputes arise, the parties shall file a discovery status report three (3) days prior to the next scheduled conference advising the Court of the dispute so that it can be addressed and resolved at the next discovery status conference.

8. **Electronic discovery:**

   The parties shall meet and confer regarding production of electronic discovery and shall further elaborate, in their report to the Court due **Friday, November 9, 2007**, on the protocol regarding the production of electronic discovery in this action.

9. **Settlement conference:**

   The Court advises the parties that to the extent they wish to have this Court conduct a settlement conference in this matter, they may file a stipulation, and a settlement conference shall be scheduled.

   **IT IS SO ORDERED**.

11:37 a.m.  Court adjourns.

                LANCE S. WILSON, CLERK
                By:_____/s/_____
                  Lisa Mann, Deputy Clerk