# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-PMP (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 29, 2007 |
| | ) | |
| ETREPPID TECHNOLOGIES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court's orders regarding supplemental briefing concerning attorney's fees (#296 & #305) are hereby **STAYED** until the court issues its ruling on plaintiff's *ex parte* application for order requiring attorney-client communications to be redacted prior to submission to the court (#302). Plaintiffs have leave to file a reply in support of their *ex parte* application. Other than plaintiffs' reply, the parties are **ORDERED** to submit *no* further briefing on this issue until the court issues its ruling.

   **IT IS SO ORDERED.**

                                                          LANCE S. WILSON, CLERK

                                          By:   /s/
                                                          Deputy Clerk