Carla A. DiMare, Esq., Mass. State Bar No. 553432;
CA State Bar No. 182906
**LAW OFFICE OF CARLA DIMARE**
P.O. Box 1668
Rancho Santa Fe, CA 92067
Tel:   (858)775-0707; Fax: (858)756-2859
Former attorney for Montgomery admitted pro hac vice

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendants.<br>_____<br><br>AND ALL RELATED MATTERS.<br>_____ | 3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br>3:06-CV-00145-PMP-VPC<br><br>**Ex Parte Request for Permission to file Declaration in Response to Montgomery's Ex Parte Application to Redact Legal Bills; and Request to Strike Montgomery's Expert's Declaration.** |

**To All Parties and Attorneys of Records**, attorney Carla DiMare, requests permission to file a declaration and request to strike in Response to Montgomery's recent Ex Parte Application to Redact Legal Bills, with 3 short exhibits. The Montgomery's Ex Parte Application was filed on or about Oct. 23, 2007. Attorney DiMare did not have a chance to respond, (partly due to the fires in southern California), and then the Court issued an Order this morning, Oct. 29, 2007, docket #307, ordering no more filings, except for Montgomery's Reply. Attorney DiMare believed she would have more than five days to respond/object, and is prepared to file this said declaration today, not under seal, if permission is granted. Said declaration is necessary since Montgomery's alleged fee "expert" has dishonestly attacked attorney DiMare's billings, when her billings truthfully conform to accepted practices. It is also necessary because Montgomery's alleged "expert" declaration should be stricken for the legal reasons in said declaration. Permission from this Court is therefore respectfully requested.

|   |   |
|---|---|
| | Respectfully submitted, |
| | LAW OFFICE OF CARLA DIMARE |
| Oct. 29, 2007 | /s/_____ |
| | Carla DiMare, Esq. |

The aforesaid Ex Parte Motion to file said papers is GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT MAGISTRATE-JUDGE

Oct. _____, 2007

# **PROOF OF SERVICE**

I, Carla DiMare, Esq., certify that I am over the age of 18, and not a party to the within action.

<u>On Oct. 29, 2007</u> I served the foregoing documents described as:

**1.   Ex Parte Request to file Atty. Decl. In Response to Montgomery Ex Parte Application to Redact Legal Bills and Request to Strike Declaration of Montgomery's Alleged Expert;**
**2.   Proof of Service.**

<u>On Oct. 26, 2007</u>, Attorney Flynn served via email the foregoing documents described as:

**1.   Opposition to Montgomery's Ex Parte Application to Redact Legal Bills;**

on the interested parties in this action by placing a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

1. Deborah Klar & Teri Phlam, Esq., Liner Yankelevitz, 1100 Glendon Ave., 14th Fl., Los Angeles, CA 90024-3503; fax 310-500-3501;
2. Attorneys listed on the docket receive a copy of all electronic filings from the Ct.

**__x____   By e-mail**

**_____   BY MAIL**
I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing.

**____   BY PERSONAL SERVICE**

**____   BY FACSIMILE**.

Executed on Oct. 29, 2007 at San Diego County, CA.

I declare under penalty of perjury, under the laws of the State of California, and Nevada that the foregoing is true and correct.

_____
Carla DiMare, Esq.

3