**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-PMP (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 29, 2007 |
| | ) | |
| ETREPPID TECHNOLOGIES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Carla DiMare's *ex parte* request for permission to file declaration in response to Montgomery's *ex parte* application to redact legal bills and request to strike Montgomery's expert's declaration (#308) is **GRANTED**.  Montgomery has leave to respond in accordance with the Local Rules of Civil Procedure.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
                Deputy Clerk