2.06-CV-56-PMP

**FILED**

OCT 3 0 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

**MICHAEL J. FLYNN, ESQ.**
ONE CENTER PLAZA, SUITE 240
BOSTON, MA. 02108
Tel: 617 720 2700;  Fax: 617 720 2709

ADMITTED ONLY IN MASSACHUSETTS

PO BOX  690,  6125 EL TORDO
RANCHO SANTA FE, CA. 92067
Tel: 858 775 7624; Fax: 858 759 0711

# FAX COVER SHEET

**TO:** The Honorable Philip M. Pro          **NO:** 702-464-5511

**FROM:**  Michael J. Flynn

**DATE:** Oct. 30, 2007

**RE:** Letter to counsel attaching Grand Jury Subpoena

**ATTACHMENTS:**

**1. Letter to counsel attaching Grand Jury subpoena**


**COMMENTS:**

**MICHAEL J. FLYNN, ESQ.**
ONE CENTER PLAZA, SUITE 240
BOSTON, MA, 02129
Tel: 858- 775- 7624; Fax: 617- 720- 2709

ADMITTED ONLY IN MASSACHUSETTS

PO BOX 690, 6125 EL TORDO
RANCHO SANTA FE, CA 92067
Tel: 858 775 7624; Fax: 858 759 0711

October 30, 2007

VIA FAX AND EMAIL

Teri Pham, Esq.
Liner, Yankelevitz, Sunshine & Regenstreif
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024.3503

Robert Bennett, Esq.
Skadden Arps
1440 New York Ave. NW
Washington, D.C., 2005

Re: Grand Jury Subpoena

Dear Counsel:

Please see attached subpoena I have received today from the Washington, D.C. Grand Jury. Please be advised that I intend to comply with said subpoena, after you have had the opportunity to present appropriate defenses and privilege assertions.

The subpoena compliance date is November 2, 2007. Please contact Richard Pilger, Esq., at the contact number on the subpoena in order to work out a schedule for assertion of any defenses you may wish to present. Please let me know if you intend to present defenses and the schedule you have arranged. If I do not receive a response to this letter, I will proceed in accordance with the Nevada Rules of Professional Conduct.

I am copying Judge Pro and Judge Cooke on this letter because of attorney client privilege matters currently pending before the Nevada District Court, which may be impacted by the proceedings in Washington.

If you have any questions or concerns, please contact me by email: mjfbb@msn.com.; or by phone: 858 775 7624.

Sincerely,

Michael J. Flynn

cc   The Honorable Philip M. Pro
     The Honorable Valerie P. Cook
     Richard Pilger, Esq

FROM DOJ PUBLIC INTEGRITY              (TUE)10.30'07 11:30/ST. 11:30/NO. 4861578770 P  2

CO 293 (Rev. 8/91) Subpoena to Testify before Grand Jury

# United States District Court

**FOR THE**            **DISTRICT OF**            COLUMBIA

TO:  Michael J. Flynn, Esquire
     P.O. Box 690
     Rancho Santa Fe, CA 92067

### SUBPOENA TO TESTIFY
### BEFORE GRAND JURY

SUBPOENA FOR: PERSON

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** United States Courthouse Third & Constitution, N.W. Washington, D.C. 20530 | COURTROOM 3rd Floor |
|---|---|
| | Grand Jury Number |
| | DATE AND TIME Friday |
| | November 2, 2007 @ 9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

Duces Tecum (Please bring with you/please furnish)

## YOUR PERSONAL APPEARANCE IS REQUIRED.
## PLEASE BRING PROPER IDENTIFICATION ALONG WITH THIS SUBPOENA.

□ *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT NANCY MAYER-WHITTINGTON (By) Deputy | DATE October 19, 2007 |
|---|---|
| | USAO #  2006R02009 |
| | SUBPOENA # 2774416 Preparer  TT |
| This subpoena is issued on application of the United States of America. | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY RICH PILGER, Trial Attorney United States Department of Justice Public Integrity Section 1400 New York Avenue, NW Washington, D.C. 20005  (202) 514-1178 |

* If not applicable, enter "none".

*U.S.GPO:1993-0-350-792/80398

PAGE 04/04                                                    0000000000  0000000000  10:28  2007/30/01