## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 1, 2007 |
| ETREPPID TECHNOLOGIES, LLC, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs' *ex parte* motion to seal declaration of attorney (Carla DiMare) in response to Montgomery's *ex parte* application to redact legal bills, and request to strike declaration of Montgomery's alleged expert - document number 311 (#313) is **GRANTED**. The Clerk shall place docket #311 under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk