# Exhibit 4

# to Declaration of Dennis Montgomery

## Office of Dennis Montgomery

**VIA FACSIMILE & US MAIL (775) 831-4395**

eTreppid Technologies, Inc.
Attn: Warren Trepp, Its Management Committee Chairman
590 Lakeshore Boulevard
Incline Village, Nevada 89451

P.O. Box 4964
Incline village, Nevada 89450

    Re:    eTreppid Technologies, LLC Inspection of Books and Records

Dear Warren:

    Pursuant to NRS 86.241, Paragraph 6.8 of the eTreppid Technologies, LLC ("eTreppid") Operating Agreement and amendments thereto, and Section 6103(e)(1)(C) of the Internal Revenue Code, I hereby demand once again that eTreppid make available to me and my agents for inspection and copying all of its books and records, including, but not limited to:

1. All organizational records, including any closing binder, minutes of meetings, incorporation records, ownership ledgers, record of membership and filings with the secretary of state.

2. All financial and accounting records, including bank statements, accounting ledgers, tax returns, profit and loss statements, balance sheets, and financial statements.

3. All revenue and sales records, including invoices, contracts, receipts, bills of sale and revenue statements.

4. All debt or loan agreements.

5. All lease and operating agreements.

6. All records of any capital distribution, guaranteed payments, compensation or payment or distribution of any kind to any officer or member of eTreppid.

I request that the books and records be made available for inspection and copying at its offices on October 16, 2007. Please confirm immediately that they will be made available as requested.

    Very truly yours,

    */s/ Dennis Montgomery*
    Dennis Montgomery

cc:    Deborah A. Klar, Esq.
       Teri T. Pham, Esq.

Exhibit  4 , Pg.  1