UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, | Case No. 3:06-CV-00056-PMP-VPC BASE FILE |
| Plaintiffs, | (Case No. 3:06-CV-00145-PMP-VPC) |
| vs. | **[PROPOSED] ORDER ENFORCING RIGHT TO INSPECTION OF RECORDS** |
| ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, | |
| Defendants. | |
| AND RELATED CASES. | |

The Court has read and considered all papers supporting and opposing Plaintiffs' Motion to Enforce Right to Inspection of Records and considered the argument of counsel. Good cause appearing therefor, the Motion is GRANTED.

Defendants eTreppid Technologies, LLC ("eTreppid" or the "Company") and Warren Trepp, and all those acting in concert and participation with them, or any of them, are hereby ORDERED to make available within three business days for inspection and copying by Plaintiffs all of the Company's financial and organizational books and records, including but not limited to the Company's financial statements; its tax returns; all contracts between eTreppid and any other person or entity; the Company's organizational documents, including but not limited to all versions of its Operating Agreement, its Articles of Organization, its Bylaws, all meeting minutes, any buy-sell agreements between and among any members, and a list of its members and their addresses; the Company's accounts payable records, purchase invoices, and receipts; all credit card bills and statements; accounts receivable records, purchase orders, sales invoices, and receipts; bank statements and cancelled checks; wire transfers and wire transfer authorizations; all fixed asset records; the Company's accounting ledgers, including but not limited to its general ledger and any subsidiary ledgers such as its daily transaction journals and records (including those recorded on the Zenith computer system), cash receipts ledger, cash disbursements ledger, sales ledger, accounts receivable ledger, or accounts payable ledger, and general journals containing all accounting entries; the Company's leases; the Company's payroll records; all debt or loan agreements; any other transactions and agreements, including those with insiders; all records of any capital distribution, guaranteed payments, compensation, payment, or distribution of any kind to any officer or member of eTreppid; its attorney bills; the Company's correspondence, including but not limited to e-mails, letters, memoranda, faxes, reports, and notes; all other back-up material that supports the Company's financial records; and all work product used to produce the Company's yearly financial statements, including its ledgers and trial balances.

IT IS FURTHER ORDERED that any documents that are maintained in electronic form shall be made available pursuant to this Order in their native electronic format.

1     IT IS FURTHER ORDERED that eTreppid shall be entitled to designate any such books
2 and records as "Confidential" pursuant to the Protective Order entered on September 11, 2007,
3 without prejudice to any party's right to challenge any such designation in accordance with the
4 September 11, 2007, Protective Order.
5     IT IS SO ORDERED.
6 Dated:
                                        Hon. Valerie P. Cooke
7                                        United States Magistrate Judge

8 Presented by:
9 GUNDERSON LAW FIRM
   LINER YANKELEVITZ
10 SUNSHINE & REGENSTREIF LLP

12 By:_____
13     Deborah A. Klar
   Attorneys for Plaintiffs
14 DENNIS MONTGOMERY, and the
   MONTGOMERY FAMILY TRUST

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the LAW OFFICES OF LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP, and that on the **5th day of November, 2007**, I caused to be served the within document described as **[PROPOSED] ORDER ENFORCING RIGHT TO INSPECTION OF RECORDS** on the interested parties in this action as stated below:

J. Stephen Peek, Esq.
Jerry M. Snyder, Esq.
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane
SecondFloor
Reno, Nevada 89511
(775) 327-3000; 786-6179 - FAX
speek@halelane.com; jsnyder@halelane.com
Attorneys for Etreppid and Warren Trepp

Reid H. Weingarten, Esq.
Brian M. Heberlig, Esq.
Robert A. Ayers, Esq,
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000; (202) 429-3902 - FAX
rweingarten@steptoe.com;
bhaberlig@steptoe.com; rayers@steptoe.com
Attorneys for eTreppid and Warren Trepp

Carlotta P. Wells, Sr. Trial Counsel
U.S. Dept. of Justice
Fed. Programs Branch
Civil Division
Room 7150
20 Massachusetts Avenue, NW
Post Office Box 883
Washington, D.C. 20044
(202) 514-4522; 616-8470 - FAX
E-mail: Carlotta.wells@usdoj.gov
Attorneys for Department of Defense

Ralph O. Gomez, Esq., Sr. Trial Counsel
U.S. Dept. of Justice, Fed. Programs Branch
Civil Division, Room 6144
20 Massachusetts Avenue, NW
Post Office Box 883
Washington, D.C. 20044
(202) 514-1318; 616-8470 - FAX
E-mail: raphael.gomez@usdoj.gov
Attorneys for Department of Defense

Greg Addington, AUSA
U.S. DEPARTMENT OF JUSTICE
100 W. Liberty Street. Suite 600
Reno, Nevada 89501
E-mail: Greg.addington@usdoj.gov
(775) 784-5181 - FAX
Attorneys for Department of Defense

Mark H. Gunderson, Esq.
Catherine A. Reichenberg, Esq.
GUNDERSON LAW FIRM
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511
(775) 829-1222; 829-1226 - FAX
mgunderson@gundersonlaw.com;
creichenberg@gundersonlaw.com;
poneill@gundersonlaw.com

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on 11/5/2007, at Los Angeles, California.

NANCY TORRECILLAS

PROOF OF SERVICE

0039641/001/ 359652v01