```
1  PETER D. KEISLER
   Assistant Attorney General
2  STEVEN W. MYHRE
   United States Attorney
3  District of Nevada
   GREG ADDINGTON
4  Assistant United States Attorney
   Nevada Bar 6875
5  100 West Liberty, Suite 600
   Reno, Nevada 89501
6  VINCENT M. GARVEY
   Deputy Branch Director
7  CARLOTTA P. WELLS
   RAPHAEL O. GOMEZ
8  Senior Trial Counsel
   Federal Programs Branch
9  Civil Division - Room 7150
   U.S. Department of Justice
10 20 Massachusetts Ave., NW/P.O. Box 883
   Washington, D.C. 20044
11 Telephone: (202)514-4522
   Facsimile: (202) 616-8470
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | ) |
| Plaintiffs, | ) |
| | ) 3:06-CV-00056-PMP-VPC |
| v. | ) **BASE FILE** |
| | ) |
| ETREPPID TECHNOLOGIES, INC., et al., | ) 3:06-CV-00145-PMP-VPC |
| | ) |
| Defendants. | ) |

### UNITED STATES' SUPPLEMENTAL NOTICE OF FILING REGARDING DISCOVERY PROTOCOLS

Pursuant to the Minutes of Proceedings from the October 11, 2007 Case Management conference, the United States submitted a Notice on November 9, 2007 regarding protocols to facilitate the discovery process in accordance with the August 29, 2007 United States' Protective Order, which upheld the government's assertion of the military and state secrets privilege. The version of the proposed discovery protocols attached to the November 9 Notice was transmitted simultaneously to counsel for the parties. The United States files the instant supplemental notice to advise the Court that: (1) counsel for eTreppid Technologies, Inc. has stated that they have no

1  objections to the discovery protocols; and (2) despite further negotiations, the Montgomery
2  parties and the government have not reached an agreement with respect to the final language of
3  the protocols.  The United States is prepared to discuss the government's proposed protocols and,
4  in particular, the issues of disagreement at the November 15, 2007 discovery conference.

DATED: November 13, 2007

                                              Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

STEVEN W. MYRHE
United States Attorney
District of Nevada

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501

VINCENT M. GARVEY
Deputy Branch Director

 /s/ Carlotta P. Wells
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C.  20044

Counsel for United States
 Department of Defense