```
              ____ FILED        ____ RECEIVED
              ____ ENTERED      ____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

                        DEC - 6

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
              BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | December 6, 2007 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On November 27, 2007, this Court entered an order requiring Mr. Flynn and Ms. Dimare to supplement their billing statements in support of their motion for attorney's fees *in camera* and to serve the supplement on counsel for the Montgomery parties. Rather than simply submitting their supplement *in camera*, Mr. Flynn and Ms. Dimare have both submitted their supplement *in camera* and filed their supplement under seal (#351- #355).

**IT IS ORDERED** that the Clerk shall strike documents #351 - #355 from the court's docket and remove the sealed images from the file.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk