```
 1  Mark H. Gunderson, Esq (SBN: 2134)
    Catherine A. Reichenberg, Esq. (SBN: 10362)
 2  GUNDERSON LAW FIRM
    5345 Kietzke Lane, Suite 200
 3  Reno, Nevada 89511
    Telephone: (775) 829-1222
 4  Facsimile: (775) 829-1226

 5  Deborah A. Klar, Esq. (SBN: CA 124750)
    Teri T. Pham, Esq. (SBN: CA 193383)
 6  Tuneen E. Chisolm, Esq. (SBN: CA 211741)
    LINER YANKELEVITZ
 7  SUNSHINE & REGENSTREIF LLP
    1100 Glendon Avenue, 14th Floor
 8  Los Angeles, California 90024-3503
    Telephone: (310) 500-3500
 9  Facsimile: (310) 500-3501
    ADMITTED PRO HAC VICE
10
    Attorneys for Plaintiffs
11  DENNIS MONTGOMERY, and the MONTGOMERY
    FAMILY TRUST
12
```

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

DEC 12 2007

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendants <br><br> AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC <br> BASE FILE <br><br> ( 3:06-CV-00145-PMP-VPC) <br><br> **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SANCTIONS** |

WHEREAS, on November 29, 2007, Defendants eTreppid Technologies, LLC, and Warren Trepp (jointly, "Defendants") filed a Motion for Sanctions (the "Motion") against plaintiff Dennis Montgomery;

---
1
STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO DEFENDANTS'
MOTION FOR SANCTIONS
0039641/001/ 35191v01

1  WHEREAS, Plaintiffs Dennis Montgomery and the Montgomery Family Trust (jointly,
2  "Plaintiffs") seek a short continuance of their time to respond to the Motion due to the heavy
3  workload of their counsel in advance of the Christmas holidays;
4  WHEREAS, Defendants are amenable to granting Plaintiffs to and including December 26,
5  2007 to file an opposition to the Motion;
6  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
7  Plaintiffs and Defendants that Plaintiffs' time to respond to the Motion is extended to and including
8  December 26, 2007.

10  Dated: December 11, 2007            LINER YANKELEVITZ
                                        SUNSHINE & REGENSTREIF LLP

13                                      By: /s/
                                        Deborah A. Klar
                                        Attorneys for Plaintiffs
14                                      DENNIS MONTGOMERY, and the
                                        MONTGOMERY FAMILY TRUST

16  Dated: December 11, 2007            HALE LANE PEEK DENNISON AND HOWARD

19                                      By: /s/
                                        Jerry M Snyder
                                        Attorneys for Defendants
20                                      eTREPPID TECHNOLOGIES, LLC and
                                        WARREN TREPP

**ORDER**

24  **IT IS SO ORDERED**

25  Dated: This 12th day of December, 2007

                                        /s/ Valerie P. Cooke
                                        United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO DEFENDANTS'
MOTION FOR SANCTIONS
0039641/001/35191v01

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the LAW OFFICES OF LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP, and that on the **11th day of December 2007**, I caused to be served the within document described as **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SANCTIONS** on the interested parties in this action as stated below:

J. Stephen Peek, Esq.
Jerry M. Snyder, Esq.
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane
Second Floor
Reno, Nevada 89511
(775) 327-3000; 786-6179 - FAX
speek@halelane.com; jsnyder@halelane.com
Attorneys for eTreppid and Warren Trepp

Reid H. Weingarten, Esq.
Brian M. Heberlig, Esq.
Robert A. Ayers, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000; (202) 429-3902 - FAX
rweingarten@steptoe.com;
bhaberlig@steptoe.com; rayers@steptoe.com
Attorneys for eTreppid and Warren Trepp

Greg Addington, AUSA
U.S. DEPARTMENT OF JUSTICE
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
E-mail: Greg.addington@usdoj.gov
(775) 784-5181 - FAX
Attorneys for Department of Defense

Carlotta P. Wells, Sr. Trial Counsel
U.S. Dept. of Justice
Fed. Programs Branch
Civil Division
Room 7150
20 Massachusetts Avenue, NW
Post Office Box 883
Washington, D.C. 20044
(202) 514-4522; 616-8470 - FAX
E-mail: Carlotta.wells@usdoj.gov
Attorneys for Department of Defense

Ralph O. Gomez, Esq., Sr. Trial Counsel
U.S. Dept. of Justice, Fed. Programs Branch
Civil Division, Room 6144
20 Massachusetts Avenue, NW
Post Office Box 883
Washington, D.C. 20044
(202) 514-1318; 616-8470 - FAX
E-mail: raphael.gomez@usdoj.gov
Attorneys for Department of Defense

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on 12/11/2007, at Los Angeles, California.

NANCY TORRECILLAS

PROOF OF SERVICE

0039641/001/359652v01