UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | 3:06-CV-0056-PMP-VPC |
| Plaintiff(s), | **MINUTES OF PROCEEDINGS** |
| vs. | |
| | DATED: December 17, 2007 |
| ETREPPID TECHNOLOGIES, et al., | |
| Defendant(s). | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:      Lisa Mann            Court Reporter:      FTR

Counsel for Plaintiff(s):   (Telephonically) Deborah Klar and Tuneen Chisolm

Counsel for Defendant(s):   Stephen Peek and Jerry Snyder

Counsel for Interested Party:   (Telephonically) Carlotta Wells and Raphael Gomez

PROCEEDINGS: DISCOVERY STATUS CONFERENCE AND MOTION HEARING

10:08 a.m.  Court convenes.

The Court addresses the parties regarding the purpose of this monthly discovery status conference and motion hearing.  The Court reviews the status of pending motions that are currently being briefed.

On October 23, 2007, eTreppid filed a motion to file third amended complaint (#303), the plaintiffs opposed (#330), and the defendants replied (#339).

The parties present their respective arguments regarding the facts and merits of eTreppid's motion to file third amended complaint (#303).

Having heard from the parties and good cause appearing, the Court finds that eTreppid's motion to file third amended complaint (#303) is GRANTED.  eTreppid shall file its third amended complaint and the plaintiffs shall answer or otherwise plead in the normal course.

Dennis Montgomery, et al., v. eTreppid Technologies, LLC., et al.
3:06-CV-0056-PMP-VPC
December 17, 2007
Page 2

      With regard to the parties' stipulation regarding the Montgomery parties' response to motion for enforcement of U.S. protective order with respect to attorney files (#367), IT IS ORDERED that the plaintiffs shall have until **Friday, December 28, 2007** to respond to the motion.

      To the extent there are issues concerning production of documents pursuant to the discovery plan, the parties are directed to submit briefs, no later than **Wednesday, January 16, 2008**, regarding such issues, indicate the efforts made to resolve the issues, why the issues remain unresolved, indicate the parties' positions regarding the issues, and how the parties propose to resolve such issues.

      Plaintiffs' counsel advises the Court that plaintiffs' former counsel, Michael Flynn, filed a document styled, "Response of Attorney Flynn in support of Government's Motion to Compel Enforcement of Protective Orders" (#357). Plaintiffs' counsel contends that because Mr. Flynn has no standing, as a party or counsel, to file further papers in this action, Mr. Flynn's response should be stricken. This Court shall review Mr. Flynn's paper and determine whether it should be stricken.

      To accommodate the plaintiffs' counsel, all remaining discovery status conferences shall commence at 10:30 a.m; therefore, the next discovery status conference is set for **Tuesday, January 22, 2008** at **10:30 a.m.**

    **IT IS SO ORDERED.**

11:02 a.m.  Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By:_____/s/_____
                                            Lisa Mann, Deputy Clerk