Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
GUNDERSON LAW FIRM
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 829-1222
Facsimile: (775) 829-1226

Deborah A. Klar, Esq. (SBN: CA 124750)
Tuneen E. Chisolm, Esq. (SBN: CA 211741)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
ADMITTED PRO HAC VICE

Attorneys for Plaintiffs
DENNIS MONTGOMERY and the MONTGOMERY
FAMILY TRUST

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND RELATED CASES | Case No. 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>(Consolidated with Case No. 3:06-CV-00145-PMP-VPC)<br><br>**NOTICE OF ERRATA RE: PLAINTIFFS' MOTION TO STRIKE: (1) ATTORNEY MICHAEL FLYNN'S RESPONSE IN SUPPORT OF GOVERNMENT'S MOTION TO COMPEL ENFORCEMENT OF PROTECTIVE ORDERS, (2) DECLARATION OF MICHAEL FLYNN IN SUPPORT THEREOF, AND (3) SUPPLEMENTAL DECLARATION OF MICHAEL FLYNN** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE THAT** Plaintiffs Dennis Montgomery and the Montgomery Family Trust (collectively, the "Montgomery Parties") respectfully submit this notice of errata to correct an inadvertent, typographical error in their Motion to Strike: Attorney Michael Flynn's

---

NOTICE OF ERRATA RE: PLAINTIFFS' MOTION TO STRIKE

0039641/001/377257v02

1 | Response in Support of Government's Motion to Compel Enforcement of Protective Orders, the
2 | Declaration of Michael Flynn in Support Thereof, and the Supplemental Declaration of Michael
3 | Flynn, filed and served on January 10, 2008, at docket 391 (the "Motion"), as follows:
4 | At page 5, line 3 of the Motion: the word "Montgomery's" should be replaced with
5 | "Flynn's" to read "Not only are Flynn's assertions legally without merit, they fail to establish that
6 | Flynn would suffer any injury if the Government's Motion were granted."

Dated: January 11, 2008

Respectfully submitted,

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: /s/ Deborah A. Klar

Deborah A. Klar
Tuneen E. Chisolm
Attorneys for Plaintiffs
DENNIS MONTGOMERY and the
MONTGOMERY FAMILY TRUST

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the LAW OFFICES OF LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP, and that on the **11th day of January 2008**, I caused to be served the within document described as **NOTICE OF ERRATA RE: PLAINTIFFS' MOTION TO STRIKE: (1) ATTORNEY MICHAEL FLYNN'S RESPONSE IN SUPPORT OF GOVERNMENT'S MOTION TO COMPEL ENFORCEMENT OF PROTECTIVE ORDERS, (2) DECLARATION OF MICHAEL FLYNN IN SUPPORT THEREOF, AND (3) SUPPLEMENTAL DECLARATION OF MICHAEL FLYNN** on the interested parties in this action as stated below:

J. Stephen Peek, Esq.
Jerry M. Snyder, Esq.
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane
Second Floor
Reno, Nevada 89511
(775) 327-3000; 786-6179 - FAX
speek@halelane.com; jsnyder@halelane.com
Attorneys for eTreppid and Warren Trepp

Reid H. Weingarten, Esq.
Brian M. Heberlig, Esq.
Robert A. Ayers, Esq,
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000; (202) 429-3902 - FAX
rweingarten@steptoe.com;
bhaberlig@steptoe.com; rayers@steptoe.com
Attorneys for eTreppid and Warren Trepp

Greg Addington, AUSA
U.S. DEPARTMENT OF JUSTICE
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
E-mail: Greg.addington@usdoj.gov
(775) 784-5181 - FAX
Attorneys for Department of Defense

Carlotta P. Wells, Sr. Trial Counsel
U.S. Dept. of Justice
Fed. Programs Branch
Civil Division
Room 7150
20 Massachusetts Avenue, NW
Post Office Box 883
Washington, D.C. 20044
(202) 514-4522; 616-8470 - FAX
E-mail: Carlotta.wells@usdoj.gov
Attorneys for Department of Defense

Ralph O. Gomez, Esq., Sr. Trial Counsel
U.S. Dept. of Justice, Fed. Programs Branch
Civil Division, Room 6144
20 Massachusetts Avenue, NW
Post Office Box 883
Washington, D.C. 20044
(202) 514-1318; 616-8470 - FAX
E-mail: raphael.gomez@usdoj.gov
Attorneys for Department of Defense

☒   **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on 1/11/2008, at Los Angeles, California.

_____
NANCY TORRECILLAS

PROOF OF SERVICE

0039641/001/ 359652v01