## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-PMP (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 17, 2008 |
| | ) | |
| ETREPPID TECHNOLOGIES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   The parties are advised that at the discovery status conference set for Tuesday, January 22, 2008 at 10:00 a.m., the court will hear argument on plaintiffs' motion to enforce right to inspection of records (#321) and eTreppid's accompanying motion for sanctions (#343).  The court will also hear argument on the United States' motion for enforcement of protective order (#350) and on the plaintiff's accompanying motion to strike (#391).

   **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                            By:            /s/
                                    Deputy Clerk