PETER D. KEISLER
Assistant Attorney General
GREGORY A. BROWER
Acting United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
100 West Liberty, Suite 600
Reno, Nevada 89501
VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division
U.S. Department of Justice
20 Massachusetts Ave., NW/P.O. Box 883
Washington, D.C. 20044
Telephone: (202)514-4522/514-1318
Facsimile: (202) 616-8470

FEB - 5 2008

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | |
| Plaintiffs, | 3:06-CV-00056-PMP-VPC |
| v. | **BASE FILE** |
| ETREPPID TECHNOLOGIES, INC., et al., | 3:06-CV-00145-PMP-VPC |
| Defendants. | |

**STIPULATION RELATING TO EXTENSION OF DEADLINE**

The parties, through undersigned counsel, hereby stipulate to the following deadline:

1. Under the Court's January 23, 2008 Minutes of Proceedings, the parties were to submit a stipulation outlining their agreement regarding the production of documents in native format by February 4, 2008.

2. The United States, an interested third party to these proceedings, is still in the process of formulating proposed protocols for addressing issues relating to electronically stored information. The government expects to forward its proposed protocols to counsel for the parties by no later than February 8, 2008.

1  3. Because the United States requires additional time to formulate its proposed protocols
2  and, in the interests of allowing sufficient time to discuss the proposed protocols with the parties
3  in order to determine the extent to which an agreement may be reached, more time is needed for
4  submission of a stipulation or other positions regarding the production of documents in native
5  format.

6  4. The parties stipulate to extend the February 4 deadline to February 15, 2008.

7  **IT IS SO STIPULATED.**

8  Date: February 4, 2008

*/s/ Carlotta Wells*
CARLOTTA P. WELLS
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C. 20044

Counsel for United States

14  Date: February 4, 2008

MARK H. GUNDERSON
Gunderson Law Firm
5345 Kietzke Lane, Suite 200
Reno, NV 89511

DEBORAH A. KLAR
TUNEEN E. CHISOLM
Liner Yankelevitz Sunshine
& Regentserif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

Attorneys for Dennis Montgomery, et al.

22  Date: February 4, 2008

STEPHEN J. PEEK
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, NV 89511

Attorneys for eTreppid Technologies, LLC, et al.

1     3. Because the United States requires additional time to formulate its proposed protocols and, in the interests of allowing sufficient time to discuss the proposed protocols with the parties in order to determine the extent to which an agreement may be reached, more time is needed for submission of a stipulation or other positions regarding the production of documents in native format.

    4. The parties stipulate to extend the February 4 deadline to February 15, 2008.

**IT IS SO STIPULATED.**

Date: February 4, 2008

CARLOTTA P. WELLS
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C. 20044

Counsel for United States

Date: February 4, 2008

MARK H. GUNDERSON
Gunderson Law Firm
5345 Kietzke Lane, Suite 200
Reno, NV 89511

DEBORAH A. KLAR
TUNEEN E. CHISOLM
Liner Yankelevitz Sunshine
& Regentserif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

Attorneys for Dennis Montgomery, et al.

Date: February 4, 2008

STEPHEN J. PEEK
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, NV 89511

Attorneys for eTreppid Technologies, LLC, et al.

3. Because the United States requires additional time to formulate its proposed protocols and, in the interests of allowing sufficient time to discuss the proposed protocols with the parties in order to determine the extent to which an agreement may be reached, more time is needed for submission of a stipulation or other positions regarding the production of documents in native format.

4. The parties stipulate to extend the February 4 deadline to February 15, 2008.

**IT IS SO STIPULATED.**

Date: February 4, 2008

CARLOTTA P. WELLS
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C. 20044

Counsel for United States

Date: February 4, 2008

MARK H. GUNDERSON
Gunderson Law Firm
5345 Kietzke Lane, Suite 200
Reno, NV 89511

DEBORAH A. KLAR
TUNEEN E. CHISOLM
Liner Yankelevitz Sunshine
& Regentserif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

Attorneys for Dennis Montgomery, et al.

Date: February 4, 2008

STEPHEN J. PEEK
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, NV 89511

Attorneys for eTreppid Technologies, LLC, et al.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: February 4, 2008

-2-

1  IT IS SO ORDERED

Date: _____, 2008

_____
UNITED STATES MAGISTRATE JUDGE