## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP-(VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | February 6, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The stipulation re status of discovery and record inspection per minute order filed January 22, 2008 (#422) is **GRANTED** as follows:

Page Two, Section I(A) - The briefing schedule regarding whether eTreppid can assert the attorney-client privilege against Montgomery with respect to eTreppid's responses is approved. The parties shall file simultaneous opening briefs by noon (PST) on **February 15, 2008** and simultaneous reply briefs shall be due by noon (PST) on **February 20, 2008**.

Page Three, Section III - The court will allow the Montgomery parties to propound forty (40) additional interrogatories.

**IT IS SO ORDERED.**

                                    LANCE S. WILSON, CLERK

                              By:_____/s/_____
                                         Deputy Clerk