J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, NV   89511
Tel: (775) 327-3000
Fax:  (775) 786-6179

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:  (202) 429-3000

Attorneys for Defendants eTreppid Technologies, Inc. and Warren Trepp

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

DENNIS MONTGOMERY, an individual; and
MONTGOMERY FAMILY TRUST, a California
Trust,

               Plaintiffs,

    vs.

ETREPPID TECHNOLOGIES, L.L.C., a Nevada
Limited Liability Company; WARREN TREPP, an
individual; and DOES 1 through 10,

               Defendants.
_____/

CASE NO.        3:06-cv-00056-BES-VPC

**DECLARATION OF JERRY M.
SNYDER IN SUPPORT OF
ETREPPID'S MOTION TO COMPEL
DISCOVERY**

**DECLARATION OF JERRY M. SNYDER IN SUPPORT OF ETREPPID'S MOTION TO
COMPEL DISCOVERY**

      I, Jerry M. Snyder, declare under penalty of perjury under the laws of the State of Nevada:

      1.      I am an attorney duly licensed to practice in the State of Nevada and am an associate

with the law firm of Hale Lane Peek Dennison and Howard.  I represent eTreppid Technologies,

L.L.C. ("eTreppid") in the above-captioned matter.  I have personal knowledge of, and if called, could

competently testify as to, the matters contained herein.

Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

2.      eTreppid has propounded a number of discovery requests on the Montgomery parties in this action.  Those requests include the following:

    a.   Attached as **Exhibit A** to this Declaration is a true and correct copy of First Set of Requests by Defendant eTreppid Technologies, L.L.C. for Production of Documents by Plaintiffs Dennis Montgomery and the Montgomery Family Trust

    b.   Attached as **Exhibit B** to this Declaration is a true and correct copy of Plaintiff Dennis Montgomery and Montgomery Family Trust's Responses to eTreppid Technology LLC's Requests for Production of Documents.

    c.   Attached as **Exhibit C** to this Declaration is a true and correct copy of Plaintiff Dennis Montgomery and Montgomery Family Trust's Responses to eTreppid Technology LLC's Requests for Production of Documents: Documents Bate Stamped 0037 Through and Including 0317  (documents omitted).

3.      Montgomery has provided the following responses to eTreppid's discovery requests:

    a.   Attached as **Exhibit D** to this Declaration is a true and correct copy of Plaintiffs Dennis Montgomery's and the Montgomery Family Trust's Supplemental Responses to Defendant eTreppid Technologies, LLC's Requests for Production of Documents, Set One.

    b.   Attached as **Exhibit E** to this Declaration is a true and correct copy of Second Set of Requests by eTreppid Technologies, L.L.C. and Warren Trepp for Production of Inspection of Documents or Tangible Things.

    c.   Attached as **Exhibit F** to this Declaration is a true and correct copy of The Montgomery Parties' Objections to Second Set of Requests by eTreppid Technologies, LLC and Warren Trepp for Production or Inspection of Documents or Tangible Things.

4.      The parties have engaged in a lengthy and good faith effort to informally resolve the disputes regarding eTreppid's discovery requests.  The following correspondence memorializes the parties meet and confer efforts:

Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

a.   Attached as **Exhibit G** to this Declaration is a true and correct copy of Letter from T. Chisolm to J. Snyder (documents omitted).

b.   Attached as **Exhibit H** to this Declaration is a true and correct copy of First Set of Interrogatories by Defendant eTreppid Technologies, L.L.C. to Plaintiffs Dennis Montgomery and the Montgomery Family Trust.

c.   Attached as **Exhibit I** to this Declaration is a true and correct copy of Plaintiff Dennis Montgomery and the Montgomery Family Trust's Answers to Defendant eTreppid Technologies, LLC Interrogatories (Set One).

d.   Attached as **Exhibit J** to this Declaration is a true and correct copy of Plaintiffs Dennis Montgomery's and the Montgomery Family Trust's Supplemental Responses to Defendant eTreppid Technologies, LLC's Interrogatories, Set One.

e.   Attached as **Exhibit K** to this Declaration is a true and correct copy of Letter dated November 20, 2007 from A. Lang to T. Chisolm.

f.   Attached as **Exhibit L** to this Declaration is a true and correct copy of Letter dated December 10, 2007 from J. Snyder to T. Chisolm.

g.   Attached as **Exhibit M** to this Declaration is a true and correct copy of Letter dated January 16, 2008 from J. Snyder to T. Chisolm.

h.   Attached as **Exhibit N** to this Declaration is a true and correct copy of Letter dated February 4, 2008 from J. Snyder to T. Chisolm.

DATED:  This 15th day of February, 2007.


_____
                                                                /s/
                                                                Jerry M. Snyder

**PROOF OF SERVICE**

I, Cynthia L. Kelb, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Hale Lane Peek Dennison and Howard.  My business address is: 5441 Kietzke Lane, Second Floor, Reno, Nevada  89511.  I am over the age of 18 years and not a party to this action.  I am readily familiar with Hale Lane Peek Dennison and Howard's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On February 15, 2008, I caused the foregoing **DECLARATION OF JERRY M. SNYDER IN SUPPORT OF ETREPPID'S MOTION TO COMPEL DISCOVERY** to be:

_X_      filed the document electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

*Fax No. 775/829-1226*
mgunderson@gundersonlaw.com
Mark H. Gunderson, Ltd.
Mark H. Gunderson, Esq.
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Fax 310/500-3501*
Tpham@linerlaw.com; tchisolm@linerlaw.com;
Deborah A. Klar, Esq.
Tuneen E. Chisolm, Esq.
Liner Yankelevitz Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

*Fax No. 202/616-8470*
Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC  20044

*Fax No. 784-5181*
Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV  89501

*Fax 202/616-8470*
Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 15, 2008.

_____/s/_____
Cynthia L. Kelb

Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511