# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | February 20, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties are advised that at the hearing scheduled for Thursday, February 21, 2008 at 10:30 a.m., the court will hear argument on eTreppid's motion to compel (#431/433) and the Montgomery parties' brief regarding discovery disputes (#432). The appropriate counsel shall be available in person or by telephone to discuss and consider each and every dispute.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
        Deputy Clerk