UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DENNIS MONTGOMERY and the  )
MONTGOMERY FAMILY TRUST  )      3:06-CV-00056-PMP-VPC
                                             )      BASE FILE
   Plaintiffs,                            )
                                             )      3:06-CV-00145-PMP-VPC
   vs.                                    )
                                             )      **ORDER**
ETREPPID TECHNOLOGIES, LLC;  )
WARREN TREPP; and the UNITED  )
STATES DEPARTMENT OF DEFENSE,  )
                                             )
   Defendants.                         )
_____)
                                             )
AND ALL RELATED MATTERS.  )
_____)

**IT IS ORDERED** that to the extent Defendants eTreppid Technologies, LLC and Warren Trepp's Motion for Reconsideration, or in the Alternative, Motion to Align Parties for Purposes of Trial (Doc. #399) filed January 16, 2008, and Defendant eTreppid's Notice of Objection to Magistrate Judge's Order, or in the Alternative, Motion to Align Parties for Purposes of Trial (Doc. #400) filed January 16, 2008, constitute objections to the Order (Doc. #387) entered by the Honorable Valerie Cooke, United States Magistrate Judge, said objections are overruled and the Order of Magistrate Cooke is AFFIRMED.

**IT IS FURTHER ORDERED** that to the extent the foregoing motions filed on behalf of Defendant eTreppid Technologies seek an Order of the Court to realign the parties for trial, said motions are DENIED without prejudice to renew the same after the completion of discovery.

DATED: February 20, 2008

_____
PHILIP M. PRO
United States District Judge