J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Shane M. Biornstad, Esq. (NV Bar #9972)
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179
speek@halelane.com; jsnyder@halelane.com;
alang@halelane.com; sbiornstad@halelane.com

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone: (202) 429-3000

Attorneys for eTreppid Technologies, LLC and Warren Trepp

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust, | Case No. 3:06-CV-00056-PMP-VPC **Base File** |
| Plaintiff, | 3:06-CV-00145-PMP-VPC |
| vs. | **ETREPPID'S SUPPLEMENT TO ITS REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES SHOWING THAT ETREPPID'S ATTORNEY-CLIENT PRIVILEGE OBJECTIONS SHOULD BE OVERRULED IN THEIR ENTIRETY** |
| ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA, and DOES 1 through 10, | |
| Defendants / | |
| AND RELATED CASE(S) / | |

eTreppid Technologies, L.L.C., ("eTreppid"), submits this Supplement to its Reply to Plaintiffs' Memorandum of Points and Authorities Showing that eTreppid's Attorney-Client Privilege Objections Should Be Overruled in Their Entirety.

///

///

1  In Plaintiffs' Memorandum of Points and Authorities, Plaintiffs allege that Plaintiff Dennis
2  Montgomery ("Montgomery") is currently a manager of eTreppid: "Mr. Montgomery was initially its
3  designated 'Manager,' and he has been a designated member of eTreppid's Management Committee
4  since approximately January 1999." *See* Plaintiffs' Memorandum of Points and Authorities Showing
5  that eTreppid's Attorney-Client Privilege Objections Should Be Overruled in Their Entirety, at page 1,
6  lines 11-13. However, that statement is belied by Montgomery's own admission to the contrary.
7  Specifically, on April 5, 2006 Montgomery wrote a letter to Warren Trepp and Doug Frye stating as
8  follows:

> I was terminated by eTreppid Technologies, LLC from my position as Chief Technology Officer on 01/18/2006. In addition, I have not held the title of Committee Member since before 11/02/2001 and have been allowed to actually serve as a member of eTreppid's Management Committee (*i.e.*, as a committee member or otherwise), even though it may have been originally contemplated that I do so. This confirms that I still do not hold any positions with eTreppid, whether as an employee, consultant, manager, director, officer, committee member, or otherwise.

13  *See* Montgomery's letter to Trepp and Frye, which is attached hereto as **Exhibit "A"**. Accordingly,
14  Montgomery is not a current manager of eTreppid, and thus, pursuant to the entity is the client rule, he
15  has no authority to obtain eTreppid's attorney-client communications over the objections of eTreppid's
16  current management.
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  For all of the foregoing reasons, eTreppid must be permitted to assert the attorney-client
2  privilege against Montgomery.

3  Dated:  February 22, 2008.

4
/s/
J. Stephen Peek, Esq.  (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Shane M. Biornstad, Esq. (NV Bar #9972)
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179

Reid H. Weingarten, Esq. (D.C. Bar #365893)
Brian M. Heberlig, Esq. (D.C. Bar #455381)
Robert A. Ayers, Esq. (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902

*Attorneys for Plaintiff and Cross-Defendant eTreppid Technologies, L.L.C. and Cross-Defendant Warren Trepp*

# PROOF OF SERVICE

I, Gaylene Silva, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Hale Lane Peek Dennison and Howard. My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada 89511**. I am over the age of 18 years and not a party to this action. I am readily familiar with Hale Lane Peek Dennison and Howard's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On February 22, 2008, I caused the foregoing **ETREPPID'S SUPPLEMENT TO ITS REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES SHOWING THAT ETREPPID'S ATTORNEY-CLIENT PRIVILEGE OBJECTIONS SHOULD BE OVERRULED IN THEIR ENTIRETY** to be:

__X__   filed the document electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

*Fax No. 775/829-1226*
mgunderson@gundersonlaw.com
Mark H. Gunderson, Ltd.
Mark H. Gunderson, Esq.
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Fax 310/500-3501*
Tpham@linerlaw.com; dklar@linerlaw.com;
rlapine@linerlaw.com
Teri T. Pham, Esq.
Deborah A. Klar, Esq.
Ryan M. Lapine, Esq.
Liner Yankelevitz Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

*Fax No. 202/616-8470*
Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC 20044

*Fax No. 784-5181*
Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV 89501

*Fax 202/616-8470*
Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C. 20044

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 22, 2008.

_/s/_____
Gaylene Silva