J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Shane M. Biornstad, Esq. (NV Bar #9972)
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada   89511
Telephone:   (775) 327-3000
Facsimile:    (775) 786-6179
speek@halelane.com; jsnyder@halelane.com;
sbiornstad@halelane.com

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:  (202) 429-3000

Attorneys for eTreppid Technologies, LLC and Warren Trepp

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust, | Case No. 3:06-CV-00056-PMP-VPC **Base File** |
| Plaintiff, | 3:06-CV-00145-PMP-VPC |
| vs. | **ERRATA TO ETREPPID'S SUPPLEMENT TO ITS REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES SHOWING THAT ETREPPID'S ATTORNEY-CLIENT PRIVILEGE OBJECTIONS SHOULD BE OVERRULED IN THEIR ENTIRETY** |
| ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA, and DOES 1 through 10, | |
| Defendants | |
| AND RELATED CASE(S) | |

eTreppid Technologies, L.L.C., ( "eTreppid"), hereby files the present Errata.  In its

Supplement to Its Reply to Plaintiffs' Memorandum of Points and Authorities Showing that eTreppid's

Attorney-Client Privilege Objections Should Be Overruled in Their Entirety, eTreppid inadvertently

omitted the word "never" from a quote taken from Plaintiff Dennis Montgomery's April 5, 2006 letter

to Warren Trepp and Doug Frye.

**Hale Lane Peek Dennison and Howard**
**5441 Kietzke Lane, Second Floor**
**Reno, Nevada 89511**

::ODMA\PCDOCS\HLRNODOCS\719544\1

1    That letter actually states, in pertinent part:

2    I was terminated by eTreppid Technologies, LLC from my position as Chief
     Technology Officer on 01/18/2006.  In addition, I have not held the title of Committee
3    Member since before 11/02/2001 and have *never* been allowed to actually serve as a
     member of eTreppid's Management Committee (*i.e.*, as a committee member or
4    otherwise), even though it may have been originally contemplated that I do so.  This
     confirms that I still do not hold any positions with eTreppid, whether as an employee,
5    consultant, manager, director, officer, committee member, or otherwise.

6    *See* Montgomery's letter to Trepp and Frye (emphasis added), which is attached hereto as **Exhibit**

7    **"A"**.

8    Dated:  February 25, 2008.

9                                                    /s/

10                                           J. Stephen Peek, Esq.  (NV Bar #1758)
                                             Jerry M. Snyder, Esq. (NV Bar #6830)
11                                           Shane M. Biornstad, Esq. (NV Bar #9972)
                                             Hale Lane Peek Dennison and Howard
12                                           5441 Kietzke Lane, Second Floor
                                             Reno, Nevada  89511
13                                           Telephone:  (775) 327-3000
                                             Facsimile:  (775) 786-6179
14
                                             Reid H. Weingarten, Esq. (D.C. Bar #365893)
15                                           Brian M. Heberlig, Esq. (D.C. Bar #455381)
                                             Robert A. Ayers, Esq. (D.C. Bar #488284)
16                                           Steptoe & Johnson LLP
                                             1330 Connecticut Avenue, N.W.
17                                           Washington, D.C. 20036-1795
                                             Telephone:  (202) 429-3000
18                                           Facsimile:  (202) 429-3902
19
                                             *Attorneys for Plaintiff and Cross-Defendant*
20                                           *eTreppid Technologies, L.L.C. and*
                                             *Cross-Defendant Warren Trepp*
21

22

23

24

25

26

27

28

::ODMA\PCDOCS\HLRNODOCS\719544\1

*(left margin)* Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

**PROOF OF SERVICE**

I, Gaylene Silva, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Hale Lane Peek Dennison and Howard.  My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada  89511**.  I am over the age of 18 years and not a party to this action.  I am readily familiar with Hale Lane Peek Dennison and Howard's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On February 25, 2008, I caused the foregoing **ERRATA TO ETREPPID'S SUPPLEMENT TO ITS REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES SHOWING THAT ETREPPID'S ATTORNEY-CLIENT PRIVILEGE OBJECTIONS SHOULD BE OVERRULED IN THEIR ENTIRETY** to be:

  X___        filed the document electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

*Fax No. 775/829-1226*
mgunderson@gundersonlaw.com
Mark H. Gunderson, Ltd.
Mark H. Gunderson, Esq.
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Fax 310/500-3501*
Tpham@linerlaw.com; dklar@linerlaw.com;
rlapine@linerlaw.com
Teri T. Pham, Esq.
Deborah A. Klar, Esq.
Ryan M. Lapine, Esq.
Liner Yankelevitz Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

*Fax No. 202/616-8470*
Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC  20044

*Fax No. 784-5181*
Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV  89501

*Fax 202/616-8470*
Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 25, 2008.

_/s/_____
Gaylene Silva

Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

::ODMA\PCDOCS\HLRNODOCS\719544\1