UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | February 22, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

To better accommodate management of the court's calendar and due to extensive complex argument by counsel during hearings, the parties are advised that the discovery status conferences set for the following dates will begin at **9:00 a.m.**: March 17, 2008; May 20, 2008; June 17, 2008; July 15, 2008; August 19, 2008; September 16, 2008; and October 16, 2008. Out-of-state counsel may participate telephonically.

The discovery status conference set for April 15, 2008 is hereby **VACATED** and shall be reset to a new date.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
       Deputy Clerk