Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
GUNDERSON LAW FIRM
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 829-1222
Facsimile: (775) 829-1226

Deborah A. Klar, Esq. (SBN: CA 124750)
Tuneen E. Chisolm, Esq. (SBN: CA 211741)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
ADMITTED PRO HAC VICE

Attorneys for Plaintiffs
DENNIS MONTGOMERY, THE MONTGOMERY
FAMILY TRUST, OPSPRING, LLC, and EDRA
BLIXSETH

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>(Consolidated with Case No. 3:06-CV-00145-PMP-VPC)<br><br>**STIPULATION RE: EXTENSION OF TIME FOR EDRA BLIXSETH AND OPSPRING, LLC TO FILE RESPONSE TO COUNTERCLAIM** |

STIPULATION RE: EXTENSION OF TIME FOR EDRA BLIXSETH AND OPSPRING, LLC TO FILE RESPONSE TO COUNTERCLAIM

Counterdefendants Opspring, LLC ("Opspring") and Edra Blixseth ("Blixeth"), and Counterclaimant eTreppid Technologies, Inc. ("eTreppid"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on January 29, 2008, counsel for Opspring and Blixseth agreed to accept service of the Counterclaim summons on behalf of those parties;

WHEREAS, eTreppid thereafter served Opspring's registered agent with summons and complaint on February 13, 2008;

WHEREAS, eTreppid then served an Acknowledgement and Acceptance of Service for Blixseth on her counsel on February 25, 2008;

WHEREAS, Opspring's response would be due on or before March 4, 2008, pursuant to Rule 12 of the Federal Rules of Civil Procedure;

WHEREAS, Blixseth's response would be due twenty (20) days from the date the Acknowledgement and Acceptance of Service is executed, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30(c) of the California Code of Civil Procedure ("service of summons . . . is deemed complete on the date a written acknowledgement of receipt is executed"), and at the latest, by April 7, 2008, forty (40) days from the date the Acknowledgement and Acceptance of Service was served upon counsel, pursuant to Section 415.30(d) of the California Code of Civil Procedure;

WHEREAS, the Montgomery Parties' Motion to Dismiss the Non-Statutory Trade Secret Causes Of Action in the Counterclaim is fully briefed and pending, and that motion addresses some of the causes of action asserted against Opspring and Blixseth;

WHEREAS, the parties and eTreppid agree it would be efficient to await the Court's ruling on the Motion to Dismiss before Blixeth or Opspring file their responsive pleadings, so as to avoid unnecessary duplicity and so that the parties may have the benefit of the Court's ruling in preparing their response to the Counterclaim;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties that Opspring and Blixseth shall have an extension of time to respond to eTreppid's Counterclaim through and including March 24, 2008.

IT IS SO STIPULATED.

Dated: February 29, 2008

Respectfully submitted,

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Deborah A. Klar
Tuneen E. Chisolm
Attorneys for Plaintiffs
DENNIS MONTGOMERY and the
MONTGOMERY FAMILY TRUST

Dated: February 29, 2008

Respectfully submitted,

HALE LANE PEEK DENNISON AND HOWARD

By: _____
Jerry M. Snyder, Esq.
Attorney for eTREPPID
TECHNOLOGIES, INC.

IT IS SO ORDERED

Dated: This 3rd day of March, 2008

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the LAW OFFICES OF LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP, and that on February 29, 2008, I caused to be served the within document described as **STIPULATION RE: EXTENSION OF TIME FOR EDRA BLIXSETH AND OPSPRING, LLC TO FILE RESPONSE TO COUNTERCLAIM** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Hale Lane Peek Dennison and Howard<br>5441 Kietzke Lane<br>Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@halelane.com; jsnyder@halelane.com<br>Attorneys for eTreppid and Warren Trepp | Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bhaberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense | |

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on 2/29/2008, at Los Angeles, California

Criss A. Draper
(Type or print name)

/s/ Criss A. Draper
(Signature)