# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| vs. ) | March 11, 2008 |
| ETREPPID TECHNOLOGIES, et al. ) | |
| Defendants. ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Montgomery parties' motion for order on shortened time staying magistrate judge's order filed February 21, 2008 (#466) is **DENIED**.  The Court does not have time on its docket to hear this motion prior to March 14, 2008 as requested.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
       Deputy Clerk