J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile:   (775) 786-6179

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone: (202) 429-3000
Attorneys for eTreppid Technologies, L.L.C. and Warren Trepp

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust,<br><br>Plaintiff,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA, and DOES 1 through 10,<br><br>Defendants.<br>_____/<br>AND ALL RELATED CASE(S)<br>_____/ | Case No. 3:06-CV-00056-BES-VPC<br>**Base File**<br><br>Case No. 3:06-cv-00145-PMP-VPC<br><br><br>**ETREPPID TECHNOLOGIES, L.L.C. AND WARREN TREPP'S STATUS REPORT AS OF MARCH 12, 2008** |

eTreppid Technologies L.L.C. and Warren Trepp (collectively "eTreppid") hereby submit their Status Report in anticipation of the status conference scheduled for March 17, 2008.

///

///

::ODMA\PCDOCS\HLRNODOCS\725060\1         1

A.   **The Montgomery Parties' Motion, for Order on Shortened Time Staying Magistrate Judge's Order Filed February 21, 2008 ("Motion for Stay").**

On March 10, 2008, the Montgomery Parties filed a motion seeking an order "staying Items 4, 9, 10 and 13" in this Court's Order entered February 21, 2008 "pending a ruling on their Objections To, Request for Reconsideration Of, And Notice of Motion to Modify Magistrate Judge's Order." *See* Motion dated February 21, 2008. On March 11, 2008 this Court denied Montgomery's request that its Motion for Stay be heard on shortened time, prior to the March 14, 2008 deadline in which Montgomery has been ordered to produce documents. As no stay has been entered, Montgomery is still obliged to provide the documents that he was ordered to produce at the February 21, 2008 Status Conference on or before March 14, 2008.

B.   **The Ashley Quinn Subpoena Duces Tecum.**

On February 25, 2008 Montgomery served eTreppid's former certified public accounting firm Ashley Quinn with a subpoena duces tecum. Montgomery failed to provide notice to eTreppid prior to serving the subpoena. eTreppid learned of the subpoena only after it was notified by counsel for Ashley Quinn. eTreppid reviewed the subpoena and authorized Ashley Quinn to produce documents responsive to Montgomery's requests. Counsel for Ashley Quinn requested that eTreppid provide written consent to produce the documents. On March 3, 2008 eTreppid, through its counsel, provided written consent for Ashley Quinn to produce the documents. Ashley Quinn's counsel notified eTreppid that the consent form eTreppid had provided was insufficient and requested that eTreppid provide additional written consent. eTreppid provided an additional letter of consent on March 12, 2008. *See* Letter attached to Montgomery's Status Report as Exhibit "1". eTreppid does not object to Ashley Quinn producing the requested documents but is otherwise unaware of the status of Ashley Quinn's document production.

C.   **United States Vendor Protocols.**

eTreppid is still awaiting finalized vendor protocols to be approved with respect to producing electronically stored information, as set forth in the minutes of the telephonic proceedings of February 29, 2008.

///

::ODMA\PCDOCS\HLRNODOCS\725060\1          2

**D. Montgomery's Supplemental Responses to Interrogatories.**

Montgomery has provided no substantive responses to eTreppid's First Set of Interrogatories: Nos. 3, 4, 5, 6, 7, and 9. On March 5, 2008, counsel for Montgomery advised counsel for eTreppid that Montgomery would provide supplemental responses to Interrogatories 3, 5, 6, 7, and 9. *See* **Exhibit "A".** However, Montgomery has not committed to providing these responses by any particular date. Montgomery asserted that he would not provide a response to Interrogatory No. 4, which requests that Montgomery identify any document that he contends is substantially similar to any of his copyrighted work, because such a response "will be tied to the outcome of the related document requests that seek discovery of the actual software." *See* **Exhibit "B".**

There is no basis for Montgomery's continued refusal to respond to Interrogatory No. 4. Montgomery has alleged copyright claims against eTreppid; he should be required to identify the infringing works with particularity. Notably, in Montgomery's March 10, 2008 Motion for a Protective Order, he does not even argue that he should not be required to respond to Interrogatory No. 4. Accordingly, eTreppid respectfully requests that this court order Montgomery to provide supplemental responses to Interrogatory No. 4. In addition, eTreppid requests that Montgomery be ordered to provide all supplemental interrogatory responses on or before March 21, 2008.

Dated: March 13, 2008.

/s/
J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
    -and-
Reid H. Weingarten, Esq. (D.C. Bar #365893)
Brian M. Heberlig, Esq. (D.C. Bar #455381)
Robert A. Ayers, Esq. (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
Attorneys for eTreppid Technologies, L.L.C. and Warren Trepp

**PROOF OF SERVICE**

I, Cynthia L. Kelb, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Hale Lane Peek Dennison and Howard. My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada  89511**. I am over the age of 18 years and not a party to this action. I am readily familiar with Hale Lane Peek Dennison and Howard's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On March 13, 2008, I caused the foregoing **ETREPPID TECHNOLOGIES, L.L.C. AND WARREN TREPP'S STATUS REPORT AS OF MARCH 12, 2008** to be:

  X     filed the document electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

*Fax No. 775/829-1226*
mgunderson@gundersonlaw.com
Mark H. Gunderson, Ltd.
Mark H. Gunderson, Esq.
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Fax 310/500-3501*
Tpham@linerlaw.com; dklar@linerlaw.com;
rlapine@linerlaw.com
Teri T. Pham, Esq.
Deborah A. Klar, Esq.
Ryan M. Lapine, Esq.
Liner Yankelevitz Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

*Fax No. 202/616-8470*
Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC  20044

*Fax No. 784-5181*
Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV  89501

*Fax 202/616-8470*
Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044

*Fax No. 775-823-2929*
bpeck@lrlaw.com
Bridget Robb Peck, Esq.
Lewis and Roca, LLP
50 W. Liberty Street, Ste. 410
Reno, Nevada 89501

*Fax No. 206-903-8820*
park.brian@dorsey.com;
stewart.douglas@dorsey.com;
trotta.nicole@dorsey.com;
Crowley.robert@dorsey.com;
Brian Park, Esq.
Douglas Stewart, Esq.

::ODMA\PCDOCS\HLRNODOCS\725060\1           4

Nicole Trotta, Esq.
Robert Crowley, Esq.
Dorsey & Whitney, LLP
1420 Fifth Ave., Ste. 3400
Seattle, Washington 98101

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on March 13, 2008.

                  _/s/_____
                    Cynthia L. Kelb

Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

# EXHIBIT "A"

# EXHIBIT "A"

### Jerry Snyder

**From:** Tuneen E. Chisolm [TCHISOLM@linerlaw.com]
**Sent:** Wednesday, March 05, 2008 4:48 PM
**To:** Jerry Snyder
**Cc:** Deborah A. Klar; Lori L. Werderitch
**Subject:** Resolution of eTreppid Interrogatories at Issue

Jerry:

We understand eTreppid seeks further responses to eTreppid's First Set of Interrogatories Nos. 3, 4, 5, 6, 7, 8, 9 and 10.

We already provided supplemental responses to Nos. 8 and 10. We will provide supplemental responses to the rest, however any further response to No. 4 will be tied to the outcome of the related document requests that seek discovery of actual software.

Tuneen E. Chisolm, Esq.
**LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP**
1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024.3503
main: 310.500.3500
dir: 310.500.3499
fax: 310.500.3501
dir fax: (800) 517-0819
tchisolm@linerlaw.com
**www.linerlaw.com**

Notice of Privilege/Confidentiality Privileged and Confidential information may be contained in this message. If you are not the addressee indicated in this message (or Responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure: To ensure compliance with Treasury Department Regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

# EXHIBIT "B"

EXHIBIT "B"

### Jerry Snyder

**From:** Jerry Snyder
**Sent:** Friday, March 07, 2008 2:42 PM
**To:** 'Tuneen E. Chisolm'
**Cc:** Cynde Kelb
**Subject:** RE: Resolution of eTreppid Interrogatories at Issue

Tuneen,

The only specific objection you previously asserted to Interrogatory No. 4 was that you cannot respond to it without violating the U.S. Protective Order. As per that protective order and the related protocols, Montgomery is obliged to provide his response to the attorneys for the Untied States in this matter. Please confirm that you will do so. Regardless of whether or not the court orders Montgomery to provide the source code and executables at issue, he still needs to identify which material he claims violated his alleged copyrights.

As to the remaining interrogatories, when will you provide supplemental responses?

---

**From:** Tuneen E. Chisolm [mailto:TCHISOLM@linerlaw.com]
**Sent:** Friday, March 07, 2008 11:16 AM
**To:** Jerry Snyder
**Cc:** Deborah A. Klar; Lori L. Werderitch
**Subject:** RE: Resolution of eTreppid Interrogatories at Issue

Jerry-

I haven't heard from you regarding the email below. Is it still necessary for me to file an opposition on Monday or not?

---

**From:** Tuneen E. Chisolm
**Sent:** Wednesday, March 05, 2008 4:48 PM
**To:** 'Jerry Snyder'
**Cc:** Deborah A. Klar; Lori L. Werderitch
**Subject:** Resolution of eTreppid Interrogatories at Issue

Jerry:

We understand eTreppid seeks further responses to eTreppid's First Set of Interrogatories Nos. 3, 4, 5, 6, 7, 8, 9 and 10.

We already provided supplemental responses to Nos. 8 and 10. We will provide supplemental responses to the rest, however any further response to No. 4 will be tied to the outcome of the related document requests that seek discovery of actual software.

Tuneen E. Chisolm, Esq.
**LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP**

 1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024.3503
main: 310.500.3500
dir: 310.500.3499
fax: 310.500.3501
dir fax: (800) 517-0819
tchisolm@linerlaw.com
**www.linerlaw.com**

Notice of Privilege/Confidentiality Privileged and Confidential information may be contained in this message. If you are not the addressee indicated in this message (or Responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure: To ensure compliance with Treasury Department Regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.