1

2

3

4

5          UNITED STATES DISTRICT COURT

6            DISTRICT OF NEVADA

7                  * * *

8    DENNIS MONTGOMERY and the          )
     MONTGOMERY FAMILY TRUST            )      3:06-CV-00056-PMP-VPC
9                                        )      BASE FILE
              Plaintiffs,               )
10                                       )
        vs.                             )
11                                       )
     ETREPPID TECHNOLOGIES, LLC;        )
12   WARREN TREPP; and the UNITED        )      **ORDER**
     STATES DEPARTMENT OF DEFENSE,      )
13                                       )
              Defendants.               )
14   _____)
                                         )
15   AND ALL RELATED MATTERS.           )
                                         )
16

17          Before the Court for consideration are the Montgomery Parties' Objections to,

18   Request of Reconsideration of and Notice of Motion to Modify Magistrate Judge's Order

19   Filed February 21, 2008, Compelling Production of Certain Documents and Things;

20   Memorandum of Points and Authorities and Declaration of Tuneen E. Chisolm (Doc. #460)

21   filed March 6, 2008, and Montgomery Parties' Emergency Motion for Order From District

22   Court Judge on Shortened Time Staying Items 4, 9, 10 and 13 of Magistrate Judge's Order

23   Filed February 21, 2008, (Doc. #478) filed March 18, 2008.

24          Defendants Etreppid Technologies and Warren Trepp have filed Oppositions to

25   both motions above (Doc. #477 and #479).

26   / / /

In accord with the provisions of 28 U.S.C. § 636(b)(1)(A), and Local Rule 1B 3-1, the Court has reviewed the proceedings before Magistrate Judge Cooke on February 21, 2008, in light of the objections (Doc. #460) and emergency motion for stay (Doc. #478) and the responses thereto.  The Court finds that Magistrate Judge Cooke's rulings (Doc. #448) are neither clearly erroneous nor contrary to law.  Accordingly,

**IT IS ORDERED** that the Montgomery Parties' Objections to, Request of Reconsideration of and Notice of Motion to Modify Magistrate Judge's Order Filed February 21, 2008, Compelling Production of Certain Documents and Things; Memorandum of Points and Authorities and Declaration of Tuneen E. Chisolm (Doc. #460) and Montgomery Parties' Emergency Motion for Order From District Court Judge on Shortened Time Staying Items 4, 9, 10 and 13 of Magistrate Judge's Order Filed February 21, 2008, (Doc. #478) are **DENIED** and that the Orders entered by Magistrate Judge Cooke (Doc. #448) on February 21, 2008, are hereby **AFFIRMED**.


DATED:  March 19, 2008.

PHILIP M. PRO
United States District Judge