# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., ) | | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, ) | | **MINUTES OF THE COURT** |
| vs. ) | | March 26, 2008 |
| ETREPPID TECHNOLOGIES, et al.) | | |
| Defendants. ) | | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Michael Flynn, Esq. filed an *ex parte* motion to conform final amount of fees and costs to court's March 24, 2008 order (#506). Because this document was filed *ex parte*, it was not electronically served on the other parties. The court finds no reason for this motion to be filed *ex parte*; therefore, Michael Flynn, Esq. shall re-file his motion and shall show service on all parties to this matter.

    **IT IS SO ORDERED.**

                                               LANCE S. WILSON, CLERK

                                By:          /s/
                                               Deputy Clerk