**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., ) | | 3:06-CV-0056-PMP (VPC) |
| ) | | |
| Plaintiffs, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | April 2, 2008 |
| ) | | |
| ETREPPID TECHNOLOGIES, et al.) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      The court has reviewed the United States' proposed vendor protocols (#434) and the objections filed by the Montgomery parties (#499). The court **ADOPTS** the vendor protocols as submitted by the United States (#434).

      **IT IS SO ORDERED.**

                                                          LANCE S. WILSON, CLERK

                                           By:            /s/
                                                          Deputy Clerk