UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DENNIS MONTOMERY, et al., )<br>)<br>Plaintiff(s),       )<br>)<br>vs.                        )<br>)<br>ETREPPID TECHNOLOGIES,   )<br>et al.,                      )<br>)<br>Defendant(s).   )<br>_____) | 3:06-CV-0056-PMP-VPC<br><br>**MINUTES OF THE COURT**<br><br>DATED:  April 28, 2008 |

PRESENT:    THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:         Lisa Mann            Court Reporter:        FTR

Counsel for Plaintiff(s):       None Appearing

Counsel for Defendant(s):      None Appearing

    Counsel for the government has requested an *in camera* meeting in chambers with the government officials who will review the Montgomery parties' files currently in the custody of Michael Flynn, Esq.  The purpose of this meeting is similar to the *in camera* meeting held last year with the District Court concerning redactions of information subject to military and state secrets privilege.

    IT IS ORDERED that counsel for the government shall contact deputy court clerk Lisa Mann at (775)686-5653 to arrange this in chambers meeting with the Court.


                                                   LANCE S. WILSON, CLERK


                                                 By:            /s/
                                                      Lisa Mann, Deputy Clerk