1  Mark H. Gunderson, Esq. (SBN: 2134)
   Catherine A. Reichenberg, Esq. (SBN: 10362)
2  GUNDERSON LAW FIRM
   5345 Kietzke Lane, Suite 200
3  Reno, Nevada 89511
   Telephone:  (775) 829-1222
4  Facsimile:  (775) 829-1226

5  Deborah A. Klar, Esq. (SBN: CA 124750)
   Tuneen E. Chisolm, Esq. (SBN: CA 211741)
6  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
7  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
8  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
9  ADMITTED PRO HAC VICE

10 Attorneys for DENNIS MONTGOMERY, the
   MONTGOMERY FAMILY TRUST, EDRA BLIXETH,
11 AND OPSPRING LLC

12                  **UNITED STATES DISTRICT COURT**

13                      **DISTRICT OF NEVADA**

14 DENNIS MONTGOMERY and the          )  Case No. 3:06-CV-00056-PMP-VPC
   MONTGOMERY FAMILY TRUST,           )  BASE FILE
15                                     )
          Plaintiffs,                  )  (Consolidated with Case No. 3:06-CV-
16                                     )  00145-PMP-VPC)
       vs.                             )
17                                     )  **EMERGENCY MOTION OF THE**
   ETREPPID TECHNOLOGIES, LLC, WARREN )  **MONTGOMERY PARTIES FOR:**
18 TREPP, and the UNITED STATES        )
   DEPARTMENT OF DEFENSE,              )  **(1) ORDER SEALING AND STRIKING**
19                                     )  **DOCKET ITEM NOS. 540, 545, 546, 547,**
          Defendants.                  )  **548, 550, 551, 552, 553, 554, 555, 556, 557**
20                                     )  **AND ANY SUBSEQUENT FILINGS BY**
                                       )  **NON-PARTY/FORMER COUNSEL**
21 _____  )  **MICHAEL FLYNN;**
                                       )
   AND RELATED CASES.                  )  **(2) ORDER REQUIRING ALL**
22                                     )  **PERSONS SERVED WITH THOSE**
   _____  )  **FILINGS TO DELETE/DESTROY ANY**
23                                     )  **AND ALL COPIES OF THE SAME AND**
                                       )  **TO SUBMIT A DECLARATION OF**
24                                     )  **COMPLIANCE TO THE COURT;**
                                       )
25                                     )  **(3) ORDER BARRING FURTHER**
                                       )  **FILINGS BY NON-PARTY/FORMER**
26                                     )  **COUNSEL MICHAEL FLYNN, CARLA**
                                       )_ **DI MARE AND ALFRED RADA**
27                                     )  **WITHOUT PRIOR LEAVE OF COURT**
                                       )
28                                     )
                                       )

0039641/001/ 390928v.01

**EMERGENCY MOTION**

Dennis Montgomery, individually ("Montgomery"), and The Montgomery Family Trust, who are the plaintiffs in the base file matter 3:06-CV-00056-PMP-VPC and, along with Dennis Montgomery and Brenda Montgomery, as trustees of the Montgomery Family Trust, (collectively the "Montgomery Parties"), who are the defendants in the member case 3:06-CV-00145-PMP-VPC, hereby move ex parte for:

(1) An order sealing and striking docket item nos. 540, 545, 546, 547, 548, 550, 551, 552, 553, 554, 555, 556, 557 (the "Flynn Filings") and any subsequent filings by non-parties Michael Flynn ("Flynn"), Carla DiMare ("DiMare"), or Alfred Rada ("Rada"), the Montgomery Parties' former counsel of record;

(2) An order requiring all persons served with the Flynn Filings and any subsequent filings by non-parties/former counsel Flynn, DiMare and Rada to delete/destroy any and all copies of the same and to submit a declaration of compliance to the court; and

(3) An order barring any and all further filings by non-parties/former counsel Flynn, DiMare or Rada without prior leave of Court, which leave shall be sought by motion or application (including the proposed filing) filed under seal and served only on the Montgomery Parties.

This emergency motion is brought on the grounds that the Flynn Filings use, reveal and rely upon information relating to the prior representation of the Montgomery Parties in this action by Flynn, DiMare and Rada in violation of Nevada Rules of Professional Conduct, Rule 1.9 and are extraordinarily damaging and prejudicial to the Montgomery Parties as well as counterdefendants Edra Blixseth ("Blixseth") and Opspring LLC ("Opspring").

00039641/001/ 390928v01

1       This motion is based upon this Notice of Emergency Motion and Motion, the following

2 memorandum of points and authorities, the Flynn Filings, the pertinent pleadings and orders of

3 record, and all such further evidence and argument as may be considered in further support hereof.

4 Dated:  April 29, 2008                Respectfully submitted,

5                                   LINER YANKELEVITZ
                                  SUNSHINE & REGENSTREIF LLP

6

7                                   By: _____/S/_____

8                                       Deborah A. Klar
                                      Tuneen E. Chisolm

9                                       Attorneys for DENNIS MONTGOMERY,
                                      the MONTGOMERY FAMILY TRUST,

10                                       EDRA BLIXETH, AND OPSPRING LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

0039641/001/ 390928v.01

1    **MEMORANDUM OF POINTS AND AUTHORITIES**

2         As and for their memorandum of points and points in support of their emergency motion for

3    the above-specified orders, the Montgomery Parties adopt and incorporate herein by this reference

4    the [Proposed] Findings of Fact and Conclusions of Law lodged concurrently herewith and

5    attached hereto for the Court's convenience.

6

7

8    Dated:  April 29, 2008                    Respectfully submitted,

9                                              LINER YANKELEVITZ
                                               SUNSHINE & REGENSTREIF LLP
10

11
                                              By:  _____/S/_____
12                                                  Deborah A. Klar
                                                    Tuneen E. Chisolm
13                                                  Attorneys for DENNIS MONTGOMERY,
                                                    the MONTGOMERY FAMILY TRUST,
14                                                  EDRA BLIXETH, AND OPSPRING LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

00039641/001/ 390928v01