UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | May 5, 2008 |
| ETREPPID TECHNOLOGIES, et al. | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs, Dennis Montgomery and the Montgomery Family Trust, ("Montgomery parties") have moved *ex parte* for an order shortening time (#569). By this motion, they seek to shorten the time for briefing of their amended motion for (1) sealing and striking item nos. 540, 545, 546, 547, 548, 550, 551, 552, 553, 554, 555, 556, 557 and any subsequent filing [by] former counsel Flynn; (2) order requiring persons served with above items to delete/destroy the same and to submit a declaration of compliance to the court; (3) order barring further filings by former counsel Michael Flynn or his prior co-counsel without prior leave of court; (4) order requiring delivery of sealed boxes of client files to court (#566) ("amended motion for orders"). Michael Flynn, former counsel for the Montgomery parties, ("Mr. Flynn") opposed (#s 572 & 573).

By their motion for order shortening time, the Montgomery parties also seek an order extending the time for their responses to the motions filed by Michael Flynn, to establish procedures to comply with Nevada Rules of Professional Conduct 3.3(a)(3) and (b) (#540) and for sanctions pursuant to (a) 28 U.S.C. § 1927; and/or (b) the inherent power of the court; and/or (c) LR IA4-1 (#545) ("Flynn motions") until fifteen court days after final resolution of the Montgomery parties' amended motion for orders (#566).

Upon consideration of the motion for order shortening time, and for good cause,

IT IS HEREBY ORDERED that the Montgomery parties' motion for order shortening time (#569) is **DENIED.**

The briefing schedule on the Montgomery parties' amended motion for orders (#566) shall comport with Local Rule 7-2.

Pursuant to Local Rule 7-2, the Montgomery parties were required to file points and authorities in opposition to the Flynn motions (#s 540 & 545) by Tuesday, May 6, 2008. Given the filing of intervening motions, the Montgomery parties shall be granted a brief extension of time to respond to Mr. Flynn's motion until **Thursday, May 8, 2008**. Mr. Flynn has leave to file a reply no later than **Monday, May 19, 2008.**

**IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

By:_____/s/_____
                Deputy Clerk