**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, et al.,   ) | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs,    ) | **MINUTES OF THE COURT** |
| vs.    ) | May 7, 2008 |
| ETREPPID TECHNOLOGIES, et al.) | |
| Defendants.    ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the motion of Michael Flynn, Esq., ("Mr. Flynn"), former counsel for the Dennis Montgomery and that Montgomery Family Trust ("Montgomery parties") in this action to conform amount of fees and costs to March 24, 2008 order (#520), and the Montgomery parties responded (#542).

The court has undertaken a review of its March 24, 2008 order regarding attorney's fees and costs (#502), and **GRANTS** Mr. Flynn's motion to conform amount of fees and costs as follows:

| | | |
|---|---|---|
| Total fees allowed pursuant to March 24, 2008 order (#502): | | $595,441.97 |
| | | +6,460.00 |
| | Subtotal | $601,901.97 |
| Total costs allowed pursuant to March 24, 2008 order (#502) | | +26,910.18 |
| | Total | $628,812.15 |

      Mr. Flynn originally filed the motion to conform amount of fees and costs *ex parte* (#506) and was ordered by the court to re-file his motion to show service on all parties (#513). Thereafter, Mr. Flynn re-filed the motion to conform amount of fees and costs as docket #520. Therefore, Mr. Flynn's original *ex parte* motion to conform amount of fees and costs (#506) is **DENIED as moot.**

      **IT IS SO ORDERED.**

                                                   LANCE S. WILSON, CLERK

                        By:_____/s/_____
                                 Deputy Clerk