## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-PMP (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 12, 2008 |
| | ) | |
| ETREPPID TECHNOLOGIES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received and reviewed the Montgomery parties' emergency motion to file memorandum of points and authorities in excess of 30 pages in opposition to Michael Flynn's motion for sanctions (#590) and Michael Flynn's opposition to that emergency motion (#591). For good cause appearing,

**IT IS ORDERED** that the Montgomery parties' emergency motion to file memorandum of points and authorities in excess of 30 pages in opposition to Michael Flynn's motion for sanctions (#590) is **GRANTED**. The Montgomery parties shall be permitted to file a memorandum of up to 75 pages.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
         Deputy Clerk