Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
GUNDERSON LAW FIRM
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 829-1222
Facsimile: (775) 829-1226

Deborah A. Klar, Esq. (SBN: CA 124750)
Tuneen E. Chisolm, Esq. (SBN: CA 211741)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
ADMITTED PRO HAC VICE

Attorneys for Plaintiffs
DENNIS MONTGOMERY and
the MONTGOMERY FAMILY TRUST

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>(Consolidated with Case No. 3:06-CV-00145-PMP-VPC)<br><br>**EMERGENCY REQUEST BY MONTGOMERY PARTIES FOR STATUS CONFERENCE TO ADDRESS THE MONTGOMERY PARTIES' COMPLIANCE WITH THE COURT'S MAY 7, 2008 ORDER** |

Case No. 3:06-CV-00056-PMP-VPC

0039641/001/ 37445v02

Plaintiffs Dennis Montgomery and the Montgomery Family Trust (jointly, the "Montgomery Parties") respectfully request that the Court schedule a telephonic status conference on May 15, 2008 at 1:30 p.m. to address logistical difficulties that the Montgomery Parties are encountering in attempting to comply with this Court's May 7, 2008 Order requiring the Montgomery Parties to produce by May 19, 2008, among other things: "Documents relating to eTreppid's technology, including white papers, power point presentations, marketing documents, and correspondence with potential customers." [May 7, 2008 Order (Docket # 582) at 6.] As explained below, the universe of documents that fall within this description could comprise 1.5 million pages of paper. The Montgomery Parties have contacted counsel for the Government and eTreppid Technologies, LLC ("eTreppid") and understand that they are amenable to, and available for, a telephonic conference with the Court at this time.

For purposes of responding to the May 7 2008 Order in good faith, the Montgomery Parties interpret "eTreppid's technology" to refer not only to the technology that the Montgomery Parties contributed to eTreppid under the Contribution Agreement at issue in this action, but all technology that eTreppid used to perform work for any agency of the United States Government (the "Government") as to which eTreppid is claiming ownership. As, the record in this action reflects, the Montgomery Parties contend that technology in the latter category is not owned by eTreppid but is, instead, owned by the Montgomery Parties. For purposes of complying with this Court's May 7, 2008 Order in good faith, however, the Montgomery Parties are interpreting the terms "eTreppid's technology" to include all technology used by eTreppid irrespective of the issue of ownership.

Montgomery has hundreds of thousands of files that could reasonably be characterized as "Documents relating to eTreppid's technology" under the May 7, 2008 Order (the "Technology Data"). The Technology Data—which consists of files in multiple different formats, including, but

1

not limited, ".pdf," .doc," ".xls," ".rtf," ".txt," ".bmp," ".jpg," ".ppt," and ".wk3"—is estimated to consist of 350 gigabytes of information. To illustrate the magnitude of this data, printing all of the files comprising the Technology Data would produce at least 1.5 million pages of paper. Nearly every file that constitutes Backup Data could be deemed a document "relating to eTreppid's technology" under the Court's May 7, 2008 Order.

A substantial percentage, i.e., sixty to eighty, of the Technology Data consists of files that the Montgomery Parties reasonably believe could fall within the provision of the U.S. Protective Order (Docket #253) and/or Non-Disclosure Agreements executed by Dennis Montgomery ("Montgomery") in connection with work he performed for the Government (the "Protected Data").

Montgomery, on his own, is physically incapable of segregating the Protected Data from other Technology Data by May 19, 2008. The files are not organized in a manner which enables Montgomery to be able to identify and segregate Protected Data from Technology Data with absolute certainty and confidence without actually looking at each file.

In communications with the Government, the Montgomery Parties have proposed to give all of the Technology Data to the Government and let the Government identify the Protected Data. Montgomery would then produce to eTreppid all Technology Data not designated as Protected Data by the Government. The Government is not amenable to this approach. The Government desires that the Montgomery Parties undertake an initial effort to exclude from the Technology Data any files that do not contain Protected Data and provide only that pre-screened data to the Government.

Under the Government-imposed limitations as to what Montgomery can and cannot turnover to his counsel for their review, Montgomery is the only individual who can make a judgment call as to what files within the Technology Data are Protected Data. Given the magnitude of the Technology Data it is not feasible for one person to do what the Government

desires. To be assured that no Protected Data is contained in that portion of the Technology Data that is produced to eTreppid, Montgomery would have to individually look at hundreds of thousands of files spanning more than a four-year period. Montgomery is incapable of accomplishing this by May 19, 2008. Indeed, the Montgomery Parties respectfully submit that it is unduly burdensome for Montgomery to have to do this single-handedly regardless of the deadline.

The Montgomery Parties respectfully request that the Court schedule a telephonic status conference at 1:30 p.m. on Thursday, May 15, 2008 to enable the Montgomery Parties, eTreppid and the Government to address the logistical difficulties that the Montgomery Parties are experiencing in attempt to comply with the Court's May 7, 2008 Order.

Dated: May 14, 2008

Respectfully submitted,

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP


By: _____/s/_____
Deborah A. Klar
Tuneen E. Chisolm
Attorneys for DENNIS MONTGOMERY,
the MONTGOMERY FAMILY TRUST,
EDRA BLIXETH, AND OPSPRING LLC

0039641/001/ 37445v02

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices Of Liner Yankelevitz Sunshine & Regenstreif LLP, and that on **May 9, 2008**, I caused to be served the within document described as **EMERGENCY REQUEST BY MONTGOMERY PARTIES FOR STATUS CONFERENCE TO ADDRESS THE MONTGOMERY PARTIES' COMPLIANCE WITH THE COURT'S MAY 7, 2008 ORDER** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Hale Lane Peek Dennison and Howard<br>5441 Kietzke Lane, SecondFloor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@halelane.com; jsnyder@halelane.com<br>Attorneys for Etreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed. Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bhaberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Michael J. Flynn, Esq.<br>Post Office Box 690, 6125 El Tordo<br>Rancho Santa Fe, California 92067<br>(858) 775-7624; (858) 759-0711 - FAX<br>E-mail: mjfbb@msn.com<br>E-mail: cdimare@worldnet.att.net<br><br>Michael J. Flynn, Esq.<br>One Center Plaza, Suite 240<br>Boston, Massachusetts 02108 |
| Brian Park, Esq.<br>Douglas Stewart, Esq.<br>Nicole Trotta, Esq.<br>Robert Crowley, Esq.<br>Dorsey & Whitney LLP<br>1420 Fifth Avenue, Suite 3400<br>Seattle, Washington 98101<br>Tel: (206) 903-8711<br>Fax: (206) 903-8820<br>park.brian@dorsey.com<br>stewart.douglas@dorsey.com<br>trotta.nicole@dorsey.com<br>crowley.robert@dorsey.com<br>Attorneys for Atiego LLC | Bridget Robb Peck, Esq.<br>Lewis and roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900<br>Fax: (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC |

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically

4

0039641/001/ 37445v02

1  delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

2  ☒  [Federal]  I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 14, 2008, at Los Angeles, California

_____Sklar K. Toy_____   _____/s/ SKT_____
(Type or print name)              (Signature)

5

0039641/001/ 37445v02