## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | May 15, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN              REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    A hearing regarding the Montgomery parties' emergency request for status conference to address the Montgomery parties' compliance with the court's May 7, 2008 order (#604) is set for **Wednesday, May 21, 2008 at 10:00 a.m.** before United States Magistrate Judge Valerie P. Cooke in Courtroom One, 400 South Virginia Street, Fourth Floor, Reno, Nevada 89501. Counsel have been telephonically notified.

    Out-of-state/out-of-town counsel shall be allowed to appear telephonically for this hearing and call the Courtroom Administrator, Lisa Mann (775-686-5653), two days prior to the hearing to advise her of the telephone number where counsel may be reached for the hearing.

    **IT IS SO ORDERED.**

                                                  LANCE S. WILSON, CLERK

                              By:     /s/
                                      Deputy Clerk