# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| vs. ) | May 16, 2008 |
| ETREPPID TECHNOLOGIES, et al. ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On May 7, 2008, this court ordered the Montgomery Parties to produce certain categories of documents, no matter their format, no later than May 19, 2008 (#582). On May 14, 2008, the Montgomery Parties filed an emergency request for status conference to address the Montgomery parties' compliance with the court's May 7, 2008 order (#604). A hearing regarding this emergency request is currently set for **Wednesday, May 21, 2008 at 10:00 a.m.**

It is the responsibility of the producing party, in this instance the Montgomery Parties, to propose how best to produce this volume of documents. At the May 21, 2008 hearing, the court expects the parties to be prepared to address the following issues:

1. Whether the documents can be broken down by category, indexed, or organized in some other format to make the production more manageable?

2. Whether the production can be accomplished in stages?

3. Whether there are other individuals who can assist Mr. Montgomery in reviewing the files after the protected information has been removed or redacted?

    4.    What attempts, if any, have the Montgomery Parties made to meet and confer with eTreppid and the Government regarding this production, and when did such conferences occur?

    5.    How much time do the Montgomery parties estimate this production will take?

To the extent that eTreppid or the Government wish to comment on this process, they are ordered to file a short memorandum informing the court of their respective views **no later than Monday, May 19, 2008 at 5:00 p.m.**

Production of the documents, which are the subject of this court's May 7, 2008 order, is hereby stayed until the court has ruled on the issues involved in the Montgomery Parties' emergency motion. However, the court fully expects the Montgomery Parties will diligently move forward with preparing the relevant documents for production.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                    By:      /s/
                                                Deputy Clerk