UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP-VPC |
| ) | |
| Plaintiff(s), ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | |
| ) | DATED:  May 20, 2008 |
| ETREPPID TECHNOLOGIES, ) | |
| et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:       Lisa Mann            Court Reporter:      None Appearing

Counsel for Plaintiff(s):      None Appearing

Counsel for Defendant(s):      None Appearing

    Counsel for the government advises the Court that pursuant to this Court's order (#609), the parties have engaged in a meet and confer concerning pending discovery disputes, and in anticipation of the hearing set for Wednesday, May 21, 2008, request an *ex parte* meeting in chambers to discuss information subject to the United States' protective order which may aid the Court in addressing issues set for hearing.  Ms. Wells further represents she has sought and received the consent of counsel concerning this *ex parte* meeting in chambers.

    Therefore, the Court and counsel for the government shall meet in chambers on **Wednesday, May 21, 2008** at **9:00 a.m.**

                                LANCE S. WILSON, CLERK

                                By:         /s/
                                Lisa Mann, Deputy Clerk