UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D E R |

On April 1, 2008, the Honorable Valerie P. Cooke, United States Magistrate Judge, entered a Report and Recommendation (Doc. #521) recommending that Defendant eTreppid Technologies, LLC's Motion for Sanctions (Doc. #343) be denied. Magistrate Judge Cooke's Report and Recommendation (Doc. #521) also recommended denial of the Montgomery Parties Objections to Defendant's Evidence in Support of Motion for Sanctions (Doc. #394) and the Montgomery Parties' Objections (Doc. #411) to Supplemental Declarations filed on behalf of eTreppid.

Timely objections were filed to Magistrate Judge Cooke's Report and Recommendation by Defendant eTreppid (Doc. #539) on April 17, 2008, and Montgomery Parties' filed a Response to Defendant's Objections (Doc. #579) on May 5, 2008.

///

In accord with the provisions of 28 U.S.C.§ 636, and Local Rule IB 3-2, the Court has conducted a <u>de novo</u> review of the proceedings before Magistrate Judge Cooke which resulted in the entry of the Report and Recommendation (Doc. #521) entered April 1, 2008. This Court concurs in the findings of Magistrate Judge Cooke and concludes that Defendant eTreppid's objections (Doc. #539) should be overruled and the recommendations of Magistrate Judge Cooke (Doc. #521) should be affirmed.

**IT IS SO ORDERED.**

DATED: May 19, 2008.

_____
PHILIP M. PRO
United States District Judge