

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DENNIS MONTGOMERY, et al.,

    Plaintiffs,

vs.

ETREPPID TECHNOLOGIES, et al.

    Defendants.

3:06-CV-0056-PMP (VPC)

**MINUTES OF THE COURT**

May 28, 2008

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received the files in the action filed in the Second Judicial District Court of the State of Nevada, case no. CV06-00114. The court has confirmed with counsel for the United States that the files have been redacted. Therefore, the files are ordered unsealed and are attached to this order as follows:

    Volume 1.    Certified copies of docket entries, volume 1;
    Volume 2.    Certified copies of docket entries, volume 2;
    Volume 3.    Declaration of Jerry Snyder, with exhibits thereto, filed February 6, 2006;
    Volume 4.    Exhibits 1-25, with corresponding exhibit list, submitted February 7, 2006;
    Volume 5.    Transcript of hearing of February 7, 2006, volume 1; and
    Volume 6.    Transcript of hearing of February 7, 2006, volume 2.

The parties may hereafter attach any *redacted* documents from the state court file that are now unsealed as exhibits without seeking leave of court to unseal them.

The Montgomery parties' motion to file document under seal #469 is **DENIED as moot.** The documents have been ordered unsealed and the Clerk shall unseal docket #469. However, the Montgomery parties attached an unredacted copy of the transcript of the February 7, 2006 preliminary injunction hearing at Exhibit D; therefore, the court will correct Exhibit D with the redacted page 24 before unsealing docket #469.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk