# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | June 5, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   On May 7, 2008, this court granted in part and denied in part the motion of eTreppid Technologies, LLC and Warren Trepp ('eTreppid") for sanctions (#582). The court ordered eTreppid to file a memorandum of attorney's fees and costs no later than May 19, 2008, which it did (#s 616 - 617). Dennis Montgomery and the Montgomery Family trust ("Montgomery parties") were given leave to file a response to eTreppid's memorandum of attorney's fees no later than May 27, 2008, but they did not do so. The court notes that the Montgomery parties filed an objection to the court's May 7, 2008 order, but that objection contains no response to eTreppid's memorandum of attorney's fees (#636).

   Having reviewed eTreppid's papers submitted in support of an award of monetary sanctions, and good cause appearing, the court awards eTreppid $6,583.00 in attorney's fees and $123.91 in costs, for a total of $6,706.91. The Montgomery parties shall pay this sum no later than June 13, 2008.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
         Deputy Clerk