## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| vs. ) | June 20, 2008 |
| ETREPPID TECHNOLOGIES, et al. ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court is in receipt of eTreppid's motion to compel attendance of Ms. Edra Blixseth (#675). Montgomery parties opposed (#681) and eTreppid replied (#688). The court has reviewed the parties' arguments and for good cause appearing, eTreppid's motion to compel (#675) is **DENIED**.

   **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                     By:       /s/
                              Deputy Clerk