# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | June 24, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN             REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   The Montgomery parties' motion for order shortening time on motion for stay of May 29, 2008 order of Magistrate Judge pending resolution of objection to said order (#692) is **GRANTED**. eTreppid's opposition to the motion to stay is due on or before **Friday, June 27, 2008 at 5:00 p.m.** and the Montgomery parties' reply shall be due on or before **Tuesday, July 1, 2008 at 5:00 p.m.**

   Thereafter, the court will issue an order based upon the written papers. The motion for stay of May 29, 2008 order of Magistrate Judge pending resolution of objection to said order (#693) will not be set for hearing.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                By:      /s/
                                                         Deputy Clerk