UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | June 27, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Montgomery parties' motion for continuance of June 30 deadline in May 29, 2008 order of Magistrate Judge pending resolution of the motion to stay that order (#703) is **GRANTED**. The June 30, 2008 deadline for filing a plan for production of source code contained in the order regarding source code discovery (#645) is **STAYED** pending further order of this court.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                              By:         /s/
                                        Deputy Clerk