UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP-VPC |
| ) | |
| Plaintiff(s), ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | |
| ) | DATED:   June 30, 2008 |
| ETREPPID TECHNOLOGIES, et al., ) | |
| ) | |
| Defendant(s). ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE
Deputy Clerk:        Lisa Mann            Court Reporter:      None Appearing
Counsel for Plaintiff(s):    None Appearing
Counsel for Defendant(s):    None Appearing

On June 24, 2008, this Court ordered that counsel file a notice regarding a list of witnesses to testify and a notice of availability regarding the continued order to show cause hearing (#702) by no later than Friday, June 27, 2008.

The continued order to show cause hearing shall commence at **1:30 p.m.** on **Monday, August 18, 2008**. The Court has reserved through Wednesday, August 20, 2008, for the completion of this hearing.

Counsel are directed to file a notice with the Court regarding a list of witnesses to testify at the hearing, and advise the Court of how much time is needed for each witness including cross examination. This notice shall be filed no later than **Friday, July 11, 2008**. Thereafter, the Court shall issue an order concerning the allotted time allowed for each witness testimony at the continued order to show cause hearing.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Lisa Mann, Deputy Clerk