Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
GUNDERSON LAW FIRM
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 829-1222
Facsimile: (775) 829-1226

Deborah A. Klar, Esq. (SBN: CA 124750)
Tuneen E. Chisolm, Esq. (SBN: CA 211741)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
ADMITTED PRO HAC VICE

Attorneys for Plaintiffs
DENNIS MONTGOMERY and
the MONTGOMERY FAMILY TRUST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendants. <br><br> AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC <br> BASE FILE <br><br> (Consolidated with Case No. 3:06-CV-00145-PMP-VPC) <br><br> **MONTGOMERY PARTIES' RESPONSE TO COURT'S REQUEST FOR DETERMINATION WHETHER THE EVIDENTIARY HEARING REQUESTED IN THE MONTGOMERY PARTIES' MOTION FOR AN EVIDENTIARY HEARING (DOCKET # 527) IS NECESSARY** |

By its Minute Order dated June 17, 2008, the Court directed the Montgomery Parties to advise the Court whether the evidentiary hearing requested in the Montgomery Parties' Motion for an Evidentiary Hearing (Docket # 527) is necessary. The Montgomery Parties have submitted requests to counsel for the United States for the video tapes showing the items seized from and returned to Dennis Montgomery ("Montgomery") by representatives of the Federal Bureau of

Case No. 3:06-CV-00056-PMP-VPC

0039641/001/ 398539v01

1  Investigation (the "FBI") (discussed at the June 17, 2008 status conference) and other information
2  that they believe may be relevant to the chain of custody issues that would be the subject of the
3  proposed evidentiary hearing. The requested information has not yet been provided.

4      The Montgomery Parties anticipate receiving these videotapes and other information in the
5  next two weeks. Notwithstanding that, the Montgomery Parties have not yet had an opportunity to
6  review the requested information, given the chain of custody questions propounded by counsel for
7  eTreppid Technologies, LLC during the recent hearings convened in connection with the Order to
8  Show Cause why the Montgomery Parties should not be held in contempt of court for their failure
9  to abide by this court's order of May 21, 2008 (#646), the Montgomery Parties hereby request that
10 the subject Evidentiary Hearing be scheduled by the Court.

11     In connection with that hearing, the Montgomery Parties anticipate calling the following
12 witnesses: Special Agent Michael West and any other persons who were involved in the chain of
13 custody of the materials seized from the residence and storage lockers of Montgomery and/or
14 thereafter returned to Montgomery, including, but not limited to, persons involved in the handling,
15 transportation and storage of this evidence.

16 Dated: June 30, 2008     Respectfully submitted,

17     LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
18

19
    By: _____/s/_____
20     Deborah A. Klar
    Attorneys for DENNIS MONTGOMERY,
21     the MONTGOMERY FAMILY TRUST,
    EDRA BLIXSETH, AND OPSPRING
22     LLC

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices Of Liner Yankelevitz Sunshine & Regenstreif LLP, and that on June 26, 2008, I caused to be served the within document described as **MONTGOMERY PARTIES' RESPONSE TO COURT'S REQUEST FOR DETERMINATION WHETHER THE EVIDENTIARY HEARING REQUESTED IN THE MONTGOMERY PARTIES' MOTION FOR AN EVIDENTIARY HEARING (DOCKET # 527) IS NECESSARY** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Hale Lane Peek Dennison and Howard<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@halelane.com; jsnyder@halelane.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice; Fed. Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq.,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bhaberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900; Fax: (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC and Michael Sandoval |
| Jacquelyn A. Beatty, Esq.<br>Karr Tuttle Campbell<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101<br>Fax: (206) 682-7100<br>E-mail: jbeatty@karrtuttle.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Tel: (206) 386-7353 Fax: (206) 405-2825<br>E-mail: brohde@rohdelaw.com<br>Attorneys for Atigeo LLC |

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

Case No. 3:06-CV-00056-PMP-VPC

0039641/001/ 398539v01

1 | I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 30, 2008, at Los Angeles, California.

| Sklar K. Toy | *[signature]* |
|---|---|
| (Type or print name) | (Signature) |