UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DENNIS MONTGOMERY, et al.,  )   3:06-CV-0056-PMP (VPC)
                            )
        Plaintiffs,         )   **MINUTES OF THE COURT**
                            )
vs.                         )   July 2, 2008
                            )
ETREPPID TECHNOLOGIES, et al.)
                            )
        Defendants.         )
_____)

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

eTreppid's motion for order shortening time on eTreppid's motion for protective order (#708) is **GRANTED**. The briefing on this motion shall be shortened as follows:

1. Opposition to eTreppid's motion for protective order (#708) shall be due on or before **Tuesday, July 8, 2008;** and
2. eTreppid's reply in support of the motion for protective order (#708) shall be due on or before **Friday, July 11, 2008.**

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                By:     /s/
                                        Deputy Clerk