# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | July 2, 2008 |
| ETREPPID TECHNOLOGIES, et al. | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Atigeo LLC and Michael Sandoval's motion for order shortening time on Atigeo and Sandoval's motion for order preserving rights (#719) is **GRANTED**. The briefing on this motion shall be shortened as follows:

1. Opposition to Atigeo and Sandoval's motion for order preserving rights (#719) shall be due on or before **Tuesday, July 8, 2008;** and
2. Atigeo and Sandoval's reply in support of the motion for order preserving rights (#719) shall be due on or before **Friday, July 11, 2008.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk