**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., ) | | 3:06-CV-0056-PMP (VPC) |
| ) | | |
| Plaintiffs, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | July 11, 2008 |
| ) | | |
| ETREPPID TECHNOLOGIES, et al.) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs, Dennis Montgomery and the Montgomery Family Trust ("Montgomery parties"), have filed a motion for order to strike and seal the June 9, 2008 declaration of Michael Flynn and related relief (#674).  Mr. Flynn responded (#683) and the Montgomery parties replied (#691).

Having reviewed the papers on file herein, the court grants in part and denies in part the Montgomery parties' motion (#674) and finds that pursuant to Fed.R.Civ.P. 26(c), good cause exists to seal Mr. Flynn's June 9, 2008 declaration (#s 664 & 667) and Mr. Flynn's response to the Montgomery parties' motion to strike (#683). *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

IT IS THEREFORE ORDERED that the Montgomery parties' motion for order to strike and seal the June 9, 2008 declaration of Michael Flynn and related relief (#674) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Clerk of Court will seal docket numbers 664, 674, 667, 683, and 691, and shall restrict access to these documents to the court only pending further order of this court;

2. In the event Mr. Flynn, Ms. Dimare, or counsel for the Montgomery parties do not have hard copies of these documents, they may seek leave of court to obtain copies;

3. Counsel for the remaining parties to this action may retain their copies of these documents, but shall henceforth treat these documents as "attorney's eyes only," and;

4. While the subject motions are under submission to this court, no other party to this action or their counsel shall use any information contained in the sealed papers in any proceedings pending before this court, or for any other purpose

**IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

By: _____/s/_____
           Deputy Clerk