Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
GUNDERSON LAW FIRM
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 829-1222
Facsimile: (775) 829-1226

Deborah A. Klar, Esq. (SBN: CA 124750)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
ADMITTED PRO HAC VICE

Attorneys for Plaintiffs
DENNIS MONTGOMERY, THE MONTGOMERY FAMILY TRUST, OPSPRING, LLC, and EDRA BLIXSETH

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>(Consolidated with Case No. 3:06-CV-00145-PMP-VPC)<br><br>**THE MONTGOMERY PARTIES', EDRA BLIXSETH'S AND OPSRING, LLC'S NOTICE OF LIST OF WITNESSES TO TESTIFY AT CONTINUED ORDER TO SHOW CAUSE HEARING** |

0039641/001/ 399759v01

1  Pursuant to this Court's Order of June 30, 2008, the Montgomery Parties, Edra Blixseth and
2  OpSpring, LLC (hereinafter collectively "The Montgomery Parties"), by and through their counsel
3  Liner Yankelevitz Sunshine & Regenstreif LLP, hereby submit their Notice of List of Witnesses to
4  Testify at the Continued Order to Show Cause Hearing. The Montgomery Parties reserve the right
5  to amend this witness list in response to testimony or other evidence presented by the eTreppid
6  Parties at the continuation of the Order To Show Cause Hearing:

7      1.    Dennis Montgomery 1-2 hrs;
8      2.    Fulcrum Inquiry – 1 hr; and
9      3.    FTI Consulting – 2-3 hrs.

11 Dated: July 11, 2008              Respectfully submitted,

12                                   LINER YANKELEVITZ
                                     SUNSHINE & REGENSTREIF LLP

14                                   By:        /S/
                                        Deborah A. Klar
15                                      Attorneys for Plaintiffs
                                        DENNIS MONTGOMERY, the
16                                      MONTGOMERY FAMILY TRUST, OPSRING
                                        LLC, and EDRA BLIXSETH

1

0039641/001/ 399759v01

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices Of Liner Yankelevitz Sunshine & Regenstreif LLP, and that on July 11, 2008, I caused to be served the within document described as **THE MONTGOMERY PARTIES', EDRA BLIXSETH'S AND OPSRING, LLC'S NOTICE OF LIST OF WITNESSES TO TESTIFY AT CONTINUED ORDER TO SHOW CAUSE HEARING** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Hale Lane Peek Dennison and Howard<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada  89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@halelane.com; jsnyder@halelane.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice; Fed. Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail:  Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq.,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bhaberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail:  raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada  89501<br>E-mail:  Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada  89501<br>Tel:  (775) 823-2900; Fax:  (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC and Michael Sandoval |
| Jacquelyn A. Beatty, Esq.<br>Karr Tuttle Campbell<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington  98101<br>Fax:  (206) 682-7100<br>E-mail:  jbeatty@karrtuttle.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington  98154<br>Tel:  (206) 386-7353Fax:  (206) 405-2825<br>E-mail:  brohde@rohdelaw.com<br>Attorneys for Atigeo LLC |

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

0039641/001/ 399759v01

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 11, 2008, at Los Angeles, California.

| Sklar K. Toy | *(signature)* |
|---|---|
| (Type or print name) | (Signature) |

3

0039641/001/399759v01