UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | July 17, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Pursuant to this court's June 24, 2008 minutes of proceedings, counsel for the parties met and conferred to discuss mutually convenient dates for the continued order to show cause ("OSC") hearing, the witnesses that eTreppid and the Montgomery parties intend to call, and the estimated time required to complete the OSC hearing (#713). Thereafter, the court issued its order that the continued OSC hearing will commence on **Monday, August 18, 2008, at 1:30 p.m.** and shall continue **Tuesday, August 19, 2008 at 9:00 a.m. through Wednesday, August 20, 2008** (#711). eTreppid and the Montgomery parties subsequently filed their respective notices of list of witnesses (#s 750 & 753).

Having considered the parties' report, and good cause appearing, IT IS ORDERED:

1. eTreppid shall have 6.5 hours to present evidence and to call the following witnesses: (a) Dennis Montgomery; (b) Warren Trepp; (c) Jonathan Karchmer; and (d) Len Glogauer. The Montgomery parties shall have six hours to present rebuttal testimony and to call the following witnesses: (a) Dennis Montgomery; (b) Fulcrum Inquiry representative; and (c) FTC Consulting representative. Counsel are advised that the court will carefully monitor the time allotted for the parties, and no additional time will be allowed.

      2. At the conclusion of the evidentiary hearing, counsel shall have leave to make closing arguments no longer that one hour per side. Thereafter, the parties shall submit post-hearing briefs at date to be set by the court.

**IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

By: _____/s/_____
            Deputy Clerk