# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-PMP (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 17, 2008 |
| | ) | |
| ETREPPID TECHNOLOGIES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Montgomery parties' motion requesting that the declaration of Deborah Klar re the Montgomery parties' motion for stay of May 29, 2008 order of Magistrate Judge pending resolution of objection to said order be filed under seal (#695) is **GRANTED**. The declaration of Deborah Klar (#695) was filed as a sealed document and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk