UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D E R |

Plaintiffs having failed to show good cause to stay this Court's Order (Doc. #728) requiring Plaintiffs to produce the "source code" at issue by Monday, July 21, 2008,

IT IS ORDERED that Plaintiffs' Emergency Motion for Stay of Order to Produce Source Code (Doc. #762) is hereby DENIED.

IT IS FURTHER ORDERED that Plaintiffs shall fully comply with Magistrate Judge Cooke's Order Regarding Source Code Discovery (Doc. #645) and this Court's Order (Doc. #728) no later than July 23, 2008.

DATED: July 21, 2008

_____
PHILIP M. PRO
United States District Judge