1  Mark H. Gunderson, Esq. (SBN: 2134)
   Catherine A. Reichenberg, Esq. (SBN: 10362)
2  GUNDERSON LAW FIRM
   5345 Kietzke Lane, Suite 200
3  Reno, Nevada 89511
   Telephone: (775) 829-1222
4  Facsimile: (775) 829-1226

5  Deborah A. Klar, Esq. (SBN: CA 124750)
   LINER YANKELEVITZ
6  SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
7  Los Angeles, California 90024-3503
   Telephone: (310) 500-3500
8  Facsimile: (310) 500-3501
   ADMITTED PRO HAC VICE

9
   Attorneys for DENNIS MONTGOMERY, the
10 MONTGOMERY FAMILY TRUST, EDRA BLIXETH, and
   OPSPRING LLC

11
                    UNITED STATES DISTRICT COURT
12
                        DISTRICT OF NEVADA
13

14
   DENNIS MONTGOMERY and the          )  Case No. 3:06-CV-00056-PMP-VPC
15 MONTGOMERY FAMILY TRUST,           )  BASE FILE
                                      )
16          Plaintiffs,               )  (Consolidated with Case No. 3:06-CV-
                                      )  00145-PMP-VPC)
17      vs.                           )
                                      )  **THE MONTGOMERY PARTIES'**
18 ETREPPID TECHNOLOGIES, LLC, WARREN )  **REPORT RE COMPLIANCE WITH**
   TREPP, and the UNITED STATES       )  **COURT'S MAY 29, 2008 ORDER**
19 DEPARTMENT OF DEFENSE,             )  **REGARDING SOURCE CODE**
                                      )  **DISCOVERY**
20          Defendants.               )
                                      )
21 _____    )
                                      )
22 AND RELATED CASES.                 )
                                      )
23

24        Dennis Montgomery ("Montgomery") and the Montgomery Family Trust (jointly, "the

25 Montgomery Parties") hereby file this Report in response to this Court's July 3, 2008 Order (the

26 "District Court Order") affirming Magistrate Judge Cooke's May 29, 2008 Order Regarding Source

27 Code Discovery (the "Source Code Order").

28

                                        1

1    The Montgomery Parties construe paragraph V.5 of the Source Code Order as seeking a

2    proposed timeline for compliance with the Source Code Order as concerns the Montgomery

3    Parties' production of certain source code.  If the Montgomery's interpretation is not correct and

4    the Court requires further information, the Montgomery Parties will promptly supplement the

5    report to comply with any further direction.

6    The Montgomery Parties do not have CD No. 1 that was transferred to eTreppid

7    Technologies LLC ("eTreppid") pursuant to the Contribution Agreement, but have electronic files

8    that they reasonably believe constitute portions of the source code that was transferred to eTreppid

9    on CD No. 1.  The development and application of the source code stretches back over many years.

10   The Montgomery Parties are diligently searching millions of available files and anticipate that their

11   efforts to identify, retrieve and produce these files will be completed by October 30, 2008.

12   With respect to source code developed by Montgomery in the fields of object tracking,

13   pattern recognition and anomaly detection created in or after 1998—i.e., source code that was not

14   transferred to eTreppid under the Contribution Agreement—the Montgomery Parties respectfully

15   submit that the Court's Source Code Order requiring the production of these documents is in error.

16   The Montgomery Parties intend to file a Petition for a Writ of Mandamus with the Ninth Circuit to

17   vacate the Source Code Order to the extent it requires production of any source code and related

18   information other than the data compression technology that the Montgomery Parties transferred to

19   eTreppid under the Contribution Agreement.  The Montgomery Parties will seek an order staying

20   the enforcement of the Source Code Order pending a determination of the Writ Petition.

21   As permitted by the Court's July 15, 2008 Order (Docket # 760), the Montgomery Parties

22   intend to seek a modification of the general Protective Order in this case (Docket # 264) to further

23   ensure that technology and trade secrets ordered produced in this litigation are fully protected from

24   disclosure, misappropriation or other misuse.  If the Writ of Mandamus is denied, the Montgomery

25   Parties will produce source in their possession, custody or control, code within 30 days after there

26   ///

27   ///

28   ///

2

1   has been a final determination on the Montgomery Parties' motion to modify the protective order.

2   Any such production will be pursuant to the terms of the protective order then in effect.

3   Dated: July 23, 2008

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____ /S/ _____

Deborah A. Klar
Attorneys for Plaintiffs and Counterdefendants
DENNIS MONTGOMERY, and the
MONTGOMERY FAMILY TRUST, and
Counterdefendants OPSPRING LLC and EDRA
BLIXSETH

3

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices Of Liner Yankelevitz Sunshine & Regenstreif LLP, and that on July 23, 2008, I caused to be served the within document described as **THE MONTGOMERY PARTIES' REPORT RE COMPLIANCE WITH COURT'S MAY 29, 2008 ORDER REGARDING SOURCE CODE DISCOVERY** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@halelane.com; jsnyder@halelane.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice; Fed. Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq.,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bhaberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900; Fax: (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC and Michael Sandoval |
| Jacquelyn A. Beatty, Esq.<br>Karr Tuttle Campbell<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101<br>Fax: (206) 682-7100<br>E-mail: jbeatty@karrtuttle.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Tel: (206) 386-7353Fax: (206) 405-2825<br>E-mail: brohde@rohdelaw.com,<br>gschwartz@rohdelaw.com<br>Attorneys for Atigeo LLC |

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

0039641/001/ 400933v02

1

     I declare under penalty of perjury under the laws of the State of California and
2  the United States of America that the foregoing is true and correct.

3       Executed on July 23, 2008, at Los Angeles, California.

4     Sklar K. Toy

5      (Type or print name)                (Signature)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EMERGENCY MOTION FOR STAY OF DISCOVERY ORDER

0039641/001/ 400933v02