UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | August 8, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The government's request for an *in camera*, *ex parte* meeting with the Court (#788) is **GRANTED**. The court and counsel for the government shall meet in chambers on **Monday, August 18, 2008 at 9:00 a.m.** to discuss matters related to the United States Protective Order (#253).

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                        By:        /s/
                                                                Deputy Clerk