UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D E R |

Having read and considered the Montgomery Parties' Emergency Objection to and Motion to Vacate Magistrate Judge's Order Setting Hearing on Non Party Motion for Sanctions (Doc. #789),

IT IS ORDERED that the Montgomery Parties' Emergency Objection and Motion (Doc. #789) is hereby DENIED without prejudice to raise these issues before Magistrate Judge Cooke at the August 21, 2008 hearing.

DATED: August 8, 2008

_____
PHILIP M. PRO
United States District Judge