# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-PMP (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 13, 2008 |
| | ) | |
| ETREPPID TECHNOLOGIES, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court is in receipt of the Montgomery parties' emergency motion to preclude the testimony of Jonathan Karchmer, or in the alternative, continue the hearing on the OSC (#803). This motion involves the continued Order to Show Cause hearing re-commencing on Monday, August 18, 2008. Therefore, eTreppid has to and including **Thursday, August 14, 2008, at Noon** to file an opposition. The Montgomery parties shall have to and including **Thursday, August 14, 2008, at 5:00 p.m.** to file a reply.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
       Deputy Clerk