# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | August 15, 2008 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Dennis Montgomery and the Montgomery Family Trust ("Montgomery parties") filed a brief re limitation on subject matter of correspondence required to be produced pursuant to eTreppid's request no. 26 in request for production, set two (#696).  eTreppid responded (#s 771-773) and the Montgomery parties replied (#779).

      The Court, having reviewed the transcript of the February 21, 2008 hearing, as well as its minute order (#448), having considered the papers filed, and good cause appearing, finds that the Court did not intend to limit the scope of documents responsive to request no. 26, set two, to correspondence concerning technology only.  The correspondence required to be produced in response to request no. 26, set two, shall be produced without any limitation.

      **IT IS SO ORDERED.**

                                                  LANCE S. WILSON, CLERK

                              By:       /s/
                                                Deputy Clerk