UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, )<br>)<br>)<br>) |  |
| Plaintiffs, ) | 3:06-CV-00056-PMP-VPC |
| ) | BASE FILE |
| v. ) |  |
| ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE, )<br>)<br>) | 3:06-CV-00145-PMP-VPC |
| ) | O R D E R |
| Defendants. ) |  |
| AND ALL RELATED MATTERS. ) |  |

Before the Court for consideration are the Montgomery Parties' Objections to Magistrate Judge's Order Rule 30(b)(6) Deposition of eTreppid (Doc. #784) to the Order entered by Magistrate Judge Valerie P. Cooke at the Discovery Status Conference conducted July 15, 2008, (*See* minutes of proceedings document #760 (8)) filed July 17, 2008.

Having reviewed the foregoing proceedings before Magistrate Judge Cooke, and in light of the Montgomery Parties' objections (Doc. #784) and Defendant eTreppid's Response thereto (Doc. #812), the Court finds that Magistrate Judge Cooke's Order is neither unclear nor clearly erroneous or contrary to law, and good cause appearing,

**IT IS ORDERED** that the Montgomery Parties' Objections to Magistrate Judge's Order Rule 30(b)(6) Deposition of eTreppid (Doc. #784) entered by Magistrate Judge Valerie P. Cooke are OVERRULED and the Order of Magistrate Judge Cooke (Doc. #760) concerning the Rule 30(b)(6) Deposition of eTreppid is AFFIRMED.

DATED: August 25, 2008.

PHILIP M. PRO
United States District Judge