# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| vs. ) | August 29, 2008 |
| ETREPPID TECHNOLOGIES, et al. ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Montgomery parties' motion for an order taking the September 5, 2008 evidentiary hearing ordered by the court pursuant to the Montgomery parties' motion for evidentiary hearing (#527) off calendar (#819) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
        Deputy Clerk