UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP-VPC |
| Plaintiff(s), ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | DATED:  September 11, 2008 |
| ETREPPID TECHNOLOGIES, LLC, et al., ) | |
| Defendant(s). ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:      Lisa Mann          Court Reporter:      None Appearing

Counsel for Plaintiff(s):      None Appearing

Counsel for Defendant(s):      None Appearing

  Pursuant to the notice of objection to Michael Flynn's attendance at settlement conference (#849) filed by the Montgomery parties, Mr. Flynn shall not be in attendance at the settlement conference scheduled for September 15, 2008 through September 17, 2008.

  As ordered by the Court, the Montgomery parties filed a notice that Edra Blixseth will be available to appear at 10:00 a.m. on September 15, 2008 (#851).

  **THEREFORE, IT IS ORDERED** that the settlement conference scheduled for **Monday, September 15, 2008** shall commence promptly at **10:00 a.m.**

            LANCE S. WILSON, CLERK

            By:          /s/
             Lisa Mann, Deputy Clerk