UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP-VPC |
| Plaintiff(s), ) | **MINUTES OF THE COURT** |
| vs. ) | DATED:  September 12, 2008 |
| ETREPPID TECHNOLOGIES, LLC, et al., ) | |
| Defendant(s). ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:    Lisa Mann         Court Reporter:    None Appearing

Counsel for Plaintiff(s):    None Appearing

Counsel for Defendant(s):    None Appearing

    The Court is in receipt of the Montgomery parties' settlement conference statement; however, the settlement conference statement does not comport with the requirements set forth in this Court's order scheduling settlement conference (#838).

    **THEREFORE, IT IS ORDERED** that the Montgomery parties shall have until **5:00 p.m. P.D.T.** on **Friday, September 12, 2008** to send via facsimile to chambers (775)686-5864 a supplemental settlement conference statement which fully complies with all requirements outlined in the order scheduling settlement conference (#838).

LANCE S. WILSON, CLERK

By:         /s/
Lisa Mann, Deputy Clerk