Ronald J. Logar, Nev. State Bar No. 303
Eric A. Pulver, Nev. State Bar No. 7874
Law Office of Logar & Pulver, PC
225 South Arlington Avenue
Suite A
Reno, Nevada 89501
Tel: (775) 786-5040   Fax: (775) 786-7544

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br><br>**NOTICE OF STATUTORY ATTORNEY'S LIEN PURSUANT TO NRS 18.015** |

NOTICE IS HEREBY GIVEN to all interested parties that RONALD J. LOGAR, ESQ., of the Law Office of Logar & Pulver, PC., located at 225 South Arlington Avenue, Suite A, Reno, Nevada, 89501, pursuant to NRS 18.015, claims a statutory attorney's lien on any verdict, judgment, or decree entered in favor of Plaintiffs, DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, and to any money or property which is recovered on

account of the above-entitled action by or for Dennis Montgomery and the Montgomery Family Trust.

Pursuant to NRS 18.015, an attorney at law shall have a lien upon any claim, demand or cause of action, including any claim for unliquidated damages, which has been placed in her hands by a client for suit or collection, or upon which a suit or other action has been instituted. The lien is for the amount of any fee which has been agreed upon by the attorney and client.

Further, the lien attaches to any verdict, judgment, or decree entered and to any money or property which is recovered on account of the suit or other action, from the time of service of the notices required by this section.

The statutory attorney's lien arose in connection with the Law Office of Logar & Pulver's representation of Dennis Montgomery and the Montgomery Family Trust, in the above entitled action. The Law Office of Logar & Pulver, PC and Dennis Montgomery and the Montgomery Family Trust had an agreement for fees whereby Mr. Logar's hourly rate was $400.00, Mr. Pulver's hourly rate was $350.00, and the Legal Assistant's rate was $125.00. The statutory attorney's lien is for agreed upon fees and costs. No written Retainer Agreement was executed between the parties and counsel. The statutory attorney's lien is for the sum of $107,316.69 as of September 19, 2008, plus interest thereon at the legal rate until paid in full.

Ronald J. Logar and the Law Office of Logar & Pulver are former counsel of record for Plaintiffs, Dennis Montgomery and the Montgomery Family Trust. Mr. Logar and the Law Office of Logar & Pulver, PC were retained by Mr. Montgomery for the purpose of representing him in the above styled case and in all related matters. Mr. Logar and the Law office of Logar and Pulver, PC, were substituted out of the case by Mark H. Gunderson, Esq. on September 27, 2007. The Plaintiffs, Dennis Montgomery and the Montgomery Family Trust, owe Mr. Logar

1  and the Law Office of Logar & Pulver, PC for legal services rendered, together with costs and
2  expenses incurred on his behalf in the amount of $81,482.29 and interest in the amount of
3  $25,834.69 as of September 19, 2008.
4      The total amount of Mr. Pulver's Statutory Attorney's Lien is $107,316.69.
5      Whereby, the Law Office of Logar & Pulver, PC gives notice of an attorney's lien in the
6  above entitled matter against Dennis Montgomery pursuant to NRS 18.015.
7      DATED this 19th day of September, 2008.

                                              /s/
                                          RONALD J. LOGAR, ESQ.
                                          The Law Office of Logar and Pulver

LAW OFFICE OF LOGAR & PULVER, PC
225 SOUTH ARLINGTON AVENUE
SUITE A
RENO, NEVADA 89501
(775) 786-5040

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the LAW OFFICE OF LOGAR & PULVER, PC, and that on the 22nd day of September 2008, I

✓ deposited for mailing in the U.S. Mail, with sufficient postage affixed thereto

☐ sent via Federal Express or other overnight delivery service

☐ delivered via facsimile machine to fax number:

☐ personally delivered

☐ caused to be delivered via Reno/Carson Messenger Service

the foregoing document addressed to:

Deborah A. Klar, Esq.
Ellyn S. Garofalo
Randall J. Sunshine
Richard J. Mooney
Ryan M. Lapine
Tuneen E. Chisolm
Teri T. Pham
Liner Yankelevitz Sunshine & Regenstreif, LLP
1100 Glendon Avenue
Los Angeles, CA 90024-3503

John M. Moscarino, Esq.
Moscarino & Connolly, LLP
11911 San Vicente Boulevard, Ste. 324
Los Angeles, CA 90049

Carla DiMare, Esq.
Law Offices of Carla DiMare
P.O. Box 1668
Rancho Santa Fe, CA 92067

Mark H. Gunderson, Esq.
Law Offices of Mark H. Gunderson
5345 Kietzke Lane
Suite 200
Reno, NV 89511

Michael James Flynn
P.O. Box 690
Rancho Santa Fe, CA 92067

Adam G. Lang, Esq.
Shane M. Biornstad, Esq.
Holland & Hart, LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511

Brian M. Heberlig, Esq.
Reid H. Weingarten, Esq.
Robert A. Ayers, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

| | | |
|---|---|---|
| 1 | Jerry M. Snyder, Esq.<br>J. Stephen Peek, Esq.<br>Hale Lane Peek, Dennison & Howard<br>5441 Kietzke Lane<br>Suite 200<br>Reno, NV 89511 | Carlotta P. Wells, Esq.<br>Raphael O. Gomez, Esq.<br>US Dept. of Justice, Civil Division<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530 |
| | David Jakopin, Esq.<br>Jeffrey S. Ross, Esq.<br>Jonathan D. Butler, Esq.<br>Pillsbury Winthrop Shaw Pittman<br>2475 Hanover Street<br>Palo Alto, CA 94304 | Gregory W. Addington, Esq.<br>U.S. Attorney's Office<br>100 West Liberty Street<br>Suite 600<br>Reno, NV 89501 |
| | Andrew J. Liese, Esq.<br>Jacquelyn A. Beatty, Esq.<br>Karr Tuttle Campbell<br>1201 Third Avenue<br>Suite 2900<br>Seattle, WA 98101 | Bridget Robb Peck, Esq.<br>Lewis and Roca, LLP<br>50 West Liberty Street<br>Suite 410<br>Reno, NV 89501 |
| | Heather Ristau, Esq.<br>201 W. Liberty Street, Third Floor<br>Reno, NV 89501 | Marshall B. Grossman, Esq.<br>Roland Tellis, Esq.<br>Bingham McCutchen, LLP<br>1620 26th Street<br>Santa Monica, CA 90404 |
| | Brian C. Park, Esq.<br>Douglas F. Stewart, Esq.<br>J. Nicole Trotta, Esq.<br>Robert Crowley, Esq.<br>Dorsey & Whitney, LLP<br>1420 Fifth Avenue<br>Seattle, WA 98101 | Gregory G. Schwartz, Esq.<br>Robert E. Rohde, Esq.<br>1001 Fourth Avenue, Suite 4050<br>Seattle, WA 98154 |

_____
ZACHARY DRAPER
Legal Assistant to the
Law Office of Logar & Pulver, PC

LAW OFFICE OF LOGAR & PULVER, PC
225 SOUTH ARLINGTON AVENUE
SUITE A
RENO, NEVADA 89501
(775) 786-5040