1  Mark H. Gunderson, Esq. (SBN: 2134)
   Catherine A. Reichenberg, Esq. (SBN: 10362)
2  GUNDERSON LAW FIRM
   5345 Kietzke Lane, Suite 200
3  Reno, Nevada 89511
   Telephone:  (775) 829-1222
4  Facsimile:  (775) 829-1226

5  Randall J. Sunshine, Esq. (SBN: 137363)
   Ellyn S. Garofalo, Esq. (SBN: 158795)
6  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
7  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
8  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
9  ADMITTED PRO HAC VICE

10 Attorneys for Plaintiffs
   DENNIS MONTGOMERY, and the MONTGOMERY
11 FAMILY TRUST

12                 **UNITED STATES DISTRICT COURT**

13                      **DISTRICT OF NEVADA**

14

15 DENNIS MONTGOMERY and the          )  Case No. 3:06-CV-00056-PMP-VPC
   MONTGOMERY FAMILY TRUST,           )  BASE FILE
16                                    )
            Plaintiffs,               )  (Consolidated with Case No. 3:06-CV-
17                                    )  00145-PMP-VPC)
        vs.                           )
18                                    )  **[PROPOSED] STIPULATION AND**
   ETREPPID TECHNOLOGIES, LLC, WARREN )  **DISMISSAL WITH PREJUDICE**
19 TREPP, and the UNITED STATES       )
   DEPARTMENT OF DEFENSE,             )
20                                    )
            Defendants.               )
21                                    )
                                      )
22 ─────────────────────────────────  )
                                      )
   AND RELATED CASES.                 )
23 ─────────────────────────────────  )

24

25

26

27

28

0039641/001/ 407693v01

1    WHEREAS Dennis Montgomery, the Montgomery Family Trust, eTreppid Technologies,

2    LLC, Warren Trepp, Edra Blixseth and Opspring LLC (collectively, the "Parties") are parties to a

3    dispute arising from the ownership of certain technology described in the Complaints and

4    Counterclaims;

5    WHEREAS Plaintiffs Dennis Montgomery and the Montgomery Family Trust (collectively,

6    the "Montgomery Parties") have asserted claims against Defendants eTreppid Technologies, LLC

7    and Warren Trepp (collectively, the "eTreppid Parties") in Montgomery, et al. v. eTreppid

8    Technologies, LLC, et al., Case No. 3:06 CV-00056-BES-VPC (Base File) and Case No. 3:06-CV-

9    00145-PMP-VPC (the "Lawsuit");

10    WHEREAS Defendant and Counter-counterclaimant eTreppid Technologies, LLC

11    ("eTreppid") has asserted counter-claims against the Montgomery Parties, Edra Blixseth and

12    Opspring, LLC;

13    WHEREAS the Parties desire to fully resolve and settle all claims and counter-claims

14    asserted by and against the Parties to the Lawsuit;

15    WHEREAS the Parties have agreed to a settlement of the claims and counter-claims

16    asserted by and against the Parties in the Lawsuit (the "Settlement Agreement");

17    NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

18    1.    The Montgomery Parties shall dismiss with prejudice all claims asserted in their

19    First Amended Complaint and Counterclaim against the eTreppid Parties in the Lawsuit.

20    2.    eTreppid Technologies, LLC shall dismiss with prejudice all Complaints and

21    Counter-claims asserted against the Montgomery Parties, Edra Blixseth and Opspring, LLC in the

22    Lawsuit.

23    3.    Notwithstanding the above-referenced dismissals with prejudice, the Court shall

24    retain jurisdiction over the following:  (1) the eTreppid Parties' claims against Atigeo LLC and

25    Michael Sandoval as third party defendants; (2) issues relating to Michael Flynn's ("Mr. Flynn")

26    attorney's fees (Docket Nos. 502 and 584); (3) Mr. Flynn's motion to establish Rule 3.3 procedures

27    pursuant to the Nevada Rules of Professional Conduct (Docket No. 540); (4) Mr. Flynn's motion

28    for sanctions (Docket No. 545); (5) compliance with the United States Protective Orders (Docket

0039641/001/ 407693v01

1   Nos. 252 and 253); and (6) enforcement of the confidentiality and mutual non-disparagement

2   provision of the Parties' Settlement Agreement.

3       4.      The terms of the Parties' Settlement Agreement shall remain confidential.

4

5   Dated:  September 26, 2008          LINER YANKELEVITZ
                                       SUNSHINE & REGENSTREIF LLP
6

7                                      By:   /s/ Ellyn S. Garofalo
                                       _____
8                                            Ellyn S. Garofalo
                                             Attorneys for DENNIS MONTGOMERY,
9                                            the MONTGOMERY FAMILY TRUST,
                                             EDRA BLIXETH, AND OPSPRING LLC
10

11  Dated:  September 26, 2008          HOLLAND & HART LLP

12

13                                     By:   /s/ J. Stephen Peek
                                       _____
14                                           J. Stephen Peek
                                             Attorneys for ETREPPID TECHNOLOGIES,
15                                           LLC and WARREN TREPP

16

17

18

19

20

21

22

23

24

25

26

27

28

0039641/001/ 407693v01

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices Of Liner Yankelevitz Sunshine & Regenstreif LLP, and that on September 26, 2008, I caused to be served the within document described as **[PROPOSED] STIPULATION AND DISMISSAL WITH PREJUDICE** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Shane M. Biornstad, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@hollandhard.com;<br>jsnyder@hollandhartcom,<br>alang@hollandhart.com,<br>sbiornstad@hollandhart.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed.Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900; Fax: (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC & Michael Sandoval |
| Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Heather L. Ristau, Esq.<br>Bingham McCutchen LLP<br>The Water Garden<br>1620 26th Street, Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Fax: (310) 907-2143<br>E-mail: roland.tellis@bingham.com;<br>marshall.grossman@bingham.com;<br>heather.ristau@bingham.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Fax: (206) 405-2825<br>E-mail: brohde@rohdelaw.com,<br>gschwartz@rohdelaw.com<br>Attorneys for Atigeo LLC |

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

0039641/001/407693v01

1

     I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

2

3

     Executed on September 26, 2008, at Los Angeles, California.

4

| Ellyn S. Garofalo | /s/ Ellyn S. Garofalo |
|---|---|
| (Type or print name) | (Signature) |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

0039641/001/ 407693v01