**Michael J. Flynn, Mass. State Bar No.172780**
P.O. Box 690, 6125 El Tordo
Rancho Santa Fe, CA 92067
One Boston Place, Suite 240
Boston, MA 02109
Tel:   (858) 775-7624;Fax:   (858) 759-0711
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendants. <br><br> AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC <br> **BASE FILE** <br><br> 3:06-CV-00145-PMP-VPC <br><br> **RESPONSE OF MICHAEL FLYNN TO THE PROPOSED STIPULATION AND ORDER TO EXPAND THE FEBRUARY 19, 2008 ORDER** |

   Michael Flynn agrees in principal, subject to the provisions below, to whatever process will most expedite the redaction of his files and the return of said files to him so that he may comply with existing Court Orders, particularly Orders relating to his Rule 3.3 compliance. Subject to the provisions below, Mr Flynn does not object to having Department of Justice attorneys who have been involved in these matters review his files in order to expedite the redaction process.

   However, Mr. Flynn notes that all decisions, pleadings, filings and the entire course of the state secrets issues before this Court since February 19, 2008, including his decisions and pleadings, have been based upon the February 19, 2008 Order, (#435), particularly those provisions excluding other Departments and agencies of the government from reviewing said files.  That Order gave Mr. Flynn some protection involving attorney client issues, from Edra Blixseth, Montgomery and Deborah Klar

in his efforts to cooperate with the government and resolve national security breaches by Edra Blixseth, Dennis Montgomery and Michael Sandoval - all motivated by their greed.[1] Although Klar is gone, the Liner Firm appears to be playing the same game - only it modifies its strategies each step that their clients are exposed. With the proposed stipulation and order, the government, Edra Blixseth and the Montgomery parties are changing the rules *after* Mr. Flynn's files have been voluntarily surrendered, and *before* the Montgomery/Blixseth/Sandoval/Klar files have been turned over for a similar review process. The Liner firm is attempting to secure a *stipulated* non-waiver of the privilege *by the government* in the review of Mr. Flynn's files

The proposed stipulation and order reserves to Montgomery and Blixseth the defense of the attorney client privilege by making their consent a non-waiver of the privilege in connection with the review of Mr. Flynn's files while their files continue to remain outside the review process. Thus, it interposes and provides Montgomery a new defense and dilutes the effect of the February 19, 2008 Order, relied upon by Mr. Flynn, which held that the state secrets privilege trumped the attorney client privilege.

Remarkably, the government is going along with this process while Montgomery's (the source of the entire problem), Blixseth's, Sandoval's, Steve Crisman's, Nick Rhodes, and Deborah Klar's files remain outside the review process. Will all of their files now be reviewed subject to the same non-waiver provisions? Isolating their files from this process is not only unfair; it ignores the magnitude of the problem confronting the Court and the government:

<u>Mr. Flynn's possession of state secrets ended up in sealed pleadings in this Court.</u>

<u>Montgomery's, Blixseth's, and Sandoval's possession of state secrets ended up being marketed throughout the world by them to obtain $100 million dollars</u>. See Timeline attached to Motion for Sanctions, (#546). This is the roadmap to the scope of the government's problems in dealing

---

[1] At the time, Mr. Flynn did not know that Edra Blixseth's billions were drying up - she still played her charade - and that she needed the $100 million dollars from her "friends" in the Bush Administration in order to become the "Queen of the Yellowstone Club." A review of numerous recent news articles reveals that she used her Wall Street Journal contacts to widely publicize her "takeover" of the Yellowstone Club." She will probably use that strategy to blame others, pursue Ch. 11 proceedings (if you believe Deborah Klar's filings in the Montana State Court ) and manipulate the Trepp settlement. That explains, in part, the Liner Firm's dual representation of Montgomery and Blixseth.

1

1    with breaches of national security by Blixseth, Montgomery and Sandoval, notwithstanding Ms.
2    Klar's false statements to this Court on January 22, 2008 blaming Mr. Flynn.
3    Now that the Trepp settlement has occurred, (subject, probably to Edra Blixseth's and the Liner
4    Firm's machinations), if the government truly desires to clean up these breaches, it should go directly
5    to the Montgomery/Blixseth/Sandoval/ Crisman/Rhodes  files.[2]
6    The government, particularly the DOJ civil division attorneys who will now be included in the
7    proposed expanded protocols,  have known throughout these cases, at least since the Spring of 2006,
8    (in the beginning of the search proceedings before the evidentiary hearings had commenced), of Edra
9    Blixseth's financial involvement in matters relating to Montgomery's possession of state secrets. The
10   government, from the President and Vice-President down to Attorney General Gonzalez, other DOJ
11   supervisors and lawyers, to Department heads, according to Blixseth all met with and/or communicated
12   directly with her and her agents.  Blixseth claimed to be in email contact directly with many of them.
13   These government personnel knew  that Edra Blixseth and her agents, including Michael
14   Sandoval and past and present congressional leaders,  were using her high level Bush Administration
15   contacts to market and sell Montgomery's  purported al Quaida/al Jazeera  noise filtering technology
16   in order to obtain the $100 million dollar "black budget" Montgomery claimed was appropriated for
17   his "noise filters." Montgomery/Blixseth and Sandoval kept Mr. Flynn *out of* the direct loop, and direct
18   communication with the Bush Administration principals.  If the purpose of the review and redaction
19   process is to truly discover the scope and type of state secrets breaches, the government knows it should
20   go directly to Montgomery's Blixseth's and Sandoval's computers. Mr. Flynn was out of that loop. Will
21   all of these matters now just be swept under the rug?
22   The probability is that Edra Blixseth has settled the Trepp cases in order to avoid production
23   and disclosure of her's, Sandoval's and Montgomery's computers. Although it would be her's and the
24   Liner Firm's MO to *make huge promises* in order to accomplish settlement and shield the discovery of

---

26   [2] Ms. Klar had Crisman, (when he was still working for Edra Blixseth), testify under oath that
     he had "lost" his computer hard drive." Chances are it would be "found" if it was subpoened before a
27   grand jury, if the government was  truly interested in knowing Edra Blixseth's Israeli initiatives with the
     "noise filters" based on how well said "filters" allegedly worked *before* Montgomery left eTreppid. That
28   information - how the filters were utilized by our government - was conveyed to any potential buyer.

1 their computers, (including the non-existent, fraudulent "noise filters"), the likelihood of her following 2 through on the promises, but using the settlement terms and a later bankruptcy filing, is substantial.

3 The Court should cut through all of this nonsense now and order all computers, all electronic 4 media, and all paper files to be reviewed *now*. Limiting review to Mr. Flynn's files is akin to 5 sidetracking on a stream off the Colorado river in order to find the Hoover Dam. Just go right to the 6 Dam. It is at Porcupine Creek - Edra Blixseth's Estate - where Montgomery currently works.

## CONCLUSION

**1**. **The proposed order should include all parties and all of their files.** The current Order should be modified to include review of all electronic and paper files of the following individuals: Edra Blixseth, Dennis Montgomery, (and his two sons and son-in-law), Michael Sandoval, Chris Campbell, Steve Crisman, Nick Rhodes, Joseph Jonas, Congressman Dan Burton, Congressman John Boehner, and others.

**2. The proposed order should include all lawyers and all of their files.** In footnote 1 of the proposed stipulation, the government and the Montgomery parties, recite that the lawyers subject to the February 19, 2008 ) Order include Michael Flynn, Carla DiMare, Ron Logar and Eric Pulver. Remarkably, even though Deborah Klar and the Liner Firm have admitted to being in possession of Mr. Flynn's emails with Montgomery containing state secrets that ended up in sealed pleadings, along with the attached, *still electronically unredacted attachments* . (See email exhibits referencing attachments thereto for the month of February, 2007 relating to the February 27, 2007 Montgomery declaration submitted in camera at the sanctions hearings held on August 21, 2008. The government now has these electronic files from which the paper copies of exhibits were made, as does the Liner Firm) The Liner Firm's files should be subject to the February 19, 2008 Order.

Respectfully Submitted

October 27, 2008                               /S/_____

Michael J. Flynn