UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br><br>3:06-CV-00145-PMP-VPC<br><br><u>O R D E R</u> |

   Having read and considered Michael Flynn's Motion to Correct Record (Doc. #865), and there being no timely opposition thereto,

   IT IS ORDERED that Michael Flynn's Motion to Correct Record (Doc. #865) is hereby GRANTED.  The Court's prior Order (Doc. #862) is amended at page four, lines 22-23 to reflect that Michael Flynn sent the Montgomery parties multi-page billing statements reflecting hourly work performed, rather than one-page billing statements as stated in the Order.

DATED: October 27, 2008

_____
PHILIP M. PRO
United States District Judge