1  GREGORY A. KATSAS
   Acting Assistant Attorney General
2  GREGORY A. BROWER
   United States Attorney
3  District of Nevada
   GREG ADDINGTON
4  Assistant United States Attorney
   Nevada Bar 6875
5  100 West Liberty, Suite 600
   Reno, Nevada 89501
6  VINCENT M. GARVEY
   Deputy Branch Director
7  CARLOTTA P. WELLS
   RAPHAEL O. GOMEZ
8  Senior Trial Counsel
   Federal Programs Branch
9  Civil Division - Room 7150
   U.S. Department of Justice
10 20 Massachusetts Ave., NW/P.O. Box 883
   Washington, D.C. 20044
11 Telephone: (202) 514-4522
   Facsimile: (202) 616-8470

```
         FILED              RECEIVED
         ENTERED            SERVED ON
                  COUNSEL/PARTIES OF RECORD

              NOV 14

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
   BY:                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | |
| Plaintiffs, | |
| v. | 3:06-CV-00056-PMP-VPC **BASE FILE** |
| ETREPPID TECHNOLOGIES, INC., et al., | 3:06-CV-00145-PMP-VPC |
| Defendants. | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME
TO FILE STATUS REPORT PURSUANT TO OCTOBER 16, 2008 MINUTE ORDER**

By Order dated October 9, 2008 (docket no. 874), this Court informed the parties that it would be scheduling a hearing regarding, inter alia, the settling parties' proposed stipulation of dismissal, and identified various matters to be addressed at such hearing, including the status of the United States "review of the documents under review in the Rule 3.3 matter and when that review will be completed." By Minute Order dated October 16, 2008 (docket no. 876), this Court set the hearing for November 19, 2008, and directed that responses and other submissions

identified by this Court in its October 9, 2008 Order, including the United States' status report, be filed on November 7, 2008. The United States hereby moves to extend the time for submission of the status report by one week, or until November 14, 2008. The reasons in support of this motion are as follows:

1. On October 17, 2008, the United States and the Montgomery parties submitted a [Proposed] Stipulation to Amend the Court's February 19, 2008 Order Regarding Enforcement of the U.S. Protective Order (docket no. 877). The February 19, 2008 order set forth a process for the government's review of the files in the possession of the former counsel for the Montgomery parties, for the purpose of redacting information covered by the military and state secrets privilege. The Court approved the Stipulation on November 4, 2008 (docket no. 881). Until the November 4 order was issued, undersigned counsel could not access or otherwise discuss the content of the former counsel files under review by government officials.

2. Shortly after receiving the November 4 order, undersigned counsel inquired about the status of the review of former counsel's files and how long it would take for such review to be completed now that additional personnel might be able to assist in the review. At that time, undersigned counsel was informed about several issues, including technical difficulties, that affect the calculation of the time required for review of the files.

3. For purposes of submitting a status report regarding review of documents in the Rule 3.3 matter, government counsel needs additional time to consult with the government officials responsible for reviewing the former counsel's files. The potential declarant is scheduled to be out of the office from mid-day Thursday, November 6, 2008 through Monday, November 10, 2008. Tuesday, November 11, 2008 is a federal holiday. In order to have adequate time for consultation between counsel and government officials, the United States requests an additional week, or until November 14, 2008, to submit the status report.

## Conclusion

For the foregoing reasons, the United States' motion for a one-week extension of time to file its status report, or until November 14, 2008, should be granted.

DATED: November 7, 2008

Respectfully submitted,

GREGORY A. KATSAS
Assistant Attorney General

GREGORY A. BROWER
United States Attorney
District of Nevada

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501

VINCENT M. GARVEY
Deputy Branch Director

/s/ Raphael O. Gomez
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C. 20044

Counsel for United States
Department of Defense

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: November 14, 2008

-3-