J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:   (775) 327-3000
Facsimile:   (775) 786-6179
speek@hollandhart.com; jsnyder@hollandhart.com;
alang@hollandhart.com; sbiornstad@hollandhart.com

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:  (202) 429-3000

Attorneys for eTreppid Technologies, LLC and Warren Trepp

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WARREN TREPP,

                              Plaintiff,

          vs.

DENNIS MONTGOMERY, BRENDA
MONTGOMERY, THE MONTGOMERY
FAMILY TRUST, EDRA BLIXSETH,
OPSPRING, INC., AND BLXWARE, INC.,

                              Defendants.
_____/

Case No. 3:06-CV-00056-BES-VPC
**Base File**

3:06-cv-00145-PMP-VPC


**REQUEST FOR ENTRY OF
JUDGMENT BY CONFESSION**

          eTrepppid Technologies, L.L.C., Friendly Capital Partners, L.P., Warren Trepp and Jale

Trepp (hereinafter referred to collectively as the "eTreppid Parties") hereby file their Request for

Entry of Judgment by Confession.  This Request is supported by the following points and

authorities, and all papers and pleadings filed herein.

**POINTS AND AUTHORITIES**

Under the terms of a September 16, 2008 Settlement Agreement between Warren Trepp, eTreppid Technologies, and Friendly Capital Partners, (the "eTreppid Parties") on one hand, and Dennis Montgomery, Brenda Montgomery, the Montgomery Family Trust, Edra Blixseth, Opspring, Inc., and Blxware, Inc. (the "Blixseth Parties"), the Blixseth Parties were to pay the sum of $1,500,000.00 to Friendly Capital Partners on or before December 8, 2009.  The Parties agreed that, if the Blixseth Parties failed to make this payment, the eTreppid Parties would be entitled to enter three separate Confessions of Judgment:

- A federal court Confession of Judgment against the Blixseth Parties and in favor of Warren Trepp in the amount of $5,000,000.00 (the "Trepp Judgment"),

- A federal court Confession of Judgment against the Blixseth Parties and in favor of eTreppid in the amount of $20,000,000.00, (the "eTreppid Judgment") and

- A Nevada state court Confession of Judgment against the Blixseth Parties and in favor of Friendly Capital Partners in the amount of $1,500,000.00 (the "FCP Judgment").

The Blixseth Parties failed to make the required payment of $1,500,000.00 on or before February 8, 2008.  Accordingly, on December 9, 2008, eTreppid filed the Trepp Judgment (Doc. No. 893) and the eTreppid Judgment (Doc. No. 894) in this Court.  The eTreppid Parties hereby

///
///
///
///
///
///
///
///
///
///

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

4402059_1

request that pursuant to NRS 17.090 through 17.110 and the terms of these Confessions of

Judgment, this Court enter the Trepp Judgment (Doc. No. 893) against the Blixseth Parties.

Dated:  December 10, 2008.

/s/
J. Stephen Peek, Esq.  (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179

Reid H. Weingarten, Esq. (D.C. Bar #365893)
Brian M. Heberlig, Esq. (D.C. Bar #455381)
Robert A. Ayers, Esq. (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902

*Attorneys for Plaintiff and Cross-Defendant
eTreppid Technologies, L.L.C. and*
Cross-Defendant Warren Trepp

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

4402059_1

**PROOF OF SERVICE**

I, Cynthia L. Kelb, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Holland & Hart LLP. My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada  89511**. I am over the age of 18 years and not a party to this action. I am readily familiar with Holland & Hart LLP's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On December 10, 2008, I caused the foregoing **REQUEST FOR ENTRY OF JUDGMENT BY CONFESSION** to be:

  X        filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

mgunderson@gundersonlaw.com
Gunderson Law Firm
Mark H. Gunderson, Esq.
3895 Warren Way
Reno, Nevada 89509
*Fax No. 775/829-1226*

rsunshine@linerlaw.com;
egarofalo@linerlaw.com
Randall J. Sunshine, Esq.
Ellyn S. Garofalo, Esq.
Liner Yankelevitz Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
*Fax 310/500-3501*

Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC  20044
*Fax No. 202/616-8470*

Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, DC  20044
*Fax 202/616-8470*

Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV  89501
*Fax No. 784-5181*

bpeck@lrlaw.com
Bridget Robb Peck, Esq.
Lewis and Roca, LLP
50 W. Liberty Street, Ste. 410
Reno, Nevada 89501
*Fax No. 775-823-2929*

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Page 4 of 5

heather.ristau@bingham.com;
roland.tellis@bingham.com;
marshall.grossman@bingham.com
Heather Ristau, Esq.
Roland Tellis, Esq.
Marshall B. Grossman, Esq.
Bingham McCutchen LLP
The Water Garden
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA  90404
Fax No. 310-907-2000

brohde@rohdelaw.com
Robert E. Rohde, Esq.
Rohde & Van Kampen
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Fax No. (206) 405-2825

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 10, 2008.

/s/
Cynthia L. Kelb

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511