J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179
speek@hollandhart.com; jsnyder@hollandhart.com;
alang@hollandhart.com; sbiornstad@hollandhart.com

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:  (202) 429-3000

Attorneys for eTreppid Technologies, LLC and Warren Trepp

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DENNIS MONTGOMERY, an individual; and
MONTGOMERY FAMILY TRUST, a
California Trust,

    Plaintiffs,

 vs.

ETREPPID TECHNOLOGIES, L.L.C., a
Nevada Limited Liability Company; WARREN
TREPP, an individual; DEPARTMENT OF
DEFENSE of the UNITED STATES OF
AMERICA; and DOES 1 through 10,

    Defendants.
_____/
AND RELATED CASE(S)
_____/

Case No. 3:06-CV-00056-PMP-VPC
**Base File**

3:06-CV-00145-PMP-VPC

**ETREPPID TECHNOLOGIES,
L.L.C.'S AND  WARREN TREPP'S
MOTION FOR ORDER
SHORTENING TIME**

  Pursuant to LR 6-1 and 6-2, eTreppid Technologies, L.L.C. and Warren Trepp, (hereinafter collectively referred to as "eTreppid"), hereby move this Court for an order shortening the time in which the parties may have to respond to eTreppid's Motion to Certify Judgments filed concurrently herewith.  This Motion is supported by the following Points and Authorities.

///

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

**POINTS AND AUTHORITIES**

In the present case and for the reasons set forth in the Motion to Certify Judgments, an order shortening the time in which the parties may have to respond to the Motion to Certify Judgments is warranted.  As stated in the Motion to Certify Judgments, on December 11, 2008 the Court entered two judgments [Docket Nos. 897 and 898] (the "Judgments"), in favor of Warren Trepp and eTreppid Technologies, L.L.C., respectively.  eTreppid seeks immediate certification of the Judgments so that it may register the Judgments with other federal district courts where assets belonging to the judgment debtors may be located.  Under 28 U.S.C. 1963, eTreppid must demonstrate "good cause" for why it should not be required to wait for the appeal period (30 days or until January 12, 2009) to expire.  An order shortening time is appropriate so that eTreppid may obtain a timely decision regarding whether it may immediately proceed with registering the Judgments with other federal district courts or whether eTreppid must wait until

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

the time to appeal has expired. Based on the foregoing, eTreppid requests that the Motion to Certify Judgments be heard on shortened time.

## CONCLUSION

For all of the foregoing reasons, eTreppid respectfully requests that its Motion for Order Shortening Time be granted.

Dated:  December 15, 2008.

_/s/_
J. Stephen Peek, Esq.  (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:  (775) 786-6179

Reid H. Weingarten, Esq. (D.C. Bar #365893)
Brian M. Heberlig, Esq. (D.C. Bar #455381)
Robert A. Ayers, Esq. (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

*Attorneys for Plaintiff and Cross-Defendant*
*eTreppid Technologies, L.L.C. and*
*Cross-Defendant Warren Trepp*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:  _____

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

**PROOF OF SERVICE**

I, Liz Ford, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Holland & Hart LLP.  My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada 89511**.  I am over the age of 18 years and not a party to this action.  I am readily familiar with Holland & Hart LLP's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

**On December 15, 2008, I caused the foregoing ETREPPID TECHNOLOGIES, L.L.C.'S AND  WARREN TREPP'S MOTION FOR ORDER SHORTENING TIME to be:**

__X__         filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

mgunderson@gundersonlaw.com
Gunderson Law Firm
Mark H. Gunderson, Esq.
3895 Warren Way
Reno, Nevada 89509
*Fax No. 775/829-1226*

rsunshine@linerlaw.com;
egarofalo@linerlaw.com
Randall J. Sunshine, Esq.
Ellyn S. Garofalo, Esq.
Liner Yankelevitz Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
*Fax 310/500-3501*

Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC  20044
*Fax No. 202/616-8470*

Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, DC  20044
*Fax 202/616-8470*

Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV  89501
*Fax No. 784-5181*

bpeck@lrlaw.com
Bridget Robb Peck, Esq.
Lewis and Roca, LLP
50 W. Liberty Street, Ste. 410
Reno, Nevada 89501
*Fax No. 775-823-2929*

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

1

2     *heather.ristau@bingham.com;*         brohde@rohdelaw.com
     *roland.tellis@bingham.com;*          Robert E. Rohde, Esq.

3     *marshall.grossman@bingham.com*    Rohde & Van Kampen
     Heather Ristau, Esq.                 1001 Fourth Avenue, Suite 4050

4     Roland Tellis, Esq.                  Seattle, Washington 98154
     Marshall B. Grossman, Esq.         *Fax No. (206) 405-2825*

5     Bingham McCutchen LLP

6     The Water Garden
     1620 26th Street, 4th Floor, North Tower

7     Santa Monica, CA  90404
     *Fax No. 310-907-2000*

8

9

10         I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 15, 2008.

11

12                              /s/
                              Liz Ford

13

14

15   4405322_1

16

17

18

19

20

21

22

23

24

25

26

27

28

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511