UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>JUDGMENT |

In accordance with this Court's prior Orders (Doc. #502, #584, #862), Judgment is hereby entered in favor of interested party Michael Flynn, Esq. and against Dennis Montgomery, Brenda Montgomery, and the Montgomery Family Trust in the amount of $628,812.15, consisting of $601,901.97 in attorney's fees and $26,910.18 in costs.

IT IS SO ORDERED.

DATED: December 16, 2008

_____
PHILIP M. PRO
United States District Judge