# EXHIBIT 1 TO FLYNN DECLARATION IN SUPPORT OF MOTION TO CERTIFY JUDGMENT

```
                                                                    -1-

 1                      UNITED STATES DISTRICT COURT
                             DISTRICT OF NEVADA
 2          BEFORE THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE
                                 ---o0o---
 3

 4    DENNIS MONTGOMERY, ET AL.,     :  No. 3:06-cv-056-PMP-VPC
                                     :
 5                Plaintiffs,        :  JUNE 10, 2008
                                     :
 6         -vs-                      :  United States District Court
                                     :  400 S. Virginia Street
 7    ETREPPID TECHNOLOGIES, ET      :  Reno, Nevada  89501
      AL.,                           :
 8                                   :
                  Defendants.        :
 9    _____:

10

11
                           TRANSCRIPT OF MOTION HEARING
12         (Re:  Defendants' Motion for Order to Show Cause #634)

13

14    A P P E A R A N C E S:

15    FOR THE PLAINTIFF:        Deborah Klar
                                Tuneen Chisolm
16                              Mark Gunderson
                                Ellyn Garofalo
17                              Attorneys at Law


18    FOR DEFENDANT ETREPPID:   J. Stephen Peek
                                Jerry Snyder
19                              Attorneys at Law

20    FOR DEFENDANT ATIGEO:     Robert Rohde
                                Greg Schwartz
21
      FOR DEFENDANT SANDOVAL:   Bridgett Robb Peck
22                              Attorney at Law

23    FOR DEFENDANT SANDOVAL:   Jacquelyn Beatty
                                Attorney at Law
24
      FOR INTERESTED PARTY:     Carlotta Wells
25                              Raphael Gomez
                                U.S. Dept. Of Justice


                       KATHRYN M. FRENCH, RPR, CCR
                              (775) 786-5584
```

```
                                                              -3-
 1           RENO, NEVADA, TUESDAY, JUNE 10, 2008, 9:00 A.M.
 2                            ---oOo---
 3
 4           THE COURT:  Good morning.  Please be seated.
 5           THE CLERK:  This is the date and time set for
 6   defendant's Motion For Order to Show Cause, number 634, in
 7   case number 3:06-cv-056-PMP-VPC, Dennis Montgomery, and
 8   Montgomery Family Trust, and others, versus eTreppid
 9   Technologies, and others.
10           Present on behalf of plaintiffs, Dennis Montgomery
11   and Montgomery Family Trust, Mark Gunderson, Deborah Klar, and
12   Ellyn Garofalo.
13           Present on behalf defendants eTreppid
14   Technologies and Warren Trepp are Stephen Peek and
15   Jerry Snyder.
16           Present telephonically on behalf of
17   counter-defendant Atigeo, is Greg Schwartz.
18           Present telephonically on behalf of
19   counter-defendant Michael Sandoval is Jacquelyn Boatty.
20           And present on behalf of the U.S. Department of
21   Justice are Carlotta Wells and Raphael Gomez.
22           THE COURT:  Good morning, again, everyone.
23           I can't see with this display here.  Whose is it?
24           MR. PEEK:  It's mine, Your Honor.  We can take
25   it down.
```

KATHRYN M. FRENCH, RPR, CCR
(775) 786-5584

-202-

1    Let's actually go back to the requests for
2    production, because I want to make sure that I understand what
3    you have and don't have.
4            MR. PEEK: And I'm sorry, Your Honor. I'm
5    trying to find my copies of the document requests.
6            THE COURT: All right.
7    BY MR. PEEK:
8    Q    And I know the Court has reviewed some of this with you,
9    but let me ask some background questions.
10           I have seen, at least from some of the documents
11   you have produced, that you became a member of an LLC called
12   Opspring.
13   A    I've never become a member.
14   Q    You've never became a member of Opspring?
15   A    Just an employee.
16   Q    Just an employee. So you hold no interest, no membership
17   interest whatsoever?
18   A    None.
19   Q    None. And you're paid $100,000 a month?
20   A    That's correct.
21   Q    And is that still today, or is that just up to
22   December 31 of '07?
23   A    I don't remember when it ended. I'm sorry. I didn't
24   remember when it ended.
25   Q    Well, are you still employed today?

KATHRYN M. FRENCH, RPR, CCR
(775) 786-5584

203

1   A   '07. I'm sorry.
2   Q   Are you employed today?
3   A   Yes.
4   Q   By whom?
5   A   Lexware.
6   Q   I'm sorry?
7   A   Lexware, L-e-x-w-a-r-e.
8   Q   L-e-x-w-a-r-e?
9   A   Correct.
10  Q   What is that company?
11  A   It's a software company.
12  Q   And where is it located?
13  A   Rancho Mirage.
14  Q   And who's the owner of that company?
15  A   I'm not.
16  Q   That's not what I asked you, sir. Who's the owner?
17  A   Edra Blixseth.
18  Q   Thank you. And are you still being paid a hundred
19  thousand a month?
20  A   Yes.
21  Q   Okay. And what was your position with Opspring?
22  A   A programmer.
23  Q   That's all you were, just a programmer? Nothing else?
24  For $100,000 a month?
25          MS. KLAR: Objection, Your Honor.

KATHRYN M. FRENCH, RPR, CCR
(775) 786-5584