UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WARREN TREPP,<br>        Plaintiff,<br>v.<br>DENNIS MONTGOMERY, BRENDA MONTGOMERY, THE MONTGOMERY FAMILY TRUST, EDRA BLIXETH, OPSPRING, INC. AND BLIXWARE, INC.,<br>        Defendants | 3:06-CV00056-PMP-VPC<br>Case Number<br><br>AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

STATE OF NEVADA   )
                          ) ss.
COUNTY OF WASHOE )

I, Jerry M. Snyder, Esq., hereby state on oath:

1. Judgment for $5,000,000.00, was entered on 12-11-08, in the docket of the above entitled Court action in favor of: WARREN TREPP as Judgment Creditor, and against DENNIS MONTGOMERY, BRENDA MONTGOMERY, THE MC as Judgment Debtor.

   (IF A REGISTERED JUDGMENT):
   Said Judgment was registered herein under Title 28, U.S.C. Sec. 1963, being a Judgment which was obtained in Civil Case No. 3:06-CV00056-PM In the U.S. District Court for the District of NEVADA and which has become FINAL.

2. I am the attorney for said judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment are the following sums:
   $ 12,328.77    [1] accrued interest, computed at 5 %*
   $ _____    accrued costs and fees.

*Judgments registered under 28 U.S.C. Sec. 1963 bear the rate of interest of the District of Origin.

---

[1] This figure shall include interest through the day on which this affidavit is executed. The calculation of interest due in the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.

CREDIT must be given for payments and partial satisfaction in the total amount of

$ _____ which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ _____ ACTUALLY DUE on this date. Of this total,

$ 5,012,328.77 _____ is the amount of the original Judgment as entered still remaining due and bearing interest at 5 % in the amount of $ 684.93 _____ PER DAY from this date:

DATED: 12/29/08 _____

_____
Attorney for Judgment Creditor

SUBSCRIBED and SWORN to before me
this  29th _____ day of  December _____ , 2008 _____ .

_____
NOTARY PUBLIC in and for the County of
Washoe _____ , State of Nevada.

(SEAL)



CYNDY ARNOLD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 94-4339-2  Expires July 13, 2010