UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D ER |

The Court having read and considered Defendants eTreppid Technologies, L.L.C.'s and Warren Trepp's Motion to Certify Judgments (Doc. #899), filed on December 15, 2008, Plaintiff's Response and Opposition thereto (Doc. #906) filed December 19, 2008, and Defendants eTreppid Technologies, L.L.C.'s and Warren Trepp's Reply (Doc. #909) filed December 22, 2008, and good cause appearing,

**IT IS ORDERED that** Defendants eTreppid Technologies, L.L.C.'s and Warren Trepp's Motion to Certify Judgments is GRANTED.

DATED: December 29, 2008.

_____
PHILIP M. PRO
United States District Judge