Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509
Telephone: (775) 829-1222
Facsimile: (775) 829-1226

Randall J. Sunshine, Esq. (SBN: CA 137363)
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
ADMITTED PRO HAC VICE

Attorneys for
DENNIS MONTGOMERY, the MONTGOMERY FAMILY TRUST, EDRA BLIXSETH and OPSPRING LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>(Consolidated with Case No. 3:06-CV-00145-PMP-VPC)<br><br>**DECLARATION OF EDRA BLIXSETH IN SUPPORT OF SUPPLEMENTAL RESPONSE TO MICHAEL FLYNN'S MOTION TO CERTIFY JUDGMENT; EXHIBIT** |

0039641/001/ 416348v01

## DECLARATION OF EDRA BLIXSETH

I, Edra Blixseth, declare as follows:

1. I am over eighteen years of age and a resident of Rancho Mirage, California. I was a party to the within lawsuit and I am familiar with certain allegations made by Michael Flynn ("Mr. Flynn") primarily concerning my assets, including a property in Cabo San Lucas, Mexico. Accordingly, I am competent to testify to the fact set forth herein.

2. In a January 6, 2009 filing captioned "Reply of Michael Flynn to Montgomery Response to Motion to Certify Judgment" (Docket # 926) ("Reply"), Mr. Flynn states that "Just yesterday, Monday, January 5, 2009, Blixseth was scheduled to sell her Cabo property in a fire-sale for approximately $5 Million Dollars, (half its value) . . . presumably to finance the appeal." (Reply, p. 1, lns. 14-16.)

3. Blx Group, Inc. ("BGI") owns a property in Cabo San Lucas known as "Casa Captiva" through a Mexican Trust. I own 100% of BGI's shares.

4. Casa Captiva was not listed for sale on January 6, 2009, or at time prior to that date. Accordingly, there was no offer to purchase Casa Captive and BGI was not scheduled to sell the property on January 5, 2009, or at any other time.

5. I have reason to believe that Mr. Flynn's statements are based on false information being disseminated by my former husband, Timothy Blixseth ("Mr. Blixseth"). My belief is based on an email I received on January 3, 2009, from Chris Snell ("Mr. Snell"), a real estate broker in Cabo San Lucas who is a friend of Mr. Blixseth's. Mr. Snell's email stated that "rumor has it that you are selling Captiva to an investment group for $5 million."

6. I responded to Mr. Snell's email by denying the false rumor: "Like many that are going around about me, this rumor is not true, nor would I sell for this price or the one you suggest."

7. Mr. Snell then responded: "If you do decide to sell it and want to give us 60 or 90 days, I am certain we can get you an excellent price substantially higher. I was simply concerned that if the rumor was true, I wanted the opportunity to help you get a better deal." True and correct

1

1 copies of the email exchanges between me and Mr. Snell are attached and incorporated as Exhibit A hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 7, 2009, at Rancho Mirage, California

_____
Edra Blixseth

0039641/001/ 416348v01

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices of Liner Yankelevitz Sunshine & Regenstreif LLP, and that on January 7, 2009, I caused to be served the within document described as **DECLARATION OF EDRA BLIXSETH IN SUPPORT OF SUPPLEMENTAL RESPONSE TO MICHAEL FLYNN'S MOTION TO CERTIFY JUDGMENT; EXHIBIT** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Shane M. Biornstad, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@hollandhard.com;<br>jsnyder@hollandhartcom,<br>alang@hollandhart.com,<br>sbiornstad@hollandhart.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed.Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900; Fax: (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC & Michael Sandoval |
| Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Heather L. Ristau, Esq.<br>Bingham McCutchen LLP<br>The Water Garden<br>1620 26th Street, Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Fax: (310) 907-2143<br>E-mail: roland.tellis@bingham.com;<br>marshall.grossman@bingham.com;<br>heather.ristau@bingham.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Fax: (206) 405-2825<br>E-mail: brohde@rohdelaw.com,<br>gschwartz@rohdelaw.com<br>Attorneys for Atigeo LLC |

0039641/001/ 416348v01

1    ☒    **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

      I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

      Executed on January 7, 2009, at Los Angeles, California.

| Ellyn S. Garofalo | /s/ Ellyn S. Garofalo |
|---|---|
| (Type or print name) | (Signature) |

0039641/001/ 416348v01