## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | January 13, 2009 |
| ) | |
| ETREPPID TECHNOLOGIES, et al.) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On January 13, 2009, the court has received an *in camera* motion from Michael Flynn entitled, "Motion of Michael Flynn for Sanctions for Violations of the Settlement Order." The Clerk of the Court is ordered to **FILE** this motion under seal. Mr. Flynn shall make arrangements for a copy of this motion to be *personally* served on either Ellyn Garafalo or Randall Sunshine only. The opposition and reply to this motion shall be filed under seal and shall be personally served on opposing counsel only. The parties and counsel are cautioned not to disseminate the contents of this motion or its opposition and reply to any other person or entities.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk