AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION   [ ] APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the District of Nevada |
|---|---|
| DOCKET NO.<br>3:06-cv-00056 | DATE FILED<br>1/3/2006 |
| PLAINTIFF<br>Montgomery et al | DEFENDANT<br>eTreppid Technologies et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | Copyright Registration Nos. TXu-98-018, TXu-98-699, | Dennis Montgomery |
| 2 | TXu-98-727, TXu-98-728, TXu-98-731, | |
|   | TXu-117-868, TXu-119-540, TX-1-983-147, TX-1-992-867, | |
| 3 | TX-2-000-234, TX-2-083-750 and | |
| 4 | TX-2-095-009 (the "Copyrights"). | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order   [✔] Judgment *<br>*  Appeal pending | WRITTEN OPINION ATTACHED<br>[ ] Yes   [✔] No | DATE RENDERED<br>12/16/2008 |
|---|---|---|
| CLERK<br>LANCE S. WILSON | (BY) DEPUTY CLERK<br>/s/ D. R. Morgan | DATE<br>1/15/2009 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Format m/d/yyyy

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [Reset]