**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| eTREPPID TECHNOLOGIES, LLC | 3:06-CV00056-PMP-VPC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DENNIS MONTGOMERY, BRENDA MONTGOMERY, THE MONTGOMERY FAMILY [TRUST] | SERVE WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HOLLAND & HART, LLP (see Exhibit 1 attached hereto for description of property)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
5441 Kietzke Lane, Second Floor, Reno, Nevada 89511

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DENNIS MONTGOMERY, BRENDA MONTGOMERY, THE MONTGOMERY FAMILY TRUST, EDRA BLIXSETH, OPSPRING, INC., AND BLXWARE, INC.
(see Exhibit 2 attached hereto)

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

DO NOT SIEZE; SERVE ONLY.

*[Signature]*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 775-327-3000    DATE: 1/6/09

FILED / ENTERED / RECEIVED ON COUNSEL/PARTIES OF RECORD
JAN 1 4 2009
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 2 | No. A48 | No. A48 | *[signature]* OSS | 01/06/09 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: SNYDER, JERRY M. Holland & Hart L.L.P.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 01/06/09  Time: 13:15 ☒ pm

Signature of U.S. Marshal or Deputy: *[signature]*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $75.00 | | | $75.00 | $75.00 | $0.00 |

REMARKS:

SERVED @ USMS OFFICE RENO NV

PRINT 5 COPIES: 1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80