1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                * * *

9

10   DENNIS MONTGOMERY and the      )
     MONTGOMERY FAMILY TRUST,       )
11                                  )      3:06-CV-00056-PMP-VPC
              Plaintiffs,           )         **BASE FILE**
12                                  )
      vs.                           )      3:06-CV-00145-PMP-VPC
13                                  )
                                    )
14   ETREPPID TECHNOLOGIES, LLC;    )         **O R D E R**
     WARREN TREPP; and the          )
15   UNITED STATES DEPARTMENT       )
     OF DEFENSE,                    )
16                                  )
                                    )
17            Defendants.           )
                                    )
18   AND ALL RELATED MATTERS        )
                                    )
19   _____)

20        Before the Court for consideration is Michael Flynn's Motion to Certify

21   Judgment (Doc. #903) filed December 18, 2008.  By this motion, Flynn moves to

22   certify the Judgment (Doc. #902) entered in his favor by the Court on December 16,

23   2008, in the amount of $628,812.15, against his former clients, Dennis Montgomery,

24   Brenda Montgomery, and the Montgomery Family Trust.  Flynn seeks certification of

25   the judgment so that he may register it in other district courts where assets of

26   / / /

1  Dennis Montgomery, Brenda Montgomery, and the Montgomery Family Trust

2  ("Montgomery") are located.

3          On January 5, 2009, Montgomery filed a Response to Flynn's Motion to

4  Certify Judgment (Doc. #923) together with Evidentiary Objections to and Motion to

5  Strike Declaration of Attorney Michael Flynn (Doc. #924), and an Ex Parte

6  Application for Permission to Cross-Examine Michael Flynn on his Declaration. (Doc

7  #925).  These motions filed on behalf of Montgomery raise a litany of issues

8  regarding allegations  contained in Flynn's Motion to Certify Judgment and his

9  supporting Declaration.  Montgomery correctly notes that the bulk of Flynn's

10  Declaration states allegations regarding individuals and entities other than the

11  Montgomery's.  However, the Court finds it unnecessary to attempt to resolve the

12  myriad issues raised in Flynn's Motion and Declaration regarding those who are not

13  judgement debtors.  Instead, the Court will simply strike Flynn's Declaration as

14  unnecessary and collateral to his Motion to Certify.

15          This Court has already granted a prior motion to certify judgments against

16  Montgomery (Doc. #915), and even without the allegations made by Flynn referencing

17  individuals and entities other than Montgomery, the Court finds good cause exists to

18  warrant the certification requested in Flynn's Motion.

19          **IT IS THEREFORE ORDERED that** the Motion to Certify Judgment by

20  interested party Michael Flynn (Doc. #903) is hereby GRANTED with respect to the

21  Judgment (Doc. #902) entered December 16, 2008 in favor of Flynn and against

22  Dennis Montgomery, Brenda Montgomery, and the Montgomery Family Trust in the

23  amount of $628,812.15.

24          **IT IS FURTHER ORDERED** that Montgomery's Motion to Strike

25  Declaration of Attorney Michael Flynn (Doc. #924) is GRANTED.

26  ///

1      **IT IS FURTHER ORDERED that** Montgomery's Emergency Motion to

2 for Permission to Cross-Examine Michael Flynn on his Declaration. (Doc. #925) is

3 DENIED.

4      **IT IS FURTHER ORDERED that** Flynn's Motion to require

5 Montgomery to file a *supersedeas* bond (Doc. #943) is DENIED.

6

7 DATED:  February 4, 2009.

8

9                        PHILIP M. PRO
                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3