Robert E. Rohde (WSBA No. 12809)
Gregory G. Schwartz (WSBA No. 35921)
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Tel.: (206) 386-7356
Fax: (206) 405-2825
E-mail: brohde@rohdelaw.com

Bridget Robb Peck, NV Bar 3143
Lewis and Roca LLP
50 W. Liberty Street, Ste. 410
Reno, NV 89501
Tel: (775) 823-2900
Fax: (775) 823-2929
E-Mail: bpeck@lrlaw.com
Local Counsel

Attorneys for Atigeo LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust, <br><br> Plaintiffs, <br><br> vs. <br><br> ETREPPID TECHNOLOGIES, LLC, a Nevada Limited Liability Company; WARREN TREPP, an individual; and the UNITED STATES DEPARTMENT OF DEFENSE; <br><br> Defendants. <br><br> AND RELATED MATTERS. | Case No. 3:06-CV-00056-PMP-VPC <br> BASE FILE <br><br> Case No. 3:06-CV-00145-PMP-VPC <br><br> [PROPOSED] ORDER ON STIPULATION AND DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST ATIGEO AND MICHAEL SANDOVAL |

Based on the Stipulation and Dismissal with Prejudice of Claims Against Atigeo And Michael Sandoval, and for good cause shown, it is HEREBY ORDERED that:

All claims and/or counterclaims asserted in the above-captioned matter by eTreppid Technologies, LLC and/or Warren Trepp against Atigeo, LLC and/or Michael Sandoval are dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 18, 2009

_____
HONORABLE PHILLIP M. PRO
United States Judge

Presented by:

ROHDE & VAN KAMPEN PLLC

By:  s/ Gregory G. Schwartz
Robert E. Rohde, WSBA No. 12809
Gregory G. Schwartz, WSB No. 35921
Attorneys for Defendant, Atigeo LLC
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
Phone: (206) 386-7353
Fax: (206) 405-2825
Email: brohde@rohdelaw.com;
gschwartz@rohdelaw.com

BINGHAM MCCUTCHEN LLP

By:  s/ Roland Tellis
Marshall Grossman, CSB No. 35958

Roland Tellis, CSB No. 186269
Attorneys for Defendant Michael Sandoval
Bingham McCutchen,
The Water Garden
Fourth Floor
North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Phone: (310) 907-1000
Fax: (310) 907-2000
Email: roland.tellis@bingham.com


LINER YANKELEVITZ SUNSHINE &
REGENSTREIF, LLP


By:     s/ Ellyn Garofalo
Randall J. Sunshine, Esq.
Ellyn S. Garofalo, Esq.
Attorneys for Dennis Montgomery, Brenda
Montgomery, Montgomery Family Trust, Edra
Blixseth, and OpSpring LLC
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
Email: egarofalo@linerlaw.com


HOLLAND & HART LLP


By:     (signature to be filed October 2, 2008)
J. Stephen Peek, Esq.
Jerry M. Snyder, Esq.
Attorneys for Plaintiff and Cross-Defendant
eTreppid Technologies, L.L.C. and
Cross-Defendant Warren Trepp
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
Email: speek@hollandhart.com

ROHDE & VAN KAMPEN PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

# CERTIFICATE OF SERVICE

I, Gregory G. Schwartz, declare:

I am employed in Seattle, Washington, by the law offices of Rohde & Van Kampen, 1001 Fourth Avenue, Suite 4050, Seattle, Washington. I am over the age of 18 years and not a party to this action.

I herby certify that on October 1, 2008, I caused to be electronically filled the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following:

| | |
|---|---|
| Carlotta P. Wells<br>Senior Trail Counsel<br>Federal Programs Branch<br>Civil Division – Room 7150<br>U.S. Department of Justice<br>20 Massachusetts Ave., NW<br>P.O. Box 883<br>Washington, DC 20044<br>Carlotta.wells@usdoj.gov | Randall Sunshine<br>Ellyn Garofalo<br>Liner Yankelevitz Sunshine &<br>Regenstreif, LLP<br>199 Fremont St., 20th Floor<br>San Francisco, CA 94105-2255<br>rsunshine@linerlaw.com<br>egarofalo@linerlaw.com |
| Greg Addington<br>Assistant U.S. Attorney<br>100 W. Liberty Street, Suite 600<br>Reno, Nevada 89501<br>Greg.addington@usdoj.gov | Mark Gunderson<br>5345 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>mgunderson@gundersonlaw.com |
| Raphael O. Gomez<br>Senior Trial Counsel<br>Federal Programs Branch<br>Civil Division – Room 6144<br>U.S. Department of Justice<br>20 Massachusetts Ave., NW<br>P.O. Box 883<br>Washington, DC 20044<br>Raphael.gomez@usdoj.gov | Roland Tellis<br>Marshall B. Grossman<br>Heather Ristau<br>Bingham McCutchen LLP<br>The Water Garden, 4th Floor, North Tower<br>1620 26th Street<br>Santa Monica, CA 90404<br>roland.tellis@bingham.com<br>marshall.grossman@bingham.com<br>heather.ristau@bingham.com |
| Stephen Peek<br>Jerry Snyder<br>Adam G. Lang<br>Shane M. Biornstad<br>Holland & Hart, LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511 | Reid Weingarten<br>Brian Heberlig<br>Robert Ayers<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>rweingarten@steptoe.com |

Page 3 of 4

| | |
|---|---|
| speek@hollanhart.com | bheberlig@steptoe.com |
| jsnyder@hollandhart.com | rayers@steptoe.com |
| alang@hollandhart.com | |
| sbiornstad@hollandhart.com | |

Bridget Robb Peck
Lewis and Roca, LLP
50 W. Liberty Street, Suite 410
Reno, Nevada 89501
bpeck@lrlaw.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, and that this declaration was executed on October 1, 2008.

s/ Gregory Schwartz
Gregory Schwartz

Page 4 of 4

**ROHDE & VAN KAMPEN** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353