UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants. | 3:06-CV-00056-PMP-VPC<br><br>**JUDGMENT** |
| AND RELATED MATTERS. | |

On November 10, 2008, Lien Claimant Ronald J. Logar, Esq., on behalf of the professional corporation, Logar Pulver, PC, filed its Notice of Motion and Motion to Adjudicate and Enforce Statutory Attorney's Lien Pursuant to NRS 18.015. At the settlement conference held on January 8, 2009, which was scheduled by this Court's prior order of November 25, 2008, Plaintiffs, through their attorney, Ellyn S. Garofalo, Esq., and Ronald J. Logar, Esq., on behalf of his professional corporation, Logar Pulver, PC, reached a settlement, the terms of which were approved by the Court and placed upon the record. This Judgment settles any claim either party

1  may have against the other arising out of the legal services provided and the fees and costs
2  incurred, THEREFOR,
3      JUDGMENT IS HEREBY ENTERED in favor of Logar Pulver, PC, and against
4  Plaintiff's Dennis Montgomery, Brenda Montgomery, and the Montgomery Family Trust, jointly
5  and severally, in the amount of $107,316.69. That amount of the judgment shall carry interest at
6  the lawful rate from the date this Judgment is entered until both principal and interest has been
7  paid in full.
8      IT IS SO ORDERED.
9  DATED:   February 18, 2009

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____              _____
ELLYN S. GAROFALO, ESQ.                       RONALD J. LOGAR, ESQ.
Attorney for Plaintiff's, Dennis              attorney for Lien Claimant,
Montgomery, Brenda Montgomery,                Logar Pulver, PC
and The Montgomery Family Trust.