# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DENNIS MONTGOMERY, et al., ) 3:06-CV-0056-PMP (VPC)
)
Plaintiffs, )
) **ORDER**
vs. )
)
ETREPPID TECHNOLOGIES, LLC, et al., )
)
Defendants. )
_____ )

On November 10, 2008, Ronald Logar, former local counsel for plaintiffs, Dennis Montgomery and the Montgomery Family Trust, ("plaintiffs") filed motion to adjudicate and enforce statutory lien pursuant to NRS 18.015 (#887).

On January 8, 2009, this court convened a settlement conference with Mr. Logar and Michael Flynn, Esq. ("Mr Flynn") who also served as plaintiffs' former counsel. Mr. Logar, on behalf of his law firm entered into a settlement agreement with plaintiffs (#933). The court ordered Mr. Logar to file a proposed judgment with the Clerk of Court no later than January 16, 2009. *Id.* Mr. Logar did so (#934) and the court entered the judgment (#961).

Based upon the foregoing, the court **DENIES AS MOOT** Mr. Logar's motion to adjudicate and enforce statutory lien (#887) in light of the parties' settlement.

IT IS SO ORDERED.

DATED: February 20, 2009.

_____
UNITED STATES MAGISTRATE JUDGE