# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, | |
| vs. | **ORDER** |
| ETREPPID TECHNOLOGIES, LLC, et al., | |
| Defendants. | |

Pending before the court are several motions. On September 17, 2008, plaintiffs, Dennis Montgomery and the Montgomery Family Trust ("plaintiffs"), and defendants, eTreppid Technologies and Warren Trepp ("defendants") reached a settled in this proceeding(#856). On December 11, 2008, the Clerk of Court entered a judgment in favor of defendants and against plaintiffs (#898). Notwithstanding settlement and entry of judgment, this court retained jurisdiction over (1) issues related to Michael Flynn's ("Mr. Flynn") attorney's fees (#s 502 & 584), (2) Mr. Flynn's motion to establish Rule 3.3 procedures pursuant to Nevada Rules of Professional Conduct (#540), (3) Mr. Flynn's motion for sanctions (#545), (4) compliance with the United States protective order (#s 252 & 253), and (5) enforcement of the confidentiality and mutual non-disparagement provisions of the parties' settlement agreement.

Having reviewed several motions that remain pending on the court's docket, the court orders the following motions **DENIED as moot** in light of the parties' settlement and the subsequent entry of judgment:

1. Defendants' motion for sanctions re discovery for failure to comply with May 21, 2008 order (#634);

2. Plaintiffs' motion to compel compliance with the January 22, 2008 order and for order to show cause why defendants should not be held in contempt of court (#684); and

3. Plaintiffs' motion to appoint special master and/or modification of the protective order (#774).

IT IS SO ORDERED.

DATED: February 20, 2009.

*/s/ Valerie P. Cooke*
_____
UNITED STATES MAGISTRATE JUDGE

2