J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179
speek@hollandhart.com; jsnyder@hollandhart.com;
alang@hollandhart.com; sbiornstad@hollandhart.com

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:  (202) 429-3000

Attorneys for eTreppid Technologies, LLC and Warren Trepp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ETREPPID TECHNOLOGIES, L.L.C., <br><br>Plaintiffs, <br><br>vs. <br><br>DENNIS MONTGOMERY, BRENDA MONTGOMERY, THE MONTGOMERY FAMILY TRUST, EDRA BLIXSETH, OPSPRING, INC., AND BLXWARE, INC., <br><br>Defendants. | Case No. 3:06-CV-00056-PMP-VPC <br>**Base File** <br><br>3:06-CV-00145-PMP-VPC <br><br>**ETREPPID TECHNOLOGIES, L.L.C.'S EMERGENCY MOTION TO CORRECT NAME OF JUDGMENT DEBTOR AND MOTION FOR ORDER SHORTENING TIME** |

eTreppid Technologies, L.L.C. ("eTreppid") hereby files its Emergency Motion to Correct Name of Judgment Debtor Blxware, Inc.  This Motion is supported by the following points and authorities, and all papers and pleadings filed herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

As this Court is aware, the eTreppid parties and the Blixseth Parties agreed to settle this matter in September 2008. As security for their obligations under the settlement agreement, the Blixseth Parties executed three separate Confessions of Judgment in favor of eTreppid, Warren Trepp, and Friendly Capital Partners. These Confessions of Judgment were executed, on the part of the Blixseth Parties, by Dennis Montgomery, Brenda Montgomery, and Edra Blixseth, who executed personally and on behalf of Opspring, Inc. and Blxware, Inc.

Unfortunately, since the settlement was executed, it has become apparent that there is no such entity as "Blxware, Inc." To the contrary, it appears that the appropriate entity is "Blxware, LLC." Although the initial settlement memorandum, which was executed on September 16, 2008, identified Blxware, LLC" as a party, that name was changed to "Blxware, Inc." in the final settlement documents. This change was apparently inadvertent, as no such entity exists.

Pursuant to Fed. R. Civ. P. 60, clerical mistakes in judgments "may be corrected by the court at any time." Accordingly, eTreppid respectfully requests that the Confession of Judgment in favor of eTreppid, which was filed in this Court on December 11, 2008, (Docket No. 898) be corrected to identify Blxware, LLC, rather than Blxware, Inc. as a debtor. eTreppid further requests that this Court order that the requested amendment apply retroactively to December 11, 2008, when the Confession of Judgment was filed.

Finally, because eTreppid is currently engaged in efforts to collect on the subject judgment, and because eTreppid does not anticipate that the present motion will be subject to significant opposition from the Blixseth Parties, eTreppid respectfully requests that this motion be heard on shortened time. Specifically, eTreppid requests that any opposition to the present motion be ordered filed not later than Friday, March 13, 2009, and that any reply in support of this motion be filed by Monday, March 16, 2009.

/ / /

/ / /

/ / /

/ / /

For all of the foregoing reasons, eTreppid respectfully requests that its Motion to Correct Name of Judgment Debtor be granted.

Dated: March 6, 2009.

/s/
J. Stephen Peek, Esq.  (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179

Reid H. Weingarten, Esq. (D.C. Bar #365893)
Brian M. Heberlig, Esq. (D.C. Bar #455381)
Robert A. Ayers, Esq. (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902

*Attorneys for Plaintiff and Cross-Defendant eTreppid Technologies, L.L.C. and Cross-Defendant Warren Trepp*

# PROOF OF SERVICE

I, Cynthia L. Kelb, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Holland & Hart LLP. My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada 89511**. I am over the age of 18 years and not a party to this action. I am readily familiar with Holland & Hart LLP's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On March 6, 2009, I caused the foregoing **ETREPPID TECHNOLOGIES, L.L.C.'S EMERGENCY MOTION TO CORRECT NAME OF JUDGMENT DEBTOR AND MOTION FOR ORDER SHORTENING TIME** to be:

__X__  filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

mgunderson@gundersonlaw.com
Gunderson Law Firm
Mark H. Gunderson, Esq.
3895 Warren Way
Reno, Nevada 89509
*Fax No. 775/829-1226*

rsunshine@linerlaw.com;
egarofalo@linerlaw.com
Randall J. Sunshine, Esq.
Ellyn S. Garofalo, Esq.
Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
*Fax 310/500-3501*

Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC 20044
*Fax No. 202/616-8470*

Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, DC 20044
*Fax 202/616-8470*

Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV 89501
*Fax No. 784-5181*

bpeck@lrlaw.com
Bridget Robb Peck, Esq.
Lewis and Roca, LLP
50 W. Liberty Street, Ste. 410
Reno, Nevada 89501
*Fax No. 775-823-2929*

*heather.ristau@bingham.com;*
*roland.tellis@bingham.com;*
*marshall.grossman@bingham.com*
Heather Ristau, Esq.
Roland Tellis, Esq.
Marshall B. Grossman, Esq.
Bingham McCutchen LLP
The Water Garden
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA 90404
*Fax No. 310-907-2000*

brohde@rohdelaw.com
Robert E. Rohde, Esq.
Rohde & Van Kampen
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
*Fax No. (206) 405-2825*

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on March 6, 2009.

                                                 /s/
                                        Cynthia L. Kelb

4462539_2

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511