UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D E R |

     Defendants eTreppid Technologies, L.L.C. and Warren Trepp move the Court to correct the name of two judgment debtors. Having read and considered the motions (Doc. #971, #972) and addenda (Doc. #975, #976), and there being no opposition,

     IT IS ORDERED that eTreppid Technologies, L.L.C's Emergency Motion to Correct Name of Judgment Debtor (Doc. #971) is hereby GRANTED.

     IT IS FURTHER ORDERED that Warren Trepp's Emergency Motion to Correct Name of Judgment Debtor (Doc. #972) is hereby GRANTED.

///

///

///

///

1  IT IS FURTHER ORDERED that the Confession of Judgment (Doc. #898) entered in favor of eTreppid Technologies, L.L.C. and the Confession of Judgment (Doc. #897) entered in favor of Warren Trepp are hereby amended to change Blxware, Inc. to Blxware, LLC and to change Opspring, Inc. to Opspring, LLC, effective retroactively to December 11, 2008.

DATED: March 17, 2009

_____
PHILIP M. PRO
United States District Judge

2