1  MICHAEL F. HERTZ
   Acting Assistant Attorney General
2  GREGORY A. BROWER
   United States Attorney
3  District of Nevada
   GREG ADDINGTON
4  Assistant United States Attorney
   100 West Liberty, Suite 600
5  Reno, Nevada 89501
   VINCENT M. GARVEY
6  Deputy Branch Director
   CARLOTTA P. WELLS
7  RAPHAEL O. GOMEZ
   Senior Trial Counsel
8  Federal Programs Branch
   Civil Division
9  U.S. Department of Justice
   20 Massachusetts Ave., NW/P.O. Box 883
10 Washington, D.C. 20044
   Telephone: (202)514-4522/514-1318
11 Facsimile: (202) 616-8470

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| DENNIS MONTGOMERY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 3:06-CV-00056-PMP-VPC<br>  ) **BASE FILE** |
| ETREPPID TECHNOLOGIES, INC., et al., | ) 3:06-CV-00145-PMP-VPC |
| Defendants. | ) |

**UNITED STATES' MOTION FOR THREE-WEEK EXTENSION OF TIME**

By Minute Order dated November 19, 2008 (docket no. 891), the government was to complete its review of the files of the Montgomery parties' former counsel in four months, or by March 19, 2009. The United States hereby moves to extend the time to complete its review and processing of the former counsel's files by three weeks, or until April 9, 2009.

Dated: March 17, 2009

                                        Respectfully submitted,

                                        MICHAEL F. HERTZ
                                        Acting Assistant Attorney General

GREGORY A. BROWER
United States Attorney
District of Nevada

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501

VINCENT M. GARVEY
Deputy Branch Director

/s/ Carlotta P. Wells
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C. 20044

Counsel for United States

IT IS SO ORDERED.

Date: _March 17_, 2009

_____
UNITED STATES MAGISTRATE JUDGE