UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br>AND ALL RELATED MATTERS | 3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br><br>3:06-CV-00145-PMP-VPC<br><br>**O R D E R** |

Before the Court for consideration is Plaintiffs/Appellants' Certification of Interested Party/Appellee's Designation of Improper Transcripts Pursuant to Ninth Circuit Rule 10-3.1(f) (Doc. #957), filed on February 12, 2009. Interested Party/Appellee Michael Flynn, filed a Response and Request for Sanctions (Doc. #958) on February 19, 2009, and Plaintiffs/Appellants' filed a Reply Memorandum (Doc. #970) on March 2, 2009. Having read and considered the foregoing, together with Appellee's Initial Request to Appellant to Designate Transcripts (Doc. #949) filed February 1, 2009, and good cause appearing, the Court finds as follows:

///

1.    This Court has jurisdiction to resolve the matters raised by the Certification of Appellee's Designation of Improper Transcripts (Doc. #957).

2.    Although the transcripts and minutes of the proceedings specified by Interested Party/Appellee from *In The Matter of The Search of 12720 Buckthorn Lane, Reno Nevada*, District Court Case No. 3:06-cv-00263-PMP-VPC ("Buckthorn Matter") were not lodged with the Court in the consolidated proceedings under Base File 3:06-cv-00056-PMP-VPC, the Buckthorn Matter proceedings in several respects were intertwined with the proceedings which occurred in the matter now on appeal herein. Thus the designations of transcripts and minutes made by Interested Party/Appellee Flynn are warranted.

**IT IS ORDERED that** Plaintiffs/Appellants' Certification of Interested Party/Appellee's Designation of Improper Transcripts Pursuant to Ninth Circuit Rule 10-3.1(f) (Doc. #957) is DENIED, and that Plaintiffs/Appellants shall bear the cost of preparing such matters designated.

**IT IS FURTHER ORDERED that** Interested Party Michael Flynn's Request for Sanctions (Doc. #958) is DENIED.

DATED: March 23, 2009.

_____
PHILIP M. PRO
United States District Judge