UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | March 31, 2009 |
| ) | |
| ETREPPID TECHNOLOGIES, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs, Dennis Montgomery and the Montgomery Family Trust's ("Montgomery parties"), request for judicial notice in support of the Montgomery parties' opposition to motion of Michael Flynn to establish procedures (#589) is **DENIED as moot**.

Defendants, eTreppid Technologies, LLC and Warren Trepp's ("eTreppid"), motion to strike Montgomery's response to Flynn's motion for sanctions (#632) is **DENIED**.

The Montgomery parties' motion to strike declaration of Michael Flynn filed concurrently with Flynn's reply brief in support of his motion for sanctions, or in the alternative, for leave to respond to the declaration (#661) is **DENIED**.

The Montgomery parties, Edra Blixseth, and Opspring LLC's motion requesting that declaration of Ellyn S. Garofalo (#919) regarding December 19, 2008 in support of plaintiff's opposition to the Trepp parties' motion to certify judgments be filed under seal (#921) is **GRANTED** and docket #919 shall remain *under seal*.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk