John Frankovich, NV Bar No. 667
Leigh Goddard, NV Bar No. 6315
Debbie Leonard, NV Bar No. 8260
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
775-788-2000
775-788-2020 (fax)
jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
dleonard@mcdonaldcarano.com

Attorneys for non-party Teri Pham

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | Case No. 3:06-CV-0056-PMP-VPC |
| Plaintiffs, | **EMERGENCY MOTION FOR ORDER SHORTENING TIME TO RESPOND TO EMERGENCY MOTION OF TERI PHAM FOR EXTENSION OF TIME TO FILE OBJECTION TO MAGISTRATE JUDGE'S ORDER (Doc. #985)** |
| v. | |
| ETREPPID TECHNOLOGIES, LLC, et al., | |
| Defendants. | |
| | **(First Request)** |

Teri Pham ("Pham"), by and through counsel McDonald Carano Wilson LLP, respectfully moves the Court for an order shortening the time for the filing of responses to Pham's Emergency Motion for Extension of Time to File an Objection to the Magistrate Judge's Order re: Motion for Sanctions (Doc. #985) filed on March 31, 2009. The Magistrate Judge has ordered that objections to the March 31, 2009 Order be filed by April 10, 2009. Under the Court's normal briefing schedule, any oppositions to Pham's Emergency Motion would not be due until after the April 10, 2009 deadline. Accordingly, Pham respectfully requests that oppositions to Pham's Emergency

///

///

///

Motion be filed by 4:00 p.m. on Tuesday April 7, 2009, so that the Court can expediently act upon Pham's Emergency Motion.

Dated: April 6, 2009.

        McDonald Carano Wilson LLP

/s/ John Frankovich
John Frankovich
Leigh Goddard
Debbie Leonard

Attorneys for non-party Teri Pham

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: April 7, 2009

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of McDONALD CARANO WILSON LLP and that on April 6, 2009, I caused to be delivered via electronic transmission, a file-stamped copy of Emergency Motion of Teri Pham for Extension of Time to File Objection to Magistrate Judge's Order, addressed to the individuals listed below at their last known email addresses as follows:

| | |
|---|---|
| Deborah A. Klar<br>Liner Yakelevitz Sunshine & Regenstreif,<br>1100 Glendon Avenue<br>Los Angeles, CA 90024<br>dklar@linerlaw.com | Ellyn S. Garofalo<br>Liner Yakelevitz Sunshine & Regenstreif,<br>1100 Glendon Avenue<br>Los Angeles, CA 90024<br>egarofalo@linerlaw.com |
| Randall J. Shunshine<br>Liner Yakelevitz Sunshine & Regenstreif,<br>1100 Glendon Avenue<br>Los Angeles, CA 90024<br>rsunshine@linerlaw.com | Richard J. Mooney<br>Liner Yakelevitz Sunshine & Regenstreif,<br>1100 Glendon Avenue<br>Los Angeles, CA 90024<br>rmooney@linerlaw.com |
| Ryan M. Lapine<br>Liner Yakelevitz Sunshine & Regenstreif,<br>1100 Glendon Avenue<br>Los Angeles, CA 90024<br>rlapine@linerlaw.com | Tuneen E. Chisolm<br>Liner Yakelevitz Sunshine & Regenstreif,<br>1100 Glendon Avenue<br>Los Angeles, CA 90024<br>tchisolm@linerlaw.com |
| Mark H. Gunderson<br>Gunderson Law Firm<br>3895 Warren Way<br>Reno, NV 89509<br>kgunderson@gundersonlaw.com | Adam G. Lang<br>Holland & Hart<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br>alang@hollandhart.com |
| Brian M. Heberlig<br>Steptoe & Johnson<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>bheberlig@steptoe.com | Jerry M. Snyder<br>Holland & Hart<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br>jsnyder@hollandhart.com |
| Reid H. Weingarten<br>Steptoe & Johnson<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>rweingarten@steptoe.com | Robert A. Ayers<br>Steptoe & Johnson<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>rayers@steptoe.com |
| J. Stephen Peek<br>Hale Lane Peek<br>3990 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169<br>speek@hollandhart.com | Shane M. Biornstad<br>Holland & Hart<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br>sbiornstad@hollandhart.com |

| | |
|---|---|
| Gregory W. Addington<br>U.S. Attorney's Office<br>100 West Liberty Street, Suite 600<br>Reno, NV 89501<br>greg.addington@usdoj.gov | Carlotta P. Wells<br>U.S. Dept. of Justice, Civil Division<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>carlotta.wells@usdoj.gov |
| Raphael O. Gomez<br>U.S. Dept. of Justice<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>raphael.gomez@usdoj.gov | Ronald J. Logar<br>Law Office of Logar & Pulver<br>225 S. Arlington Avenue, Suite A<br>Reno, NV 89501<br>Zachary@renofamilylaw.com |
| Michael J. Flynn<br>P.O. Box 690, 6125 El Tordo<br>Rancho Santa Fe, CA 92067; and<br>One Center Plaza, Suite 240<br>Boston, MA 02129<br>mike@mjfesq.com | Richard Segerblom<br>704 S. Ninth Street<br>Las Vegas, NV 89101<br>rsegerblom@lvcoxmail.com |

/s/ Pamela Miller
Pamela Miller

4