J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:   (775) 327-3000
Facsimile:    (775) 786-6179
speek@hollandhart.com; jsnyder@hollandhart.com;
alang@hollandhart.com; sbiornstad@hollandhart.com

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:  (202) 429-3000

Attorneys for eTreppid Technologies, LLC and Warren Trepp

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust,<br><br>            Plaintiffs,<br><br>     vs.<br><br>ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA; and DOES 1 through 10,<br><br>            Defendants.<br>_____/<br>AND RELATED CASE(S)<br>_____/ | Case No. 3:06-CV-00056-PMP-VPC<br>**Base File**<br><br>3:06-CV-00145-PMP-VPC<br><br>**DECLARATION OF JERRY M. SNYDER IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

///

///

## DECLARATION OF JERRY M. SNYDER IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS

1. I am an attorney duly licensed to practice law in the State of Nevada and a partner of Holland & Hart LLP, which represents eTreppid Technologies, L.L.C. and Warren Trepp in this matter. The matters set forth in this declaration are true and correct and are made from my own personal knowledge. If called upon, I could and would testify truthfully as to the matters set forth herein.

2. Attached hereto as **Exhibit A** are true and correct copies of the Secured Promissory Notes in the respective amounts of $5,000,000 in favor of Warren Trepp and $20,000,000 in favor of eTreppid Technologies, L.L.C.

3. Attached hereto as **Exhibit B** is a true and correct copy of eTreppid Technologies, L.L.C.'s and Warren Trepp's Judgment Debtor Requests for Production of Documents to Dennis Montgomery.

4. Attached hereto as **Exhibit C** is a true and correct copy of eTreppid Technologies, L.L.C.'s and Warren Trepp's Judgment Debtor Requests for Production of Documents to The Montgomery Family Trust.

5. Attached hereto as **Exhibit D** is a true and correct copy of Dennis Montgomery's Responses to Judgment Debtor Requests for Production of Documents.

6. Attached hereto as **Exhibit E** is a true and correct copy of The Montgomery Family Trust's Responses to Judgment Debtor Requests for Production of Documents.

7. Attached hereto as **Exhibit F** is a true and correct copy of counsel for eTreppid's April 1, 2009 meet and confer letter to counsel for Dennis Montgomery and The Montgomery Family Trust.

8. Attached hereto as **Exhibit G** is a true and correct copy of the draft protective order sent to counsel for Dennis Montgomery and The Montgomery Family Trust on April 3, 2009.

9. Attached hereto as **Exhibit H** is a true and correct copy of the email from Ellyn Garofalo to Jerry Snyder dated April 4, 2009.

1    10.     Attached hereto as **Exhibit I** is a true and correct copy of the email from Jerry Snyder to Ellyn Garofalo dated April 6, 2009.

    11.     Attached hereto as **Exhibit J** is a true and correct copy of the email from Steve Peek to Ellyn Garofalo dated April 7, 2009.

I swear or affirm under the laws of the State of Nevada that the forgoing is true and correct.

Dated this ___9___ of April, 2009.

> J. Stephen Peek, Esq. (NV Bar #1758)
> Jerry M. Snyder, Esq. (NV Bar #6830)
> Adam G. Lang, Esq. (NV Bar #10117)
> Shane M. Biornstad, Esq. (NV Bar #9972)
> HOLLAND & HART LLP
> 5441 Kietzke Lane, Second Floor
> Reno, Nevada  89511
> Telephone:  (775) 327-3000
> Facsimile:   (775) 786-6179
>
> Reid H. Weingarten, Esq. (D.C. Bar #365893)
> Brian M. Heberlig, Esq. (D.C. Bar #455381)
> Robert A. Ayers, Esq. (D.C. Bar #488284)
> Steptoe & Johnson LLP
> 1330 Connecticut Avenue, N.W.
> Washington, D.C. 20036-1795
> Telephone:  (202) 429-3000
> Facsimile:   (202) 429-3902
>
> *Attorneys for Plaintiff and Cross-Defendant eTreppid Technologies, L.L.C. and Cross-Defendant Warren Trepp*

# PROOF OF SERVICE

I, Cynthia L. Kelb, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Holland & Hart LLP. My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada 89511**. I am over the age of 18 years and not a party to this action. I am readily familiar with Holland & Hart LLP's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On April 9, 2009, I caused the foregoing DECLARATION OF JERRY M. SNYDER IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS to be:

__X__ filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

| | |
|---|---|
| mgunderson@gundersonlaw.com<br>Gunderson Law Firm<br>Mark H. Gunderson, Esq.<br>3895 Warren Way<br>Reno, Nevada 89509<br>*Fax No. 775/829-1226* | rsunshine@linerlaw.com;<br>egarofalo@linerlaw.com<br>Randall J. Sunshine, Esq.<br>Ellyn S. Garofalo, Esq.<br>Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3503<br>*Fax 310/500-3501* |
| Carlotta.wells@usdoj.gov<br>Carlotta P. Wells, Esq.<br>Senior Trial Counsel<br>Federal Programs Branch<br>Civil Division – Room 7150<br>U.S. Department of Justice<br>20 Massachusetts Ave., NW<br>P.O. Box 883<br>Washington, DC 20044<br>*Fax No. 202/616-8470* | Raphael.gomez@usdoj.gov<br>Raphael O. Gomez, Esq.<br>Senior Trial Counsel<br>Federal Programs Branch<br>Civil Division – Room 6144<br>U.S. Department of Justice<br>20 Massachusetts Ave., N.W.<br>P.O. Box 883<br>Washington, DC 20044<br>*Fax 202/616-8470* |
| Greg.addington@usdoj.gov<br>Greg Addington, Esq.<br>Assistant U.S. Attorney<br>100 W. Liberty Street, Suite 600<br>Reno, NV 89501<br>*Fax No. 784-5181* | bpeck@lrlaw.com<br>Bridget Robb Peck, Esq.<br>Lewis and Roca, LLP<br>50 W. Liberty Street, Ste. 410<br>Reno, Nevada 89501<br>*Fax No. 775-823-2929* |

| | |
|---|---|
| *heather.ristau@bingham.com;*<br>*roland.tellis@bingham.com;*<br>*marshall.grossman@bingham.com*<br>Heather Ristau, Esq.<br>Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Bingham McCutchen LLP<br>The Water Garden<br>1620 26th Street, 4th Floor, North Tower<br>Santa Monica, CA  90404<br>*Fax No. 310-907-2000* | brohde@rohdelaw.com<br>Robert E. Rohde, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>*Fax No. (206) 405-2825* |

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 9, 2009.

                                                          /s/_____<br>
                                              Cynthia L. Kelb

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

4493715_1