UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., </br></br>　　　　Plaintiff(s),</br></br>vs.</br></br>ETREPPID TECHNOLOGIES, et al.,</br></br>　　　　Defendant(s). | 3:06-CV-0056-PMP-VPC</br></br>**MINUTES OF THE COURT**</br></br>DATED:  April 16, 2009 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:      Lisa Mann          Court Reporter:      None Appearing

Counsel for Plaintiff(s):     None Appearing

Counsel for Defendant(s):     None Appearing

MINUTE ORDER IN CHAMBERS:

　　　Upon scheduling a hearing on eTreppid's and Trepp's emergency request to take judgment debtor's exam; motion for judgment and order compelling compliance with settlement agreement; motion to file under seal; request for order shortening time (#1007), the Court was advised that government counsel has concerns about scheduling a hearing on this motion.

　　　THEREFORE, IT IS ORDERED that a telephonic hearing to address the government's concerns is set for **Monday, April 20, 2009** at **9:30 a.m.** P.D.T.  Counsel are directed to contact Lisa Mann, deputy court clerk, at (775)686-5653 no later than the close of business on **Friday, April 17, 2009**, to advise her of the telephone number at which they can be reached for this hearing.

　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Lisa Mann, Deputy Clerk