Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509
Telephone: (775) 829-1222
Facsimile: (775) 829-1226

Randall J. Sunshine, Esq. (SBN: CA 137363)
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
ADMITTED PRO HAC VICE

Attorneys for
DENNIS MONTGOMERY, the MONTGOMERY FAMILY
TRUST, EDRA BLIXSETH and OPSPRING LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>   Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>   Defendants.<br><br>AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>(Consolidated with Case No. 3:06-CV-00145-PMP-VPC)<br><br>**JOINT STIPULATION OF FACT** |

0039641/001/ 426411v01

Judgment Debtors Dennis Montgomery, Brenda Montgomery and the Montgomery Family Trust ("Montgomery Judgment Debtors"), Judgment Debtor Blxware, LLC ("Blxware Judgment Debtor"), and Judgment Creditors eTreppid Technologies, L.L.C. and Warren Trepp ("eTreppid Judgment Creditors") jointly submit this stipulation of fact.

**Definitions and Comments**

The following terms, definitions and comments shall apply to this Stipulation:

A. The term "party" shall mean, individually or collectively, Montgomery Judgment Debtors, Blxware Judgment Debtor, eTreppid Judgment Creditors and any other entity who appears in this litigation as an intervenor or who files a pleading constituting a notice of appearance.

B. The word "any" shall include both "any" and "every."

C. The words "and/or" shall be construed conjunctively and disjunctively to bring within the ambit of this stipulation the necessary documents and/or things, and information derived therefrom.

D. The singular shall include the plural and vice versa, and the words in any gender shall include the other gender.

**Stipulations**

It is hereby stipulated among the parties that:

A. On January 14, 2009, Blxware Judgment Debtor entered into a 90 (ninety) day contract with an agency of the Federal Government (hereinafter "U.S. Government agency").

B. The contract between Blxware Judgment Debtor and the U.S. Government agency (hereinafter the "Contract") does not exceed $3 (three) million and provides in part for limited consulting services from Dennis Montgomery ("Mr. Montgomery"), a Montgomery Judgment Debtor and, separately, an employee and/or in an employment relationship with Blxware Judgment Debtor.

C. The contract between Blxware Judgment Debtor and the U.S. Government agency is scheduled to terminate on April 15, 2009, unless otherwise extended 45 (forty-five) days to May 30, 2009, to permit certain performance by Mr. Montgomery and Blxware Judgment Debtor.

0039641/001/426411v01

D.     Blxware Judgment Debtor submitted several invoices to the U.S. Government agency concerning the contract.  The first set of invoices totaled $2 (two) million (hereinafter "Invoice No. 1").  The second invoice totaled $500,000 (five hundred thousand) (hereinafter "Invoice No. 2").

E.     On February 5, 2009, the U.S. Government agency transferred $2 (two) million to Blxware Judgment Debtor in satisfaction of "Invoice No. 1."

F.     On April 6, 2009, the U.S. Government agency transferred $500,000 (five hundred thousand) to Blxware Judgment Debtor in satisfaction of "Invoice No. 2."

G.     Blxware Judgment Debtor has not submitted and the U.S. Government agency has not been requested to remit payment for any consulting services by Mr. Montgomery.

J.     No further inquiry by eTreppid Judgment Creditors shall be conducted nor shall there be disclosure by Montgomery Judgment Debtors or Blxware Judgment Debtor regarding this government contract or activities in connection with this contract in this action.  However, the parties reserve their right to seek further information as to the government contract or activities performed by either Montgomery Judgment Debtors or Blxware Judgment Debtor concerning this contract subject to a request that the United States authorize release of further information concerning this contract or pursuant to an appropriate Court order.

**Relationship to State Secrets**

The United States Protective Order, entered by the Court on August 29, 2007, and upholding the government's assertion of military and states secret privilege regarding information as identified in said protective order, remains in effect.  Accordingly, no party is to disclose or produce information subject to the August 29, 2007 United States Protective Order.

///
///
///
///
///
///

3

The foregoing is agreed to by Montgomery Judgment Debtors, Blxware Judgment Debtor, and eTreppid Judgment Creditors.

Dated: April 17, 2009                                                Respectfully submitted,

/s/ Ellyn S. Garofalo
Ellyn S. Garofalo, Esq.
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA  90024-3503
Telephone:     (310) 500-3500
Facsimile:      (310) 500-3501

Attorneys for Montgomery Judgment Debtors and Blxware Judgment Debtor

Dated:  April _____, 2009

/s/ J. Stephen Peek
J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV  89511
Telephone:     (775) 327-3000
Facsimile:      (775) 786-6179

Reid H. Weingarten, Esq. (D.C. Bar #365893)
Brian M. Heberlig, Esq. (D.C. Bar  #455381)
Robert A. Ayers, Esq. (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:     (202) 429-3000
Facsimile:      (202) 429-3902

Attorneys for Judgment Creditors eTreppid Technologies, L.L.C. and Cross-Defendant Warren Trepp

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, and that on April 17, 2009, I caused to be served the within document described as **JOINT STIPULATION OF FACT** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Shane M. Biornstad, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@hollandhart.com ;<br>jsnyder@hollandhartcom,<br>alang@hollandhart.com,<br>sbiornstad@hollandhart.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed.Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900; Fax: (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC & Michael Sandoval |
| Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Heather L. Ristau, Esq.<br>Bingham McCutchen LLP<br>1620 26th Street, Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Fax: (310) 907-2143<br>E-mail: roland.tellis@bingham.com;<br>marshall.grossman@bingham.com;<br>heather.ristau@bingham.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Fax: (206) 405-2825<br>E-mail: brohde@rohdelaw.com,<br>gschwartz@rohdelaw.com<br>Attorneys for Atigeo LLC |
| Michael J. Flynn, Esq.<br>P.O. Box 690, 6125 El Tordo<br>Rancho Santa Fe, CA 92067<br>One Center Plaza, Suite 240<br>Boston, MA 02129<br>Fax: (858) 759-0711<br>E-mail: mjfbb@msn.com | |

0039641/001/ 426411v.01

1  ☒   **[ELECTRONIC]**  By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 17, 2009, at Los Angeles, California.

| Ellyn S. Garofalo | /s/ Ellyn S. Garofalo |
|---|---|
| (Type or print name) | (Signature) |

0039641/001/ 426411v.01