| | |
|---|---|
| 1 | Mark H. Gunderson, Esq. (SBN: 2134) |
|   | Catherine A. Reichenberg, Esq. (SBN: 10362) |
| 2 | GUNDERSON LAW FIRM |
|   | 3895 Warren Way |
| 3 | Reno, Nevada 89509 |
|   | Telephone: (775) 829-1222 |
| 4 | Facsimile: (775) 829-1226 |
| 5 | Randall J. Sunshine, Esq. (SBN: CA 137363) |
|   | Ellyn S. Garofalo, Esq. (SBN: CA 158795) |
| 6 | LINER GRODE STEIN YANKELEVITZ |
|   | SUNSHINE REGENSTREIF & TAYLOR LLP |
| 7 | 1100 Glendon Avenue, 14th Floor |
|   | Los Angeles, California 90024-3503 |
| 8 | Telephone: (310) 500-3500 |
|   | Facsimile: (310) 500-3501 |
| 9 | ADMITTED PRO HAC VICE |
| 10 | Attorneys for |
|    | DENNIS MONTGOMERY and the |
| 11 | MONTGOMERY FAMILY TRUST |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, | ) ) ) | Case No. 3:06-CV-00056-PMP-VPC BASE FILE |
| Plaintiffs, | ) ) | (Consolidated with Case No. 3:06-CV-00145-PMP-VPC) |
| vs. | ) ) | |
| ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) ) | **DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF MOTION OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP TO WITHDRAW AS COUNSEL OF RECORD FOR EDRA D. BLIXSETH AND OPSPRING LLC; EXHIBIT** |
| Defendants. | ) ) | |
| AND RELATED CASES. | ) ) ) | |

0039641/001/ 424879v.01

# DECLARATION OF ELLYN S. GAROFALO

I, Ellyn S. Garofalo, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, counsel of record for Counter-defendants Edra D. Blixseth ("Ms. Blixseth") and Opspring LLC ("Opspring"). As such, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On or about November 19, 2008, Ms. Blixseth and Opspring executed a settlement agreement with Counter-claimants Warren Trepp and eTreppid Technologies LLC (the "eTreppid Parties"), which resolved all of the Counter-claims pending against Ms. Blixseth and Opspring. Confessions of Judgment were entered on December 11, 2008, and an Order dismissing all Claims and Counter-claims was entered on February 19, 2009

3. On March 26, 2009, Ms. Blixseth filed a voluntary Chapter 11 petition for bankruptcy in the United States Bankruptcy Court for the District of Montana. A true and correct copy of Ms. Blixseth's bankruptcy petition is attached and incorporated as Exhibit A hereto.

4. The last known address of Ms. Blixseth is 42-765 Dunes View Rd., Rancho Mirage, CA 92270-4311. Opspring's last known address is 600 106th Avenue NE, Suite 210, Bellevue, WA 98004-5045. Both Ms. Blixseth and Opspring have been served with this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 17th day of April 2009, at Los Angeles, California.

/s/ Ellyn S. Garofalo
Ellyn S. Garofalo

0039641/001/ 424879v.01

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, and that on April 17, 2009, I caused to be served the within document described as **DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF MOTION OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP TO WITHDRAW AS COUNSEL OF RECORD FOR EDRA D. BLIXSETH AND OPSPRING LLC; EXHIBIT** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Shane M. Biornstad, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@hollandhart.com ;<br>jsnyder@hollandhartcom,<br>alang@hollandhart.com,<br>sbiornstad@hollandhart.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed.Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900; Fax: (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC & Michael Sandoval |
| Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Heather L. Ristau, Esq.<br>Bingham McCutchen LLP<br>1620 26th Street, Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Fax: (310) 907-2143<br>E-mail: roland.tellis@bingham.com;<br>marshall.grossman@bingham.com;<br>heather.ristau@bingham.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Fax: (206) 405-2825<br>E-mail: brohde@rohdelaw.com,<br>gschwartz@rohdelaw.com<br>Attorneys for Atigeo LLC |

0039641/001/ 424879v.01

1  Michael J. Flynn, Esq.
   P.O. Box 690, 6125 El Tordo
2  Rancho Santa Fe, CA  92067
   One Center Plaza, Suite 240
3  Boston, MA  02129
   Fax: (858) 759-0711
4  E-mail:  mjfbb@msn.com

5

6  ☒    **[ELECTRONIC]**  By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

7

8  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

9  Executed on April 17, 2009, at Los Angeles, California.

10         Ellyn S. Garofalo                /s/ Ellyn S. Garofalo
              (Type or print name)                              (Signature)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

0039641/001/ 424879v.01