1 | Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
2 | GUNDERSON LAW FIRM
3895 Warren Way
3 | Reno, Nevada 89509
Telephone: (775) 829-1222
4 | Facsimile: (775) 829-1226

5 | Randall J. Sunshine, Esq. (SBN: CA 137363)
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
6 | LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
7 | 1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
8 | Telephone: (310) 500-3500
Facsimile: (310) 500-3501
9 | ADMITTED PRO HAC VICE

10 | Attorneys for
DENNIS MONTGOMERY and the
11 | MONTGOMERY FAMILY TRUST

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, | Case No. 3:06-CV-00056-PMP-VPC BASE FILE |
| Plaintiffs, | (Consolidated with Case No. 3:06-CV-00145-PMP-VPC) |
| vs. | **DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF RESPONSE TO MOTION TO HOLD THE MONTGOMERY PARTIES IN CIVIL CONTEMPT RE FEBRUARY 25, 2009 ORDER (DOCKET 968) AND REQUEST FOR SANCTIONS FOR FILING FRIVOLOUS MOTION** |
| ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, | |
| Defendants. | |
| AND RELATED CASES. | |

0039641/001/ 426566v01

I, Ellyn S. Garofalo, declare as follows:

1. I am an attorney admitted to practice in the State of California. I am a member of the law firm of Liner Grode Stein Yankelevitz Sunshine Regegenstreif & Taylor LLP. I have been admitted pro hac vice to practice before this as counsel of record for Dennis Montgomery, Brenda Montgomery and the Montgomery Family Trust (collectively, the "Montgomery Parties"). As such, I am competent to testify to the matters set forth herein.

2. I have spent 4.5 hours reviewing interested party Michael Flynn's Motion to Hold the Montgomery Parties in Civil Contempt for their Refusal to Comply with the Order at Docket 968; and for Sanctions for their Violations, and preparing the Montgomery Parties' Response. My standard billing rate is $575 per hour. Thus, the Montgomery Parties have incurred attorney's fees in the amount of $2,587.50 in responding to Mr. Flynn's frivolous motion. I anticipate that I will spend an additional hour reviewing Mr. Flynn's reply, assuming he does not withdraw this motion. Additional fees and costs will also be incurred if the Court schedules a hearing on Mr. Flynn's motion. I will file a supplemental declaration setting forth such costs should they be incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of April 2009, at Los Angeles, California.

/s/ Ellyn S. Garofalo
Ellyn S. Garofalo

1

0039641/001/ 426566v01

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices Of Liner Yankelevitz Sunshine & Regenstreif LLP, and that on April 20, 2009, I caused to be served the within document described as **DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF RESPONSE TO MOTION TO HOLD THE MONTGOMERY PARTIES IN CIVIL CONTEMPT RE FEBRUARY 25, 2009 ORDER (DOCKET 968) AND REQUEST FOR SANCTIONS FOR FILING FRIVOLOUS MOTION** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Shane M. Biornstad, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada  89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@hollandhart.com ;<br>jsnyder@hollandhartcom,<br>alang@hollandhart.com,<br>sbiornstad@hollandhart.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed.Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail:  Carlotta.wells@usdoj.gov<br> Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail:  raphael.gomez@usdoj.gov<br> Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada  89501<br>E-mail:  Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada  89501<br>Tel:  (775) 823-2900; Fax:  (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC & Michael Sandoval |
| Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Heather L. Ristau, Esq.<br>Bingham McCutchen LLP<br>1620 26th Street, Fourth Floor, North Tower<br>Santa Monica, CA  90404-4060<br>Fax:  (310) 907-2143<br>E-mail:  roland.tellis@bingham.com;<br>marshall.grossman@bingham.com;<br>heather.ristau@bingham.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington  98154<br>Fax:  (206) 405-2825<br>E-mail:  brohde@rohdelaw.com,<br> gschwartz@rohdelaw.com<br>Attorneys for Atigeo LLC |

0039641/001/ 426566v.01


Michael J. Flynn, Esq.
P.O. Box 690, 6125 El Tordo
Rancho Santa Fe, CA  92067
One Center Plaza, Suite 240
Boston, MA  02129
Fax: (858) 759-0711
E-mail:  mjfbb@msn.com

☒    **[ELECTRONIC]**  By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 20, 2009, at Los Angeles, California.

| Ellyn S. Garofalo | /s/ Ellyn S. Garofalo |
|---|---|
| (Type or print name) | (Signature) |