1 **Michael J. Flynn, Mass. State Bar No.172780**
P.O. Box 690, 6125 El Tordo
Rancho Santa Fe, CA 92067
Tel:   (858) 775-7624; Fax:  (858) 759-0711
*Admitted Pro Hac Vice*
Former Attorney for the Montgomery parties

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA , RENO

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br><br>3:06-CV-00145-PMP-VPC<br>3:06-CV-0263-PMP-VPC<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR CONTEMPT WITHOUT PREJUDICE TO RENEW.** |

TO ALL PARTIES AND ATTORNEY OF RECORD: Attorney Michael Flynn (hereinafter "Mr. Flynn"), an interested party, hereby withdraws, *without prejudice*, his motion for contempt filed April 17, 2009. (Docket #1010). Both attorney Flynn and attorney DiMare are extremely busy preparing for separate trials, and Mr. Flynn had improperly calendared for 45 days from the date of the order, not the date of the "protective order." Attorney DiMare drafted the papers, as they state, and she believed the Montgomery parties documents were past due.

In fact, Ms. Garofalo certainly inferred that she also thought they were due on or about April 10th because her response to Ms. DiMare's April 7th email, Ms. Garofalo stated that she expected to have the "documents by the end of the week," which would have been April 10th, which was consistent with the date Mr. Flynn had it calendared for.

*Motion for Contempt* Withdrawal, 3:06-cv-00056        1

1    Moreover, if Ms. Garofalo simply picked up the phone or emailed and pointed this out, she would *not* have had to file anything, (docket # 1016), because the (premature) motion would have been immediately withdrawn, as Mr. Flynn is doing now. Ms. Garofalo never made any attempt to contact Mr. Flynn, and filed her motion for sanctions. Ms. Garofalo is not entitled to sanctions that she deliberately caused by her own bad faith, as she is disingenuously endeavoring to do. Since Mr. Flynn is immediately withdrawing the motion, the Court has not had to decide the motion, either. Ms. Garofalo's allegation that Mr. Flynn's filing for sanctions is a "cottage industry" is untrue. Mr. Flynn just wants to get paid, and does NOT want to be involved in this case in any way whatsoever.

Mr. Flynn reserves the right to file a new motion for contempt should the Montgomery parties not comply with the Order and timely serve ALL documents Ordered by the Court.

Respectfully submitted,

/S/_____

Dated: April 20, 2009        Michael J. Flynn, Esq.

### CERTIFICATE OF SERVICE

I, Michael J. Flynn, am an attorney admitted pro hac vice in the U.S.D.C. of Reno in the related civil cases, No. 3:06-CV-00056 and 3:06-CV-000145. I am over the age of 18 years and not a party to this action.

I am familiar with the practice for the collection of mail, delivery of hand-deliveries, process of facsimile, the practice of mailing, and e-filing.

On April 17, 2009, I caused the foregoing documents (Notice of Withdrawal of Motion for contempt, w/ this Certificate of Service), to be e-filed to all attorney of record in this case. I also mailed a copy to the following persons and/or entities: Ellyn Garofalo, Liner, Grode, Stein and Yankelevitz, 1100 Glendon Avenue, 14th Fl., Los Angeles, CA 90024-3503.

/S/_____

Attorney Michael Flynn

*Motion for Contempt* Withdrawal, 3:06-cv-00056        2