1 | Mark H. Gunderson, Esq. (SBN: 2134)
Catherine A. Reichenberg, Esq. (SBN: 10362)
2 | GUNDERSON LAW FIRM
3895 Warren Way
3 | Reno, Nevada 89509
Telephone: (775) 829-1222
4 | Facsimile: (775) 829-1226

5 | Randall J. Sunshine, Esq. (SBN: CA 137363)
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
6 | LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
7 | 1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
8 | Telephone: (310) 500-3500
Facsimile: (310) 500-3501
9 | ADMITTED PRO HAC VICE

10 | Attorneys for
DENNIS MONTGOMERY and the
11 | MONTGOMERY FAMILY TRUST

12 | **UNITED STATES DISTRICT COURT**

13 | **DISTRICT OF NEVADA**

14 |

15 | DENNIS MONTGOMERY and the                )   Case No. 3:06-CV-00056-PMP-VPC
MONTGOMERY FAMILY TRUST,          )   BASE FILE
16 |                                                             )
Plaintiffs,                        )   (Consolidated with Case No. 3:06-CV-
17 |                                                             )   00145-PMP-VPC)
vs.                            )
18 |                                                             )   **MOTION OF LINER GRODE STEIN**
ETREPPID TECHNOLOGIES, LLC, WARREN )   **YANKELEVITZ SUNSHINE**
19 | TREPP, and the UNITED STATES             )   **REGENSTREIF & TAYLOR LLP TO**
DEPARTMENT OF DEFENSE,                )   **WITHDRAW AS COUNSEL OF**
20 |                                                             )   **RECORD FOR EDRA D. BLIXSETH**
Defendants.                       )   **AND OPSPRING LLC**
21 |                                                             )
                                                             )
22 |                                                             )
AND RELATED CASES.                     )
23 |                                                             )

24 |

25 |

26 |

27 |

28 |

1    Pursuant to District of Nevada Local Rule 10-6, Liner Grode Stein Yankelevitz Sunshine

2  Regenstreif & Taylor LLP (the "Liner Firm"), and each attorney that has appeared for the Liner

3  Firm, move this Court for an order granting leave to withdraw as counsel of record for Counter-

4  defendants Edra D. Blixseth ("Ms. Blixseth") and Opspring LLC ("Opspring").

5  I.

6  **LEAVE TO WITHDRAW SHOULD BE GRANTED**

7    Dennis Montgomery ("Montgomery") and the Montgomery Family Trust (the "Trust") filed

8  the within Complaint on January 31, 2006. Attorneys for the Liner Firm were first admitted *pro*

9  *hac vice* on August 14, 2007 to represent Montgomery and the Trust. Ms. Blixseth and Opspring

10  were named as Counter-defendants in a Counter claim filed on January 11, 2008. On January 22,

11  2008, the Liner Firm entered an appearance on behalf of Ms. Blixseth and Opspring.

12    On or about November 19, 2008, Ms. Blixseth and Opspring executed a settlement

13  agreement with Counter-claimants Warren Trepp and eTreppid Technologies LLC (the "eTreppid

14  Parties"), which resolved all of the Counter-claims pending against Ms. Blixseth and Opspring.

15  (Declaration of Ellyn S. Garofalo ("Garofalo Decl."), ¶ 2.) Pursuant to the terms of the settlement,

16  on December 11, 2008, Confessions of Judgment were entered against Ms. Blixseth and Opspring

17  and in favor of Counter-claimants Warrant Trepp and eTreppid Technologies, LLC. (Docket # 897

18  and # 898.) On February 19, 2009, the Court entered an Order dismissing all Claims and Counter-

19  claims in this matter. (Docket # 962.)

20    There is good cause to allow the Liner Firm to withdraw as counsel for Ms. Blixseth and

21  Opspring. As noted, judgments have been entered and all Claims and Counter-claims have been

22  dismissed. The thirty-day deadline for appeal has expired. Fed. R. App. Proc. 4(a)(1).

23  Accordingly, this matter has been concluded and Ms. Blixseth and Opspring will not be prejudiced

24  by the Liner Firm's withdrawal. Only post-judgment collection proceedings remain. In this

25  regard, on March 26, 2009, Ms. Blixseth filed a voluntary Chapter 11 petition in the United States

26  Bankruptcy Court for the District of Montana. (Garofalo Decl., ¶ 3, Exhibit A.) Accordingly, all

27  proceedings are automatically stayed as to Ms. Blixseth and all post-judgment collection

28  proceedings are within the jurisdiction of the Bankruptcy Court. Consequently, allowing the Liner

2

0039641/001/424874.01

1  Firm to withdraw as counsel for Ms. Blixseth and Opspring in this matter, will have no material

2  adverse affect upon the interests of either Ms. Blixseth or Opspring.[1]

3                                                    **II.**

4                                            **CONCLUSION**

5          For the foregoing reasons, there is good cause to grant the Liner Firm's motion for leave to

6  withdraw as counsel of record for Ms. Blixseth and Opspring in this matter.  Ms. Blixseth's last

7  known address is 42-765 Dunes View Rd., Rancho Mirage, CA  92270-4311.  (Garofalo Decl.,

8  ¶ 4.)  Opspring's last known address is 600 106th Avenue NE, Suite 210, Bellevue, Washington,

9  98004-5045.  (*Id.*)  Both Ms. Blixseth and Opspring have been served with this motion.  (*Id.*)

10

11  Dated:  April 17, 2009                    Respectfully submitted,

12                                             LINER GRODE STEIN YANKELEVITZ
                                               SUNSHINE REGENSTREIF & TAYLOR LLP

13

14                                             By:    /s/ Ellyn S. Garofalo
15                                                    Ellyn S. Garofalo
                                                      Attorneys for DENNIS MONTGOMERY and
16                                                    the MONTGOMERY FAMILY TRUST

17

18

19                         IT IS SO ORDERED

20

21          U.S. MAGISTRATE JUDGE

22          DATED: *April 20, 2009*

23

24

25

26

27  ───────────────
    [1]  Under the circumstances, this motion is probably unnecessary.  It is, however, being filed in an
28  abundance of caution.

                                                    3

Case 3:06-cv-00056-PMP-VPC     Document 1012     Filed 04/17/2009     Page 4 of 5

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, and that on April 17, 2009, I caused to be served the within document described as **MOTION OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP TO WITHDRAW AS COUNSEL OF RECORD FOR EDRA D. BLIXSETH AND OPSPRING LLC** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Shane M. Biornstad, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@hollandhart.com ;<br>jsnyder@hollandhartcom,<br>alang@hollandhart.com,<br>sbjornstad@hollandhart.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed.Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900; Fax: (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC & Michael Sandoval |
| Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Heather L. Ristau, Esq.<br>Bingham McCutchen LLP<br>1620 26th Street, Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Fax: (310) 907-2143<br>E-mail: roland.tellis@bingham.com;<br>marshall.grossman@bingham.com;<br>heather.ristau@bingham.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Fax: (206) 405-2825<br>E-mail: brohde@rohdelaw.com,<br>gschwartz@rohdelaw.com<br>Attorneys for Atigeo LLC |

0039641/001/424874v01

Case 3:06-cv-00056-PMP-VPC   Document 1020   Filed 04/20/09   Page 5 of 5

Case 3:06-cv-00056-PMP-VPC   Document 1012   Filed 04/17/2009   Page 5 of 5

1  Michael J. Flynn, Esq.
   P.O. Box 690, 6125 El Tordo
2  Rancho Santa Fe, CA  92067
   One Center Plaza, Suite 240
3  Boston, MA  02129
   Fax: (858) 759-0711
4  E-mail: mjfbb@msn.com

5
     ☒     **[ELECTRONIC]**  By filing the document(s) electronically with the U.S. District Court and
6  therefore the court's computer system has electronically delivered a copy of the foregoing
   document(s) to the persons listed above at their respective email address.
7
       I declare under penalty of perjury under the laws of the State of California and the United
8  States of America that the foregoing is true and correct.

9      Executed on April 17, 2009, at Los Angeles, California.

10        Ellyn S. Garofalo                          /s/ Ellyn S. Garofalo
            (Type or print name)                         (Signature)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28