

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ETREPPID TECHNOLOGIES, et al.)<br>)<br>Defendants. )<br>_____) | 3:06-CV-0056-PMP (VPC)<br>3:06-CV-0145-PMP (VPC)<br>**MINUTES OF THE COURT**<br><br>April 28, 2009 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Mark H. Gunderson and Gunderson Law Firm's motion to withdraw as local counsel for Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP ("Liner firm") which is legal counsel for Dennis Montgomery, the Montgomery Family Trust, Brenda Montgomery, Edra Blixseth, and Opspring, LLC ("Montgomery parties") (#1022 & #97) is **GRANTED**.

The Liner firm and the Montgomery parties shall have to and including **Tuesday, May 12, 2009** to obtain associate a resident member of the bar of this court as co-counsel pursuant to Local Rule IA 10-2(d).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
            Deputy Clerk