John Frankovich, NV Bar No. 667
Leigh Goddard, NV Bar No. 6315
Debbie Leonard, NV Bar No. 8260
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
775-788-2000
775-788-2020 (fax)
jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
dleonard@mcdonaldcarano.com

Attorneys for Interested Party Teri Pham

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | CASE NO.: 3:06-cv-0056-PMP-VPC |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER REGARDING SEALED DOCUMENTS** |
| ETREPPID TECHNOLOGIES, LLC, et al., | |
| Defendants. | |

Plaintiffs Dennis Montgomery, et al. ("the Montgomery Parties") and Liner Grode Stein Yankelevitz Sunshine Regenstreif & Tayor LLP ("Liner Firm"), as counsel for the Montgomery Parties and on behalf of the Liner Firm, enter into this Stipulation with Interested Party Teri Pham and her counsel McDonald Carano Wilson LLP regarding the receipt, use and distribution of documents sealed pursuant to the Court's Order dated July 11, 2008 (Doc. #746) as follows:

A.  Whereas, on March 31, 2009, this Court issued its Order re Motion for Sanctions (Doc. #985), which included an order of certain sanctions against Teri Pham.

B.  Teri Pham has retained the law firm of McDonald Carano Wilson LLP to represent her with regard to the Court's Order (Doc. #985).

C. In order to properly prepare objections on behalf of Teri Pham to the Court's March 31, 2009 Order, Ms. Pham's counsel must have access to certain motions, briefs and documents that are subject to the Court's order sealing certain portions of the file. (Doc. #746).

WHEREFORE, the parties stipulate and agree as follows:

1. The Liner Firm will provide copies of selected documents sealed pursuant to the Court's Order (Doc. #746), which are reasonably necessary for Ms. Pham's counsel to prepare an objection to the Court's March 31, 2009 Order in this Action.

2. Ms. Pham and her counsel agree to treat as "Confidential" the sealed documents received from the Liner Firm.

3. As used in this Stipulation, "this Action" means the above-captioned civil action pending in this Court, including any related discovery, pretrial, trial, post-trial or appellate proceedings.

4. Pursuant to this Stipulation, documents deemed to be "Confidential" shall be used solely for purposes of this Action and shall not be used for any purpose including, without limitation, any other legal proceeding. Except as expressly provided for herein, Ms. Pham or her counsel shall not disclose any Confidential documents to any individual other than (i) the Court; (ii) counsel for Ms. Pham and associated personnel of the McDonald Carano Wilson law firm working on this matter; (iii) consultants, experts or litigation support services retained by Ms. Pham or her counsel, including outside copying services retained for the purpose of assisting Ms. Pham or her counsel; (iv) authors or recipients of documents designed as Confidential. Confidential documents shall not be disclosed to any other person or entity without further order of the Court.

5. In the event that Ms. Pham or her counsel deems it necessary to file any Confidential document with the Court in this Action, such Confidential document(s) shall be filed under seal.

6. This stipulation does not affect any other orders of this Court concerning sealed documents.

7. Any electronically stored information or documents containing Confidential material shall be treated as Confidential through and following the termination of all proceedings in this Action.

8. All persons governed by this Stipulation, by reviewing Confidential documents, shall agree to the jurisdiction of this Court over their person for the purpose of any action seeking to enforce the terms and conditions of this Stipulation.

Date: _____

Ellyn S. Garofalo,
Liner Grode Stein Yankelevitz
Sunshine Regenstreif & Taylor, LLP
As Attorney for the Plaintiffs and On
Behalf of the Liner Firm

Date: _____

Teri Pham

Date: 4/23/09

John Frankovich
Leigh Goddard
Debbie Leonard
McDonald Carano Wilson LLP

Date: April 28, 2009

IT IS SO ORDERED.

_____
United States Magistrate Judge

3

6. This stipulation does not affect any other orders of this Court concerning sealed documents.

7. Any electronically stored information or documents containing Confidential material shall be treated as Confidential through and following the termination of all proceedings in this Action.

8. All persons governed by this Stipulation, by reviewing Confidential documents, shall agree to the jurisdiction of this Court over their person for the purpose of any action seeking to enforce the terms and conditions of this Stipulation.

Date: 4-23-09

Ellyn S. Garofalo,
Liner Grode Stein Yankelevitz
Sunshine Regenstreif & Taylor, LLP
As Attorney for the Plaintiffs and On
Behalf of the Liner Firm

Date: 4-23-09

Teri Pham

Date: _____

John Frankovich
Leigh Goddard
Debbie Leonard
McDonald Carano Wilson LLP

Date: _____

IT IS SO ORDERED.

_____
United States District Judge

3