# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| vs. ) | April 30, 2009 |
| ETREPPID TECHNOLOGIES, et al.) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On April 9, 2009, eTreppid Technologies, LLC and Warren Trepp ("eTreppid") filed a motion to compel production of documents (#1004). On April 20, 2009, the court held a sealed hearing concerning eTreppid's emergency request to take judgment debtor's exam (#1006/1007/1008) (#1019).

Since the hearing, the parties have filed no further papers concerning eTreppid's motion to compel (#1004). The court is unclear whether the parties have resolved the motion to compel and whether the United States has concerns regarding the production of the requested documents. Therefore,

**IT IS ORDERED** that eTreppid shall advise the court on or before **Wednesday, May 6, 2009** whether they want the motion considered by the court or whether they are withdrawing the motion at this time. Thereafter, the United States and the Montgomery parties will have ten (10) days to respond to the motion, if necessary.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk