# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) | 3:06-CV-0056-PMP (VPC) |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| vs. ) | April 29, 2009 |
| ETREPPID TECHNOLOGIES, et al. ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Michael Flynn filed a motion to withdraw (#1018) his motion to hold Montgomery parties in contempt for refusal to comply with the order docket #968 (#1010). The motion to withdraw (#1018) is **GRANTED,** and the motion to hold Montgomery parties in contempt (#1010) is hereby deemed **WITHDRAWN.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk