J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:   (775) 327-3000
Facsimile:    (775) 786-6179
speek@hollandhart.com; jsnyder@hollandhart.com;
alang@hollandhart.com; sbiornstad@hollandhart.com

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:  (202) 429-3000

Attorneys for eTreppid Technologies, LLC and Warren Trepp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA; and DOES 1 through 10,<br><br>Defendants.<br>_____/<br>AND RELATED CASE(S)<br>_____/ | Case No. 3:06-CV-00056-PMP-VPC<br>**Base File**<br><br>3:06-CV-00145-PMP-VPC<br><br>**NOTIFICATION TO COURT TO PROCEED WITH ETREPPID TECHNOLOGIES, LLC AND WARREN TREPP'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DOCUMENT NO. 1004)** |

///

///

Pursuant to the Order of this Court dated April 30, 2009 [Document No. 1027], eTreppid Technologies, L.L.C., and Warren Trepp, (hereinafter collectively referred to as "eTreppid"), by and through their counsel Holland & Hart LLP, hereby notifies the Court that eTreppid intends to proceed with its Motion to Compel Production of Documents [Document No. 1004].

eTreppid filed the subject Motion to Compel on April 9, 2009. At the April 20, 2009 hearing, Montgomery's counsel, Ellyn Garofalo, represented that Montgomery had already provided a substantial number of documents, and was in the process of searching for additional documents. Thereafter, the undersigned counsel for eTreppid engaged in a series of meet and confer discussions with Ms. Garofalo.

On April 22, 2009, eTreppid provided a specific list of documents that had been requested, but not produced. A true and correct copy of this letter is attached hereto as **Exhibit A.** On Friday, April 22, 2009, the undersigned counsel discussed these requested documents with Ms. Garofalo. The contents of this discussion are memorialized in a letter dated April 27, 2009, a true and correct copy of which is attached hereto as **Exhibit B.**

On April 29, 2009, in a further attempt to meet and confer, counsel for eTreppid sent a further letter to counsel for Montgomery, requesting that, even if Montgomery could not immediately locate particular documents (such as documents indicating the location of safe deposit boxes and storage units), he prepare a list of all such safe deposit boxes and storage units. A true and correct copy of this letter is attached hereto as **Exhibit C.**

To summarize, eTreppid has requested that Montgomery provide the following documents:

- All cancelled checks written by Mr. Montgomery; between January 1, 2006 and the present.

- All financial records for any bank, credit union, brokerage, or other depository account of any kind whatsoever, whether domestic or foreign.

- Any evidence of life insurance held by Mr. Montgomery.

- Copies of all current vehicle registrations and proofs of insurance.

- All promissory notes or other documents evidencing any loan, whether unsecured, secured by real property, or secured by personal property, including all mortgages and auto loans, obtained by Mr. Montgomery between January 2006 and the present.
- Any application for a loan filled out by Montgomery between January 2006 and the present.
- Pay stubs from any employer, including but not limited to, Blxware, from January 2006 to April 22, 2009;
- All documents related to property purchased or sold, personal or real, from January 2002 to April 22, 2009;
- All documents related to gambling at any casino, including but not limited to credit applications, marker play, chips purchased, chips redeemed, payments from casinos, obligations to casinos;
- Any documents related to cash transactions, including, but not limited to, ATM machines, checks cashed, cashier's checks purchased.
- Any payments to family or friends or for the benefit of any family or friends.
- Wire transfers both received by, and sent by, Mr. Montgomery, and any and all documents related to the wire transfers.
- Documents related to any payments for services rendered.
- Payments of any kind to law firms.
- Promissory notes not only for real property or vehicles but for any loans, either as maker or payee.
- Source code and any all intellectual property of Blxware and/or Montgomery, as well as running and operative object code, all system documentation, and functional specifications.

///
///
///
///
///
///
///

1   While the requested information is clearly relevant to eTreppid's efforts to collect its
2   judgments against Montgomery, Montgomery has failed to provide these additional requested
3   documents. Accordingly, eTreppid respectfully requests that he be ordered to do so.
4   Dated: May 6, 2009.

/s/
J. Stephen Peek, Esq.  (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179

Reid H. Weingarten, Esq. (D.C. Bar #365893)
Brian M. Heberlig, Esq. (D.C. Bar #455381)
Robert A. Ayers, Esq. (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902

*Attorneys for Plaintiff and Cross-Defendant
eTreppid Technologies, L.L.C. and
Cross-Defendant Warren Trepp*

**PROOF OF SERVICE**

I, Cynthia L. Kelb, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Holland & Hart LLP. My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada 89511**. I am over the age of 18 years and not a party to this action. I am readily familiar with Holland & Hart LLP's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

**On May 6, 2009, I caused the foregoing NOTIFICATION TO COURT TO PROCEED WITH ETREPPID TECHNOLOGIES, LLC AND WARREN TREPP'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DOCUMENT NO. 1004) to be:**

__X__    filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

rsunshine@linerlaw.com;
egarofalo@linerlaw.com
Randall J. Sunshine, Esq.
Ellyn S. Garofalo, Esq.
Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
*Fax 310/500-3501*

Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, DC  20044
*Fax 202/616-8470*

Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC  20044
*Fax No. 202/616-8470*

Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV  89501
*Fax No. 784-5181*

brohde@rohdelaw.com
Robert E. Rohde, Esq.
Rohde & Van Kampen
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
*Fax No. (206) 405-2825*

bpeck@lrlaw.com
Bridget Robb Peck, Esq.
Lewis and Roca, LLP
50 W. Liberty Street, Ste. 410
Reno, Nevada 89501
*Fax No. 775-823-2929*

*heather.ristau@bingham.com;*
*roland.tellis@bingham.com;*
*marshall.grossman@bingham.com*
Heather Ristau, Esq.
Roland Tellis, Esq.
Marshall B. Grossman, Esq.
Bingham McCutchen LLP
The Water Garden
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA  90404
*Fax No. 310-907-2000*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 6, 2009.

/s/
Cynthia L. Kelb

4513714_1