1  Randall J. Sunshine, Esq. (SBN: CA 137363)
   Ellyn S. Garofalo, Esq. (SBN: CA 158795)
2  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
3  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
4  Telephone: (310) 500-3500
   Facsimile:  (310) 500-3501
5  ADMITTED PRO HAC VICE

6  Attorneys for
   DENNIS MONTGOMERY and the MONTGOMERY
7  FAMILY TRUST

```
                    FILED             RECEIVED
                    ENTERED           SERVED ON
                         COUNSEL/PARTIES OF RECORD

                        MAY 15 2009

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>(Consolidated with Case No. 3:06-CV-00145-PMP-VPC)<br><br>**MONTGOMERY PARTIES' EMERGENCY MOTION FOR ADDITIONAL TIME TO RETAIN NEW COUNSEL** |

1   Ellyn S. Garofalo and Randall J. Sunshine of the law firm Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP have been admitted *pro hac vice* to represent Dennis Montgomery, Brenda Montgomery and the Montgomery Family Trust in this matter. Mark H. Gunderson has served as local counsel for the Montgomery Parties. On April 28, 2009, the Court granted Mr. Gunderson's motion for leave to withdraw, and ordered the Montgomery Parties to retain substitute local counsel by May 12, 2009 [Docket # 1025].

2   Despite good faith efforts, as of May 12, 2009, the Montgomery Parties have been unable to locate and retain local counsel. Although the Montgomery Parties have identified counsel they wish to retain, counsel has not yet completed its analysis of potential conflict issues. Accordingly, the Montgomery Parties respectfully request an additional week, until May 19, 2009, to retain new local counsel.

Dated: May 12, 2009

Respectfully submitted,

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

By: /s/ Ellyn S. Garofalo
Ellyn S. Garofalo
Attorneys for DENNIS MONTGOMERY,
the MONTGOMERY FAMILY TRUST,
EDRA BLIXSETH and OPSPRING LLC

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: May 13, 2009

1

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, and that on May 12, 2009, I caused to be served the within document described as **MONTGOMERY PARTIES' EMERGENCY MOTION FOR ADDITIONAL TIME TO RETAIN NEW COUNSEL** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Shane M. Biornstad, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@hollandhart.com ;<br>jsnyder@hollandhart.com,<br>alang@hollandhart.com,<br>sbiornstad@hollandhart.com<br><u>Attorneys for eTreppid and Warren Trepp</u> | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed.Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br><u>Attorneys for Department of Defense</u> |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br><u>Attorneys for eTreppid and Warren Trepp</u> | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br><u>Attorneys for Department of Defense</u> |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br><u>Attorneys for Department of Defense</u> | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900; Fax: (775) 823-2929<br>bpeck@lrlaw.com<br><u>Attorneys for Atigeo LLC & Michael Sandoval</u> |
| Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Heather L. Ristau, Esq.<br>Bingham McCutchen LLP<br>1620 26th Street, Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Fax: (310) 907-2143<br>E-mail: roland.tellis@bingham.com;<br>marshall.grossman@bingham.com;<br>heather.ristau@bingham.com<br><u>Attorneys for Michael Sandoval</u> | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Fax: (206) 405-2825<br>E-mail: brohde@rohdelaw.com,<br>gschwartz@rohdelaw.com<br><u>Attorneys for Atigeo LLC</u> |
| Michael J. Flynn, Esq.<br>P.O. Box 690, 6125 El Tordo<br>Rancho Santa Fe, CA 92067<br>One Center Plaza, Suite 240<br>Boston, MA 02129<br>Fax: (858) 759-0711 | |

00206411001 / 478018-01

1 | E-mail: mjfbb@msn.com

2
3  ☒   **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.
4
5      I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

6      Executed on May 12, 2009, at Los Angeles, California.

7      _____Ellyn S. Garofalo_____        _____/s/ Ellyn S. Garofalo_____
       (Type or print name)                      (Signature)