J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179
speek@hollandhart.com; jsnyder@hollandhart.com;
alang@hollandhart.com; sbiornstad@hollandhart.com

Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:  (202) 429-3000

Attorneys for eTreppid Technologies, LLC and Warren Trepp

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DENNIS MONTGOMERY, an individual; and
MONTGOMERY FAMILY TRUST, a California
Trust,

           Plaintiffs,

    vs.

ETREPPID TECHNOLOGIES, L.L.C., a Nevada
Limited Liability Company; WARREN TREPP,
an individual; DEPARTMENT OF DEFENSE of
the UNITED STATES OF AMERICA; and
DOES 1 through 10,

           Defendants.
_____/
AND RELATED CASE(S)
_____/

Case No. 3:06-CV-00056-PMP-VPC
**Base File**

3:06-CV-00145-PMP-VPC

**NOTIFICATION TO COURT OF
NON-RESPONSE BY THE
UNITED STATES AND
MONTGOMERY PARTIES TO
ETREPPID TECHNOLOGIES,
LLC AND WARREN TREPP'S
MOTION TO COMPEL
PRODUCTION OF DOCUMENTS
(DOCUMENT NO. 1004)**

///

///

On May 6, 2009, pursuant to the Order of this Court dated April 30, 2009 [Document No. 1027], eTreppid Technologies, L.L.C., and Warren Trepp, (hereinafter collectively referred to as "eTreppid"), filed their Notification to Court to Proceed with its Motion to Compel Production of Documents [Document No. 1030]. The Court's April 30 Order granted the United States and the Montgomery parties ten days to respond to the motion after eTreppid provided such notice. To date, neither the United States nor the Montgomery parties have filed any response to eTreppid's April 9, 2009 Motion to Compel [Doc. No.1004]. Accordingly, eTreppid respectfully requests that this Court order Montgomery to produce documents as set forth in that order, including:

- All cancelled checks written by Mr. Montgomery; between January 1, 2006 and the present.

- All financial records for any bank, credit union, brokerage, or other depository account of any kind whatsoever, whether domestic or foreign.

- Any evidence of life insurance held by Mr. Montgomery.

- Copies of all current vehicle registrations and proofs of insurance.

- All promissory notes or other documents evidencing any loan, whether unsecured, secured by real property, or secured by personal property, including all mortgages and auto loans, obtained by Mr. Montgomery between January 2006 and the present.

- Any application for a loan filled out by Montgomery between January 2006 and the present.

- Pay stubs from any employer, including but not limited to, Blxware, from January 2006 to April 22, 2009;

- All documents related to property purchased or sold, personal or real, from January 2002 to April 22, 2009;

- All documents related to gambling at any casino, including but not limited to credit applications, marker play, chips purchased, chips redeemed, payments from casinos, obligations to casinos;

- Any documents related to cash transactions, including, but not limited to, ATM machines, checks cashed, cashier's checks purchased.

- Any payments to family or friends or for the benefit of any family or friends.

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

- Wire transfers both received by, and sent by, Mr. Montgomery, and any and all documents related to the wire transfers.

- Documents related to any payments for services rendered.

- Payments of any kind to law firms.

- Promissory notes not only for real property or vehicles but for any loans, either as maker or payee.

- Source code and any all intellectual property of Blxware and/or Montgomery, as well as running and operative object code, all system documentation, and functional specifications.

The parties are currently seeking to finalize dates for the judgment debtor examination of Mr. Montgomery. This examination may occur as early as June 15, 2009. Accordingly, eTreppid respectfully requests that Montgomery be ordered to produce documents in response to this request no later than Friday, May 29, 2009.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

1    In addition, eTreppid respectfully requests that Montgomery be ordered to pay all

2    attorney's fees incurred by eTreppid in bringing the present motion, in an amount to be

3    determined after any hearing on this motion has been concluded.

4    Dated:  May 22, 2009.

5

6                                          /s/
                                          J. Stephen Peek, Esq.  (NV Bar #1758)
7                                          Jerry M. Snyder, Esq. (NV Bar #6830)
                                          Adam G. Lang, Esq. (NV Bar #10117)
8                                          Shane M. Biornstad, Esq. (NV Bar #9972)
                                          HOLLAND & HART LLP
9                                          5441 Kietzke Lane, Second Floor
                                          Reno, Nevada  89511
10                                         Telephone:  (775) 327-3000
                                          Facsimile:   (775) 786-6179
11
                                          Reid H. Weingarten, Esq. (D.C. Bar #365893)
12                                         Brian M. Heberlig, Esq. (D.C. Bar #455381)
                                          Robert A. Ayers, Esq. (D.C. Bar #488284)
13                                         Steptoe & Johnson LLP
                                          1330 Connecticut Avenue, N.W.
14                                         Washington, D.C. 20036-1795
                                          Telephone:  (202) 429-3000
15                                         Facsimile:   (202) 429-3902

16                                         *Attorneys for Plaintiff and Cross-Defendant*
                                          *eTreppid Technologies, L.L.C. and*
17                                         *Cross-Defendant Warren Trepp*

18

19

20

21

22

23

24

25

26

27

28

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

**PROOF OF SERVICE**

I, Cynthia L. Kelb, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Holland & Hart LLP.  My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada 89511**.  I am over the age of 18 years and not a party to this action.  I am readily familiar with Holland & Hart LLP's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On **May 22, 2009, I caused the foregoing NOTIFICATION TO COURT OF NON-RESPONSE BY THE UNITED STATES AND MONTGOMERY PARTIES TO ETREPPID TECHNOLOGIES, LLC AND WARREN TREPP'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DOCUMENT NO. 1004) to be:**

 X___          filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

rsunshine@linerlaw.com;
egarofalo@linerlaw.com
Randall J. Sunshine, Esq.
Ellyn S. Garofalo, Esq.
Liner Grode Stein Yankelevitz Sunshine
Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
*Fax 310/500-3501*

Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, DC  20044
*Fax 202/616-8470*

Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC  20044
*Fax No. 202/616-8470*

Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV  89501
*Fax No. 784-5181*

brohde@rohdelaw.com
Robert E. Rohde, Esq.
Rohde & Van Kampen
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
*Fax No. (206) 405-2825*

bpeck@lrlaw.com
Bridget Robb Peck, Esq.
Lewis and Roca, LLP
50 W. Liberty Street, Ste. 410
Reno, Nevada 89501
*Fax No. 775-823-2929*

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

1

2   *heather.ristau@bingham.com;*
    *roland.tellis@bingham.com;*
3   *marshall.grossman@bingham.com*
    Heather Ristau, Esq.
4   Roland Tellis, Esq.
    Marshall B. Grossman, Esq.
5   Bingham McCutchen LLP
    The Water Garden
6   1620 26th Street, 4th Floor, North Tower
    Santa Monica, CA  90404
7   *Fax No. 310-907-2000*

8

9       I declare under penalty of perjury under the laws of the United States of America that the
    foregoing is true and correct, and that this declaration was executed on May 22, 2009.

10

11                                          _____
                                                    /s/
12                                                  Cynthia L. Kelb

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   4526655_1

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511