UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendants. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D E R |
| AND ALL RELATED MATTERS. | |

Having read and considered Teri Pham's Request to File Objection Under Seal Pursuant to Dkt. #746, 770 (Doc. #1039),

IT IS ORDERED that Teri Pham's Request to File Objection Under Seal (Doc. #1039) is hereby DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall forthwith unseal Teri Pham's Objection to Magistrate Judge's Order (Doc. #1040), filed on May 11, 2009.

DATED: May 26, 2009.

_____
PHILIP M. PRO
United States District Judge