GARY R. GOODHEART, ESQ.
Nevada Bar No. 1203
BRADLEY S. SCHRAGER, ESQ.
Nevada Bar No. 10217
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-3305
grg@jonesvargas.com
Attorneys for Non-party Deborah A. Klar

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, L.L.C., WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>Base File<br><br>3:06-CV-00145-PMP-VPC<br><br>**DEBORAH A. KLAR'S JOINDER TO TERI PHAM'S OBJECTION (Doc. #1040) TO MAGISTRATE JUDGE'S ORDER FOR SANCTIONS (Doc. #985)** |

Deborah A. Klar, by and through counsel, Jones Vargas, hereby joins in the "Objection to Magistrate Judge's Order (Doc. #985)", filed on behalf of Teri Pham on May 11, 2009 (Doc. #1040).

Dated this 27th day of May, 2009.

JONES VARGAS

By: /s/ Gary R. Goodheart
GARY R. GOODHEART, ESQ.
Nevada Bar # 1203
BRADLEY S. SCHRAGER, ESQ.
Nevada Bar # 10217
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-0069
ATTORNEYS FOR DEBORAH KLAR

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of JONES VARGAS, and that the foregoing document was served via electronic service on May 27, 2009 to the following parties:

Gary R. Goodheart grg@jonesvargas.com, brs@jonesvargas.com, bschrager@jonesvargas.com, lross@jonesvargas.com

Gregory W. Addington greg.addington@usdoj.gov, joanie.silvershield@usdoj.gov, judy.farmer@usdoj.gov

J. Stephen Peek speek@hollandhart.com, clein@hollandhart.com, dbergsing@hollandhart.com, dsagert@hollandhart.com, intaketeam@hollandhart.com, mdalluge@hollandhart.com

Jerry M Snyder jsnyder@hollandhart.com, Intaketeam@hollandhart.com, btoriyama@hollandhart.com, carnold@hollandhart.com, ckelb@hollandhart.com, cpulsipher@hollandhart.com

John J Frankovich jfrankovich@mcdonaldcarano.com

Leigh T Goddard lgoddard@mcdonaldcarano.com, dsmith-power@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

Mark H. Gunderson kgunderson@gundersonlaw.com

Richard Segerblom rsegerblom@lvcoxmail.com, tsegerblom@gmail.com

Ronald J Logar Zachary@renofamilylaw.com, Eric@renofamilylaw.com

Bridget Robb Peck bpeck@lrlaw.com, jmoulian@lrlaw.com

Debbie Leonard dshosteck@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

Carla DiMare cdimare@worldnet.att.net

Carlotta P Wells carlotta.wells@usdoj.gov

Michael James Flynn mjfbb@msn.com

Adam G Lang alang@hollandhart.com, btoriyama@hollandhart.com, eford@hollandhart.com, intaketeam@hollandhart.com

Brian M Heberlig bheberlig@steptoe.com

Robert A Ayers rayers@steptoe.com

1. Reid H Weingarten rweingarten@steptoe.com

2. Ryan M. Lapine rlapine@linerlaw.com

3. Deborah A. Klar DKLAR@LINERLAW.COM, dswinson@linerlaw.com,
4. lwerderitch@linerlaw.com, ntorrecillas@linerlaw.com, stoy@linerlaw.com

5. Raphael O. Gomez raphael.gomez@usdoj.gov

6. Tuneen E. Chisolm tchisolm@linerlaw.com, cdraper@linerlaw.com

7. Shane M Biornstad sbiornstad@hollandhart.com, ckelb@hollandhart.com
8.
9. Robert E Rohde brohde@rohdelaw.com, brohde@rohdelaw.com, jertel@rohdelaw.com

10. Gregory G. Schwartz gschwartz@rohdelaw.com

11. Ellyn S. Garofalo egarofalo@linerlaw.com, mwilcox@linerlaw.com

12. Richard J Mooney rmooney@linerlaw.com, pbransten@linerlaw.com,
13. tyasmoothrlarsen@linerlaw.com

14. Heather Ristau heather.ristau@bingham.com

15. Marshall B. Grossman marshall.grossman@bingham.com

16. Roland Tellis roland.tellis@bingham.com

17. Randall J. Sunshine rsunshine@linerlaw.com, gtanzini@linerlaw.com
18.
19. Ronald Logar zachary@logarpulver.com

20. **3:06-cv-56 Notice has been delivered by other means to:**

21. Opspring, LLC
    600 106th Avenue NE, Ste 210
22. Bellevue, WA 98004-5045

23.
    Edra Blixseth
24. 42-765 Dunes View Rd
    Rancho Mirage, CA 92270-4311
25.
                                            /s/ Barbara Seed
26.                                         An employee of Jones Vargas

27.

28.

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300   Fax: (702) 737-7705