# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., ) | | 3:06-CV-0056-PMP (VPC) |
| ) | | |
| Plaintiffs, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | June 1, 2009 |
| ) | | |
| ETREPPID TECHNOLOGIES, et al.) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     eTreppid Technologies, L.L.C. and Warren Trepp ("eTreppid") filed a notice and motion regarding further payments of funds to Blxware conditionally under seal (#1058 & #1059). The motion to file under seal (#1058) is **GRANTED**. eTreppid's motion for order shortening time (#1059) is also **GRANTED.** Oppositions to the motion regarding further payments of funds to Blxware shall be filed on or before **Thursday, June 4, 2009**. To the extent that the motion compels a response by the government, that response shall by filed by Thursday, June 4, 2009. A reply shall be filed by **Monday, June 8, 2009.**

     **IT IS SO ORDERED.**

                                     LANCE S. WILSON, CLERK

                  By:     /s/
                            Deputy Clerk