TONY WEST
Assistant Attorney General
GREGORY A. BROWER
United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501
VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW/P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4522
Facsimile: (202) 616-8470

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ETREPPID TECHNOLOGIES, INC., ) <br> et al., ) <br> ) <br> Defendants. ) | 3:06-CV-00056-PMP-VPC <br> **BASE FILE** <br> <br> 3:06-CV-00145-PMP-VPC |

**UNITED STATES' NOTICE OF FILING UNDER SEAL**

Pursuant to the June 1, 2009 Minute Order of the Court (docket # 1060), the United States hereby submits Notice that copies of its Opposition to eTreppid's Motion Regarding Further Payment of Funds to Blxware have been served on counsel for the eTreppid, Montgomery, and Blxware parties. A copy of the Opposition will be filed under seal with the Court on June 5, 2009.

Case 3:06-cv-00056-PMP-VPC   Document 1065   Filed 06/04/09   Page 2 of 2

DATED: June 4, 2009

        Respectfully submitted,

GREGORY A. KATSAS
Acting Assistant Attorney General

GREGORY A. BROWER
United States Attorney
District of Nevada

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501

VINCENT M. GARVEY
Deputy Branch Director


 /s/ Carlotta P. Wells
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C. 20044

Counsel for United States
  Department of Defense