1  J. Stephen Peek, Esq. (NV Bar #1758)
   Jerry M. Snyder, Esq. (NV Bar #6830)
2  Adam G. Lang, Esq. (NV Bar #10117)
   Shane M. Biornstad, Esq. (NV Bar #9972)
3  HOLLAND & HART LLP
   5441 Kietzke Lane, Second Floor
4  Reno, Nevada 89511
   Telephone:  (775) 327-3000
5  Facsimile:   (775) 786-6179
   speek@hollandhart.com; jsnyder@hollandhart.com;
6  alang@hollandhart.com; sbiornstad@hollandhart.com

7  Reid H. Weingarten, Esq. (D.C. Bar #365893) (Admitted Pro Hac Vice June 15, 2007)
   Brian M. Heberlig, Esq. (D.C. Bar #455381) (Admitted Pro Hac Vice June 15, 2007)
8  Robert A. Ayers, Esq. (D.C. Bar #488284) (Admitted Pro Hac Vice June 15, 2007)
   Steptoe & Johnson LLP
9  1330 Connecticut Avenue, N.W.
   Washington, D.C. 20036-1795
10 Telephone: (202) 429-3000

11 Attorneys for eTreppid Technologies, LLC and Warren Trepp

12

13

14

15             **UNITED STATES DISTRICT COURT**

16                 **DISTRICT OF NEVADA**

17 DENNIS MONTGOMERY, an individual; and
   MONTGOMERY FAMILY TRUST, a California
18 Trust,                                              Case No. 3:06-CV-00056-PMP-VPC
                                                        **Base File**
19             Plaintiffs,
                                                        3:06-CV-00145-PMP-VPC
20       vs.
                                                        **ETREPPID'S AND TREPP'S**
21 ETREPPID TECHNOLOGIES, L.L.C., a Nevada             **MOTION TO COMPEL**
   Limited Liability Company; WARREN TREPP,            **TURNOVER OF HARD DRIVES**
22 an individual; DEPARTMENT OF DEFENSE of
   the UNITED STATES OF AMERICA; and
23 DOES 1 through 10,

24             Defendants.
   _____/
25 AND RELATED CASE(S)
   _____/
26

27 ///

28 ///

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

**ETREPPID'S AND TREPP'S MOTION TO COMPEL**
**TURNOVER OF HARD DRIVES**

eTreppid Technologies, L.L.C., and Warren Trepp, (hereinafter collectively referred to as "eTreppid"), by and through their counsel Holland & Hart LLP, hereby submit their Motion to Compel Turnover of Hard Drives. This Motion is supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Judgment Debtor Dennis Montgomery has admitted, through counsel, that he is in possession of twelve hard drives containing source code. eTreppid requested that Montgomery produce these hard drives several months ago. However, Montgomery has refused to provide eTreppid with copies of these hard drives, instead insisting that eTreppid is entitled only to inspect and copy the hard drives at the Southern California office of eTreppid's counsel, at eTreppid's own expense.

Montgomery's position is untenable. Even though he, along with the remaining Judgment Debtors, owe eTreppid a total of $26.5 million dollars, he is asserting that eTreppid should bear the cost of duplicating hard drives containing source code against which, absent the sudden appearance of other assets, eTreppid is likely entitled to execute. Montgomery's position places an unfair burden on eTreppid. Accordingly, eTreppid respectfully requests that this Court order Montgomery to produce the requested hard drives to the offices of eTreppid's counsel in Reno, Nevada.

## II.    STATEMENT OF RELEVANT FACTS

As this Court well knows, eTreppid requested documents from Montgomery, including source code, on February 23, 2009. Montgomery failed to produce these documents, and eTreppid was subsequently obliged to file a motion to compel. On May 26, 2009 (Doc. No. 1054), this Court ordered Montgomery to produce a number of documents, including the subject source code, on or before June 3, 2009.

///

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

On June 5, 2008, Montgomery's counsel advised counsel for eTreppid that certain hard drives containing the requested source code were available for inspection and copying at the Los Angeles office of the Liner Firm.  Attached hereto as **Exhibit 1** is a true and correct copy of the email string between Ellyn Garofalo and Steve Peek through which this was communicated. eTreppid subsequently requested that Montgomery deliver the hard drives either to the Reno offices of counsel for eTreppid or to the office of Montgomery's attorney in Las Vegas. Montgomery refused, stating that "he does not have the financial resources to copy the drives." *Id.*

Thus, even though Montgomery has been ordered to produce the subject hard drives, he has refused to provide them to eTreppid because, he states, he is unable to pay for copies to be made.

### III.   ARGUMENT

It is undisputed that Montgomery is obliged to produce the hard drives at issue.  On May 26, 2009, this Court ordered that "Mr. Montgomery and/or the Montgomery Family Trust shall produce the following documents: . . .  source code and any[and] all intellectual property of Blxware and/or Montgomery, as well as running and operative object code, all system documentation, and functional specifications."

Instead of producing the hard drives, Montgomery has stated that they are available for inspection and copying at the offices of his counsel.  He insists that eTreppid should bear the expense of creating copies of these hard drives.  Although Montgomery's position would have some merit in a typical Fed. R. Civ. P. 34 requests for production, under the present circumstances of this case, Montgomery's position makes no sense.

Fed. R. Civ. P. 37 grants courts broad discretion to apply appropriate sanctions for discovery abuses.  Rule 37(b)(2) states that, where a party fails to comply with a court order, the court "may make such orders in regard to the failure as are just."   Here, as Montgomery has failed to comply with this Court's order requiring that he provide the subject hard drives, this Court may make such orders as are just, including an order requiring that Montgomery provide the subject hard drives to eTreppid without any further delay.

Page 3 of 7

Montgomery, along with the remaining Judgment Debtors, owes eTreppid $26.5 million, plus accrued interest.  The Judgment Debtors have failed to pay eTreppid any of the amounts due under the settlement agreement.  If, as Montgomery's counsel asserts, Montgomery lack the means to pay for the copying of these hard drives, then the source code contained thereon is very likely an asset of Montgomery's against which eTreppid may ultimately execute.  By requesting that eTreppid pay for the cost of duplicating these hard drives, Montgomery is, in effect, seeking to impose upon eTreppid expenses that have accrued as a direct result of Montgomery's refusal to satisfy his obligations under the settlement agreement and his failure to comply with eTreppid's judgment debtor discovery requests in a timely manner.  It is absurd for Montgomery to assert that eTreppid should bear these costs.

Accordingly, eTreppid respectfully requests that this Court require Montgomery to deliver the subject hard drives to the Reno, Nevada office of the undersigned counsel for eTreppid.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

## IV. CONCLUSION

For the reasons set forth above, eTreppid respectfully requests that the Court grant the present Motion to Compel Turnover of Hard Drives.

Dated: June 18, 2009.

/s/ Jerry M. Snyder
J. Stephen Peek, Esq. (NV Bar #1758)
Jerry M. Snyder, Esq. (NV Bar #6830)
Adam G. Lang, Esq. (NV Bar #10117)
Shane M. Biornstad, Esq. (NV Bar #9972)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

Reid H. Weingarten, Esq. (D.C. Bar #365893)
Brian M. Heberlig, Esq. (D.C. Bar #455381)
Robert A. Ayers, Esq. (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

*Attorneys for Plaintiff and Cross-Defendant eTreppid Technologies, L.L.C. and Cross-Defendant Warren Trepp*

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

**PROOF OF SERVICE**

I, Cynthia L. Kelb, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Holland & Hart LLP.  My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada 89511**.  I am over the age of 18 years and not a party to this action.  I am readily familiar with Holland & Hart LLP's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On June 18, 2009, I caused the foregoing **ETREPPID'S AND TREPP'S MOTION TO COMPEL TURNOVER OF HARD DRIVES** to be:

  X       filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

rsunshine@linerlaw.com;
egarofalo@linerlaw.com
Randall J. Sunshine, Esq.
Ellyn S. Garofalo, Esq.
Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
*Fax 310/500-3501*

dkennedy@baileykennedy.com
Dennis L. Kennedy, Esq.
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
*Fax No. 702/562-8821*

Carlotta.wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC  20044
*Fax No. 202/616-8470*

Greg.addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV  89501
*Fax No. 784-5181*

Raphael.gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, DC  20044
*Fax 202/616-8470*

bpeck@lrlaw.com
Bridget Robb Peck, Esq.
Lewis and Roca, LLP
50 W. Liberty Street, Ste. 410
Reno, Nevada 89501
*Fax No. 775-823-2929*

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

| | |
|---|---|
| 1 | _heather.ristau@bingham.com_; |
| | _roland.tellis@bingham.com_; |
| 2 | _marshall.grossman@bingham.com_ |
| 3 | Heather Ristau, Esq. |
| | Roland Tellis, Esq. |
| 4 | Marshall B. Grossman, Esq. |
| | Bingham McCutchen LLP |
| 5 | The Water Garden |
| 6 | 1620 26th Street, 4th Floor, North Tower |
| | Santa Monica, CA  90404 |
| 7 | _Fax No. 310-907-2000_ |

brohde@rohdelaw.com
Robert E. Rohde, Esq.
Rohde & Van Kampen
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
_Fax No. (206) 405-2825_

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 18, 2009.

10

      /s/ Cynthia L. Kelb
        Cynthia L. Kelb

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

4542450_1