UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-PMP (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 24, 2009 |
| | ) | |
| ETREPPID TECHNOLOGIES, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed eTreppid Technologies, LLC and Warren Trepp's ("eTreppid) motion for contempt (#1074) and all the papers filed in response to this motion (#s 1085, 1086, 1087 & 1091).  Docket numbers 1085, 1086 and 1087, which were filed under seal, shall be immediately UNSEALED by the Clerk.  The court will preside at the June 26, 2009, judgment debtor examination of Dennis Montgomery; thereafter, the court will issue an order regarding eTreppid's motion for contempt (#1074).

**IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                        By:      /s/
                                                                Deputy Clerk