1 **Michael J. Flynn, Mass. State Bar No.172780**
P.O. Box 690, 6125 El Tordo
2 Rancho Santa Fe, CA 92067
Tel:    (858) 775-7624;Fax:   (858) 759-0711
3 *Admitted Pro Hac Vice*
Former Attorney for the Montgomery parties

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA , RENO

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST, | 3:06-CV-00056-PMP-VPC **BASE FILE** |
| Plaintiffs, | 3:06-CV-00145-PMP-VPC |
| v. | 3:06-CV-0263-PMP-VPC |
| ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, | **NOTICE RE MONTGOMERY BANKRUPTCY** |
| Defendants. | |
| AND ALL RELATED MATTERS. | |

NOTICE is hereby given that Dennis Montgomery and Brenda Montgomery have filed schedules, attached hereto, in connection with their pending bankruptcy proceedings, United States Bankruptcy Court, Central District of California, Case No. 6:09-bk-24322. The Montgomery Family Trust has not filed a bankruptcy petition. Said schedules recite, *inter alia,* that the Montgomery parties have the following claims:

1. "Claim against the Liner Firm, Teri Pham, and Deborah Klar  for indemnification regarding sanction order in Federal Court Reno, NV Case No. 3:06-cv-56-PMP-VPC.         $204,411.00"

2. "Claims for legal malpractice against Liner Firm, Terri Pham, Deborah Klar, Tuneen Chisholm,

1

Shannon Anderson, Robert Oliver, Richard Mooney, Ryan Lapine, Robert Shore, Stuart A. Liner, Peter Bransten, Ellen Garofalo, and Randal Sunshine in Federal Court Reno, NV Case No. 3:06-cv-56-PMP-VPC.    $10,000,000.00."

3.    "Claims for misrepresentation against Edra Blixseth and the Liner Firm for settlement agreement with Warren Trepp, and Etreppid Technologies, on 9/08.    $26,500,000.00"

4.    "Montgomery parties still do not have a signed settlement agreement from Warren Trepp, Etreppid Technologies, and Edra Blixseth with signatures."

July 28, 2009                                            /S/_____
                                                                  Michael J. Flynn

2