B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District Of California

In re Dennis L. Montgomery &
Brenda K. Montgomery
Debtor

Case No. 6:09-bk-24322

Chapter 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 3,707,000.00 | | |
| B - Personal Property | Yes | 6 | $ 49,518,540.81 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 4,263,014.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | $ 543,863.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $ 7,234,417.57 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | 0 | $ 53,225,540.81 | $ 12,041,294.70 | |

American LegalNet, Inc.
www.FormsWorkflow.com

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

<u>Central</u> District Of <u>California</u>

In re <u>Dennis L. Montgomery &</u>
<u>Brenda K. Montgomery</u>
Debtor

Case No. <u>6:09-bk-24322</u>

Chapter <u>7</u>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $     543,863.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $     543,863.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $     66,800.00 |
| Average Expenses (from Schedule J, Line 18) | $     78,485.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $          0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $     531,362.29 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $          0.00 |
| 4. Total from Schedule F | | $   7,234,417.57 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   7,765,779.86 |

American LegalNet, Inc.
www.FormsWorkflow.com

B6A (Official Form 6A) (12/07)

**In re** Dennis L Montgomery & Brenda K Montgomery,                Case No. 6:09-bk-24322          
                  **Debtor**                                                                   **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM * |
|---|---|---|---|---|
| Primary Residence - 6 Toscana Way Rancho Mirage, CA 92270 | Fee | J | 952,000.00 | 1,095,471.70 |
| House - 3812 94th Av NE Yarrow Point, WA 98004 | Fee | J | 2,150,000.00 | 2,477,813.65 |
| House - 12720 Buckthorn Lane Reno, NV 89511 | Fee | J | 605,000.00 | 661,556.21 |
| * In addition, Warren Trepp may have Judgment liens encumbering one or more of these real properties | | | | |
| | | Total ➤ | 3,707,000.00 | |

(Report also on Summary of Schedules.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6B (Official Form 6B) (12/07)

In re Dennis L Montgomery & Brenda K Montgomery,       Case No. 6:09-bk-24322
_____                        _____
          Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | Nominal |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached Rider | J | 10,036.89 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Ordinary and necessary household goods and furnishings | J | 8,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CD Juke Box | J | 1,100.00 |
| 6. Wearing apparel. | | Ordinary and necessary wearing apparel | J | 4,540.00 |
| 7. Furs and jewelry. | | See Attached Rider | J | 98,902.80 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Aviva Life and Annuity Company Policy#2250801 | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6B (Official Form 6B) (12/07) -- Cont.

In re Dennis L Montgomery & Brenda K Montgomery,    Case No. 6:09-bk-24322
         **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA | J | 26,402.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | . | Nevada Security Bank Stock, 1000 shares | J | 859.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Blxware Payroll 42765 Dunes View Road Rancho Mirage, CA 92270 | H | 526,204.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6B (Official Form 6B) (12/07) -- Cont.

In re Dennis L Montgomery & Brenda K Montgomery,                     Case No. 6:09-bk-24322
               **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Attached Rider | H | 10,000,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Rider | H | 32,610.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | HP Printer, All in One Fax, Desk and Lamp | | 875.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | See Attached Rider | | 38,809,011.12 |

                           continuation sheets attached    **Total ➤**    **$**          **49,518,540.81**
                           (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

American LegalNet, Inc.
www.FormsWorkflow.com

SCHEDULE B - PERSONAL PROPERTY RIDER

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 2. Checking, Savings or other financial accounts, certificates of deposit or shares in banks, savings, and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, and cooperatives. | Wells Fargo - 0933 - Checking<br>P.O. Box 6995<br>Portland, OR 97228 | J | $2,027.22 |
| | Wells Fargo - 2525 - Checking<br>P.O. Box 6995<br>Portland, OR 97228 | J | $430.67 |
| | Wells Fargo - 5878 - Checking<br>P.O. Box 6995<br>Portland, OR 97228 | J | $240.10 |
| | Bank of America - 6796 - Checking<br>P.O. Box 25118<br>Tampa, Fl 33622 | J | $856.67 |
| | Bank of America - 9911 - Checking<br>P.O. Box 25118<br>Tampa, Fl 33622 | J | $3,275.56 |
| | Chase Bank - 4273 - Checking<br>36101 Bob Hope Drive Ste G-1<br>Rancho Mirage, CA 92270 | J | $3,206.67 |
| | | | $10,036.89 |

SCHEDULE B - PERSONAL PROPERTY RIDER

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 7. Furs and Jewelery | LDS 18K Y/G DIAMOND EARRINGS STUD | W | $8,087.40 |
| | LDS DIAMOND NECKLACE WITH 66 BAUGETTE | W | $19,605.60 |
| | LDS DIA BRACLT W/66 RBC DIAS OF 3.00CT TW | W | $2,586.00 |
| | LDS DIAMOND BRACELET CONTAINING 35 ROUND | W | $13,822.20 |
| | LDS DIAMOND WEDDING RING ONE 2.01CT | W | $22,915.20 |
| | LDS DIA EARRINGS, PIERCED-POST-STUD | W | $25,883.40 |
| | GIORGIO ARMANI WATCH | H | $6,003.00 |
| | | | $98,902.80 |
| 22. Patents, copyright, and other intellectual property. Give partculars. | US Copyright Registrations - Published by Dennis Montgomery 1982 - 2006 | | $10,000,000.00 |
| | Source Code IBM PC CORTEX #V3536D361 Updated 2006 | H | |
| | Source Code IBM PC BLOOD GAS #V3536D581 Updated 2006 | H | |
| | Source Code Anatomic Pathology TX0002095009 Publish 1987 | H | |
| | Source Code MIND for IBM PC TX000200234 Publish 1986 | H | |
| | Source Code Anatomic Pathology TX0002095009 Publish 1987 | H | |
| | Source Code MIND for IBM PC TX000200234 Publish 1986 | H | |
| | Source Code IBM PC BLOOD GAS #TU000098727 Publish 1982 | H | |
| | Source Code IBM PC BLOOD GAS #TU000098728 Publish 1982 | H | |
| | Source Code IBM PC BLOOD GAS #TU000098018 Publish 1982 | H | |
| | Source Code IBM PC BLOOD GAS #TU000098713 Publish 1982 | H | |
| | Source Code IBM PC MICROBIOLOGY #TU0002083750 Publish 1987 | H | |

SCHEDULE B - PERSONAL PROPERTY RIDER

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 22. Patents, copyright, and other intellectual property. Give partculars. | US Copyright Registrations - Published by Dennis Montgomery 1982 - 2006 | | |
| | Source Code IBM PC CLINICAL MIND #TU0002034758 Publish 1986 | H | |
| | Source Code IBM PC CORTEX #TU0001983147 Publish 1986 | H | |
| 25. Automobiles, Trucks, Trailers, and other vehicles and accessories. | All vehicles are located at 6 Toscana Way W. Rancho Mirage, CA 92270 | | |
| | 2006 K1500 Chevy Silverado Pickup | J | $9,845.00 |
| | 2003 Chevy Tahoe | J | $8,915.00 |
| | 2005 Cadillac STS | J | $13,850.00 |
| | | | $32,610.00 |
| 35. Other personal property of any kind not already listed. Itemize. | Per court order entered in this proceeding in the US Federal Court, Reno, NV - Case #306-cv-00056-PMP-VPC. | | $2,104,600.12 |
| | Debtor is entitled to reimbursement of legal fees from the United States of America for wrongful conduct of the Federal Bureau of Investigation. | | |
| | Claim against the Liner Firm, Teri Pham, and Deborah Klar for indemnification regarding sanction order in Federal Court Reno, NV Case No. 306-cv-0056-PMP-VPC | | $204,411.00 |
| | Claims for legal malpractice against Liner firm, Terri Pham, Deborah Klar, Tuneen Chisolm, Shannon Anderson, Robert Oliver, Richard Mooney, Ryan Lapine, Robert Shore, Stuart A. Liner, Peter Bransten, Ellen Garofalo, and Randal Sunshine in Federal Court Reno, NV Case No. 306-cv-0056-PMP-VPC | | $10,000,000.00 |
| | Claims for misrepresentaions against Edra Blixseth and the Liner Law Firm for settlement agreement with Warren Trepp and Etreppid Technologies on 09/08. | | $26,500,000.00 |
| | Montgomery Parties still do not have a signed settlement agreement from Warren Trepp, Etreppid Technologies, and Edra Blixseth with signatures. | | |
| | | | $38,809,011.12 |

IN ADDITION, DENNIS MONTGOMERY IS THE HOLDER OF CERTAIN INTELLECTUAL
PROPERTY RIGHTS WHICH ARE SUBJECT TO THE NATIONAL SECURITY ACT OF 1947,
11 U.S.C. SECTION 401(a) et seq., AND IS, BY SUCH ACT, PROHIBITED, WITHOUT THE
EXPRESS CONSENT OF THE UNITED STATES DEPARTMENT OF JUSTICE AND
CERTAIN OTHER AGENCIES OF THE UNITED STATES OF AMERICA
FROM MAKING ANY DISCLOSURES WITH RESPECT THERETO.  ANY REQUESTED
INFORMATION WITH RESPECT THERETO MUST BE DIRECTED TO RAPHAEL
O. GOMEZ, US DEPARTMENT OF JUSTICE - CIVIL DIVISION
SENIOR TRIAL COUNSEL - 950 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20530. (202) 514-1318.

B6C (Official Form 6C) (12/07)

In re Dennis L Montgomery &
Brenda K Montgomery,                         Case No. 6:09-bk-24322
_____          _____
                **Debtor**                                **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Ordinary and necessary household goods and furnishings, including audio, video, and computer equipment | CCP Section 703.140(b)(3) and CCP Section 703.140(b)(6) | 21,065.00 | |
| Ordinary and necessary books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | CCP Section 703.140(b)(3) | 3,188.00 | |
| Ordinary and necessary, wearing Apparel | CCP Section 703.140(b)(3) | 4,540.00 | |
| Jewelry | CCP Section 703.140(b)(4) | 1,225.00 | |
| Interest in IRA | CCP Section 703.140(b)(10)(E) | 26,402.00 | |
| Equity in 2006 Chevy Silverado | CCP Section 703.140(b)(2) | 2,975.00 | |
| Wildcard Applied to wedding ring and other jewelry | CCP Section 703.140(b)(1)and (5) | 18,675.00 | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6D (Official Form 6D) (12/07)

In re <u>Dennis L Montgomery &</u>
    <u>Brenda K Montgomery,</u>                Case No. <u>6:09-bk-24322</u>
              **Debtor**                                            **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Michael J Flynn<br>One Center Plaza Ste. 240<br>Boston, MA 02129 | X | C | See attached Rider<br><br>VALUE $ See Attached Rider | | | X | | 0.00 |
| ACCOUNT NO. | | | | | | | | |
| Michael J Flynn<br>One Center Plaza Ste. 240<br>Boston, MA 02129 | X | C | See Attached Rider<br><br>VALUE $See Attached Rider | | | X | | 0.00 |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $0.00 | | | | | |

| | | |
|---|---|---|
| <u> 2 </u> continuation sheets attached | Subtotal ▶<br>(Total of this page) | $        0.00  $        0.00 |
| | Total ▶<br>(Use only on last page) | $           $ |
| | | (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

American LegalNet, Inc.
www.FormsWorkflow.com

B6D (Official Form 6D) (12/07) – Cont.

In re  Dennis L Montgomery &
      Brenda K Montgomery,
─────────────────────────────
            Debtor

Case No  6:09-bk-24322
─────────────────────────────
                    (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 130901408-0 Country Wide Home Loans P.O. Box 650070 Dallas, TX 75265-0070 | | J | First Mortgage incurred on 11/01/06 on home located at: 3812 94th. Avenue NE Yarrow Point, WA 98004 <br><br> VALUE $2,150,000.00 | X | | | 2,279,159.65 | 129,159.65 |
| ACCOUNT NO. 501695781-2 Flag Star P.O. Box 371891 Pittsburgh, PA 15250-7891 | | J | Second Mortgage incurred on 10/01/07 on home located at: 6 Toscana Way Rancho Mirage, CA 92270 <br><br> VALUE $952,000.00 | | | | 120,526.73 | 120,526.73 |
| ACCOUNT NO. 085-9066-27687 GMAC P.O. Box 78234 Phoenix, AZ 85062-8234 | | J | 2003 Chevy Tahoe financed on 01/10/05 with GMAC Financial <br><br> VALUE $8,915.00 | | | | 3,845.25 | |
| ACCOUNT NO. 611-9076-90560 GMAC P.O. Box 78234 Phoenix, AZ 85062-8234 | | J | 2005 Cadillac STS financed on 01/28/05 with GMAC Financial <br><br> VALUE $13,850.00 | | | | 17,471.25 | 3,621.25 |
| ACCOUNT NO. 0000-3000-582-713 US Bank Consumer Finance Brokered Loan Sales Center P.O. Box 790179 St. Louis, MO 63179-0179 | | J | Second Mortgage incurred on 10/01/07 on home located at: 3812 94th. Avenue NE Yarrow Point, WA 98004 <br><br> VALUE $2,150,000.00 | | | | 249,262.62 | 249,262.62 |

Sheet no. __1__ of __2__ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ▶
(Total of this page)

$ 2,670,265.50   $  502,570.25

Total ▶
(Use only on last page)

$                 $

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6D (Official Form 6D) (12/07) – Cont.                                                         2

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>       Case No. <u>6:09-bk-24322</u>
                       Debtor                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER *(See instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 40874612<br>Aurora Loan Service<br>P.O. Box 78111<br>Phoenix, AZ 85062-8111 | | J | First Mortgage incurred on 10/01/07 on home located at: 6 Toscana Way Rancho Mirage, CA 92270<br><br>VALUE $952,000 | X | | | 974,945.04 | $22,945.04 |
| ACCOUNT NO. 628967630<br>Washington Mutual<br>P.O. Box 78148<br>Phoenix, AZ 85062-8148 | | J | First Mortgage incurred on 01/16/99 on home located at: 12720 Buckthorne Lane Reno, NV 89511<br><br>VALUE $605,000 | X | | | 412,293.59 | |
| ACCOUNT NO. 6546 5407 309600001<br>Wells Fargo Home Equity Payment<br>P.O. Box 31557<br>Billings, MT 59107-9900 | | J | Second Mortgage incurred on 02/01/01 on home located at: 12720 Buckthorne Lane Reno, NV 89511<br><br>VALUE $605,000 | X | | | 198,654.00 | 5,847.00 |
| ACCOUNT NO. 049-783-04<br>Washoe County Treasurer<br>P.O. Box 11130<br>Reno, NV 89520-0027 | | | Property taxes for tax year 2008 on property located at 12720 Buckthorn Lane Reno, 89511<br><br>VALUE $6,856.00 | | | | $6,856.00 | |
| ACCOUNT NO.<br>Warren Trepp & eTreppid Technologies LLC<br>755 Trademark Drive<br>Reno, NV 89521 | | | See attached Rider<br><br>VALUE $ | | | | $ Undetermined | |

Sheet no. <u>2</u> of <u>2</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ► (Total of this page)          $1,592,748.63     $28,792.04

Total ► (Use only on last page)          $4,263,014.13     $531,362.29

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

<u>SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS</u>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTIGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Michael J Flynn<br>One Center Plaza Ste. 240<br>Boston, MA 02129 | X | On, 12/16/08 Reno Federal Judge orders all prior legal bills to be paid to Michael J. Flynn.<br>Reno Federal Case #306-cv-00056-PMP-VPC<br>Value: $628812.15 | | | X | Undetermined | |
| Michael J Flynn<br>One Center Plaza Ste. 240<br>Boston, MA 02129 | X | On, 03/01/09 Reno Federal Judge sanctions Montgomery and the Liner law firm in the Mike Flynn fee dispute.<br>Reno Federal Case #306-cv-00056-PMP-VPC<br>Value: $204,411.00 | | | X | Undetermined | |
| Warren Trepp<br>Etreppid Technologies, LLC<br>755 Trademark Drive<br>Reno, NV 89521 | X | On, 12/15/08 Trepp parties file Confessions of Judgement against Montgomery Parties in NV, WA, and CA.<br>Reno Federal Case #306-cv-00056-PMP-VPC<br>Value: $26,5000,000 | | | X | Undetermined | |

B6E (Official Form 6E) (12/07)

In re  Dennis L Montgomery & Brenda K Montgomery    ,          Case No. 6:09-bk-24322
                                                                    (if known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife ,Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

American LegalNet, Inc.
www.FormsWorkflow.com

B6E (Official Form 6E) (12/07) – Cont.

In re Dennis L Montgomery & Brenda K Montgomery,                    Case No. 6:09-bk-24322 _____
            **Debtor**                                                                                                     **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

American LegalNet, Inc.
www.FormsWorkflow.com

B6E (Official Form 6E) (12/07) — Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>
                  Debtor

Case No. <u>6:09-bk-24322</u>
                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 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<br><br>Internal Revenue Service<br>United States Attorney's Office<br>Tax<br>300 N. Los Angeles St. Ste. 7211<br>Los Angeles, CA 90012-3342 | | J | 2005-2006 Tax Year | | | X | 203,000 | 203,000 | 0 |
| Account No. 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<br><br>State Board of Equalization<br>Supervisor of Collection<br>P.O. Box 942879<br>Sacramento, CA 95808 | | J | 2007 Tax Year | | | X | 127,406 | 127,406 | 0 |
| Account No. 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<br><br>Internal Revenue Service<br>United States Attorney's Office<br>Tax<br>300 N. Los Angeles St. Ste. 7211<br>Los Angeles, CA 90012-3342 | | J | 2008 Tax year | | | X | 213,457 | 213,457 | |
| Account No. | | | | | | | | | |

Sheet no. <u>1</u> of <u>4</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 543,863 | $ 543,863 | 0.00 |
| Total▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 543,863 | | |
| Totals▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 543,863 | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

B6E (Official Form 6E) (12/07) – Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>          Case No. <u>6:09-bk-24322</u>
              **Debtor**                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Department of Benefit Payments <br> Collection Section <br> 800 Capitol Mall <br> Sacramento, CA 95814 | | | Notice Only | | | | | | |
| Account No. <br><br> Internal Revenue Service <br> Spcl Proc Collection Division <br> Rm 4062 - Federal Bldg <br> (Stop 5022) <br> Los Angeles, CA 900012 | | | Notice Only | | | | | | |
| Account No. <br><br> Internal Revenue Service <br> United States Attorney's Office <br> Tax Division <br> 300 N Los Angeles St, Ste 7211 <br> Los Angels, CA 90012-3342 | | | Notice Only | | | | | | |

Sheet no. <u>2</u> of <u>4</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $     0.00 | $     0.00     0.00 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $     $ |

American LegalNet, Inc.<br>www.FormsWorkflow.com

B6E (Official Form 6E) (12/07) – Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>          Case No. <u>6:09-bk-24322</u>
_____                        _____
              **Debtor**                                           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001 | | | Notice Only | | | | | | |
| Account No.<br><br>State Board of Equalization<br>Supervisor of Collection<br>PO Box 942879<br>Sacramento, CA 94279-0001 | | | Notice Only | | | | | | |
| Account No.<br><br>Franchise Tax Board<br>Special Procedures Section<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | | Notice Only | | | | | | |
| Account No.<br><br>County of Riverside Treasurer and Tax Collector<br>4080 Lemon St<br>Riverside, CA 92501-3609 | | | Notice Only | | | | | | |

Sheet no. <u>3</u> of <u>4</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    | $        0.00 | $        0.00 |         0.00

Total▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)    | $ |

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    | | $ | $

American LegalNet, Inc.
www.FormsWorkflow.com

B6E (Official Form 6E) (12/07) – Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>        Case No. <u>6:09-bk-24322</u>
　　　　　　　　　　Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. County of Clark Treasurer and Tax Collector Clark County Government Center 500 South Grand Central Parkway P.O. Box 551220 Las Vegas, Nevada 89155-1220 | | | Notice Only | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. <u>4</u> of <u>4</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $          0.00 | $          0.00 | 0.00 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $       543,863 | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $       543,863 | $       0.00 |

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re Dennis L Montgomery & Brenda K Montgomery,                    Case No. 6:09-bk-24322
_____                              _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 77585141482065 <br> AT&T <br> P.O. Box 989045 <br> W. Scaramento, CA 95798-9045 | | J | Monthly Recurring | | | | 67.00 |
| ACCOUNT NO. 436046369196 <br> AT&T Mobility <br> P.O. Box 515188 <br> Los Angeles, CA 90051-5188 | | J | Monthly Recurring | | | | 225.00 |
| ACCOUNT NO. 119618165 <br> AT&T Mobility <br> P.O. Box 60017 <br> Los Angeles, CA 90060-0017 | | J | Monthly Recurring | | | | 225.00 |
| ACCOUNT NO. <br> Dunphy's ExtermaPest Inc. <br> P.O. Box 2317 <br> Cathedral City, Ca 92235 | | J | Monthly Recurring | | | | 98.00 |

                                                                   Subtotal➤      |$        615.00 |

X continuation sheets attached                                         Total ➤   |$               |
                                         (Use only on last page of the completed Schedule F.)
                                         (Report also on Summary of Schedules and, if applicable, on the Statistical
                                                     Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>     Case No. <u>6:09-bk-24322</u>
                        **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4147341018006654<br>Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | | J | Credit Card | | | | 15,059.59 |
| ACCOUNT NO. 1379388<br>Caesars<br>1 Caesars Palace Drive<br>Las Vegas, NV 89109 | | H | 09/27/08 | | | | 990,000.00 |
| ACCOUNT NO. 5443760010512799<br>Chase - Card Member Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | J | Credit Card | | | | 3,998.65 |
| ACCOUNT NO. 40536207002<br>Coachella Valley Water District<br>P.O. Box 5000<br>Coachella, CA 92236-5000 | | J | Monthly Recurring | | | | 105.00 |
| ACCOUNT NO. 5410654141959814<br>Citicards<br>P.O. Box 6940<br>The Lakes, NV 88901-6940 | | J | Credit Card | | | | 39,687.01 |

Subtotal➤   $   1,048,850.25

Sheet no. <u>1</u> of <u>10</u> continuation sheets attached to

Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>          Case No. <u>6:09-bk-24322</u>
Debtor                                                                    (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 862132<br><br>Edra Blixseth<br>42765 Dunes View Road<br>Rancho Mirage, CA 92270 | | H | Loans | | | X | 2,100,000.00 |
| ACCOUNT NO. 4302<br><br>Gunderson Law Firm<br>3895 Warren Way<br>Reno, NV 89509 | X | H | Legal Bills | | | | 46,705.28 |
| ACCOUNT NO. 012526-110238541806<br><br>Verizon CA<br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 | | J | Monthly Recurring | | | | 214.00 |
| ACCOUNT NO. 277-528-972<br><br>Victoria's Secret<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | | J | Credit Card | | | | 455.72 |

$2,147,375.00

Total ►
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary
of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>      Case No. <u>6:09-bk-24322</u>
                 Debtor                                                         (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1379388<br><br>Harrah's Lake Tahoe Casino<br>50 Hwy 50<br>Stateline, NV 89449 | | H | 11/23/08 | | | | 540,000 |
| ACCOUNT NO. 38<br><br>Irish Green Lawns<br>510 Twin Lakes Drive<br>Reno, NV 89523 | | J | Monthly Recurring | | | | 265.00 |
| ACCOUNT NO. 12240<br><br>La Toscana<br>c/o Personal Property Mgmt<br>68-950 Adelina Road<br>Cathedral City, CA 92234 | | J | Monthly Recurring | | | | 390.00 |
| ACCOUNT NO. 39641<br><br>Liner Grode Stein Yankelevitz<br>Sunshine Regenstreif & Taylor LLP<br>1100 Glendon Avenue 14th. Floor<br>Los Angeles, CA 90024-3503 | X | J | 08/2007 – 07/2009 | | | X | 1,457,73 5.83 |

Sheet no. <u>3</u> of <u>10</u> continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $1,998,390.83

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>
         Debtor

Case No. <u>6:09-bk-24322</u>
         (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Logar and Pulver<br>225 So. Arlington Avenue Ste. A<br>Reno, NV 89501 | X | H | 09/19/08 | | | | 107,316.69 |
| ACCOUNT NO. 48-014-516-894-4<br>Macy's<br>P.O. Box 6938<br>The Lakes, NV 88901-6938 | | J | Credit Card | | | | 7,402.17 |
| ACCOUNT NO.<br>Michael Martinez Design<br>2317 N. Gower Street<br>Los Angeles, CA 90068 | | J | Design work for 6 Toscana Way W, Rancho Mirage CA 92270 home. | | | | 1,000 |
| ACCOUNT NO. 1000021241601728425<br>NV Energy<br>P.O. Box 30065<br>Reno, NV 89520 | | J | Monthly Recurring | | | | 215.00 |

Sheet no. <u> 4 </u> of <u> 10 </u> continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $115,933.86

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>
                     Debtor

Case No. <u>6:09-bk-24322</u>
                (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pacific Landscape Management, Inc.<br>16541 Redmond Way, 319C<br>Redmond, WA 98052 | | J | Monthly Recurring | | | | 1,350.51 |
| ACCOUNT NO. 003123310<br><br>Pallazo<br>3355 Las Vegas Blvd So.<br>Las Vegas, NV 89109 | | H | 09/27/08 | | | | 802,000 |
| ACCOUNT NO. 010954399<br><br>Peppermill<br>2707 South Virginia Street<br>Reno, NV 89502 | | H | 11/23/08 | | | | 375,000 |
| ACCOUNT NO. 1100059435<br><br>Porsche Payment Center<br>P.O. Box 740724<br>Cincinnati, OH 45274-0724 | | J | Lease | | | | 4,312.94 |

Sheet no. __5__ of __10__ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $808,038.45

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary
of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>      Case No. <u>6:09-bk-24322</u>
                     Debtor                                      (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 199-238-603-5<br><br>Puget Sound Energy<br>BOT-01H, P.O. Box 91269<br>Bellevue, WA 98009-9269 | | J | Monthly Recurring | | | | 276.00 |
| ACCOUNT NO. 425-467-1218-710R<br><br>Qwest<br>P.O. Box 91155<br>Seattle, WA 98111-9255 | | J | Monthly Recurring | | | | 214.00 |
| ACCOUNT NO. 7841-242-584<br><br>Saks Fifth Avenue<br>P.O. Box 60151<br>City of Industry, CA 91716-0151 | | J | Credit Card | | | | 6,261.92 |
| ACCOUNT NO. 7775-431-955<br><br>Saks Fifth Avenue<br>P.O. Box 60151<br>City of Industry, CA 91716-0151 | | J | Credit Card | | | | 2,815.58 |

Sheet no. __6__ of __10__ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶     $9,567.50

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>           Case No. <u>6:09-bk-24322</u>
                        Debtor                                                                        (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Skadden Arps Slate Meagher & Flom LLP & Affiliates <br> 1440 New York Avenue NW <br> Washington, DC 20005 | X | H | Legal Bills | | | X | 834,204.00 |
| ACCOUNT NO. 2-29-793-6973 <br><br> Southern CA Edison <br> P.O. Box 600 <br> Rosemead, CA 91771-0001 | | J | Monthly Recurring | | | | 715.00 |
| ACCOUNT NO. 326462984 <br><br> Sprint <br> P.O. Box 105243 <br> Atlanta, GA 30348-5243 | | J | Monthly Recurring | | | | 122.00 |
| ACCOUNT NO. 1048-2795-12 <br><br> State Farm Insurance <br> P.O. Box 680001 <br> Dallas, TX 75368-0001 | | J | Monthly Recurring | | | | 103.00 |

Sheet no. __7__ of __10__ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $835,144.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>       Case No. <u>6:09-bk-24322</u>
              Debtor                                            (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1041-6294-15<br><br>State Farm Insurance<br>P.O. Box 680001<br>Dallas, TX 75368-0001 | | J | Monthly Recurring | | | | 675.00 |
| ACCOUNT NO.<br><br>Steve Stratton Pool Service<br>P.O. Box 1355<br>Palm Desert, CA 92261 | | J | Monthly Recurring | | | | 120.00 |
| ACCOUNT NO. 059-932-7918-0<br><br>The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 | | J | Monthly Recurring | | | | 115.00 |
| ACCOUNT NO. 8340-51-006-0329810<br><br>Time Warner Cable<br>P.O. Box 60506<br>City of Industry, CA 91716-0506 | | J | Monthly Recurring | | | | 212.00 |

Sheet no. __8__ of __10__ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                      Subtotal ▶      $1,122.00

                                         Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>      Case No. <u>6:09-bk-24322</u>
                Debtor                                                                   (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5450-8120-4753-3502<br><br>US Bank<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | | J | Monthly Recurring | | | | 4,713.50 |
| ACCOUNT NO. 4037 6973 4100 6098<br><br>US Bank<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | | J | Monthly Recurring | | | | 5,298.32 |
| ACCOUNT NO. 10001437-20002709<br><br>Washoe County Treasurer<br>P.O. Box 30085<br>Reno, NV 89520-3085 | | J | Monthly Recurring | | | | 118.00 |
| ACCOUNT NO. 4037-6973-4100-6098<br><br>Wells Visa –Card Member Services<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | | J | Credit Card | | | | 264,905.22 |

Sheet no. __9__ of __10__ continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                  Subtotal ▶ | $265,995.68

Total ▶ | $7,234,417.57
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07)**

In re <u>Dennis L Montgomery & Brenda K Montgomery,</u>
Debtor

Case No. <u>6:09-bk-24322</u>
(if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> J. Stephen Peek, Esq. <br> Hale, Lane, Peek, Dennison and Howard <br> 3930 Howard Hughes Parkway <br> Fourth Floor <br> Las Vegas, NV 89169 | | | Notice <br> Attorneys for Warren Trepp | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. <u>10</u> of <u>10</u> continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

$7,234,417.57

**B6G (Official Form 6G) (12/07)**

Dennis L Montgomery &
In re Brenda K Montgomery          **Case No.**   6:09-bk-24322
_____                                            _____
                  **Debtor**                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Porsche Payment Center P.O. Box 740724 Cincinnati, OH 45274-0724 Acct. # 1100059435 | Automobile Lease with Porsche Financial starting on 07/2008 ending on 07/2011 |
| Opspring 42-765 Dunes View Road Rancho Mirage, Ca 92270 | 5 Year Contract starting 04/5/06 to 04/5/11 with Opspring, LLC. Edra Blixseth has a 5 year loan attached to this contract, which is reflected in schedule F. Contract was transferred to BLXware 01/08. Company has breached the contract, and currently owes back pay and expenses. |
| | |
| | |
| | |
| | |
| | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6H (Official Form 6H) (12/07)

In re <u>Dennis L Montgomery & Brenda K Montgomery</u>     Case No. <u>6:09-bk-24322</u>
          **Debtor**                                                     **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian. "Do not disclose the child's name, See, 11 U.S.C. Section 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Edra Blixseth<br>42-765 Dunes View Road<br>Rancho Mirage, Ca 92270 | Warren Trepp & eTreppid Technologies LLC<br>755 Trademark Drive<br>Reno, NV 89521 |
| Opspring<br>42-765 Dunes View Road<br>Rancho Mirage, Ca 92270 | Warren Trepp & eTreppid Technologies LLC<br>755 Trademark Drive<br>Reno, NV 89521 |
| Blxware<br>42-765 Dunes View Road<br>Rancho Mirage, Ca 92270 | Warren Trepp & eTreppid Technologies LLC<br>755 Trademark Drive<br>Reno, NV 89521 |
| Liner Law Firm<br>1100 Glendon Avenue 14th Floor<br>Los Angeles, Ca 90024-3503 | Michael J Flynn<br>One Center Plaza Ste. 240<br>Boston, MA 02129 |
| Deborah Klar<br>Liner Law Firm<br>1100 Glendon Avenue 14th Floor<br>Los Angeles, Ca 90024-3503 | Michael J Flynn<br>One Center Plaza Ste. 240<br>Boston, MA 02129 |
| Terri Pham<br>Liner Law Firm<br>1100 Glendon Avenue 14th Floor<br>Los Angeles, Ca 90024-3503 | Michael J Flynn<br>One Center Plaza Ste. 240<br>Boston, MA 02129 |

American LegalNet, Inc.<br>www.FormsWorkflow.com

B6I (Official Form 6I) (12/07)

In re Dennis L Montgomery & Brenda K Montgomery     Case No. 6:09-bk-24322
_____
Debtor                                                       (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: M | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP: | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Programmer | Home maker |
| Name of Employer | Blxware | |
| How long employed | 3yrs | |
| Address of Employer | 42-765 Dunes View Rancho Mirage, Ca 92270 | |

Income: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 100,000.00 | $ 0.00 |
| 2. | Estimated monthly overtime | $ | $ |
| 3. | SUBTOTAL | $ 100,000.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 33,200.00 | $ |
| | b. Insurance | $ | $ |
| | c. Union dues | $ | $ |
| | d. Other (Specify: ___ ) | $ | $ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 33,200.00 | $ 0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 66,800.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. | Income from real property | $ 0.00 | $ |
| 9. | Interest and dividends | $ 0.00 | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. | Social security or other government assistance (Specify: _____ ) | $ 0.00 | $ |
| 12. | Pension or retirement income | $ 0.00 | $ |
| 13. | Other monthly income (Specify: _____ ) | $ 0.00 | $ |
| | | $ 0.00 | $ |
| | | $ 0.00 | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 66,800.00 | $ 0.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 66,800.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Debtor has not received approximate payroll in five months. Debtor is currently owed $520,000 in back pay, and expenses.

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Dennis L Montgomery &
Brenda K Montgomery ,
_____
Debtor

Case No. 6:09-bk-24322 _____
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 26,815.00 |
|    a. Are real estate taxes included?    Yes_____   No ___X___ | | |
|    b. Is property insurance included?    Yes_____   No ___X___ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 1,705.00 |
|            b. Water and sewer | $ | 365.00 |
|            c. Telephone | $ | 720.00 |
|            d. Other _____ | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 1,850.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 600.00 |
| 6. Laundry and dry cleaning | $ | 300.00 |
| 7. Medical and dental expenses | $ | 900.00 |
| 8. Transportation (not including car payments) | $ | 1,400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | 855.00 |
|      b. Life | $ | 1,064.00 |
|      c. Health | $ | 1,675.00 |
|      d. Auto | $ | 820.00 |
|      e. Other | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  Home | $ | 9,201.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | 4,215.00 |
|      b. Other _____ | $ | |
|      c. Other _____ | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 9,200.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 3,400.00 |
| 17. Other  Support for family members. | $ | 16,400.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 78,485.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
Decrease in expenditures since we will only be maintaining one home. _____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 15 of Schedule I | $ | 0 |
|    b. Average monthly expenses from Line 18 above | $ | 78,485.00 |
|    c. Monthly net income (a. minus b.) | $ | -78,485.00 |

American LegalNet, Inc.
www.FormsWorkflow.com

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re    Dennis L. Montgomery &
     Brenda K. Montgomery        ,
               **Debtor**

Case No.   6:09-bk-24322
                **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   7/13/2009 _____

Signature _____
                               **Debtor**
         Dennis L. Montgomery

Date   7/13/2009 _____

Signature _____
                          (Joint Debtor, if any)
         Brenda K. Montgomery
         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

Social Security No. _____
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____
    Signature of Bankruptcy Petition Preparer

Date _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

American LegalNet, Inc.
www.FormsWorkflow.com