**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., ) | | 3:06-CV-0056-PMP (VPC) |
| ) | | |
| Plaintiffs, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | August 7, 2009 |
| ) | | |
| ETREPPID TECHNOLOGIES, et al.) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On July 1, 2009, Deborah Klar filed a motion for ruling on evidentiary objections (#1106). Michael Flynn shall have to and including **Friday, August 21, 2009**, to respond to the evidentiary objections interposed by the Montgomery parties in the opposition to motion for sanctions (#601). A reply, if any, shall be filed on or before **Monday, August 31, 2009.**

   **IT IS SO ORDERED.**

                    LANCE S. WILSON, CLERK

               By:      /s/
                    Deputy Clerk