GARY R. GOODHEART, ESQ.
Nevada Bar No. 1203
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone:  (702) 862-3300
Facsimile:  (702) 737-3305
grg@jonesvargas.com
Attorneys for Non-Party
Deborah A. Klar

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST, | 3:06-CV-00056-PMP-VPC<br>Base File |
| | 3:06-CV-00145-PMP-VPC |
| v.<br><br>ETREPPID TECHNOLOGIES, L.L.C., WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, | **OBJECTIONS OF NON-PARTY DEBORAH A. KLAR TO THE AUGUST 7, 2009 MINUTE ORDER OF MAGISTRATE JUDGE [DOC. #1114]**<br><br>**(Expedited Treatment Requested)** |
| AND ALL RELATED MATTERS. | |

Deborah A. Klar ("Ms. Klar"), by and through counsel, Gary R. Goodheart, Esq., of Jones Vargas, pursuant to 28 U.S.C. § 636(b) and Local Rule IB 3-1(a), submits her written objections to the minute order dated August 7, 2009 re evidentiary objections (Doc. 1114) (the "Minute Order") entered in Case No. 3:06-CV-00056-PMP-VPC, *Montgomery v. ETreppid et al.*, (the "Trade Secret Litigation") by United States Magistrate Judge Valerie P. Cooke.

Pursuant to 28 USC § 636(b)(1)(A), "a judge of the court may reconsider any pretrial matter" heard and determined by a magistrate judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." *See also* Local Rule IB 3-1(a).

These objections are based upon the memorandum of points and authorities below, all

/ / /

/ / /

/ / /

1  papers and exhibits on file herein, and any oral argument this Court sees fit to allow at a hearing on
2  this matter.
3          Dated this 17th day of August, 2009.
4                                              JONES VARGAS

By: /s/ Gary R. Goodheart
GARY R. GOODHEART, ESQ.
Nevada Bar # 1203
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile:  (702) 737-0069
ATTORNEYS FOR DEBORAH KLAR

## MEMORANDUM OF POINTS AND AUTHORITIES

On July 1, 2009, Ms. Klar filed a motion (Doc. # 1106) requesting that the Court rule on the evidentiary objections filed and served on May 13, 2008 by Liner Yankelevitz Sunshine & Regenstreiff LLP ("Liner") (Doc. #601) ("Liner Evidentiary Objections") in response to the Motion for Sanctions which was the subject of the now-stayed order of Magistrate Judge Valerie P. Cooke dated March 31, 2009 (Doc. # 985). In response to Ms. Klar's motion, Magistrate Judge Cooke issued a Minute Order on August 7, 2009 (Doc. # 1114) stating that Michael Flynn shall have until August 21, 2009 to respond to the Liner Evidentiary Objections filed more than a year ago. The Minute Order further states that "[a] reply, if any, shall be filed on or before Monday, August 31, 2009." It is respectfully submitted that Magistrate Judge Cooke's Order is clearly erroneous and contrary to law for at least the following reasons.

First, the Liner Evidentiary Objections were filed on behalf of the Montgomery Parties, including Dennis and Brenda Montgomery. Both have filed for bankruptcy. The automatic stay, in section 362(a) of the Bankruptcy Code, is the bankruptcy equivalent of a temporary injunction against virtually all creditor activity that might have the effect of advancing the creditor's interest at the expense of the debtor or property of the debtor's estate. Michael Flynn is a creditor of Dennis

1  and Brenda Montgomery.  Accordingly, it appears that the Minute Order was entered in violation of
2  section 362(a)(1) of the Bankruptcy Code.

3  Second, pursuant to the Order of Magistrate Judge Cooke of January 23, 2008 [Doc. 419 at
4  3], the parties in the Trade Secret Litigation were specifically directed that "Documents styled as
5  'objections to evidence' are not allowed, and counsel are cautioned not to file such papers in the
6  future.  To the extent counsel object to evidence, those objections may be included in points and
7  authorities, subject to the page limitations prescribed by Local Rule 7-4."  Thereupon, specific
8  objections to evidence were made in the points and authorities of Mr. Montgomery's Opposition to
9  the Motion for Sanctions filed by non-party Michael Flynn, Esq., Doc. # 601.

10  Mr. Flynn's response to the Liner Evidentiary objections was required to be filed
11  simultaneously with Mr. Flynn's reply to the Montgomery Parties' Opposition, Doc. # 601.
12  Pursuant to Nevada LR 7-2, therefore, Mr. Flynn's reply was required to be filed by May 27, 2008.
13  *See* Doc. 603   There is no reason Mr. Flynn should be afforded an opportunity to supplement his
14  reply at this late date.  That is particularly true where, as here, Magistrate Judge Cooke has already
15  made her findings and recommendations to the Court.  Having failed to so respond, Mr. Flynn has
16  now waived his opportunity to do so.

17  Third, the motion filed by Ms. Klar with the Court sought a determination by the Court with
18  respect to the Liner Evidentiary Objections in connection with the Court's ruling on the Objections
19  filed in response to the findings and recommendations of Magistrate Judge Cooke, Doc. #985.
20  Magistrate Judge Cooke chose not rule on the Liner Evidentiary Objections before filing Doc.
21  #985.

23  Ms. Klar and the other non-parties whom Magistrate Judge Cooke recommended be
24  sanctioned, whom have been required to incur substantial legal fees filing Objections in response to
25  Doc. #985, should not now be required to incur additional legal fees to start that process anew.  But
26  that will be the onerous burden imposed if (i) Mr. Flynn is given an opportunity now to respond to
27  the Liner Evidentiary Objections, to which the non-parties undoubtedly will have to reply; and (ii)
28  Magistrate Judge Cooke then rules on the Liner Evidentiary Objections and issues a decision to

which the non-parties will then be required to file in the event they disagree with Magistrate Judge Cooke's decision or how that decision may impact the Objections currently before the Court.

There is no provision in the federal or local rules authorizing the piecemeal ruling by a magistrate judge on motions presented for the magistrate judge's initial determination. Further, there is no provision in the federal or local rules authorizing the filing of a reply to any aspect of a motion after a magistrate judge has issued and submitted to the district court judge a recommendation on that motion and objections have been filed by the persons affected by the magistrate judge's recommendation. Any order permitting the piecemeal ruling on motions or allowing a reply to a motion considered by a magistrate judge, after objections to the magistrate judge's recommendation have been fully briefed, adversely affect the orderly administration of justice and prejudice the rights of the parties. Here, the same result would obtain.

## VIII. CONCLUSION

Based upon the foregoing, Ms. Klar requests that this Court vacate the Minute Order issued by Magistrate Judge Cooke on August 7, 2009 [Doc. 1114]. The time for Mr. Flynn to respond to Ms. Klar's Motion for Ruling on Evidentiary Objections, Doc. 1106, has now elapsed as of July 16, 2009, and the Motion should stand submitted and unopposed.

DATED this 17th day of August, 2009.

JONES VARGAS

By: /s/ Gary R. Goodheart
GARY R. GOODHEART, ESQ.
Nevada Bar # 1203
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-0069
ATTORNEYS FOR DEBORAH KLAR

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of JONES VARGAS, and that the foregoing document was served via electronic service on August 17, 2009 to the following parties:

Gregory W. Addington greg.addington@usdoj.gov, joanie.silvershield@usdoj.gov, judy.farmer@usdoj.gov

J. Stephen Peek speek@hollandhart.com, clein@hollandhart.com, dbergsing@hollandhart.com, dsagert@hollandhart.com, intaketeam@hollandhart.com, mdalluge@hollandhart.com

Jerry M Snyder jsnyder@hollandhart.com, Intaketeam@hollandhart.com, btoriyama@hollandhart.com, carnold@hollandhart.com, ckelb@hollandhart.com, cpulsipher@hollandhart.com

John J Frankovich jfrankovich@mcdonaldcarano.com

Leigh T Goddard lgoddard@mcdonaldcarano.com, dsmith-power@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

Mark H. Gunderson kgunderson@gundersonlaw.com

Richard Segerblom rsegerblom@lvcoxmail.com, tsegerblom@gmail.com

Ronald J Logar Zachary@renofamilylaw.com, Eric@renofamilylaw.com

Bridget Robb Peck bpeck@lrlaw.com, jmoulian@lrlaw.com

Debbie Leonard dshosteck@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

Carla DiMare cdimare@worldnet.att.net

Carlotta P Wells carlotta.wells@usdoj.gov

Michael James Flynn mjfbb@msn.com

Adam G Lang alang@hollandhart.com, btoriyama@hollandhart.com, eford@hollandhart.com, intaketeam@hollandhart.com

Brian M Heberlig bheberlig@steptoe.com

Robert A Ayers rayers@steptoe.com

Reid H Weingarten rweingarten@steptoe.com

1 Ryan M. Lapine rlapine@linerlaw.com

2
3 Deborah A. Klar DKLAR@LINERLAW.COM, dswinson@linerlaw.com, lwerderitch@linerlaw.com, ntorrecillas@linerlaw.com, stoy@linerlaw.com

4 Raphael O. Gomez raphael.gomez@usdoj.gov

5 Tuneen E. Chisolm tchisolm@linerlaw.com, cdraper@linerlaw.com

6 Shane M Biornstad sbiornstad@hollandhart.com, ckelb@hollandhart.com

7
8 Robert E Rohde brohde@rohdelaw.com, brohde@rohdelaw.com, jertel@rohdelaw.com

9 Gregory G. Schwartz gschwartz@rohdelaw.com

10 Ellyn S. Garofalo egarofalo@linerlaw.com, mwilcox@linerlaw.com

11
12 Richard J Mooney rmooney@linerlaw.com, pbransten@linerlaw.com, tyasmoothrlarsen@linerlaw.com

13 Heather Ristau heather.ristau@bingham.com

14 Marshall B. Grossman marshall.grossman@bingham.com

15 Roland Tellis roland.tellis@bingham.com

16
17 Randall J. Sunshine rsunshine@linerlaw.com, gtanzini@linerlaw.com

18 Ronald Logar zachary@logarpulver.com

19 **3:06-cv-56 Notice has been delivered by other means to:**

20 Opspring, LLC
600 106th Avenue NE, Ste 210
21 Bellevue, WA 98004-5045

22 Edra Blixseth
23 42-765 Dunes View Rd
Rancho Mirage, CA 92270-4311

24              /s/ Barbara Seed
               An employee of Jones Vargas
25

26

27

28

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300  Fax: (702) 737-7705