Ellyn S. Garofalo (SBN 158795)
Tuneen E. Chisolm (SBN 211741)
Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor
1100 Glendon Ave., 14th Fl., Los Angeles, CA 90024
Telephone No. (310) 500-3500
Facsimile No. (310) 500-3501

Attorneys for Defendants
Dennis Montgomery, Montgomery Family Trust and
Brenda Montgomery

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| DENNIS MONTGOMERY, an individual; MONTGOMERY FAMILY TRUST, a California Trust; BRENDA MONTGOMERY, an individual, PLAINTIFF(S) v. ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, DEFENDANT(S). | Case No. 3:06-CV-00056-PMP-VPC (Consolidated with Case No. 3:06-CV-00145-PMP-VPC) **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
|---|---|

**The following information must be provided:**

I, Tuneen Chisolm , 211741 , tchisolm@linerlaw.com
      *Name*                *CA Bar ID Number*         *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Dennis Montgomery, Montgomery Family Trust and Brenda Montgomery

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
  ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action
         PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
  Attorney Name changed to _____
  New Firm/Government Agency Name _____
  New Address _____
  New Telephone Number _____ New Facsimile Number _____
  New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____

New E-mail address _____

☒ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☒ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney.* At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: August 20, 2009 _____

_____
*Signature of Attorney of Record / Attorney for the Firm*
Tuneen E. Chisolm

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.