GARY R. GOODHEART, ESQ.
Nevada Bar No. 1203
AMANDA J. COWLEY, ESQ.
Nevada Bar No. 4578
BRADLEY SCOTT SCHRAGER, ESQ.
Nevada Bar No. 10217
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-3305
grg@jonesvargas.com
acowley@jonesvargas.com
bschrager@jonesvargas.com
Attorneys for Non-Party
Deborah A. Klar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST, | 3:06-CV-00056-PMP-VPC<br>Base File |
| | 3:06-CV-00145-PMP-VPC |
| v. | **REPLY IN SUPPORT OF MOTION FOR RULING ON EVIDENTIARY OBJECTIONS** |
| ETREPPID TECHNOLOGIES, L.L.C., WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, | |
| AND ALL RELATED MATTERS. | |

Deborah A. Klar ("Ms. Klar"), by and through counsel, Gary R. Goodheart, Esq., of Jones Vargas, submits her Reply in support of her Motion for Ruling on Evidentiary Objections (Doc. 1106). This Reply is based upon all pleadings, papers, and exhibits on filed herein, and upon any

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

oral argument at a hearing on this matter.

DATED this 31st day of August, 2009.

**JONES VARGAS**

By: /s Gary R. Goodheart
GARY R. GOODHEART, ESQ.
Nevada Bar No. 1203
AMANDA J. COWLEY, ESQ.
Nevada Bar No. 4578
BRADLEY SCOTT SCHRAGER, ESQ.
Nevada Bar No. 10217
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile:   (702) 737-0069
ATTORNEYS FOR DEBORAH KLAR

## MEMORANDUM OF POINTS AND AUTHORITIES

Contrary to the invective and ad hominem attacks contained in Mr. Flynn's Response (Doc. 1121), the simple purposes behind the filing of the present Motion (Doc. 1106) was (i) to ensure the completeness of the record in this matter and (ii) to invite the Court to rule upon specific evidentiary objections upon which no ruling yet had been made.  The Motion was also in accord with the Order of the Magistrate Judge of January 23, 2008 [Doc. 419 at 3] regarding objections to evidence in the Montgomery litigation.

Likewise, the purpose of Ms. Klar's Objections (Doc. 1116) to the Magistrate Judge's Minute Order of August 7, 2009 (Doc. 1114), was to suggest to the Court that additional briefing on the objections was unwarranted.  Montgomery's evidentiary objections had been fully briefed as of May 27, 2008, when Mr. Flynn filed his Reply in Support of the Motion for Sanctions, pursuant to Local Rule 7-2.  The piecemeal briefing of evidentiary objections, long after the normal briefing schedule has been completed, is not supported by rule or statute.

Ms. Klar is not, as Mr. Flynn states, "trying to manufacture an issue for appeal."  Response, 1.  Instead, by the current filing she is attempting merely to preserve issues and ensure that the record in this case is complete.  The present Motion, therefore, is neither moot nor irrelevant, as Mr.

1 Flynn suggests. The evidentiary objections concerned evidence in the record upon which, in part,

2 the Order Re: Motion for Sanctions (Doc. 985) was based, and Mr. Flynn's assertion that there is no

3 connection between the evidence he presented as part of his Motion for Sanctions (Doc. 545 and

4 associated filings) and the Order itself is without merit.

   Ms. Klar respectfully requests that this Court grant her Motion.

   DATED this 31st day of August, 2009.

**JONES VARGAS**

By: /s Gary R. Goodheart
GARY R. GOODHEART, ESQ.
Nevada Bar No. 1203
AMANDA J. COWLEY, ESQ.
Nevada Bar No. 4578
BRADLEY SCOTT SCHRAGER, ESQ.
Nevada Bar No. 10217
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile:   (702) 737-0069
ATTORNEYS FOR DEBORAH KLAR

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of JONES VARGAS, and that the foregoing document was served via electronic service on August 31, 2009 to the following parties:

Gary R. Goodheart grg@jonesvargas.com, brs@jonesvargas.com, bschrager@jonesvargas.com, lross@jonesvargas.com

Gregory W. Addington greg.addington@usdoj.gov, joanie.silvershield@usdoj.gov, judy.farmer@usdoj.gov

J. Stephen Peek speek@hollandhart.com, clein@hollandhart.com, dbergsing@hollandhart.com, dsagert@hollandhart.com, intaketeam@hollandhart.com, mdalluge@hollandhart.com

Jerry M Snyder jsnyder@hollandhart.com, Intaketeam@hollandhart.com, btoriyama@hollandhart.com, carnold@hollandhart.com, ckelb@hollandhart.com, cpulsipher@hollandhart.com

John J Frankovich jfrankovich@mcdonaldcarano.com

Leigh T Goddard lgoddard@mcdonaldcarano.com, dsmith-power@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

Mark H. Gunderson kgunderson@gundersonlaw.com

Richard Segerblom rsegerblom@lvcoxmail.com, tsegerblom@gmail.com

Ronald J Logar Zachary@renofamilylaw.com, Eric@renofamilylaw.com

Bridget Robb Peck bpeck@lrlaw.com, jmoulian@lrlaw.com

Debbie Leonard dshosteck@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

Carla DiMare cdimare@worldnet.att.net

Carlotta P Wells carlotta.wells@usdoj.gov

Michael James Flynn mjfbb@msn.com

Adam G Lang alang@hollandhart.com, btoriyama@hollandhart.com, eford@hollandhart.com, intaketeam@hollandhart.com

Brian M Heberlig bheberlig@steptoe.com

Robert A Ayers rayers@steptoe.com

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300   Fax: (702) 737-7705

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300   Fax: (702) 737-7705

1 | Reid H Weingarten rweingarten@steptoe.com

2 | Ryan M. Lapine rlapine@linerlaw.com

3
4 | Deborah A. Klar DKLAR@LINERLAW.COM, dswinson@linerlaw.com, lwerderitch@linerlaw.com, ntorrecillas@linerlaw.com, stoy@linerlaw.com

5 | Raphael O. Gomez raphael.gomez@usdoj.gov

6 | Tuneen E. Chisolm tchisolm@linerlaw.com, cdraper@linerlaw.com

7
8 | Shane M Biornstad sbiornstad@hollandhart.com, ckelb@hollandhart.com

9 | Robert E Rohde brohde@rohdelaw.com, brohde@rohdelaw.com, jertel@rohdelaw.com

10 | Gregory G. Schwartz gschwartz@rohdelaw.com

11 | Ellyn S. Garofalo egarofalo@linerlaw.com, mwilcox@linerlaw.com

12
13 | Richard J Mooney rmooney@linerlaw.com, pbransten@linerlaw.com, tyasmoothrlarsen@linerlaw.com

14 | Heather Ristau heather.ristau@bingham.com

15 | Marshall B. Grossman marshall.grossman@bingham.com

16
17 | Roland Tellis roland.tellis@bingham.com

18 | Randall J. Sunshine rsunshine@linerlaw.com, gtanzini@linerlaw.com

19 | Ronald Logar zachary@logarpulver.com

20 | **3:06-cv-56 Notice has been delivered by other means to:**

21 | Opspring, LLC
22 | 600 106th Avenue NE, Ste 210
Bellevue, WA 98004-5045

23
24 | Edra Blixseth
42-765 Dunes View Rd
25 | Rancho Mirage, CA 92270-4311

                                   /s/ Barbara Seed
26 |                                    An employee of Jones Vargas

27
28