FILED

OCT 05 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MICHAEL J. FLYNN, <br><br> Defendant - Appellee. | No. 09-15134 <br><br> D.C. No. 3:06-cv-00056-PMP-VPC <br> District of Nevada, <br> Reno <br><br><br> ORDER |

The appellants' opening brief was due September 21, 2009. The opening brief has not been filed. Accordingly, this appeal is dismissed for failure to prosecute. 9th Cir. R. 42-1. A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:
MOLLY C. DWYER
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
       and 9th Cir. R. 27-10

tah/10.5.09/Pro Mo