**Michael J. Flynn, Mass. State Bar No.172780**
Suite 240
One Center Plaza
Boston, MA 02108
P.O. Box 690, 6125 El Tordo
Rancho Santa Fe, CA 92067
Tel:    (858) 775-7624;Fax:   (858) 759-0711
*Admitted Pro Hac Vice*
Former Attorney for the Montgomery parties

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA , RENO

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST, | 3:06-CV-00056-PMP-VPC<br>**BASE FILE** |
| Plaintiffs, | |
| v. | 3:06-CV-00145-PMP-VPC<br>3:06-CV-0263-PMP-VPC |
| ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE, | **STATUS REPORT RE MONTGOMERY BANKRUPTCY** |
| Defendants. | |
| AND ALL RELATED MATTERS. | |

Michael Flynn herewith provides the Court this status report regarding the bankruptcy proceedings relating to Dennis Montgomery. On October 9, 2009, Mr. Flynn filed a Motion for Relief from the Automatic Stay solely to permit this Court to decide the pending appeal to the District Judge of the Sanctions Order, (doc.# 985) filed by the Liner firm on behalf of the Montgomery parties. The Motion was scheduled for hearing on November 10, 2009. On November 6, 2009, the Liner firm filed a Motion for Relief from the Automatic Stay to permit them to withdraw as counsel for the Montgomery parties in the eTreppid cases in this Court.  On November 10, 2009, the bankruptcy court rendered a Tentative Order granting the relief from stay to permit this Court to rule on the pending

*Motion for Contempt* Withdrawal, 3:06-cv-00056         1

appeal, but stated that it would stay the order until Dec 31, 2009 in order for Montgomery to obtain new counsel. To date, the Court has not entered a final order. The Liner firm Motion for Relief from the Automatic Stay in order to withdraw is scheduled for hearing on December 2, 2009.

Dated: November 30, 2009                                s/s_____

                                                                                    Michael J. Flynn