TONY WEST
Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501
VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 6144
U.S. Department of Justice
20 Massachusetts Ave., NW/P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-1318
Facsimile: (202) 318-7612

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DENNIS MONTGOMERY, et al.,

    Plaintiffs,

v.

ETREPPID TECHNOLOGIES, INC., et al.,

    Defendants.

3:06-CV-00056-PMP-VPC
**BASE FILE**

3:06-CV-00145-PMP-VPC

**STIPULATED ORDER
REGARDING ENFORCEMENT OF
UNITED STATES PROTECTIVE ORDER**

WHEREAS on August 29, 2007, this Court upheld the United States' assertion of military and state secrets privilege and issued an Order to protect information subject to the military and state secrets privilege (US Protective Order, docket # 253);

WHEREAS this Court subsequently approved procedures to enforce the U.S. Protective Order with respect to client files in the possession of the Montgomery parties' former counsel, Michael J. Flynn and Carla DiMare, in order to protect information covered by that

1  order. February 19 and November 4, 2008 Orders (docket #'s 435 and 881, respectively);

2  WHEREAS, as of September 27, 2007, Ronald J. Logar and Eric A. Pulver of the Law
3  Office of Logar & Pulver, PC ("Logar and Pulver firm") no longer served as local counsel for the
4  Montgomery Parties (docket # 287);

5  WHEREAS, as of April 29, 2009, Mark H. Gunderson of the Gunderson Law Firm no
6  longer served as local counsel for the Montgomery Parties (docket # 1025);

7  WHEREAS the Logar and Pulver firm and the Mark H. Gunderson firm have forwarded
8  their firm's Montgomery parties' client files to Liner, Grode, Stein, Yankelevitz, Sunshine,
9  Regenstreif & Taylor (the "Liner Firm"), counsel for the Montgomery parties;

10 WHEREAS Dennis Lee Montgomery and Brenda Kathleen Montgomery ("Debtors")
11 filed a voluntary petition under Chapter 7 of the Bankruptcy Code. D.L and Brenda K.
12 Montgomery, No. 6:09-bk-24322-BB (C.D. Ca., petition filed June 26, 2008);

13 WHEREAS, Jason M. Rund is the duly appointed trustee of the Debtors' bankruptcy
14 estate ("Bankruptcy Estate"); and

15 WHEREAS Jason M. Rund, in his capacity as Chapter 7 Trustee ("Trustee") of the
16 Bankruptcy Estate requests the turnover of any and all Montgomery parties' client files in order
17 to investigate and administer the assets of the Bankruptcy Estate.

## STIPULATION[1]

19 IT IS HEREBY STIPULATED that the United States is authorized to review the client
20 files of the Montgomery parties' in the possession of the Liner firm for the purpose of properly
21 securing and protecting military and state secrets information that may be contained in said files.

22 IT IS FURTHER STIPULATED that the United States will review the Montgomery
23 parties' client files pursuant to the procedures approved by the Court with respect to review of

---

[1] Joseph A. Eisenberg, Esq., counsel for Dennis Lee Montgomery and Brenda Kathleen Montgomery, Debtors in D.L and Brenda K. Montgomery, No. 6:09-bk-24322-BB, is entering an appearance in this action for the limited purpose of signing this stipulation on behalf of Montgomery Judgment Debtors.

-2-

Montgomery parties' client files pursuant to the February 19 and November 4, 2008 Orders (docket #'s 435 and 881, respectively) as set forth below.

## CATEGORIES OF DOCUMENTS TO BE REVIEWED

The documents in the Montgomery parties' client files, which may contain information protected by the military and state secrets privilege, may be described as falling within three categories, as set forth below:

    A.  *Court Filings:* Originals or copies of documents filed in the consolidated civil cases or in the Criminal Search Warrant case containing military and state secrets information, which has been redacted by order of the District Court.

    B.  *Third-party Communications:* Correspondence or e-mails either directed or copied to opposing counsel, non-parties or other persons that contain military and state secrets information protected by the August 29 U.S. Protective Order, including memorialization of any oral communication to or from opposing counsel, non-parties or other persons that references or contains information protected by the August 29 U.S. Protective Order.

    C.  *Attorney-Client Communications and/or Attorney Work Product:* (1) drafts of documents that have been filed in the consolidated cases or in the Criminal Search Warrant case containing military and state secrets information, which has been redacted by order of the District Court; (2) any correspondence or e-mails to either the Montgomery clients or Montgomery co-counsel that were not also sent to opposing counsel, non-parties or other persons that contain military and state secrets information protected by the August 29 U.S. Protective Order; and (3) any memoranda or other document prepared in preparation for or in the consolidated cases or Criminal Search Warrant case and not filed or not also disseminated to opposing counsel, non-parties or other persons that reference or contain such information protected by the August 29 U.S. Protective Order.

-3-

## PROCEDURES

1. A U.S. government employee or employees with the appropriate security clearances and authorizations will first review the Montgomery parties' client files in the Liner firm's possession for the purpose of identifying and segregating all documents that fall within the three categories above.

2. After the initial review is completed, the United States will notify the Court and the parties, including the Trustee of the Bankruptcy Estate, of the estimated universe of documents, including hard drives, if any, that need to be reviewed and the projected date for completion of the United States' review.

3. The U.S. government employee or employees then will redact military and state secret information protected by the August 29 U.S. protective order from such documents.

4. An appropriate inventory will be prepared.

5. Redacted copies of the documents will be returned to the Liner firm.

6. The United States will notify the Court, the parties, and the Trustee of the Bankruptcy Estate, when redacted and unredacted copies of the documents have been returned to the Liner firm.

6. The unredacted originals and one copy of the redacted documents will be stored by the U.S. Department of Justice Security Offices until ninety days after the date this action and the bankruptcy proceeding in D.L and Brenda K. Montgomery, No. 6:09-bk-24322-BB (C.D. Ca., petition filed June 26, 2008) have been closed or final order in both actions issued, and any appeal therefrom has been exhausted.

-4-

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: December 9, 2009 | /s/<br>Joseph A. Eisenberg, P.C. (NV Bar#6964)<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, California 90067-4308<br>Telephone:   (310) 203-8080<br>Facimile:    (310) 712-8571<br><br>Attorneys for Montgomery Judgment Debtors |
| Dated: December 9, 2009 | /s/<br>Ellyn S. Garofalo<br>LINER GORDE STEIN YANDELEVITZ<br>SUNSHINE REGENSTREIF & TAYLOR LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 900024-3503<br>Telephone:   (310) 500-3500<br>Facsimile:   (310) 500-3501 |
| Dated: December 9, 2009 | /s/<br>J. Stephen Peek, Esq. (NV Bar #1758)<br>Jerry M. Snyder, Esq. (NV Bar #6830)<br>Adam G. Lang, Esq. (NV Bar #10117)<br>Shane M. Biornstad, Esq. (NV Bar #9972)<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>Telephone: (775) 327-3000<br>Facsimile: (775) 786-6179 |

Reid H. Weingarten, Esq. (D.C. Bar #365893)
Brian M. Heberlig, Esq. (D.C. Bar #455381)
Robert A. Ayers, Esq. (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Attorneys for Judgment Creditors
eTreppid Technologies, L.L.C. and
Cross-Defendant Warren Trepp

Dated: December 9, 2009

/s/
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 6144
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C. 20044

Counsel for United States

IT IS SO ORDERED:

DATED: December 10, 2009

VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE