Dennis L. Kennedy, Nevada Bar No. 1462
   dkennedy@baileykennedy.com
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302
Telephone:  (702) 562-8820
Facsimile:   (702) 562-8821

Randall J. Sunshine, Esq. (SBN: CA 137363)
   rsunshine@linerlaw.com
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
   egarofalo@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California  90024-3503
Telephone:  (310) 500-3500
Facsimile:   (310) 500-3501
ADMITTED PRO HAC VICE

Attorneys for
DENNIS MONTGOMERY and
THE MONTGOMERY FAMILY TRUST

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendants.<br><br>AND RELATED CASES. | Case No. 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>(Consolidated with Case No. 3:06-CV-00145-PMP-VPC)<br><br>**MOTION OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR THE MONTGOMERY PARTIES**<br><br>**[DECLARATION OF ELLYN S. GAROFALO AND EXHIBITS FILED CONCURRENTLY HEREWITH]** |

0030165/001/ 450919v.01

Pursuant to Rule 46 of the Nevada Court Rules and Rule 1.16 of the Nevada Rules of Professional Conduct ("NRPC 1.16"), Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP (the "Liner Firm"), and each attorney that has appeared for the Liner Firm, moves this Court for an order granting leave to withdraw as counsel of record for debtors Dennis and Brenda Montgomery and Montgomery Family Trust (collectively, the "Montgomery Parties") in <u>Montgomery v. eTreppid Technologies</u>, United States District Court, District of Nevada Case No. 3:06-CV-00056-PMP (the "eTreppid Action").

NRPC 1.16(b)(6) provides that a lawyer may withdraw from representing a client upon a showing of good cause. There is good cause to allow the Liner Firm to withdraw because an actual conflict has arisen between the Montgomery Parties and the Liner Firm. On June 26, 2009, the Montgomery Parties filed a Petition under Chapter 7 of the United States Bankruptcy Code.[1] (Declaration of Ellyn S. Garofalo ("Garofalo Decl."), ¶ 2, Exhibit A.) In connection with the bankruptcy proceedings, on July 28, 2009, the Montgomery Parties submitted a bankruptcy schedule listing their personal property. The list includes purported claims against the Liner Firm and its individual attorneys for legal malpractice and misrepresentation. (Garofalo Decl., ¶ 3, Exhibit B.) The Montgomery Parties' bankruptcy schedules render the Liner Firm directly adverse to the Montgomery Parties. Hence, an actual conflict now exists between the Liner Firm and the Montgomery Parties. Rule 3-310 of the California Rules of Professional Conduct ("Rule 3-310") prohibits the continued representation of a client where an actual conflict arises. The Liner Firm is a California law firm and the Montgomery Parties are residents of California. Accordingly, the Liner Firm's withdrawal is mandated by Rule 3-310.

The Montgomery Parties will not be prejudiced by the Liner Firm's withdrawal. In November 2008, the Montgomery Parties entered into a Settlement Agreement which fully resolved claims and counterclaims in the eTreppid Action. (Garofalo Decl., ¶ 5.) Pursuant to the Settlement Agreement, on December 11, 2008, Confessions of Judgment were entered against the Montgomery Parties and on February 19, 2009, the Nevada District Court entered an Order

---

[1] The Liner Firm has obtained relief from the automatic stay in bankruptcy to bring this motion to withdraw. (Garofalo Decl., Exhibit C.)

1

0020165/001/ 450019v.01

dismissing all claims and counterclaims in the eTreppid Action.  (Docket # 962.)  Although the underlying litigation is resolved, the Nevada District Court retained jurisdiction over post-judgment collection proceedings.  However, issues relating to collection are now within the purview of the California bankruptcy court and on December 18, 2009, the Court approved the Trustee's petition to be admitted *pro hac vice*.  (Docket # 1138.)

        For the foregoing reasons, there is good cause to grant the Liner Firm's Motion to Withdraw.  The Montgomery Parties have been notified of and served with this Motion at their last known address, 6 Toscana Way W., Rancho Mirage, CA  92770.  (Garofalo Dec., ¶ 6.)

Dated:  January 8, 2009

Respectfully submitted,

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

By: /s/ Ellyn S. Garofalo
    Ellyn S. Garofalo
    Attorneys for DENNIS MONTGOMERY and
    THE MONTGOMERY FAMILY TRUST

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, and that on January 8, 2009, I caused to be served the within document described as **MOTION OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR THE MONTGOMERY PARTIES** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Shane M. Biornstad, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada  89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@hollandhart.com ;<br>jsnyder@hollandhartcom,<br>alang@hollandhart.com,<br>sbiornstad@hollandhart.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed.Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail:  Carlotta.wells@usdoj.gov<br> Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C.  20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail:  raphael.gomez@usdoj.gov<br> Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada  89501<br>E-mail:  Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Michael J. Flynn, Esq.<br>P.O. Box 690, 6125 El Tordo<br>Rancho Santa Fe, CA  92067<br>One Center Plaza, Suite 240<br>Boston, MA  02129<br>Fax: (858) 759-0711<br>E-mail:  mjfbb@msn.com |

☒     **[ELECTRONIC]**  By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed on January 8, 2009, at Los Angeles, California.

  Ellyn S. Garofalo                                     /s/ Ellyn S. Garofalo
   (Type or print name)                                      (Signature)

0030165/001/ 450019v.01

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, and that on January 8, 2009, I caused to be served the within document described as **MOTION OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR THE MONTGOMERY PARTIES** on the interested parties in this action as stated below:

| | |
|---|---|
| Dennis Montgomery<br>6 Toscana Way W.<br>Rancho Mirage, CA  92770<br><br>Brenda Montgomery<br>6 Toscana Way W.<br>Rancho Mirage, CA  92770 | Montgomery Family Trust<br>c/o Dennis Montgomery<br>6 Toscana Way W.<br>Rancho Mirage, CA  92770 |

☒ **[BY MAIL]** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 8, 2009, at Los Angeles, California.

| Ellyn S. Garofalo | /s/ Ellyn S. Garofalo |
|---|---|
| (Type or print name) | (Signature) |

0030165/001/ 450019v.01