**Michael J. Flynn, Mass. State Bar No.172780**
Suite 240
One Center Plaza
Boston, MA 02108
P.O. Box 690, 6125 El Tordo
Rancho Santa Fe, CA 92067
Tel:   (858) 775-7624;Fax:   (858) 759-0711
*Admitted Pro Hac Vice*
Interested Party

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA , RENO

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br><br>3:06-CV-00145-PMP-VPC<br>3:06-CV-0263-PMP-VPC<br><br>**STATUS REPORT RE MONTGOMERY BANKRUPTCY** |

Michael Flynn herewith provides the Court this status report regarding the bankruptcy proceedings relating to Dennis Montgomery, now pending in the United States Bankruptcy Court Central District of California, No. 6:09-bk-24322-BB.

On October 9, 2009, Mr. Flynn filed a Motion for Relief from the Automatic Stay in said bankruptcy solely to permit this Court to decide the pending appeal to the District Judge of the Sanctions Order, (doc.# 985) filed by the Liner firm on behalf of the Montgomery parties. The Motion was scheduled for hearing on November 10, 2009.

On November 6, 2009, the Liner firm filed a Motion for Relief from the Automatic Stay in the

Montgomery bankruptcy proceedings to permit them to withdraw as counsel for the Montgomery parties in the eTreppid cases in *this* Court.

On November 10, 2009, the bankruptcy court rendered a Tentative Order granting the Flynn Motion for relief from stay solely to permit this Court to rule on the pending appeal, but stated that it would stay the order until Dec 31, 2009 in order for Montgomery to obtain new counsel in the Nevada cases.

The Liner firm Motion for Relief from the Automatic Stay in order to withdraw was GRANTED on December 3, 2009.

After waiting over a month, on January 8, 2010, Ms. Garafalo filed a motion to withdraw from this case. (Doc. # 1141 )

The same day, on January 8, 2010, the United States Bankruptcy Court in the Montgomery bankruptcy GRANTED the Flynn motion to lift the stay solely to proceed to judgment on the Sanctions Order. A copy of said Order is attached hereto.

In related proceedings pending in this District, *Flynn v Liner et al,* No. 3:09-cv-00422 (ECR-VPC), the defendants have moved for a stay of discovery, based in part, on their "Objections" pending in this case. (Id. Doc. # 40 and 41). The plaintiff, Michael Flynn has responded. (Id. Doc.# 42.) Said Response includes recently discovered evidence as to how Dennis Montgomery deceived the U.S. government, and this Court, and Michael Flynn in connection with his purported decoding of al Qaida transmissions on al Jazeera.

On behalf of Montgomery, the Liner firm previously filed a declaration in this court on June 16, 2009 (doc.# 1084 in case No. 56) stating that Montgomery was then "unemployed and [has] no source of income"; and that he "has no income and no assets"; and that his bank accounts have been "closed." Since filing said declaration, and thereafter filing bankruptcy on June 24, 2009, (the same day set for his debtor examination by this Court), Montgomery has posted approximately $290,000 *in cash* from unknown sources as bail in connection with pending criminal proceedings in Las Vegas, NV relating to check frauds on casinos.

Montgomery has not retained new counsel in this case; but has retained prominent bankruptcy

1  counsel in California; and he has retained prominent defense counsel in his criminal proceedings in
2  Nevada.  On or about February, 2009 and thereafter, but prior to June 16, 2009, the date of the
3  aforesaid declaration filed by the Liner firm, Edra Blixseth and Blxware paid Montgomery
4  approximately $753,000 from moneys received from the United States Government in connection
5  with a contract negotiated by the Liner firm based, in part, upon Montgomery's purported "decoding
6  technology."

9  Dated: January 10, 2010                                    s/s_____
10                                                                              Michael J. Flynn