UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ETREPPID TECHNOLOGIES, LLC,) <br> et al., ) <br> ) <br> Defendants. ) <br> _____) | 3:06-CV-0056-PMP (VPC) <br><br> **MINUTES OF THE COURT** <br><br> January 14, 2010 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The law firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP has filed a motion to withdraw as counsel for plaintiffs, Dennis Montgomery, Brenda Montgomery, and The Mongtomery Family Trust (#1141). The motion to withdraw as counsel (#1141) is **GRANTED**.

Plaintiffs are advised that as a general rule, a party may not proceed without counsel on behalf of artificial entities. 28 U.S.C. § 1654. It is well established that artificial entities may appear in federal court only through a licensed attorney. *E.g., United States v. High Country Broad Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Therefore, Dennis and Brenda Montgomery may appear *in pro se*; however, the Montgomery Family Trust shall file a substitution of counsel on or before **Friday, February 19, 2010.**

**IT IS FURTHER ORDERED** that a copy of this order and all documents filed until plaintiffs obtain counsel shall be served on plaintiffs via regular mail at the following addresses:

Dennis Montgomery
6 Toscana Way W.
Rancho Mirage, CA 92770

Brenda Montgomery
6 Toscana Way W.
Rancho Mirage, CA 92770

The Montgomery Family Trust
6 Toscana Way W.
Rancho Mirage, CA 92770

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk