**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br><br>3:06-CV-00145-PMP-VPC<br><br>**JUDGMENT** |

PURSUANT TO and in accordance with the Sanctions Order issued by this Court on March 31, 2009, ("Sanctions Order", Doc. # 985.), and the Order of Judge Pro dated April 5, 2010 (The "Objections Order", Doc. # 1150):

JUDGMENT is hereby ENTERED in favor of Michael J. Flynn and against Dennis Montgomery as follows:

1. $204,411.00 in an award of sanctions;

2. Costs against Dennis Montgomery in favor of Michael J. Flynn to be established by the Bill of Costs that Michael J. Flynn may submit pursuant to F.R.C.P. 54 and Local Rule 54-1.

3. Post-judgment interest shall accrue at the rate of __.32%__ as provided under 28 U.S.C. § 1961(a) from date of entry of the Judgment.

Lance S. Wilson
Clerk

7/8/2010
Date

*Lance S. Wilson* (signature)

2