UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>　　　　Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>O R D E R |

　　　　On October 28, 2010, this Court received from the Honorable Ralph B. Kirscher, United States Bankruptcy Court Judge for the District of Montana, documents filed in a case pending before Judge Kirscher, In re Edra Blixseth, Case No. 09-60452-7, which may violate the Protective Order (Doc. #253) entered by the undersigned in this case. The subject documents have been stricken from the record in the bankruptcy proceedings in Montana, and hard copies were forwarded to this Court for a determination of whether the Protective Order has been violated. The Court will hold these documents in camera pending review by the United States Government and a determination as to whether an order to show cause shall issue.

///

///

1        IT IS THEREFORE ORDERED that the United States Government shall conduct a review of the documents provided to this Court by the United States Bankruptcy Court, District of Montana, to determine whether any material within the documents is subject to the Protective Order. The United States shall conduct this review within forty-five (45) days from the date of this Order. The United States shall contact this Court to make arrangements to conduct the review.

DATED: October 28, 2010

_____
PHILIP M. PRO
United States District Judge