UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, | |
| Plaintiffs, | 3:06-CV-00056-PMP-VPC |
| | BASE FILE |
| v. | |
| ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE, | 3:06-CV-00145-PMP-VPC |
| | O R D E R |
| Defendants. | |
| AND ALL RELATED MATTERS. | |

The Government having briefly reviewed <u>in camera</u> the documents this Court received from the Honorable Ralph B. Kirscher, United States Bankruptcy Court Judge for the District of Montana, documents filed in a case pending before Judge Kirscher, <u>In re Edra Blixseth</u>, Case No. 09-60452-7,

IT IS ORDERED that the Government shall conduct a further review of the materials for purposes of making any necessary redactions to comply with the Protective Order (Doc. #253) previously entered in this case and thereafter shall return the redacted documents to the Court for retention.

DATED: November 17, 2010

_____
PHILIP M. PRO
United States District Judge