UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST,<br><br>  Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>  Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>BASE FILE<br><br>3:06-CV-00145-PMP-VPC<br><br>JUDGMENT |

In accordance with the Order Approving Settlement and Remanding for Termination of Sanctions Proceedings issued on July 16, 2012 by the United States Court of Appeals for the Ninth Circuit, any sanctions proceedings in this action against Deborah Klar, Teri Pham, and the law firm Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP are hereby terminated.

IT IS SO ORDERED.

DATED: July 16, 2012

_____
PHILIP M. PRO
United States District Judge