**FILED**

JUL 16 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; MONTGOMERY FAMILY TRUST, a California Trust, | No. 10-15958 |
| | D.C. No. 3:06-cv-00056-PMP-VPC |
| Plaintiffs, | District of Nevada |
| v. | |
| ETREPPID TECHNOLOGIES, a Nevada LLC; WARREN TREPP, an individual; EDRA BLIXSETH; OPSPRING, LLC, | Order Approving Settlement and Remanding for Termination of Sanctions Proceedings |
| Defendants, | |
| and | |
| TERI PHAM, | |
| Movant - Appellant, | |
| v. | |
| MICHAEL FLYNN, | |
| Movant - Appellee. | |

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; MONTGOMERY FAMILY TRUST, a California Trust, <br><br> Plaintiffs, <br><br> DEBORAH A. KLAR, <br><br> Movant - Appellant, <br><br> v. <br><br> ETREPPID TECHNOLOGIES, a Nevada LLC; WARREN TREPP, an individual; EDRA BLIXSETH; OPSPRING, LLC, <br><br> Defendants, <br><br> and <br><br> MICHAEL FLYNN, <br><br> Movant - Appellee. | No. 10-15960 <br><br> D.C. No. 3:06-cv-00056-PMP-VPC <br><br> District of Nevada, Reno |

Before: W. FLETCHER and RAWLINSON, Circuit Judges, and WRIGHT, District Judge.[*]

These appeals arise out of a March 31, 2009, sanctions order entered by Magistrate Judge Valerie Cooke (Magistrate Judge Proceedings) in Montgomery v. eTreppid Technologies (District Court No. 3:06-CV-0056-PMP-VPC). The parties

---

[*] The Honorable Otis D. Wright, II, District Judge for the U.S. District Court, Central District of California, sitting by designation.

have reached a confidential settlement of the matter.  Pursuant to the terms of the settlement, the parties filed a Joint Motion for Approval of Settlement and for Remand to District Court with Instructions to Terminate Sanctions Proceedings (Joint Motion).  The Joint Motion is granted.

These matters are remanded to the District Court with instructions to terminate and take no further action with respect to or arising out of the Magistrate Judge Proceedings as to Deborah Klar, Teri Pham, and the Law Firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP.

This order shall have no effect on any existing judgment entered in favor of Michael J. Flynn against Dennis Montgomery, Brenda Montgomery, or the Montgomery Family Trust in Montgomery v. eTreppid Technologies (District Court No. 3:06-CV-0056-PMP-VPC) or otherwise.

**REMANDED to the district court with instructions to terminate sanction proceedings to conform with this order.  The copy of this order shall act as and for the mandate of this court.**