Edmond "Buddy" Miller (Bar #3116)
1610 Montclair Avenue, Suite C
Reno, NV 89509
Telephone: (775) 828-9898
bmiller@buddymillerlaw.com
*Attorney for Plaintiff, eTreppid Technologies, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ETREPPID TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS MONTGOMERY, BRENDA MONTGOMERY, THE MONTGOMERY FAMILY TRUST, EDRA BLIXSETH, OPSPRING, LLC., AND BLXWARE, LLC,<br><br>Defendants. | Case No.: 3:06-CV-00056-PMP-VPC<br><br>NOTICE OF FILING OF BANKRUPTCY CASES BY DEFENDANTS EDRA BLIXSETH AND BRENDA AND DENNIS MONTGOMERY; NOTICE OF STATUS OF THEIR DISCHARGES |

eTreppid Technologies, LLC, Plaintiff in the matter of the Confession of Judgment by the defendants above-named, Docket No. 898 herein, by and through its undersigned attorney, Edmond "Buddy" Miller, requests that the Court please take notice that on March 26, 2009, defendant Edra D. Blixseth filed a Chapter 7 bankruptcy case in the United States Bankruptcy Court for the District of Montana, Case No. 09-60452-RBK. Attached hereto as **Exhibit A** is a copy of the *Notice of Bankruptcy Case Filing*.[1] On February 8, 2011, the Bankruptcy Court entered an order discharging Edra Blixseth under section 727 of the Bankruptcy Code. Attached hereto as **Exhibit B** is a copy of the *Discharge of Debtor*.

On June 26, 2009, defendants Brenda Montgomery and Dennis Montgomery jointly filed a Chapter 7 bankruptcy case in the United States Bankruptcy Court for the Central District of California, Case No. 2:10-bk-18510-BB. Attached hereto as **Exhibit C** is copy of the *Notice of*

---

[1] The last four digits of the Social Security Numbers of all three defendants have been redacted.

1  *Bankruptcy Case Filing*.  On June 2, 2014, the Bankruptcy Court entered an order discharging
2  Brenda Montgomery under section 727 of the Bankruptcy Code.  Attached hereto as **Exhibit D** is
3  copy of the *Discharge of Debtor*.  Dennis Montgomery did not receive a discharge from the
4  Bankruptcy Court, and on December 27, 2011, the Bankruptcy Court entered an Order Denying
5  Discharge of Dennis Lee Montgomery under Section 727(a)(5) of the Bankruptcy Code.  Attached
6  hereto as **Exhibit E** is a copy of the *Notice of Order Denying Discharge*.

   DATED:  This 25th day of November, 2014.

                                         /s/ Edmond Buddy Miller
                                         Edmond "Buddy" Miller
                                         *Attorney for Plaintiff,*
                                         *eTreppid Technologies, LLC*

# PROOF OF SERVICE

I, Jaclyn Epker, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada, by Edmond "Buddy" Miller, Attorney at Law, and his business address is 1610 Montclair Avenue, Suite C, Reno, Nevada 89509. I am over the age of 18 years and not a party to this action. I am readily familiar with Edmond "Buddy" Miller's practice for collection of mail, delivery of his hand deliveries and his process of faxes.

On November 25, 2014, I caused the foregoing *Notice Of Filing Of Bankruptcy Cases By Defendants Edra Blixseth And Brenda And Dennis Montgomery; Notice Of Status Of Their Discharges* to be:

  X   filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

dkennedy@baileykennedy.com
Dennis L. Kennedy, Esq.
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
*Fax No. 702/562-8821*

Raphael.Gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, DC 20044
*Fax 202/616-8470*

Carlotta.Wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC 20044
*Fax No. 202/616-8470*

Greg.Addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
*Fax No. 784-5181*

| | |
|---|---|
| *roland.tellis@bingham.com;*<br>*marshall.grossman@bingham.com*<br>Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Bingham McCutchen LLP<br>The Water Garden<br>1620 26th Street, 4th Floor, North Tower<br>Santa Monica, CA 90404<br>*Fax No. 310-907-2000* | *bpeck@lrlaw.com*<br>Bridget Robb Peck, Esq.<br>Lewis and Roca, LLP<br>50 W. Liberty Street, Ste. 410<br>Reno, Nevada 89501<br>*Fax No. 775-823-2929* |
| *brohde@rohdelaw.com*<br>*gschwartz@rohdelaw.com*<br>Robert E. Rohde, Esq.<br>Gregory G. Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>*Fax No. (206) 405-2825* | *mjfbb@msn.com*<br>Michael James Flynn, Esq.<br>Flynn & Stillman<br>P. O. Box 690<br>Rancho Santa Fe, CA |
| *Zachary@logarpulver.com*<br>Ronald J. Logar, Esq.<br>Law Office of Logar & Pulver, PC<br>225 S. Arlington Avenue, Suite A<br>Reno, Nevada 89501 | *dleonard@mcdonaldcarano.com*<br>*lgoddard@mcdonaldcarano.com*<br>*jfrankovich@mcdonaldcarano.com*<br>Debbie Leonard, Esq.<br>Leigh T. Goddard, Esq.<br>John J. Frankovich, Esq.<br>McDonald Carano Wilson LLP<br>P. O. Box 2670<br>Reno, Nevada 89505-2670 |
| *acowley@jonesvargas.com*<br>*bschrager@jonesvargas.com*<br>*grg@jonesvargas.com*<br>Amanda J. Cowley, Esq.<br>Bradley Scott Schrager, Esq.<br>Gary R. Goodheart, Esq.<br>Jones Vargas<br>3773 Howard Hughes Parkway<br>Third Floor South<br>Las Vegas, Nevada 89169 | *egarofalo@linerlaw.com*<br>Ellyn S. Garofalo, Esq.<br>Liner Yankelevitz Sunshine & Regenstreif LLP<br>1100 Glendon Avenue<br>Los Angeles, California 90024-3503 |

| | |
|---|---|
| msilva@tomcaseylaw.com<br>Thomas H. Casey, Esq.<br>The Law Office of Thomas H. Casey, Inc.<br>22342 Avenida Empresa, Suite 260<br>Rancho Santa Margarita, California 92688 | tor@oreillylawgroup.com<br>Timothy Ryan O'Reilly, Esq.<br>O'Reilly Law Group<br>325 S. Maryland Parkway<br>Las Vegas, Nevada 89101 |

__X__ I certify that I have mailed the *Notice Of Filing Of Bankruptcy Cases By Defendants Edra Blixseth And Brenda And Dennis Montgomery; Notice Of Status Of Their Discharges* by placing the document identified above in a sealed envelope with First Class postage thereon, fully prepaid, in the United States Mail at Reno, Nevada, and addressed as set forth below:

| | |
|---|---|
| Dennis Montgomery<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 | The Montgomery Family Trust<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 |
| Blxware, LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 | Opspring, LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 |

I declare under penalty of perjury that the above is true and correct.

EXECUTED on November 25, 2014, at Reno, Nevada.

_____
Jaclyn Epker
Employee of Edmond Buddy Miller