Edmond "Buddy" Miller (Bar #3116)
1610 Montclair Avenue, Suite C
Reno, NV 89509
Telephone: (775) 828-9898
bmiller@buddymillerlaw.com
*Attorney for Plaintiff, eTreppid Technologies, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ETREPPID TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS MONTGOMERY, BRENDA MONTGOMERY, THE MONTGOMERY FAMILY TRUST, EDRA BLIXSETH, OPSPRING, LLC., AND BLXWARE, LLC,<br><br>Defendants. | Case No.: 3:06-CV-00056-PMP-VPC<br><br>**AFFIDAVIT FOR RENEWAL OF JUDGMENT** |

STATE OF NEVADA         } ss.
COUNTY OF WASHOE

  I, Warren Trepp, being first duly sworn, depose and state under penalty of perjury under the laws of the State of Nevada that the following statements are true and based on my personal knowledge:

  1.  I am the President of eTreppid Technologies, LLC, a Nevada limited liability company ("Judgment Creditor")

  2.  I am making this Affidavit for Renewal of Judgment ("Affidavit") based on personal knowledge and in support of the renewal of Judgment Creditor' Judgment, and as more particularly described below.

  3.  On December 11, 2008, the Clerk of the United States District Court for the District of Nevada entered the Confession of Judgment (the "Judgment") in favor of Judgment Creditor and against Dennis Montgomery, Brenda Montgomery, The Montgomery Family Trust,

1  Edra Blixseth, Opspring, LLC, and Blxware, LLC. (collectively, "Judgment Debtors"). The total
2  Judgment amount against the Judgment Debtors was **$20,000,000.00**, plus prejudgment interest.

3      4.    On March 17, 2009, the United States District Court for the District of Nevada
4  entered an *Order* (Docket No. 979) granting Judgment Creditor's Emergency Motion (Docket No.
5  971) to correct the name of Judgment Debtor "Blxware, Inc." to "Blxware, LLC," and to correct
6  the name of Judgment Debtor "Opspring, Inc." to "Opspring, LLC," retroactive to December 11,
7  2008.

8      5.    A certified copy of the Judgment was recorded in the office of the Washoe County
9  Recorder on December 19, 2008 as Document No. 3714177.

10      6.    The Judgment was registered with the United States District Court for the District
11  of Montana, Case No. MCV-09-02-BLG-CSO, on January 22, 2009. The registered Judgment
12  was recorded with the Gallatin County Clerk and Recorder's office on February 11, 2009 as
13  Instrument No. 2321067.

14      7.    The Judgment was registered and docketed in the United States District Court for
15  the Southern District of California, San Diego Division, Case No. 09MC0019, on January 9, 2009.
16  A Notice of Judgment Lien on Personal Property was filed with California Secretary of State on
17  January 16, 2009, Instrument No. 09-7184996942, which expires on June 9, 2014. An Amended
18  Lien to correct names was filed on May 22, 2009, Instrument No. 09-7197467535. The renewal
19  of said Lien was recorded on June 9, 2014, Instrument No. 14-7415101832, which expires on June
20  9, 2019.

21      8.    The Abstract of Judgment was recorded in the following counties: (1) in the office
22  of the Riverside County Recorder on January 23, 2009 as Instrument No. 2009-0031931; (2) in the
23  office of the San Diego County Recorder on January 23, 2009 as Instrument No. 2009-0033701;
24  and (3) in the office of the San Joaquin County Recorder on February 3, 2009 as Instrument No.
25  2009-019283.

26  / / /
27  / / /
28  / / /

9. The Amended Abstract of Judgment was recorded in the following counties: (1) in the office of the San Diego County Recorder on April 21, 2009 as Instrument No. 2009-0203578; and (2) in the office of the Riverside County Recorder on April 22, 2009 as Instrument No. 2009-0198382.

10. The Judgment in favor of Judgment Creditor consists of the following:

| 1. | Principal in the amount of | $20,000,000.00 |
|---|---|---|
| 2. | Prejudgment Interest at the promissory note rate of 5% per annum on $20,000,000.00 from November 18, 2008 to December 10, 2008 | $63,013.79 |
| | Total Judgment as of December 11, 2008 | $20,063,013.79 |

11. Since December 11, 2008, there has been no payment or other recovery on the Judgment.

12. There are no set-offs or counterclaims in favor of the Judgment Debtors.

13. A Writ of Execution was issued on December 29, 2008, and returned on May 7, 2009.

14. The Judgment provides that interest shall continue to accrue on all unpaid amounts at the statutory rate until the Judgment is paid in full.

15. 28 U.S.C. § 1961 provides that interest shall be allowed on any money judgment in a civil case recovered in a district court, and such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment. Interest shall be computed daily to the date of payment, and shall be compounded annually.

16. For the calendar week preceding the date of the Judgment, December 5, 2008, the interest rate was 0.69%

/ / /

/ / /

/ / /

/ / /

17.     Postjudgment interest has accrued on the Judgment in favor of Judgment Creditor through December 10, 2014, as follows:

| Previous Judgment Balance | Interest Accrued From: | Interest Accrued To: | Interest Rate: | Accrued Interest: | Total Judgment: |
|---|---|---|---|---|---|
| $20,063,013.79 | 12/11/08 | 12/10/09 | 0.69% | $138,434.80 | $20,201,448.59 |
| $20,201,448.59 | 12/11/09 | 12/10/10 | 0.69% | $139,390.00 | $20,340,838.59 |
| $20,340,838.59 | 12/11/10 | 12/10/11 | 0.69% | $140,351.79 | $20,481,190.38 |
| $20,481,190.38 | 12/11/11 | 12/10/12 | 0.69% | $141,320.21 | $20,622,510.59 |
| $20,622,510.59 | 12/11/12 | 12/10/13 | 0.69% | $142,295.32 | $20,764,805.91 |
| $20,764,805.91 | 12/10/13 | 12/10/14 | 0.69% | $143,277.16 | $20,908,083.07 |

18.     The exact amount due on the Judgment in favor of Judgment Creditor as of December 10, 2014 is **$20,908,083.07**. The Judgment in favor of Judgment Creditor will continue to accrue interest on all unpaid amounts at the statutory rate until this Judgment is paid in full.

19.     Judgment Creditor has incurred attorney fees and costs, including fees and costs related to the preparation, filing and recording of this Affidavit, for which Judgment Creditor will seek recovery after the filing of this Affidavit.

20.     Judgment Creditor is filing this Affidavit as to Dennis Montgomery, The Montgomery Family Trust, Opspring, Inc, and Blxware, Inc., and is seeking to extend its judgment lien on any real property held by said Judgment Debtors or hereafter acquired. Judgment Creditor is not renewing its Judgment as to Judgment Debtors Brenda Montgomery and Edra Blixseth, who obtained a discharge of this liability in bankruptcy. Judgment Creditor is also not seeking to extend its judgment lien on any real property acquired by Judgment Debtors Brenda Montgomery and Edra Blixseth after the dates of the filing of their respective petitions in bankruptcy.

21.     Edra Blixseth filed a Chapter 7 bankruptcy case on March 26, 2009 in the United States Bankruptcy Court for the District of Montana, Case No. 09-60452-RBK. On February 8, 2011, the Bankruptcy Court entered an order discharging Edra Blixseth under section 727 of the Bankruptcy Code, which includes her liability on the Judgment.

22.     Dennis Montgomery and Brenda Montgomery jointly filed a Chapter 7 bankruptcy

case on June 26, 2009 in the United States Bankruptcy Court for the Central District of California, Case No. 2:10-bk-18510-BB. On June 2, 2014, the Bankruptcy Court entered an order discharging Brenda Montgomery under section 727 of the Bankruptcy Code, which includes her liability on the Judgment.

23. Accordingly, the filing and recording of this Affidavit should not be construed as seeking to extend Judgment Creditor's judgment lien on any real property acquired by Brenda Montgomery and Edra Blixseth after the dates of the filing of their respective bankruptcy petitions, or as an attempt to collect the discharged debt previously owed by Brenda Montgomery and Edra Blixseth to Judgment Creditor, or as violating the discharge injunction under 11 U.S.C. § 524 in favor of Brenda Montgomery and Edra Blixseth.

24. Dennis Montgomery, as noted above, jointly filed his Chapter 7 bankruptcy petition with Brenda Montgomery, but he did not receive a discharge from the Bankruptcy Court. On December 27, 2011, the Bankruptcy Court entered an Order Denying Discharge of Dennis Lee Montgomery, and Dennis Montgomery remains jointly and severally liable for the full amount of the Judgment until satisfied in full.

I, Warren Trepp, swear under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of November, 2014.

_____
Warren Trepp

Signed and Sworn to before me, a Notary Public on 25 day of November, 2014.
by _____Warren Trepp_____ proved to me on the basis of satisfactory evidence to be the person appeared before me.

_____
Notary Public

> JACLYN NAI EPKER
> Notary Public - State of Nevada
> Appointment Recorded in Washoe County
> No: 99-50825-2 - Expires February 6, 2015

# PROOF OF SERVICE

I, Jaclyn Epker, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada, by Edmond "Buddy" Miller, Attorney at Law, and his business address is 1610 Montclair Avenue, Suite C, Reno, Nevada 89509. I am over the age of 18 years and not a party to this action. I am readily familiar with Edmond "Buddy" Miller's practice for collection of mail, delivery of his hand deliveries and his process of faxes.

On November 25, 2014, I caused the foregoing *Affidavit For Renewal Of Judgment* to be:

_X_ filed electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses:

dkennedy@baileykennedy.com
Dennis L. Kennedy, Esq.
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
*Fax No. 702/562-8821*

Raphael.Gomez@usdoj.gov
Raphael O. Gomez, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 6144
U.S. Department of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, DC 20044
*Fax 202/616-8470*

Carlotta.Wells@usdoj.gov
Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC 20044
*Fax No. 202/616-8470*

Greg.Addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
*Fax No. 784-5181*

Case 3:06-cv-00056-PMP-VPC   Document 1208   Filed 11/25/14   Page 7 of 8

*roland.tellis@bingham.com;*
*marshall.grossman@bingham.com*
Roland Tellis, Esq.
Marshall B. Grossman, Esq.
Bingham McCutchen LLP
The Water Garden
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA 90404
*Fax No. 310-907-2000*

*bpeck@lrlaw.com*
Bridget Robb Peck, Esq.
Lewis and Roca, LLP
50 W. Liberty Street, Ste. 410
Reno, Nevada 89501
*Fax No. 775-823-2929*

*brohde@rohdelaw.com*
*gschwartz@rohdelaw.com*
Robert E. Rohde, Esq.
Gregory G. Schwartz, Esq.
Rohde & Van Kampen
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
*Fax No. (206) 405-2825*

*mjfbb@msn.com*
Michael James Flynn, Esq.
Flynn & Stillman
P. O. Box 690
Rancho Santa Fe, CA

*Zachary@logarpulver.com*
Ronald J. Logar, Esq.
Law Office of Logar & Pulver, PC
225 S. Arlington Avenue, Suite A
Reno, Nevada 89501

*dleonard@mcdonaldcarano.com*
*lgoddard@mcdonaldcarano.com*
*jfrankovich@mcdonaldcarano.com*
Debbie Leonard, Esq.
Leigh T. Goddard, Esq.
John J. Frankovich, Esq.
McDonald Carano Wilson LLP
P. O. Box 2670
Reno, Nevada 89505-2670

*acowley@jonesvargas.com*
*bschrager@jonesvargas.com*
*grg@jonesvargas.com*
Amanda J. Cowley, Esq.
Bradley Scott Schrager, Esq.
Gary R. Goodheart, Esq.
Jones Vargas
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169

*egarofalo@linerlaw.com*
Ellyn S. Garofalo, Esq.
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue
Los Angeles, California 90024-3503

Edmond "Buddy" Miller
1610 Montclair Avenue
Suite C
Reno, NV 89509

-7-
Affidavit For Renewal Of Judgment

msilva@tomcaseylaw.com
Thomas H. Casey, Esq.
The Law Office of Thomas H. Casey, Inc.
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, California 92688

tor@oreillylawgroup.com
Timothy Ryan O'Reilly, Esq.
O'Reilly Law Group
325 S. Maryland Parkway
Las Vegas, Nevada 89101

__X__ I certify that I have mailed the *Affidavit For Renewal Of Judgment* by U.S. Postal Service Certified Mail, return receipt requested, postage prepaid, to the following Judgment Debtors:

Dennis Montgomery
6 Toscana Way W.
Rancho Mirage, CA 92770

The Montgomery Family Trust
6 Toscana Way W.
Rancho Mirage, CA 92770

Blxware, LLC
600 106th Avenue NE, Suite 210
Bellevue, WA 98004-5045

Opspring, LLC
600 106th Avenue NE, Suite 210
Bellevue, WA 98004-5045

I declare under penalty of perjury that the above is true and correct.

EXECUTED on November __25__, 2014, at Reno, Nevada.

_____
Jaclyn Epker
Employee of Edmond Buddy Miller