**Michael J. Flynn, Mass. State Bar No.172780**
P.O. Box 690, 6125 El Toro
Rancho Santa Fe, CA 92067; and
One Center Plaza, Suite 240
Boston, MA 02129
Tel: (858) 775-7624;
Fax: (858) 759-0711
*Admitted Pro Hac Vice*
*Appearing for Himself Pro Se*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, and the MONTGOMERY FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, LLC, WARREN TREPP, and the UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | 3:06-CV-00056-PMP-VPC<br>**BASE FILE**<br><br>3:06-CV-00145-PMP-VPC<br><br>**AFFIDAVIT OF RENEWAL OF JUDGMENT** |

STATE OF CALIFORNIA

                 } ss.

COUNTY OF SAN DIEGO

I, Michael J. Flynn, being first duly sworn, depose and state under penalty of perjury under the laws of the United States of America that the following statements are true and based on my personal knowledge:

1. I, Michael J. Flynn, am a judgment creditor ("Judgment Creditor") of Dennis Montgomery by virtue of of the Judgment entered in this case on July 8, 2010 at Docket No. 1171 ("Judgment").

2. I am making this Affidavit for Renewal of Judgment ("Affidavit") based on personal

28

1   knowledge and in support of the renewal of Judgment Creditor's Judgment, and as
2   more particularly described below.

3.  The names of the parties to this litigation are: Atiego, LLC; Edra Blixseth; Blxware, LLC, Michael J. Flynn; Deborah Klar; Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP; Ronald Logar; Brena Montgomery; Dennis Montgomery; Montgomery Family Trust; Nevada State Democratic Party; Opsring, LLC; Teri Pham; Reno Newspapers, Inc.; Jason Rund; Michael Sandoval; Warren Trepp; U.S. Department of Defense; United States of America; eTreppid Technologies, LLC.

4.  On July 8, 2010, the Clerk of the United States District Court for the District of Nevada entered judgment in favor of Judgment Creditor and against Dennis Montgomery (the "Judgment Debtor") in the above-captioned case at Docket Entry No. 1171.  The total amount of the Judgment was $204,411.00.

5.  There is no outstanding writ of execution for enforcement of the Judgment.

6.  There are no setoffs or counterclaims in favor of the Judgment Debtor that would reduce the amount owed under the Judgment.

7.  No payment on the Judgment has been made.

8.  There is currently due on the Judgment: $208,174.40 ($204,411 [principal] + $1.79 per diem interest @.32% post-judgment rate of interest @ 2100 days from Judgment date through the date of this Affidavit).

9.  The Judgment Debtor sought bankruptcy protection in 2010 but Judgment Creditor successfully had his bankruptcy discharge denied.

10. The Judgment Debtor and Judgment Creditor previously entered into a settlement agreement but the Judgment Debtor breached the material terms of that settlement agreement and by the very terms of that settlement agreement, thereby reinstated all amounts due and owing under the Judgment.

I, Michael J. Flynn, swear under penalty of perjury that the foregoing is true and

2

1       correct.

2

3 Dated: April 7, 2016,

4

5                                      Michael J. Flynn, Esq.

6

7

8

9                                   [NOTARY BLOCK]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this  8th  day of  April , 20 16 , by  Michael J. Flynn ,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



MICHELLE VIOLET BASIL
Commission # 2060482
Notary Public - California
San Diego County
My Comm. Expires Mar 9, 2018

(Seal)

Signature _____

## CERTIFICATE OF SERVICE

I, Michael J. Flynn, do hereby certify that I will send a copy of this Affidavit of Renewal of Judgment to the Debtor Dennis Montgomery at his last known address of 3812 94th Avenue NE, Yarrow Point, King County, State of Washington, within three days of filing this Affidavit.

/s/ Michael J. Flynn

Michael J. Flynn, Esq.