JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: 775-784-5438
holly.a.vance@usdoj.gov

*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, L.L.C., *et al.*,<br><br>Defendants. | Case No. 3:06-cv-00056-MMD-CSD<br>And<br>No. 3:06-cv-145-MMD-VPC<br><br><br><br>**United States' Motion for Extension of Time**<br><br>**(First Request)** |

    The United States of America, in its capacity as a prior defendant in this litigation through the U.S. Department of Defense and as an interested party in regard to the protective order entered at ECF No. 253, hereby requests a 30-day extension of time, until October 6, 2022, in which to respond to the motion to intervene and to lift protective order, ECF No. 1216, filed by non-party Michael J. Lindell. Under the Court's local rules, the response to that motion is currently due September 6, 2022.

    An extension is warranted for at least two reasons. First, current counsel for the United States was only recently assigned to handle this matter and requires additional time to become familiarized with the issues. Second, it appears that the United States has had no involvement in this case for over a decade. Accordingly, additional time is necessary for relevant officials to become familiarized with the issues implicated by Mr. Lindell's motion. Under the

1

circumstances, good cause exists to extend the deadline for the United States to file its response to the motion to intervene and to lift the protective order. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

      This is the United States' first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). This motion is made in good faith and not for the purpose of undue delay.

      Respectfully submitted this 1st day of September, 2022.

JASON M. FRIERSON
United States Attorney

*s/ Holly A. Vance*
HOLLY A. VANCE
Attorney for the United States

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and ma at least eighteen years of age.  My business address is 400 S. Virginia Street, Suite 900, Reno, Nevada 89501. I am not a party to the above-entitled action.  On the date set forth below, I caused service of **United States' Motion for Extension of Time** through the Court's electronic filing and notice system (CM/ECF), and by sending a copy of same via ECF notice upon:

| | |
|---|---|
| Edmond "Buddy" Miller, Esq.<br>Bar No. 3116<br>STEPTOE & JOHNSON LLP<br>1610 Montclair Avenue, Suite C Reno, NV 89509<br>bmiller@buddymillerlaw.com<br><br>*Attorney for ETREPPID TECHNOLOGIES, L.L.C. and WARREN TREPP* | Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq.<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>rweingarten@steptoe.com<br>bheberlig@steptoe.com rayers@steptoe.com |
| Dennis L. Kennedy, Esq.<br>Bailey Kennedy<br>8984 Spanish Ridge Avenue Las Vegas, Nevada 89148-1302<br>dkennedy@baileykennedy.com | Carlotta P. Wells, Esq. Senior Trial Counsel Federal Programs Branch Civil Division – Room 7150<br>U.S. Department of Justice 20 Massachusetts Ave., NW<br>P.O. Box 883<br>Washington, DC 20044<br>Carlotta.Wells@usdoj.gov |
| J. Stephen Peek, Esq.<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511<br>speek@hollandhart.com | |
| Raphael O. Gomez, Esq.<br>Senior Trial Counsel Federal Programs Branch Civil Division – Room 6144<br>U.S. Department of Justice 20 Massachusetts Ave., N.W.<br>P.O. Box 883<br>Washington, DC 20044<br>Raphael.Gomez@usdoj.gov | Roland Tellis, Esq. Marshall B. Grossman, Esq. Bingham McCutchen LLP The Water Garden<br>1620 26th Street, 4th Floor, North Tower Santa Monica, CA 90404<br>rolland.tellis@bingham.com<br>marshall.grossman@bingham.com |

| | |
|---|---|
| Robert E. Rohde, Esq.<br>Gregory G. Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>brohde@rohdelaw.com<br>gschwartz@rohdelaw.com | Ronald J. Logar, Esq.<br>Law Office of Logar & Pulver, PC<br>225 S. Arlington Avenue, Suite A<br>Reno, Nevada 89501<br>Zachary@logarpulver.com |
| Amanda J. Cowley, Esq.<br>Bradley Scott Schrager, Esq.<br>Gary R. Goodheart, Esq.<br>Jones Vargas<br>3773 Howard Hughes Parkway<br>Third Floor South<br>Las Vegas, Nevada 89169<br>acowley@jonesvargas.com<br>bschrager@jonesvargas.com<br>grg@jonesvargas.com | Bridget Robb Peck, Esq.<br>Lewis and Roca, LLP<br>50 W. Liberty Street, Suite 410<br>Reno, Nevada 89501<br>bpeck@lrlaw.com |
| Michael James Flynn, Esq.<br>Flynn & Stillman<br>P.O. Box 690<br>Rancho Santa Fe, CA<br>mjfbb@msn.com | Debbie Leonard, Esq.<br>Leigh T. Goddard, Esq.<br>John J. Frankovich, Esq.<br>McDonald Carano Wilson LLP<br>P.O. Box 2670<br>Reno, Nevada 89505-2670<br>dleonard@mcdonaldcarano.com<br>lgoddard@mcdonaldcarano.com<br>jfrankovich@mcdonaldcarano.com |
| Ellyn S. Garofalo, Esq.<br>Liner Yankelevitz Sunshine & Regenstreif LLP<br>1100 Glendon Avenue<br>Los Angeles, California 90024-3503<br>egarofalo@linerlaw.com | Thomas H. Casey, Esq.<br>The Law Office of Thomas H. Casey, Inc.<br>22342 Avenida Empresa, Suite 260<br>Rancho Santa Margarita, California 92688<br>msilva@tomcaseylaw.com |
| Timothy Ryan O'Reilly, Esq.<br>O'Reilly Law Group<br>325 S. Maryland Parkway Las Vegas, Nevada 89101<br>tor@oreillylawgroup.com | |

and by US Mail on:

| | |
|---|---|
| The Montgomery Family Trust<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 | Blxware LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 |
| Offspring LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 | Dennis Montgomery<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of September, 2022.

*s/ Holly A. Vance*
Holly A. Vance