ANDREW D. PARKER, ESQ. (pro hac vice forthcoming)
Arizona Bar No. 028314
E-Mail: parker@parkerdk.com
**PARKER DANIELS KIBORT LLC**
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101

ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060

*Attorneys for* Proposed Intervenor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust,<br><br>Plaintiff,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA; and DOES 1 through 10,<br><br>Defendants.<br><br>AND ALL RELATED CASE(S) | CASE NO.: 3:06-cv-00056-PMP-VPC<br>and<br>3:06-cv-00145-PMP-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY MOTION**<br><br>**(FIRST REQUEST)** |

-1-

**STIPULATION & ORDER TO EXTEND TIME TO FILE REPLY MOTION**

IT IS HEREBY STIPULATED AND AGREED between Michael Lindell, by and through his attorney of record, Adam R. Fulton, Esq., of the law firm of Jennings & Fulton, Ltd., and the United States of America, by and through its counsel, James R. Powers, Esq., of the Civil Division, Federal Programs Branch, U.S. Department of Justice, to extend the deadline for Michael Lindell to file his Reply Brief in support of the Motion to Intervene and to Lift Protective Order (the "Reply"). The Reply is due on October 13, 2022. The Parties stipulate and agree to allow Mr. Lindell an additional week, until October 21st, 2022 to file the Reply. The extension is requested for the following reasons:

1. Due to the complexity of the issues raised in the subject motions additional time is needed by the Mr. Lindell to prepare the Reply.

2. The Opposition seeks to prevent Mr. Lindell to intervene into this matter, and additional time is needed to respond to arguments of this magnitude.

Agreed to and jointly submitted on October 11, 2022 by:

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ANTHONY J. COPPOLINO
        Deputy Director

JENNINGS & FULTON LTD.        U.S. DEPARTMENT OF JUSTICE

By: /s/ *Adam Fulton*        By: /s/ *James Powers*
ADAM FULTON, ESQ.        JAMES POWERS, ESQ.
Nevada Bar No. 11572        Trial Attorney
Jennings & Fulton, LTD        Civil Div., Federal Programs Branch
afulton@jfnvlaw.com        James.R.Powers@usdoj.gov
*Attorney for Michael Lindell*        *Attorney for United States of America*

        IT IS SO ORDERED:

        _____
        UNITED STATES DISTRICT JUDGE
        DATED: _____

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of JENNINGS & FULTON, LTD., and that on the 11th day of October 2022, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND INTENT TO FILE PETITION OF PRO HAC VICE** to be served as follows:

\_\_\_\_ by depositing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope; or

\_\_\_\_ by facsimile transmission, pursuant to E.D.C.R. 7.26, as indicated below; or

\_\_X\_\_ by electronic service, pursuant to N.E.F.C.R. 9 and Administrative Order 14-2, as indicated below:

| | |
|---|---|
| Edmond "Buddy" Miller, Esq.<br>Bar No. 3116<br>STEPTOE & JOHNSON LLP<br>1610 Montclair Avenue, Suite C<br>Reno, NV 89509<br>bmiller@buddymillerlaw.com<br>Telephone: (775) 828-9898<br><br>*Attorney for*<br>ETREPPID TECHNOLOGIES, L.L.C. and<br>WARREN TREPP | Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq.<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>rweingarten@steptoe.com<br>bheberlig@steptoe.com<br>rayers@steptoe.com |
| Dennis L. Kennedy, Esq.<br>Bailey Kennedy<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>dkennedy@baileykennedy.com<br>Facsimile: 702-562-8821 | Carlotta P. Wells, Esq.<br>Senior Trial Counsel<br>Federal Programs Branch<br>Civil Division – Room 7150<br>U.S. Department of Justice<br>20 Massachusetts Ave., NW<br>P.O. Box 883<br>Washington, DC 20044<br>Carlotta.Wells@usdoj.gov<br>Fax No. 202-616-8470 |
| J. Stephen Peek, Esq.<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511<br>speek@hollandhart.com | Greg Addington, Esq.<br>Assistant U.S. Attorney<br>100 W. Liberty Street, Suite 600<br>Reno, Nevada 89501<br>Greg.Addington@usdoj.gov<br>Facsimile: 784-5181 |

| | | |
|---|---|---|
| 1 | Raphael O. Gomez, Esq. | Roland Tellis, Esq. |
| 2 | Senior Trial Counsel | Marshall B. Grossman, Esq. |
| | Federal Programs Branch | Bingham McCutchen LLP |
| 3 | Civil Division – Room 6144 | The Water Garden |
| | U.S. Department of Justice | 1620 26th Street, 4th Floor, North Tower |
| 4 | 20 Massachusetts Ave., N.W. | Santa Monica, CA 90404 |
| | P.O. Box 883 | rolland.tellis@bingham.com |
| 5 | Washington, DC 20044 | marshall.grossman@bingham.com |
| | Raphael.Gomez@usdoj.gov | Facsimile: 310-907-2000 |
| 6 | Facsimile: 202-616-8470 | |

7

8  Robert E. Rohde, Esq.                         Ronald J. Logar, Esq.
   Gregory G. Schwartz, Esq.                     Law Office of Logar & Pulver, PC
9  Rohde & Van Kampen                            225 S. Arlington Avenue, Suite A
   1001 Fourth Avenue, Suite 4050                Reno, Nevada 89501
10 Seattle, Washington 98154                     Zachary@logarpulver.com
   brohde@rohdelaw.com
11 gschwartz@rohdelaw.com
   Facsimile: 206-405-2825

12
   Amanda J. Cowley, Esq.                        Bridget Robb Peck, Esq.
13 Bradley Scott Schrager, Esq.                  Lewis and Roca, LLP
   Gary R. Goodheart, Esq.                       50 W. Liberty Street, Suite 410
14 Jones Vargas                                  Reno, Nevada 89501
   3773 Howard Hughes Parkway                    bpeck@lrlaw.com
15 Third Floor South                             Facsimile: 775-823-2929
   Las Vegas, Nevada 89169
16 acowley@jonesvargas.com
17 bschrager@jonesvargas.com
   grg@jonesvargas.com

18
   Michael James Flynn, Esq.                     Debbie Leonard, Esq.
19 Flynn & Stillman                              Leigh T. Goddard, Esq.
20 P.O. Box 690                                  John J. Frankovich, Esq.
   Rancho Santa Fe, CA                           McDonald Carano Wilson LLP
21 mjfbb@msn.com                                 P.O. Box 2670
                                                 Reno, Nevada 89505-2670
22                                               dleonard@mcdonaldcarano.com
                                                 lgoddard@mcdonaldcarano.com
23                                               jfrankovich@mcdonaldcarano.com

24
   Ellyn S. Garofalo, Esq.                       Thomas H. Casey, Esq.
25 Liner Yankelevitz Sunshine &                  The Law Office of Thomas H. Casey, Inc.
   Regenstreif LLP                               22342 Avenida Empresa, Suite 260
26 1100 Glendon Avenue                           Rancho Santa Margarita, California 92688
   Los Angeles, California 90024-3503            msilva@tomcaseylaw.com
27 egarofalo@linerlaw.com

28

| | |
|---|---|
| Timothy Ryan O'Reilly, Esq.<br>O'Reilly Law Group<br>325 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>tor@oreillylawgroup.com | *Via U.S. Mail*<br>Dennis Montgomery<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 |
| *Via U.S. Mail*<br>The Montgomery Family Trust<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 | *Via U.S. Mail*<br>Blxware LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 |
| *Via U.S. Mail*<br>Offspring LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 | |

*/s/ Norma Richter*
*An Employee of*
JENNINGS & FULTON, LTD.