ANDREW D. PARKER, ESQ. (pro hac vice forthcoming)
Arizona Bar No. 028314
E-Mail: parker@parkerdk.com
**PARKER DANIELS KIBORT LLC**
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101

ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060

*Attorneys for* Proposed Intervenor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust,<br><br>Plaintiff,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA; and DOES 1 through 10,<br><br>Defendants.<br><br>AND ALL RELATED CASE(S) | CASE NO.: 3:06-cv-00056-PMP-VPC<br>and<br>3:06-cv-00145-PMP-VPC<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY MOTION**<br><br>**(FIRST REQUEST)** |

**STIPULATION & ORDER TO EXTEND TIME TO FILE REPLY MOTION**

IT IS HEREBY STIPULATED AND AGREED between Michael Lindell, by and through his attorney of record, Adam R. Fulton, Esq., of the law firm of Jennings & Fulton, Ltd., and the United States of America, by and through its counsel, James R. Powers, Esq., of the Civil Division, Federal Programs Branch, U.S. Department of Justice, to extend the deadline for Michael Lindell to file his Reply Brief in support of the Motion to Intervene and to Lift Protective Order (the "Reply").  The Reply is due on October 13, 2022.  The Parties stipulate and agree to allow Mr. Lindell an additional week, until October 21st, 2022 to file the Reply.  The extension is requested for the following reasons:

1. Due to the complexity of the issues raised in the subject motions additional time is needed by the Mr. Lindell to prepare the Reply.

2. The Opposition seeks to prevent Mr. Lindell to intervene into this matter, and additional time is needed to respond to arguments of this magnitude.

Agreed to and jointly submitted on October 11, 2022 by:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

JENNINGS & FULTON LTD.                    U.S. DEPARTMENT OF JUSTICE

By: /s/ *Adam Fulton*                     By: /s/ *James Powers*
ADAM FULTON, ESQ.                         JAMES POWERS, ESQ.
Nevada Bar No. 11572                      Trial Attorney
Jennings & Fulton, LTD                    Civil Div., Federal Programs Branch
afulton@jfnvlaw.com                       James.R.Powers@usdoj.gov
*Attorney for Michael Lindell*            *Attorney for United States of America*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 12, 2022

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of JENNINGS & FULTON, LTD., and that on the 11th day of October 2022, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND INTENT TO FILE PETITION OF PRO HAC VICE** to be served as follows:

_____ by depositing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope; or

_____ by facsimile transmission, pursuant to E.D.C.R. 7.26, as indicated below; or

__X__ by electronic service, pursuant to N.E.F.C.R. 9 and Administrative Order 14-2, as indicated below:

Edmond "Buddy" Miller, Esq.
Bar No. 3116
STEPTOE & JOHNSON LLP
1610 Montclair Avenue, Suite C
Reno, NV 89509
bmiller@buddymillerlaw.com
Telephone: (775) 828-9898

*Attorney for*
ETREPPID TECHNOLOGIES, L.L.C. and
WARREN TREPP

Reid H. Weingarten, Esq.
Brian M. Heberlig, Esq.
Robert A. Ayers, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
rweingarten@steptoe.com
bheberlig@steptoe.com
rayers@steptoe.com

Dennis L. Kennedy, Esq.
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
dkennedy@baileykennedy.com
Facsimile: 702-562-8821

Carlotta P. Wells, Esq.
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC 20044
Carlotta.Wells@usdoj.gov
Fax No. 202-616-8470

J. Stephen Peek, Esq.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
speek@hollandhart.com

Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Greg.Addington@usdoj.gov
Facsimile: 784-5181

-3-

| | | |
|---|---|---|
| 1 | Raphael O. Gomez, Esq. | Roland Tellis, Esq. |
| 2 | Senior Trial Counsel | Marshall B. Grossman, Esq. |
|   | Federal Programs Branch | Bingham McCutchen LLP |
| 3 | Civil Division – Room 6144 | The Water Garden |
|   | U.S. Department of Justice | 1620 26th Street, 4th Floor, North Tower |
| 4 | 20 Massachusetts Ave., N.W. | Santa Monica, CA 90404 |
|   | P.O. Box 883 | rolland.tellis@bingham.com |
| 5 | Washington, DC 20044 | marshall.grossman@bingham.com |
|   | Raphael.Gomez@usdoj.gov | Facsimile: 310-907-2000 |
| 6 | Facsimile: 202-616-8470 | |

1  Raphael O. Gomez, Esq.            Roland Tellis, Esq.
2  Senior Trial Counsel              Marshall B. Grossman, Esq.
   Federal Programs Branch           Bingham McCutchen LLP
3  Civil Division – Room 6144        The Water Garden
   U.S. Department of Justice        1620 26th Street, 4th Floor, North Tower
4  20 Massachusetts Ave., N.W.       Santa Monica, CA 90404
   P.O. Box 883                      rolland.tellis@bingham.com
5  Washington, DC 20044              marshall.grossman@bingham.com
   Raphael.Gomez@usdoj.gov           Facsimile: 310-907-2000
6  Facsimile: 202-616-8470

7  Robert E. Rohde, Esq.             Ronald J. Logar, Esq.
8  Gregory G. Schwartz, Esq.         Law Office of Logar & Pulver, PC
   Rohde & Van Kampen                225 S. Arlington Avenue, Suite A
9  1001 Fourth Avenue, Suite 4050    Reno, Nevada 89501
   Seattle, Washington 98154         Zachary@logarpulver.com
10 brohde@rohdelaw.com
   gschwartz@rohdelaw.com
11 Facsimile: 206-405-2825

12 Amanda J. Cowley, Esq.            Bridget Robb Peck, Esq.
13 Bradley Scott Schrager, Esq.      Lewis and Roca, LLP
   Gary R. Goodheart, Esq.           50 W. Liberty Street, Suite 410
14 Jones Vargas                      Reno, Nevada 89501
   3773 Howard Hughes Parkway        bpeck@lrlaw.com
15 Third Floor South                 Facsimile: 775-823-2929
   Las Vegas, Nevada 89169
16 acowley@jonesvargas.com
17 bschrager@jonesvargas.com
   grg@jonesvargas.com
18

19 Michael James Flynn, Esq.         Debbie Leonard, Esq.
   Flynn & Stillman                  Leigh T. Goddard, Esq.
20 P.O. Box 690                      John J. Frankovich, Esq.
   Rancho Santa Fe, CA               McDonald Carano Wilson LLP
21 mjfbb@msn.com                     P.O. Box 2670
                                     Reno, Nevada 89505-2670
22                                   dleonard@mcdonaldcarano.com
                                     lgoddard@mcdonaldcarano.com
23                                   jfrankovich@mcdonaldcarano.com

24 Ellyn S. Garofalo, Esq.           Thomas H. Casey, Esq.
25 Liner Yankelevitz Sunshine &      The Law Office of Thomas H. Casey, Inc.
   Regenstreif LLP                   22342 Avenida Empresa, Suite 260
26 1100 Glendon Avenue               Rancho Santa Margarita, California 92688
   Los Angeles, California 90024-3503  msilva@tomcaseylaw.com
27 egarofalo@linerlaw.com
28

JENNINGS & FULTON, LTD.
2580 SORREL STREET
LAS VEGAS, NEVADA 89146
TELEPHONE 702 979 3565 ♦ FAX 702 362 2060

| | |
|---|---|
| Timothy Ryan O'Reilly, Esq.<br>O'Reilly Law Group<br>325 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>tor@oreillylawgroup.com | *Via U.S. Mail*<br>Dennis Montgomery<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 |
| *Via U.S. Mail*<br>The Montgomery Family Trust<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 | *Via U.S. Mail*<br>Blxware LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 |
| *Via U.S. Mail*<br>Offspring LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 | |

                */s/ Norma Richter*
                *An Employee of*
                JENNINGS & FULTON, LTD.