ANDREW D. PARKER, ESQ. (pro hac vice pending)
Arizona Bar No. 028314
E-Mail: parker@parkerdk.com
**PARKER DANIELS KIBORT LLC**
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101

ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060

*Attorneys for* Proposed Intervenor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, an individual; and MONTGOMERY FAMILY TRUST, a California Trust,<br><br>Plaintiff,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company; WARREN TREPP, an individual; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA; and DOES 1 through 10,<br><br>Defendants.<br><br>AND ALL RELATED CASE(S) | CASE NO.: 3:06-cv-00056-PMP-VPC<br>and<br>3:06-cv-00145-PMP-VPC |

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE**

The Government's Opposition (Doc. #1232) to Michael Lindell's Motion (Doc. #1216) takes the position that Mr. Lindell "is not subject to the protective order entered in this case," that the "protective order does not apply to any litigation but the above-captioned cases in which it was entered," that "[t]he Protective Order's prohibitions applied only to 'discovery or disclosure . . . during all proceedings in these actions," that "the Protective Order does not bind Lindell in any way," that "[t]he express terms of the Protective Order present no barrier to [Mr. Lindell's] use of the "information that Lindell has specifically indicated he needs," that "the Protective Order entered in this case from which Lindell seeks relief has no relevant effect on the defamation litigation or his ability to obtain or use any information he needs therein," and that "the Order had nothing to do with the 2020 election or alleged fraud therein." Opp. at 1, 1, 3, 6, 6, 7, 11. Mr. Lindell accordingly requests the Court enter an Order confirming and adopting the Government's representations on these specific matters.

Mr. Lindell has standing to bring his Motion because he is concerned that his use of information received from party Dennis Montgomery might run afoul of the Protective Order (Doc. #253) and he seeks to avoid that outcome. "The courts have widely recognized that the correct procedure for a nonparty to challenge a protective order is through intervention for that purpose." United Nuclear Corp. v. Cranford Ins. Co., 905 F.2d 1424, 1427 (10th Cir. 1990). "[T]here is ample support for intervenor's argument that courts also recognize Rule 24(b) intervention as a proper method to modify a protective order." Beckman Indus., Inc. v. Int'l Ins. Co., 966 F.2d 470, 472 (9th Cir. 1992). The Government chides Mr. Lindell for taking the cautionary step of bringing his Motion, though the Government previously asserted the Protective Order applied to separate litigation in the Central District of

California. Id. Ex. 13 at 17:2-4, 21:17-18 ("I'm here to enforce the terms of the United States protective order"). Further, the Government has asserted in communications concerning Mr. Montgomery that the state secret privilege continues to remain in effect regarding Mr. Montgomery's information. Decl. of Dennis Montgomery ¶ 24 & Ex. 10, 11 (Doc. #1216-2). Entry of an Order confirming and adopting the positions taken by the Government in its Opposition, quoted above, will address Mr. Lindell's concerns about the Government's prior communications and prevent the Government from taking further inconsistent positions in the future.

## CONCLUSION

Mr. Lindell requests an Order from the Court stating:

1. Mr. Lindell is not subject to the Protective Order entered in this case and it does not bind him in any way. The Protective Order presents no barrier to Mr. Lindell's use of information obtained from Dennis Montgomery.

2. The Protective Order does not apply to any litigation except the above-captioned cases in which it was entered. The Protective Order has no relevant effect on any defamation litigation involving Mr. Lindell. The Protective Order does not affect Mr. Lindell's ability to obtain or use any information in any defamation litigation. The Protective Order has nothing to do with the 2020 election or alleged fraud therein.

3. The Protective Order's prohibitions apply only to discovery or disclosure during all proceedings in the above-captioned actions.

DATED: October 21st, 2022

**JENNINGS & FULTON, LTD.**

By: */s/ Adam R. Fulton, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar 11572
E-mail: afulton@jfnvlaw.com
*Attorneys Michael J. Lindell*

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of JENNINGS & FULTON, LTD., and that on the 21st day of October 2022, I caused a true and correct copy of the foregoing **REPLY MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE,** to be served as follows:

  _X_   by depositing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope; or

  _____   by facsimile transmission, pursuant to E.D.C.R. 7.26, as indicated below; or

  _X_   by electronic service, pursuant to N.E.F.C.R. 9 and Administrative Order 14-2, as indicated below:

| | |
|---|---|
| Edmond "Buddy" Miller, Esq.<br>Bar No. 3116<br>STEPTOE & JOHNSON LLP<br>1610 Montclair Avenue, Suite C<br>Reno, NV 89509<br>bmiller@buddymillerlaw.com<br>Telephone: (775) 828-9898<br><br>*Attorney for*<br>ETREPPID TECHNOLOGIES, L.L.C. and<br>WARREN TREPP | Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq.<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>rweingarten@steptoe.com<br>bheberlig@steptoe.com<br>rayers@steptoe.com |
| Dennis L. Kennedy, Esq.<br>Bailey Kennedy<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>dkennedy@baileykennedy.com<br>Facsimile: 702-562-8821 | Carlotta P. Wells, Esq.<br>Senior Trial Counsel<br>Federal Programs Branch<br>Civil Division – Room 7150<br>U.S. Department of Justice<br>20 Massachusetts Ave., NW<br>P.O. Box 883<br>Washington, DC 20044<br>Carlotta.Wells@usdoj.gov<br>Fax No. 202-616-8470 |
| J. Stephen Peek, Esq.<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511<br>speek@hollandhart.com | Greg Addington, Esq.<br>Assistant U.S. Attorney<br>100 W. Liberty Street, Suite 600<br>Reno, Nevada 89501<br>Greg.Addington@usdoj.gov<br>Facsimile: 784-5181 |

JENNINGS & FULTON, LTD.
2580 SORREL STREET
LAS VEGAS, NEVADA 89146
TELEPHONE 702 979 3565 ♦ FAX 702 362 2060

| | |
|---|---|
| Raphael O. Gomez, Esq.<br>Senior Trial Counsel<br>Federal Programs Branch<br>Civil Division – Room 6144<br>U.S. Department of Justice<br>20 Massachusetts Ave., N.W.<br>P.O. Box 883<br>Washington, DC 20044<br>Raphael.Gomez@usdoj.gov<br>Facsimile: 202-616-8470 | Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Bingham McCutchen LLP<br>The Water Garden<br>1620 26th Street, 4th Floor, North Tower<br>Santa Monica, CA 90404<br>rolland.tellis@bingham.com<br>marshall.grossman@bingham.com<br>Facsimile: 310-907-2000 |
| Robert E. Rohde, Esq.<br>Gregory G. Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>brohde@rohdelaw.com<br>gschwartz@rohdelaw.com<br>Facsimile: 206-405-2825 | Ronald J. Logar, Esq.<br>Law Office of Logar & Pulver, PC<br>225 S. Arlington Avenue, Suite A<br>Reno, Nevada 89501<br>Zachary@logarpulver.com |
| Amanda J. Cowley, Esq.<br>Bradley Scott Schrager, Esq.<br>Gary R. Goodheart, Esq.<br>Jones Vargas<br>3773 Howard Hughes Parkway<br>Third Floor South<br>Las Vegas, Nevada 89169<br>acowley@jonesvargas.com<br>bschrager@jonesvargas.com<br>grg@jonesvargas.com | Bridget Robb Peck, Esq.<br>Lewis and Roca, LLP<br>50 W. Liberty Street, Suite 410<br>Reno, Nevada 89501<br>bpeck@lrlaw.com<br>Facsimile: 775-823-2929 |
| Michael James Flynn, Esq.<br>Flynn & Stillman<br>P.O. Box 690<br>Rancho Santa Fe, CA<br>mjfbb@msn.com | Debbie Leonard, Esq.<br>Leigh T. Goddard, Esq.<br>John J. Frankovich, Esq.<br>McDonald Carano Wilson LLP<br>P.O. Box 2670<br>Reno, Nevada 89505-2670<br>dleonard@mcdonaldcarano.com<br>lgoddard@mcdonaldcarano.com<br>jfrankovich@mcdonaldcarano.com |
| Ellyn S. Garofalo, Esq.<br>Liner Yankelevitz Sunshine & Regenstreif LLP<br>1100 Glendon Avenue<br>Los Angeles, California 90024-3503<br>egarofalo@linerlaw.com | Thomas H. Casey, Esq.<br>The Law Office of Thomas H. Casey, Inc.<br>22342 Avenida Empresa, Suite 260<br>Rancho Santa Margarita, California 92688<br>msilva@tomcaseylaw.com |

| | |
|---|---|
| Timothy Ryan O'Reilly, Esq.<br>O'Reilly Law Group<br>325 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>tor@oreillylawgroup.com | *Via U.S. Mail*<br>Dennis Montgomery<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 |
| *Via U.S. Mail*<br>The Montgomery Family Trust<br>6 Toscana Way W.<br>Rancho Mirage, CA 92770 | *Via U.S. Mail*<br>Blxware LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 |
| *Via U.S. Mail*<br>Offspring LLC<br>600 106th Avenue NE, Suite 210<br>Bellevue, WA 98004-5045 | |

*/s/ Norma Richter*
*An Employee of*
JENNINGS & FULTON, LTD.