**NOT**
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax:(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiffs
*Brian Sciara Et Al*

PATRICK M. MCSWEENEY, ESQ.
*Pro hac vice application pending*
MCSWEENEY, CYNKAR & KACHOUROFF, PLLC
3358 John Tree Hill Road
Powhatan, Virginia 23139
Tel. (804) 937-0895
Fax (703) 365-9593
patrick@mck-lawyers.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY *et al.,* ) | Case No. 3:06-cv-00056-MMD-CSD |
| ) | and |
| Plaintiffs, ) | Case No. 3:06-cv-145-MMD-VPC |
| ) | |
| v. ) | |
| ETREPPID ) | |
| TECHNOLOGIES, LLC, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFFS' NOTICE OF ERRATA TO PLAINTIFFS' MOTION TO RESTRICT APPLICATION OF THE STATE SECRETS PRIVILEGE THE PROTECTIVE ORDER, AND THE CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT**

YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE of the foregoing NOTICE OF ERRATA correcting the, document titled PLAINTIFF'S MOTION TO RESTRICT APPLICATION OF THE STATE SECRETS PRIVILEGE, THE PROTECTIVE

ORDER, AND THE CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT, to include correctly modify said Motion caption and include REQUEST FOR ORAL ARGUMENT UNDER LR 78-1 on said Motion caption.

This Notice of Errata of Correction shall let the record on file indicate same and substitute said portions accordingly.

DATED this __15th__ day of November, 2022

**CHATTAH LAW GROUP**

*/s/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
Nevada Bar No.:8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd., Suite 204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax:(702) 643-6292
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby Certify that on the __15th__ day of November, 2022 I caused the foregoing NOTICE OF ERRATA OF CORRECTION to be electronically served to all registered Parties.

_____/s/__Sigal Chattah___
An Agent of Chattah Law Group