BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

JAMES R. POWERS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Email: James.R.Powers@usdoj.gov
Telephone: (202) 353-0543

*Attorneys for the United States of America*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, *et al.* | Case No: 3:06-cv-00056-MMD-CSD and No. 3:06-cv-145-MMD-VPC |
| Plaintiffs, | |
| v. | |
| ETREPPID TECHNOLOGIES, L.L.C., *et al.*, | **Order Granting Stipulation for Extension of Time** |
| Defendants. | |

    Plaintiff Dennis Montgomery and the United States of America hereby stipulate and agree that the United States may have a seven-day extension of time, from November 28, 2022 to December 5, 2022, to respond to Montgomery's Motion to Restrict Application of the State Secrets Privilege, the Protective Order, and the Classified Information Nondisclosure Agreement (ECF No. 1236).

    The proposed extension is appropriate and supported by good cause.  The current deadline falls on the Monday after Thanksgiving.  In light of the holiday, personal travel surrounding it, and the press of business leading up to it, counsel for the United States requires

a brief additional period in which to prepare and file the Government's responsive papers in an orderly fashion.

This is the United States' first request for an extension of time, *see* LR IA 6-1(a) (must advise of previous extensions), and the United States does not anticipate any further requests for extension of the response deadline. This stipulation is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 21st day of November, 2022.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

/s/ James R. Powers
JAMES R. POWERS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice

*Attorneys for the United States of America*

/s/ Sigal Chattah
SIGAL CHATTAH, ESQ.
Nevada State Bar No.: 8264
CHATTAH LAW GROUP

*Attorneys for Plaintiff Dennis Montgomery*

**IT IS SO ORDERED.**

Dated: November 21, 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE