JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ETREPPID TECHNOLOGIES, L.L.C., *et al.*,<br><br>Defendants. | Case No. 3:06-cv-00056-MMD-CSD<br>And<br>No. 3:06-cv-145-MMD-VPC<br><br>**ORDER GRANTING**<br>**Defendants' Motion to Appear, Substitute and Withdraw Attorney of Record** |

Defendant United States of America seeks to substitute Assistant United States Attorney Stephen R. Hanson II as the lead counsel for the United States of America in the place and stead of Assistant United States Attorney Holly Vance.

The United States respectfully requests the Clerk of the Court to please note the withdrawal of Assistant United States Attorney Holly Vance who will no longer be with the United States Attorney's Office, District of Nevada, as of December 30, 2022, and should be terminated from further notification from the Court's CM/ECF system.

/ / /

/ / /

/ / /

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this case.

Respectfully submitted this 20th day of December 2022.

>JASON M. FRIERSON
>United States Attorney
>
> *s/ Stephen R. Hanson II*
>STEPHEN R. HANSON II
>Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 20, 2022.

_____
UNITED STATES MAGISTRATE JUDGE