**MOT**
SIGAL CHATTAH, ESQ.
Nevada State Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax:(702) 643-6292
Chattahlaw@gmail.com
*Attorneys for Plaintiffs*

PATRICK M. MCSWEENEY, ESQ
*Pro hac vice application pending*
MCSWEENEY, CYNKAR & KACHOUROFF, PLLC
3358 John Tree Hill Road
Powhatan, Virginia 23139
Tel. (804) 937-0895
Fax (703) 365-9593
patrick@mck-lawyers.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY *et al.*, | ) | Case No. 3:06-cv-00056-MMD-CSD |
| | ) | and |
| Plaintiffs, | ) | Case No. 3:06-cv-145-MMD-VPC |
| | ) | |
| v. | ) | **ORDER** |
| | ) | [Proposed] |
| ETREPPID TECHNOLOGIES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Upon consideration of the positions represented by the United States and

Dennis Montgomery in their respective memoranda regarding Dennis

Montgomery's Motion to Restrict Application of the State Secrets Privilege, the

Protective Order, and the Classified Information Nondisclosure Agreement, and deeming it proper and reasonable to do so, the Court

**THIS COURT ORDERS** that the protective order entered by this Court in Case No. 3:06-cv-00056 and Case No. 3:06-cv-145 on August 29, 2007, applies only to those cases and any discovery conducted therein; and, further, that in consideration of the finding of Magistrate Judge Cooke in her Order dated November 28, 2006, entered in Case No. 3:06-cv-0253 and Case No. 3:06-mj-0023 on the Motion of Dennis Montgomery, Brenda Montgomery, and the Montgomery Family Trust to Unseal Search Warrant Affidavits, for the Return of Property Pursuant to Fed. R. Crim. P. 41(g), and for the Segregation and Sealing of All Attorney Client and Trade Secret Material Seized that there was no classified information contained in the property seized by agents of the United States at the residence and storage units identified in a federal search and seizure warrants executed on May 1, 2006, and May 3, 2006,

**THIS COURT ORDERS** that the Classified Information Nondisclosure Agreement executed by Dennis Montgomery and Defense Security Services does not prohibit Dennis Montgomery from disclosing information obtained by the

///

///

///

United States pursuant to the search and seizure warrants executed at the Montgomery residence and storage units on May 1 and 3, 2006.

DATED: _____, 2023

                                                                           _____
                                                                           United States District Judge