1
2

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

3
4

ANTHONY J. COPPOLINO
Deputy Director

5
6
7
8
9

JAMES R. POWERS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Email: James.R.Powers@usdoj.gov
Telephone: (202) 353-0543

10

*Attorneys for the United States of America*

11

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12

DENNIS MONTGOMERY, *et al.*

13
14

                    Plaintiffs,

                    v.

15
16

ETREPPID TECHNOLOGIES, L.L.C., *et al.*,

                    Defendants.

17
18
19

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 3:06-cv-00056-MMD-CSD
and
No. 3:06-cv-145-MMD-VPC

**Stipulation and Order for Extension of Time**

**(First Request)**

20
21
22
23

        Plaintiff Dennis Montgomery and the United States of America hereby stipulate and agree that the United States may have a seven-day extension of time, from June 9, 2023, to June 16, 2023, to respond to Montgomery's Objection to Report and Recommendation of United States Magistrate Craig S. Denney (ECF No. 1256).

24
25
26

        The proposed extension is appropriate and supported by good cause.  Counsel for the United States requires a brief additional period in which to prepare and file the Government's responsive papers in light of the press of business in various matters.

This is the United States' first request for an extension of time, *see* LR IA 6-1(a) (must advise of previous extensions), and the United States does not anticipate any further requests for extension of the response deadline. This stipulation is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 5th day of June, 2023.

> BRIAN M. BOYNTON
> Principal Deputy Assistant Attorney General
>
> ANTHONY J. COPPOLINO
> Deputy Director
>
> */s/ James R. Powers*
> JAMES R. POWERS
> Trial Attorney
> Civil Division, Federal Programs Branch
> U.S. Department of Justice
>
> *Attorneys for the United States of America*
>
>
> */s/ Sigal Chattah*
> SIGAL CHATTAH, ESQ.
> Nevada State Bar No.: 8264
> CHATTAH LAW GROUP
>
> *Attorneys for Plaintiff Dennis Montgomery*

**IT IS SO ORDERED.**

Dated: _____June 6_____, 2023.

_____
UNITED STATES DISTRICT JUDGE